TO:   **Clerk's Office**
      **UNITED STATES DISTRICT COURT**
      **EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*************************************************

[UNDER SEAL],

                    Plaintiffs,

          -v.-

[UNDER SEAL],

                    Defendants.

*************************************************

SUBMITTED BY: Plaintiff_____ Defendant_____ DOJ__X__
Name:___Michael Blume; Joseph Marutollo; Paulina Stamatelos_____
Firm Name:_____USAO EDNY_____
Address:_____271-A Cadman Plaza East_____
_____Brooklyn, NY 11201_____
Phone Number:__718-254-7000_____
E-Mail Address: Michael.blume@usdoj.gov;_____
Joseph.Marutollo@usdoj.gov; Pauline.Stamatelos@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO__X__
**If yes, state description of document to be entered on docket sheet:**
_____
_____
_____

**A)** If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge:_____
Date Entered:_____

**B)** If a new application, the statute, regulation, or other legal basis that authorizes filing under seal
_____
_____

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY **NOT** BE UNSEALED UNLESS ORDERED BY THE COURT.

DATED _____ , NEW YORK

_____

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**_____

RECEIVED IN CLERK'S OFFICE_____
                                                                        DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** __X__ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _per court order_____; or **C.)** ____This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

____1/19/2023____
**DATE**

MICHAEL BLUME   Digitally signed by MICHAEL BLUME   Date: 2023.01.18 16:36:32 -05'00'

**SIGNATURE**