UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　- v. -<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>　　　　　　　　Defendants. | Civil Action No. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, JOSEPH A. MARUTOLLO, Assistant United States Attorney, of counsel, hereby enters an appearance on behalf of the Government in this matter. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York  
　　　　January 19, 2023

BREON PEACE  
United States Attorney

By:　　*/s/ Joseph A. Marutollo*  
　　　　Joseph A. Marutollo  
　　　　Assistant U.S. Attorney  
　　　　(718) 254-6288  
　　　　Joseph.marutollo@usdoj.gov