UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

- v. -

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

        Defendants.

Civil Action No.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, PAULINA STAMATELOS, Assistant United States Attorney, of counsel, hereby enters an appearance on behalf of the Government in this matter. The undersigned certifies that she is admitted to practice in this Court.

Dated: Brooklyn, New York
       January 19, 2023

BREON PEACE
United States Attorney

By:    */s/ Paulina Stamatelos*
Paulina Stamatelos
Assistant U.S. Attorney
(718) 254-6198
Pauline.stamatelos@usdoj.gov