UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　- v. -<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>　　　　　　　Defendants. | Civil Action No. |

**[PROPOSED] ORDER TEMPORARILY SEALING DOCKET**

WHEREAS this matter having come before the Court upon the application of Plaintiff, the UNITED STATES OF AMERICA, for, *inter alia*, a temporary restraining order in the above-referenced matter, and the temporary sealing of the docket until a decision or other order has been issued on the United States' motion for a temporary restraining order,

IT IS HEREBY ORDERED THAT:

1.　The Clerk of the Court shall temporarily seal the docket in the above-referenced matter;

2.　Once the Court issues a decision or other order on the United States' motion for a temporary restraining order, the United States shall serve that decision and/or order, the Complaint, and the Motion for a Temporary Restraining Order and Preliminary Injunction on Defendants pursuant to the applicable Federal Rules of Civil Procedure (and the United States may serve Defendants with copies of any exhibits to any declaration by way of electronic media);

3.　The United States shall notify the Court and the Clerk of Court after at least one Defendant is served; and

3.　After the United States informs the Court that at least one defendant is served, the Clerk of the Court shall unseal the docket in its entirety.

**IT IS SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE