# Exhibit B

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L20000120229
FILED 8:00 AM
May 04, 2020
Sec. Of State
cmwood

## Article I

The name of the Limited Liability Company is:

RARE BREED TRIGGERS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

733 WEST COLONIAL DRIVE
ORLANDO, FL.   32804

The mailing address of the Limited Liability Company is:

733 WEST COLONIAL DRIVE
ORLANDO, FL.   32804

## Article III

The name and Florida street address of the registered agent is:

KEVIN C MAXWELL
733 WEST COLONIAL DR.
ORLANDO, FL.   32804

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   KEVIN C. MAXWELL

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: MGR
COLE LELEUX
733 WEST COLONIAL DRIVE
ORLANDO, FL. 32804

Title: MGR
LAWRENCE DEMONICO
733 WEST COLONIAL DR.
ORLANDO, FL. 32804

Title: MGR
MICHAEL REGISTER
733 WEST COLONIAL DRIVE
ORLANDO, FL. 32804

Title: MGR
KEVIN C MAXWELL
733 WEST COLONIAL DRIVE
ORLANDO, FL. 32804

L20000120229
FILED 8:00 AM
May 04, 2020
Sec. Of State
cmwood

## Article V

The effective date for this Limited Liability Company shall be:

04/28/2020

Signature of member or an authorized representative

Electronic Signature: KEVIN C. MAXWELL

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.