# Exhibit D

L20 000 120 229

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:




Office Use Only



900355242809

12/14/20--01019--008   **25.00





# COVER LETTER

**TO:**   **Registration Section**
**Division of Corporations**

**SUBJECT:**   Rare Breed Triggers , LLC
_Name of Limited Liability Company_

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Kevin C Maxwell
_Name of Person_

Office of Kevin C. Maxwell, Esq
_Firm/Company_

733 west Colonial Dr.
_Address_

Orlando Fl 32804
_City/State and Zip Code_

Kevincmaxwell@gmail.com
_E-mail address: (to be used for future annual report notification)_

For further information concerning this matter, please call:

Kevin C. Maxwell                    at ( 407 ) 480-2179
_Name of Person_                          _Area Code_    _Daytime Telephone Number_

Enclosed is a check for the following amount:

☒ $25.00 Filing Fee      ☐ $30.00 Filing Fee &        ☐ $55.00 Filing Fee &         ☐ $60.00 Filing Fee,
                              Certificate of Status          Certified Copy              Certificate of Status &
                                                        (additional copy is enclosed)       Certified Copy
                                                                                      (additional copy is enclosed)

**Mailing Address:**                          **Street Address:**
Registration Section                          Registration Section
Division of Corporations                       Division of Corporations
P.O. Box 6327                                 The Centre of Tallahassee
Tallahassee, FL 32314                          2415 N. Monroe Street, Suite 810
                                              Tallahassee, FL 32303

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

Rare Breed Triggers, LLC

(Name of the Limited Liability Company as it now appears on our records.)
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on _May 4, 2020_ and assigned Florida document number _L2 0000 12022 9_.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_N/A_

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**   _N/A_

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**   _N/A_

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent:   _N/A_

New Registered Office Address:   _____

Enter Florida street address

_____, **Florida** _____

City                                                              Zip Code

<u>New Registered Agent's Signature, if changing Registered Agent:</u>

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____

**If Changing Registered Agent, <u>Signature of New Registered Agent</u>**

**If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person being added or removed from our records</u>:**

**MGR =  Manager**
**AMBR = Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| Mgr | Cole Leleux | 733 west Colonial Dr<br>Orlando Fl 32804 | ☐ Add<br>☒ Remove<br>☐ Change |
| Mgr | Michael Rgiste | 733 west Colonial Dr<br>Orlando, Fl 32804 | ☐ Add<br>☒ Remove<br>☐ Change |
| Mgr | Lawrence Demorico | 733 West Colonial Dr<br>Orlando, Fl 32804 | ☐ Add<br>☒ Remove<br>☐ Change |
| | | | ☐ Add<br>☐ Remove<br>☐ Change |
| | | | ☐ Add<br>☐ Remove<br>☐ Change |
| | | | ☐ Add<br>☐ Remove<br>☐ Change |

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** ___Dec 9, 2020___ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of: (b)   The 90th day after the record is filed.

Dated ___12/9/   2020___, _____.

_____
Signature of a member or authorized representative of a member

_____
Typed or printed name of signee