# Exhibit E





0005688394



| | BUSINESS LIMITED LIABILITY COMPANY<br>ARTICLES OF ORGANIZATION<br>SECRETARY OF STATE<br>(See SFN 58701) | For Office Use Only<br>**-FILED-**<br>SOS Control ID#: 0005688394<br>Date Filed: 11/9/2021 |
|---|---|---|

**FILING FEE: $135**

B0421-0410 11/05/2021 Received by ND Secretary of State Alvin A. Jaeger

---

**Article 1.** Limited Liability Company Name
RARE BREED TRIGGERS, LLC

**Article 2.** Principal Executive Office Address
KEVIN C MAXWELL
733 W COLONIAL DRIVE
ORLANDO, FL 32804

**Article 3.** Mailing Address
Kevin C Maxwell
733 W COLONIAL DR
ORLANDO, FL 32804-7343

**Article 4.** Registered Agent in North Dakota
CORPORATE CREATIONS NETWORK INC.
Commercial Registered Agent
Physical Address
1709 N 19TH ST #3
BISMARCK, ND 58501-2121
Mailing Address
1709 N 19TH ST #3
BISMARCK, ND 58501-2121

**Article 5.** Formation Date
The limited liability company shall be effective when filed with the Secretary of State.

**Article 6.** Existence
The existence of the limited liability company shall be perpetual (indefinite).

**Article 7.** Business Purpose
General Business
This limited liability company is not a series limited liability company.

**Article 8.** Organizers

| Name of Organizer | Complete Mailing Address |
|---|---|
| Samuel W Eastman | Samuel Eastman<br>2110 S Lamar Blvd<br>Suite G<br>Austin, TX 78704 |

**Signature**

☒ I, the undersigned, am an organizer, have read these Articles of Organization, know the contents, and believe the statements contained within to be true. I understand that if I make a false statement, I may be subject to criminal penalties.

*Samuel W Eastman*          11/05/2021

Sign Here          Date

Page 1 of 1