# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

No. 1:21-cv-00149-RH-GRJ

RARE BREED TRIGGERS, LLC, a Florida Limited Liability Company, and ABC IP LLC, a Delaware Limited Liability Company,

Plaintiffs,

Vs.

BIG DADDY ENTERPRISES, INC., a Florida Corporation, d/b/a BIG DADDY UNLIMITED, INC., and WIDE OPEN ENTERPRISES, LLC, a New Mexico Limited Liability Company d/b/a WIDE OPEN TRIGGERS,

Defendant.
_________________________________________/

VIDEOTAPED
DEPOSITION OF: LAWRENCE DEMONICO

DATE: Wednesday, October 27, 2021

TIME: 10:01 a.m. - 11:33 a.m.

TAKEN BY: Defendant

PLACE: Via Zoom

REPORTED BY: Sara Miller, Notary Public
State of Florida

A P P E A R A N C E S:

GLENN D. BELLAMY, ESQUIRE (Via Videoconference)
OF: Wood Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
513.707.0243

Attorney for Plaintiffs

DANIEL C. JOHNSON, ESQUIRE (Via Videoconference)
OF: Carlton Fields, P.A.
4221 West Boy Scout Boulevard
Suite 1000
Tampa, Florida 33607
813.223.7000
Djohnson@carltonfields.com

Attorneys for Defendants

Also Present:
Brandon Alvarez, Videographer

[redacted]

Q. Sure. And I appreciate that clarification. Because we have been talking about manufacturing. Let's talk about assembled triggers.

A. Okay. Perfect. That was exactly where I was going to go. Now, as the parts are all finished and one trigger is fully assembled -- does that make sense?

Q. Yep.

A. It's fully assembled and packaged. As they become available fully assembled and packaged, t[redacted]





[redacted]

[redacted]

Q. Does Rare Breed currently sell in all 50 states and the District of Columbia?

A. No.

Q. What state or states does it not sell in?

A. California, Washington State, Hawaii,

Maryland and DC.

Q. And why doesn't it sell in those areas?

A. That would be a better question for Mr. Maxwell.

Q. Do you have any understanding at all about why Rare Breed doesn't sell in those states and the District of Columbia?

A. The decision was made based on advice of counsel, but Mr. Maxwell would be the one -- the better person to actually answer that question. We do --

Q. Do you know --

A. We do have dealers that choose to sell in those states.