# Exhibit R

---------- Forwarded message ---------
From: **Rare Breed Triggers** <customerservice@rarebreedtriggers.com>
Date: Tue, Nov 22, 2022 at 7:17 PM
Subject: We Have WOTs For Sale
To: <@gmail.com>

- Welcome to Rare Breed Triggers -



It may be hard to believe but...

We have WOTs for sale!



As crazy as it might sound, we have WOTs for sale. And you assuredly have questions but unfortunately, we can't really answer them. We can't tell you where these came from and... we can't tell you why we can't tell you but rest assured, these are real WOTs. Notwithstanding the cloak and dagger, these WOTs are the property of RBT and they are available now at a ridiculously huge discount.

## Regular Price: $349.00

## Available Now: $199.00

**CLICK THIS         TO GET YOURS NOW!**

---

Please be patient as we work as quickly as possible to get these shipped over the next week or two.>

---

The money raised by the sales of these WOTs will be used to fund litigation in the following order, based on availability of funds and the evaluation on a case by case basis:
1. Litigation by RBT against the DOJ/ATF,

2. to assist individuals who have been wrongfully accused of a crime for possession of an FRT-15;

3. and to seek the return of property (FRT-15s) wrongfully taken from individuals by the ATF.

---

## CLICK THIS      TO GET YOURS NOW!

---



Need to contact us?

CustomerService@RareBreedTriggers.com

No longer want to receive these emails? Unsubscribe.
Rare Breed Triggers 3523 45th Street South Suite 100 Fargo, ND 58104