# Exhibit S

9:39  LTE 77%

rarebreedtriggers.com/c

# RARE BREED
TRIGGERS

## Checkout

☐ We do not currently offer shipping to **California, Washington DC, New York, Washington,** or **Hawaii.**

☐ Our merchant account provider requires that we ONLY ship to your billing address. Please enter your billing address below to ensure processing and delivery.

Thank you. Your order has been received.

ORDER NUMBER: 151803
DATE: November 28, 2022
TOTAL: $209.00
PAYMENT METHOD: Credit Card - C

## Order details

| Product | Total |
|---|---|
| WOT ™ × 1 | $199.00 |
| Subtotal: | $199.00 |

# Checkout

☐ We do not currently offer shipping to **California, Washington DC, New York, Washington,** or **Hawaii**.

☐ Our merchant account provider requires that we ONLY ship to your billing address. Please enter your billing address below to ensure processing and delivery.

Thank you. Your order has been received.

| ORDER NUMBER: | DATE: |
|---|---|
| 151803 | November 28, 2022 |
| TOTAL: | PAYMENT METHOD: |
| $209.00 | Credit Card - C |

## Order details

| Product | Total |
|---|---|
| WOT ™ × 1 | $199.00 |
| Subtotal: | $199.00 |
| Shipping: | $10.00 via USPS Priority |
| Payment method: | Credit Card - C |
| Total: | $209.00 |





Packing Slip

**Rare Breed Triggers**
3523 45th Street South
Suite 100
Fargo, ND 58104


RARE BREED
TRIGGERS

Ship To: ███████████
VIRGINIA BEACH, VA 23451-3172 US

Order #: 151803
Date: 11/28/2022
User: ███████████
Ship Date: 11/30/2022

| Item | Description | Price | Qty | Ext. Price |
|---|---|---|---|---|
| WOT | WOT ™ | $199.00 | 1 | $199.00 |

Sub Total: $199.00
Shipping: $10.00
Total: $209.00

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 1022



# WOT
## TRIGGER FOR AR15

- Designed to work on all AR15 platforms
- Works with any standard buffer (h2 recommended)
- Patent pending - failure proof spring carrier system
- Reinforced with Hardox® TM, the worlds most abrasion resistant steel.
- Anti-walk pins included
- The WOT trigger is the first in its class, true drop-in, plug-and-play trigger
- Tested and warrantied for 10k+ rounds
- Lifetime warranty option available upon purchase

Warning disassembling will void warranty

Manufactured for

Albuquerque, New Mexico

7 87790 57389 0

