# Exhibit T


RARE BREED
TRIGGERS
FRT - 15
RARE BREED
TRIGGERS
US PAT.10514223
SEMI-AUTOMATIC
5 LB. TRIGGER PULL
MADE
IN THE
U.S.A.
US Pat. 10514223


RARE BREED
-TRIGGERS-
FRT - 15
DROP-IN TRIGGER FOR THE STANDARD AR-15 PLATFORM
• 1/4" WIDE HAMMER, TRIGGER, AND LOCKING BAR
• 7075-T6 ALUMINUM HOUSING
• PRECISION WIRE EDM CUT
• BLACK NITRITE QPQ FINISH
• INCLUDES ANTI-WALK PINS
*HEAVY BUFFER RECOMMENDED
* SEE INSIDE FOR LEGAL DISCLAIMER


RARE BREED
TRIGGERS
US PAT.10514223



RARE BREED
-TRIGGERS-

FRT - 15

SEMI-AUTOMATIC
5 LB. TRIGGER PULL

MADE
IN THE
U.S.A.

US Pat. 10514223

WAIVER AND RELEASE

Firearms, by their very nature, can be lethal. The RARE BREED TRIGGERS LLC's (RBT) Forced Reset Trigger (FRT) may inadvertently cause INJURY or DEATH if misused. Improper use, misuse, or untrained use of the FRT may lead to PROPERTY DAMAGE, PERSONAL INJURY TO SELF OR OTHERS, OR DEATH.

WARNING: NEVER RELY ON MECHANICAL FEATURES. IT IS YOUR RESPONSIBILITY TO ENSURE SAFE HANDLING OF ANY FIREARM INCLUDING ANY FIREARM EQUIPPED WITH AN FRT.

WARNING: IT IS THE BUYER'S RESPONSIBILITY TO ENSURE THAT THEY ARE IN COMPLIANCE WITH ALL APPLICABLE LAWS AT ALL TIMES WHILE USING THIS PRODUCT. SOME STATES MAY NOT ALLOW CIVILIANS TO USE THE FRT.

ACKNOWLEDGMENT AND ASSUMPTION OF RISK: The FRT has the ability to cycle rapidly. By purchasing and/or using the RBT FRT, YOU have acknowledged and assume the PERSONAL RESPONSIBILITY and INHERENT RISK, including without limitation, of LIABILITY, INJURY, LOSS, DAMAGE, or DEATH as a result of improper use, misuse, installation, and/or abuse of the FRT.

WAIVER OF RIGHTS: By purchasing and/or using the RBT FRT, you waive and release any claim for damages, indemnity, or reimbursement against RBT for any claims, fines, or damages imposed upon you for use of the FRT.

In addition, you agree to release RBT (including its independent contractors, affiliated entities, parent companies, subsidiaries, present and former employees, owners, officers, members, managers, partners, contractors, insurers, shareholders, and directors) from any and all claims, actions, damages, liabilities, losses, costs and expenses (including, without limitation, attorney fees) for death, injury, loss or damage of property in any way arising out of the purchase and use of the RBT FRT. By purchasing and/or using the RBT FRT you agree to limit liability to actual damages arising from gross negligence or willful misconduct of RBT. In no event shall RBT be liable for any special, incidental, punitive, or consequential damages or other indirect damages.

INDEMNIFICATION: By purchasing or using the RBT FRT, you agree to accept responsibility for your use of the product and any consequence or fine imposed upon you by any government entity or third party and to indemnify and hold harmless RBT for any claims made resulting from your use of the FRT.

TRANSFER OF PRODUCT: If you should sell, lease, gift, or let someone borrow or use, or in any way transfer the FRT to any other individual (recipient/assign), you agree, as a condition of acquiring this product, to accept the responsibility of insuring the recipient is fully aware and agrees to the conditions set forth herein. Failure to assign this product to a recipient or third party without first providing acknowledgement and acceptance by the recipient of the conditions set herein will be grounds for liability on the part of you as the original buyer.

BINDING EFFECT: By the purchase or use of the RBT FRT, you agree this waiver shall be binding upon you as well as your next of kin, personal representatives, heirs, beneficiaries, and assigns and shall inure to the benefit of RBT and successors and assigns of RBT.

SEVERABILITY: If any provisions of this Wavier and Release is for any reason declared to be invalid or unenforceable, the validity and enforceability of the remaining provisions will not be affected. The invalid or unenforceable provison will be deemed modified to the extent necessary to render it valid and enforceable.

GOVERNING LAW: This Waiver and Release shall be governed in all respects by the laws of the State of Florida without regard to conflict of law principles. Any action or claim shall be brought in Orange County, Florida.

DISPUTE RESOLUTION: ARBITRATION To the extent permitted by applicable law, any controversy or claim arising out of or relating to the product, its design, functionality, or materials and this contract, or breach thereof, will be settled by binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. Under this arbitration provision, you give up the right to resolve any controversy or claim arising out of or relating to the product, including its design, functionality, materials, or this contract by a judge and/or a jury. You also agree not to participate as a class representative or class member in any class action litigation, any class arbitration or any consolidation of individual arbitrations. The parties specifically agree to the binding nature of the arbitration.



WAIVER AND RELEASE

Firearms, by their very nature, can be lethal. The RARE BREED TRIGGERS LLC's (RBT) Forced Reset Trigger (FRT) may inadvertently cause INJURY or DEATH if misused. Improper use, misuse, or untrained use of the FRT may lead to PROPERTY DAMAGE, PERSONAL INJURY TO SELF OR OTHERS, OR DEATH.

WARNING: NEVER RELY ON MECHANICAL FEATURES. IT IS YOUR RESPONSIBILITY TO ENSURE SAFE HANDLING OF ANY FIREARM INCLUDING ANY FIREARM EQUIPPED WITH AN FRT.

WARNING: IT IS THE BUYER'S RESPONSIBILITY TO ENSURE THAT THEY ARE IN COMPLIANCE WITH ALL APPLICABLE LAWS AT ALL TIMES WHILE USING THIS PRODUCT. SOME STATES MAY NOT ALLOW CIVILIANS TO USE THE FRT.

ACKNOWLEDGMENT AND ASSUMPTION OF RISK: The FRT has the ability to cycle rapidly. By purchasing and/or using the RBT FRT, YOU have acknowledged and assume the PERSONAL RESPONSIBILITY and INHERENT RISK, including without limitation, of LIABILITY, INJURY, LOSS, DAMAGE, or DEATH as a result of improper use, misuse, installation, and/or abuse of the FRT.

WAIVER OF RIGHTS: By purchasing and/or using the RBT FRT, you waive and release any claim for damages, indemnity, or reimbursement against RBT for any claims, fines, or damages imposed upon you for use of the FRT.

In addition, you agree to release RBT (including its independent contractors, affiliated entities, parent

RBT FRT, you waive and release any claim for damages, indemnity, or reimbursement against RBT for any claims, fines, or damages imposed upon you for use of the FRT.

In addition, you agree to release RBT (including its independent contractors, affiliated entities, parent companies, subsidiaries, present and former employees, owners, officers, members, managers, partners, contractors, insurers, shareholders, and directors) from any and all claims, actions, damages, liabilities, losses, costs and expenses (including, without limitation, attorney fees) for death, injury, loss or damage of property in any way arising out of the purchase and use of the RBT FRT. By purchasing and/or using the RBT FRT you agree to limit liability to actual damages arising from gross negligence or willful misconduct of RBT. In no event shall RBT be liable for any special, incidental, punitive, or consequential damages or other indirect damages.

INDEMNIFICATION: By purchasing or using the RBT FRT, you agree to accept responsibility for your use of the product and any consequence or fine imposed upon you by any government entity or third party and to indemnify and hold harmless RBT for any claims made resulting from your use of the FRT.

TRANSFER OF PRODUCT: If you should sell, lease, gift, or let someone borrow or use, or in any way transfer the FRT to any other individual (recipient/assign), you agree, as a condition of acquiring this product, to accept the responsibility of insuring the recipient is fully aware and agrees to the conditions set forth herein. Failure to assign this product to a recipient or third party without first providing acknowledgement and acceptance by the recipient of the conditions set herein will be grounds for liability on the part of you as the original buyer.

BINDING EFFECT: By the purchase or use of the RBT FRT, you agree this waiver shall be binding upon you as well as your next of kin, personal representatives, heirs, beneficiaries, and assigns and shall inure to the benefit of RBT and successors and assigns of RBT.

SEVERABILITY: If any provisions of this Wavier and Release is for any reason declared to be invalid or



of the conditions set herein will be grounds for liability
[illegible] you as the original buyer.

BINDING EFFECT: By the purchase or use of the RBT FRT, you agree this waiver shall be binding upon you as well as your next of kin, personal representatives, heirs, beneficiaries, and assigns and shall inure to the benefit of RBT and successors and assigns of RBT.

SEVERABILITY: If any provisions of this Wavier and Release is for any reason declared to be invalid or unenforceable, the validity and enforceability of the remaining provisions will not be affected. The invalid or unenforceable provison will be deemed modified to the extent necessary to render it valid and enforceable.

GOVERNING LAW: This Waiver and Release shall be governed in all respects by the laws of the State of Florida without regard to conflict of law principles. Any action or claim shall be brought in Orange County, Florida.

DISPUTE RESOLUTION: ARBITRATION To the extent permitted by applicable law, any controversy or claim arising out of or relating to the product, its design, functionality, or materials and this contract, or breach thereof, will be settled by binding arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. Under this arbitration provision, you give up the right to resolve any controversy or claim arising out of or relating to the product, including its design, functionality, materials, or this contract by a judge and/or a jury. You also agree not to participate as a class representative or class member in any class action litigation, any class arbitration or any consolidation of individual arbitrations. The parties specifically agree to the binding nature of the arbitration.



Election: Please contact RBT if you have any questions. However, if for any reason the conditions set forth in this agreement are unacceptable to you, THEN DO NOT PURCHASE THIS PRODUCT. If you have already purchased an RBT FRT, and you do not agree to the terms set herein, then we encourage you to destroy, transfer or contact YOUR RETAILER to determine their return policy.

THIS IS A WAIVER AND RELEASE OF LIABILITY. YOU AGREE TO THIS ENTIRE DOCUMENT. YOU AGREE TO ALL OF THE PROVISIONS HEREIN AND UNDERSTAND THAT YOU HAVE GIVEN UP SUBSTANTIAL RIGHTS BY AGREEING TO ALL OF THE PROVISIONS. BY PURCHASING, AND CONTINUING TO RETAIN THESE PRODUCTS, YOU ARE INDICATING YOUR VOLUNTARY AGREEMENT TO THE PROVISIONS OF THIS WAIVER AND RELEASE OF LIABILITY.

We want to do everything we can to help you be safe with your new FRT. UNDERSTAND THE OPERATION OF any FIREARM equipped with an FRT BEFORE USING IT. WARNING! THIS PRODUCT IS DESIGNED FOR USE BY HIGHLY TRAINED PERSONNEL. WARNING!

IMPROPER UNDERSTANDING OF HOW THE FRT OPERATES MAY LEAD TO UNINTENTIONAL OR NEGLIGENT DISCHARGE OF THE FIREARM SO EQUIPPED AND MAY LEAD TO INJURY OR EVEN DEATH.

* SEE INSIDE FOR LEGAL DISCLAIMER

RARE BREED
-TRIGGERS-

# FRT - 15

DROP-IN TRIGGER FOR THE STANDARD AR-15 PLATFORM

- 1/4" WIDE HAMMER, TRIGGER, AND LOCKING BAR
- 7075-T6 ALUMINUM HOUSING
- PRECISION WIRE EDM CUT
- BLACK NITRITE QPQ FINISH
- INCLUDES ANTI-WALK PINS

*HEAVY BUFFER RECOMMENDED

* SEE INSIDE FOR LEGAL DISCLAIMER

OPERATES MAY LEAD TO UNINTENTIONAL OR NEGLIGENT DISCHARGE OF THE FIREARM SO EQUIPPED AND MAY LEAD TO INJURY OR EVEN DEATH.