

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

January 26, 2023

**SUBMITTED UNDER SEAL**

Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
Morrison_Chambers@nyed.uscourts.gov

        Re:    *United States of America v. Rare Breed Triggers, LLC*, *et al.*,
              No. 23-CV-369 (Morrison, J.) (Levy, M.J.) (*Under Seal*)

Judge Morrison:

      The United States respectfully requests that Your Honor direct the Clerk of Court to unseal the docket in the above-referenced matter its entirety.

      On January 20, 2023, the Court temporarily sealed the docket in this matter ("the January 20, 2023 Order").  As set forth in the January 20, 2023 Order, the Court ordered that once the Court issued a decision on the United States' motion for a temporary restraining order ("TRO"), that the United States should serve, *inter alia*, that decision on Defendants.  The Court further ordered the United States to notify the Court and the Clerk of the Court after at least one Defendant is served.  Additionally, the Clerk of the Court was directed to unseal the docket in its entirety after the Court is informed that at least one defendant is served.

      On January 25, 2023, the Court granted the United States' motion for a TRO.  On January 26, 2023, the United States served all of the Defendants.  Service to Defendants DeMonico and Rare Breed Firearms occurred at approximately 11:30 a.m.; service to Defendants Maxwell and Rare Breed Triggers occurred at approximately 12:15 p.m.

      Accordingly, pursuant to the January 20, 2023 Order, the United States respectfully requests that the Court unseal the docket in its entirety.

The United States thanks the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

_____/s/_____
Michael Blume
Joseph Marutollo
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6479 / 6288 / 6198
Michael.Blume@usdoj.gov
Joseph.Marutollo@usdoj.gov
Pauline.Stamatelos@usdoj.gov
