AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  23-cv-369 (EDNY)

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _Rare Breed Triggers LLC_

was received by me on (date) _1/25/2023_ .

☑ I personally served the summons on the individual at (place) _1095 Torren Point,_
_Geneva, FL., 32732_ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _1/26/2023_

_John D. Leahy_
Server's signature

_John D. Leahy   Acting   Group   Supervisor_
Printed name and title

_3452 Lake Lynda Drive, Suite #450_
_Orlando, FL. 32817_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  23-cv-369 (EDNY)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Lawrence Demanico

was received by me on *(date)*  January 19, 2023

☒ I personally served the summons on the individual at *(place)*  6124 Osceola Trail,

Austin, Texas  78738         on *(date)*  01/26/23     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____       on *(date)* _____     ; or

☐ I returned the summons unexecuted because _____     ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00     .

I declare under penalty of perjury that this information is true.

Date:  01/26/23

_____
*Server's signature*

Resident Agent in Charge Sarah Mauricio
*Printed name and title*


9009 Mountain Ridge Dr. #220, Austin, TX
*Server's address*
78759

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  23-cv-369 (EDNY)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kevin Maxwell

was received by me on *(date)*  1/25/2023              .

☑ I personally served the summons on the individual at *(place)*  1095 Torren Point,
Geneva, FL.   32732                              on *(date)*  1/26/2023      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00      .

I declare under penalty of perjury that this information is true.


Date:  1/26/2023                          _John O. Leahy_____
                                              *Server's signature*

                          John D. Leahy    Acting   Group Supervisor
                                              *Printed name and title*


                          3452  Lake  Lynda  Drive, Suite 450
                                    *Server's address*
                          Orlando, FL.  32817

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  23-cv-369 (EDNY)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Rare Breed Firearms, LLC

was received by me on *(date)*  January 19, 2023 .

☑ I personally served the summons on the individual at *(place)*  c/o Lawrence Demonico 6124 Osceola Trail, Austin, Tx      on *(date)*  01/26/23   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  01/26/23

_____
*Server's signature*

Resident Agent in Charge Sarah Mauricio
*Printed name and title*

9009 Mountain Ridge Dr. #220, Austin, TX 78759
*Server's address*

Additional information regarding attempted service, etc: