UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-00369-NRM-RML<br><br>**[PROPOSED] ORDER ON MOTION TO QUASH OR MODIFY SUBPOENA** |

Having considered a motion by Defendants, Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence DeMonico and Kevin Maxwell, to quash or modify a third-party subpoena issued by Plaintiff, United States of America, against JP Morgan Chase, the Court GRANTS Defendants' motion. The subpoena demands protected and sensitive information about the defendants and their customers, and vastly exceeds the limited scope of jurisdictional discovery appropriate to the speedy resolution of this case. The subpoena is hereby QUASHED.

　　IT IS SO ORDERED.

　　DATED: February 9, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NINA R. MORRISON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE