# Exhibit A

6:59

**RBT FL Office**

**CL:** Good for me. Lawrence?

Lawrence Demonico
**L:** Works for me

> Okay, are you updating the document with wire instructions for the Chase account?

Lawrence Demonico
**L:** I'll do it now

**L:** Stand by

Ok. Are we good to process all the dealer order after we get the update wiring instructions?

**KL:** 855 trigger total I believe.

👍
**CL:** Yes

**CL:** Email sent with wire info

Lawrence Demonico
**L:** Roger that

**CL:** Def a different address so glad I asked

Lawrence Demonico

Just sent the wire instructions

# Exhibit B



---------- Forwarded message ---------
From:
Date: Tue, Aug
Subject: Fwd: ⎵ ⎵ ⎵ NAL
To: <XXXX@XXXX.com>

Thank you,

Begin forwarded message:

> From: lawrence.demonico@gmail.com
> Date: August 17, 2021 at 2:57:02 PM EDT
> To:
> Subject: RBT - Wire Transfer Form - FINAL

Lawrence A. DeMonico



# BANK WIRE INSTRUCTIONS

## BANK INFORMATION

Bank Name: JPMorgan Chase
Address: 270 Park Avenue
City, State Zip: New York, NY 10017
Account Name: Rare Breed Triggers, LLC
Account Number: 693581008
Routing Number: 267084131

## PLEASE NOTIFY US WHEN THE WIRE HAS BEEN SENT

Send us an e-mail with your wire confirmation sheet attached along with a shipping address for your order.

Upon receipt of the wire, we will ship your order the next business day.

*WIRE FRAUD IS ON THE RISE. PLEASE FOLLOW THE STEPS LISTED ON THE NEXT PAGE TO AVOID BECOMING A VICTIM OF WIRE FRAUD. *



# DON'T FALL VICTIM TO WIRE FRAUD

UNFORTUNATELY SCAMMERS ARE CONSTANTLY STEALING VIA WIRE FRAUD AND GETTING MORE CLEVER EVERYDAY. BE SURE YOU DO NOT FALL VICTIM BY FOLLOWING THESE STEPS:

1. PAY CLOSE ATTENTION TO WHAT EMAIL ADDRESS THE INSTRUCTIONS ARE SENT FROM.

2. RARE BREED TRIGGERS WILL NEVER ASK YOU TO WIRE FUNDS TO A DIFFERENT COMPANY NAME.

3. RARE BREED TRIGGERS'S WIRE INSTRUCTIONS WILL NOT CHANGE THROUGHOUT THE TRANSACTION.

4. DO NOT PROVIDE INFORMATION ABOUT YOURSELF OR YOUR TRANSACTION TO ANY UNKNOWNS OR UNNECESSARY PARTIES.

5. IF ANYTHING DOES NOT FEEL RIGHT OR ON THE UP AND UP, DO NOT PROCEED WITH THE WIRE AND CONTACT US AT THE EMAIL ADDRESS PUBLISHED ON OUR WEBSITE.

Thank you for your support.

**Rare Breed Triggers**

# Exhibit C

6:58



RBT FL Office

Bc now our email to him with a reply and the invoice makes us sound dumb lol

Lawrence Demonico

I feel like I prob sent that before we settled on a process

But I def agree with you

Yeah it was earlier

Lawrence Demonico



It'll be much more organized if I stay out of it

We plan to have ▮▮▮▮ and ▮▮▮▮ help you guys with this

We already had someone question only being able to send a wire

Lawrence Demonico

That's our process. Sorry!



How many triggers did we have

# Exhibit D



# PACIFIC LEGAL FOUNDATION

February 9, 2023

JP Morgan Chase
Attn: Subpoena Processing
RCO Centralized Mail
Mail Code: LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

Re: *United States v. Rare Breed Triggers, LLC, et al.*, No. 1:23-cv-00369 (E.D.N.Y.)

To whom it may concern:

This letter is to alert you that Defendants, Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence DeMonico and Kevin Maxwell have filed a motion to quash or modify a subpoena that was served on you. The plaintiff in this case, the United States of America, served you with a subpoena for the production of documents on February 7, 2023. (Attachment A). Defendants have moved to quash or modify that subpoena. (Attachment B). In order to protect confidential information, Defendants request that you do not comply with the subpoena pending resolution of the motion to quash or modify, or unless ordered to do so by a court.

Please contact me if you need further information about this matter.

Sincerely,

*/s/Caleb Kruckenberg*

**Caleb Kruckenberg** | Attorney
Pacific Legal Foundation
ckruckenberg@pacificlegal.org

cc:
PAULINA STAMATELOS
MICHAEL BLUME
JOSEPH MARUTOLLO
Assistant United States Attorneys

February 9, 2023
Page 2


United States Attorney's Office-E.D.N.Y.
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201
(718) 254-6198
pauline.stamatelos@usdoj.gov