UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br> -against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>          Defendants. | Case No. 1:23-cv-00369-NRM-RML<br><br>NOTICE OF APPEARANCE OF JONATHAN M. HOUGHTON |

  Notice is given that the undersigned counsel, Jonathan M. Houghton, is appearing as counsel for Defendants, in the above-captioned case.

  Respectfully submitted this 13th day of February 2023.

                 s/ Jonathan M. Houghton
                 JONATHAN M. HOUGHTON
                 E.D. N.Y. ID No. JH 5334
                 N.Y Bar No. 2955326
                 Pacific Legal Foundation
                 3100 Clarendon Blvd., Suite 1000
                 Arlington, VA  22201
                 Telephone:  (916) 419-7111
                 Facsimile:  (916) 419-7747
                 JHoughton@pacificlegal.org

          *Attorney for Defendants*

## AFFIRMATION OF SERVICE

I, Jonathan M. Houghton, declare under penalty of perjury that I filed the foregoing with the Clerk of the Court of the Eastern District of New York though the CM/ECF system, which will serve notice of said filing on all counsel of record.

 s/ Jonathan M. Houghton  
JONATHAN M. HOUGHTON