UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,
                Plaintiff(s),

v.

Rare Breed Triggers, LLC, et al,
                Defendant(s).

-----------------------------------------------------------X

1:23-cv-00369-NRM-RML

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I __Caleb Kruckenberg__ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of __Pacific Legal Foundation__ and a member in good standing of

the bar(s) of the State(s) of __New York, Pennsylvania, Virginia, District of Columbia__, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for __Rare Breeds Firearms, LLC, Lawrence Demonico, Kevin Maxwell__. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: _2/14/23_

Signature of Movant
Firm Name __Pacific Legal Foundation__
Address __3100 Clarendon Blvd, Suite 1000
        Arlington, VA 22201__

Email __ckruckenberg@pacificlegal.org__
Phone __202.888.6881__