UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------

United States of America,

                Plaintiff(s),

v.

Rare Breed Triggers, LLC, et al

                Defendant(s).

----------------------------------------------------------

1:23-cv-00369-NRM-RML

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Caleb Kruckenberg, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Pacific Legal Foundation.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of New York, Pennsylvania, Virginia, District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: NY 4921185; PA 322264; DC 1617890; VA 97609
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-00369-NRM-RML for Defendants.

Date 2/14/23

Signature of Movant
Firm Name Pacific Legal Foundation
Address 3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Email CKruckenberg@pacificlegal.org
Phone (202) 888-6881

City NOTARIZED Fairfax
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
This 14th day of February, 2023
by Caleb Kruckenberg
Casey A. Hanchett         Notary Public
Reg # 7724621  Com. Exp. 11/30/2025



Casey A Hanchett
Commonwealth of Virginia
Notary Public
Commission No: 7724621
My Commission Expires: Nov 30, 2025