

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Caleb Joseph Kruckenberg, Esq.**

DATE OF ADMISSION

August 1, 2016

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 6, 2023

_Elizabeth Zisk_

Elizabeth E. Zisk
Chief Clerk

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Caleb Joseph Kruckenberg

was admitted to practice as an attorney and counsellor at the bar of this Court on April 13, 2022.

I further certify that so far as the records of this office are concerned, Caleb Joseph Kruckenberg is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of February
A.D. 2023

By: _____
Deputy Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Caleb Kruckenberg

*was duly qualified and admitted on May 11, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 02, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Caleb Joseph Kruckenberg

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 27, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on February 2, 2023.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00103365