UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>-against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>                      Defendants. | Case No. 1:23-cv-00369-NRM-RML<br><br>NOTICE OF APPEARANCE OF CALEB KRUCKENBERG |

Notice is given that the undersigned counsel, Caleb Kruckenberg, is appearing as counsel for Defendants, in the above-captioned case.

Respectfully submitted this 14th day of February 2023.

                                                  /s/ Caleb Kruckenberg
                                                  CALEB KRUCKENBERG *
                                                  Pacific Legal Foundation
                                                  3100 Clarendon Blvd, Suite 610
                                                  Arlington VA 22201
                                                  Telephone: 202-888-6881
                                                  Facsimile: (916) 419-7747
                                                  CKruckenberg@pacificlegal.org

                                                  *Pro Hac Vice*

                                                  *Attorney for Defendants*

## AFFIRMATION OF SERVICE

    I, Caleb Kruckenberg, declare under penalty of perjury that I filed the foregoing with the Clerk of the Court of the Eastern District of New York though the CM/ECF system, which will serve notice of said filing on all counsel of record.

                                             s/ Caleb Kruckenberg
                                            CALEB KRUCKENBERG *