UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

- v. -

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

        Defendants.

1:23-CV-00369
(NRM) (RML)

## DECLARATION OF DEAN CONIGLIARO

I, Dean Conigliaro, have personal knowledge of the following facts set forth below, and if called as a witness I would testify as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and am currently assigned to the New York Field Division's Joint Firearms Task Force, where I investigate violations of federal firearms law relating to firearm trafficking, violent crime, and the illegal use, possession,- shipment, and transportation of firearms.

2. The facts set forth in this declaration are based on my personal knowledge; knowledge obtained during my participation in this investigation; information from other individuals, including other law enforcement officers conducting investigations into defendants, confidential informants, and other parties; witness interviews; and my review of documents, public records, ATF records, and other sources.

3. This investigation involves the Rare Breed Triggers model FRT-15, manufactured, marketed and sold by defendants Rare Breed Triggers, LLC (RBF) and Rare Breed Firearms, LLC (RBF), Kevin Maxwell (Maxwell), and Lawrence DeMonico (DeMonico) (collectively,

Defendants). The investigation also involves the sale of the Wide Open Trigger (WOT) by Defendants.

4. This Declaration serves as a supplement to the Declaration of Special Agent Daniel Koneschusky filed with the complaint in this action on January 19, 2023 (Koneschusky Decl.). *See* Dkt. 7.

### DEFENDANTS ADVERTISE AND SELL THEIR PRODUCTS NATIONALLY
### FRT-15s and WOTs Are Recovered In New York

5. In April 2020, Defendants formed RBT for the sole purpose of selling the FRT-15. *See* Koneschusky Decl. ¶ 10 (citing Exhibit C, Excerpts of Lawrence DeMonico Deposition Transcript, ECF No. 44-3: Tr. 25 docketed in *Rare Breed Triggers, LLC et al. v. Big Daddy Enterprises, Inc. et al.*, 21-cv-00149-RH-GR (M.D. Fl.)).

6. Defendants advertised, marketed, and sold the FRT-15 after forming RBT. Through RBTs website, customers could purchase an FRT-15. *See* rarebreedtriggers.com (last visited February 20, 2023). RBT's website also allowed individuals in the United States, including New York State, to subscribe to RBT's newsletter.

7. RBT maintains marketing lists through which it sends targeted advertisements to potential customers. These advertisements are sent to potential customers throughout the country. Anyone with an email address may subscribe to join RBT's mailing list, including individuals and businesses in the Eastern District of New York. RBT used these newsletters to promote the FRT-15, including urging individuals to follow RBT on their social media accounts, and ask customers to subscribe to waiting lists when RBT did not have any inventory of FRT-15s to sell. RBT sent marketing emails advertising its sale of Wide Open Triggers (WOTs) as recently as November 27, 2022.

8. According to RBF's website (www.rarebreedfirearms.com) (last visited February 22, 2023), the company sells firearms and firearm parts. The RBF website has advertised the FRT-15 in the past.

9. In connection with ATF's investigation into RBF, the United States Postal Inspection Service (USPIS), which serves as the law enforcement arm of the United States Postal Service, reviewed information relating to RBF's shipments using the USPS.

10. A postage meter is a postal printing machine or system leased by authorized providers for home or business use. USPIS staff identified postage meter #10200642 registered to RBF and Lawrence DeMonico. By querying the account, USPIS was able to identify mailings by RBF through the RBF postal meter.

11. Between July 1, 2021 and January 31, 2022, RBF shipped thirteen packages to addresses in the Eastern District of New York. In addition, RBF shipped seventeen packages to addresses in New York outside the Eastern District of New York for a total of thirty packages to New York addresses.

12. Defendants also sold their products to consumers through dealers. When it began selling FRT-15s, Defendant RBT used a company called Big Daddy Unlimited (Big Daddy) as its sole distributer for all sales other than those originating from Defendants' website. *See* Exhibit A, annexed hereto Declaration of Lawrence DeMonico docketed in *Rare Breed Triggers, LLC et al. v. Big Daddy Enterprises, Inc. et al.*, 21-cv-00149-RH-GR (M.D. Fl.), (Exhibit A) at ¶ 12.

13. RBT knew that Big Daddy, its sole distributor, was selling FRT-15s throughout the country. *See* Exhibit A at ¶ 14 ("BDU sold the FRT-15™ trigger directly to customers across the United States.").

14. A federal firearms licensee in Massachusetts purchased over 500 FRT-15s from Defendant RBT through the RBT website and from Big Daddy. At least 19 of the FRT-15s were then re-sold to New York customers, including to customers in the Eastern District of New York.

15. ATF has also recovered FRT-15s and WOTs in locations in the Eastern District of New York, including in Melville, Mineola, Ozone Park, and Wantagh. The FRT-15s recovered in the Eastern District of New York were purchased by the possessors from a dealer based in Texas.

16. According to Defendant DeMonico, RBT opened up its dealer program to all interested dealers after its relationship with Big Daddy deteriorated. *See* Exhibit B, text message from Defendant DeMonico, annexed hereto (Exhibit B). Defendants directed that their dealers pay for their products by wire transfer. As Defendant DeMonico has succinctly put it, "That's our process. Sorry!" *See* Exhibit B.

17. Defendant RBT directed the dealers they transacted business with to pay for their purchases of FRT-15s by wire transfer to RBT. The wires were facilitated through JPMorgan Chase at 270 Park Avenue, New York New York 10017.

18. Defendants DeMonico and Maxwell together operate Defendant RBT, according to a declaration from Defendant Maxwell. *See Rare Breed Triggers, LLC v. Garland*, No. 22-cv-85 (D. N.D.), Dkt. 30-1 at ¶ 4 ("I operated the company, before March 2022, with its President, Lawrence DeMonico.").

### THE COMMERCIAL RELATIONSHIP BETWEEN RBT AND RBF

19. Defendant RBF sells firearms and firearms accessories. Defendant DeMonico is the president of Defendant RBF. *See* Exhibit A, ¶ 2.

20. Defendants RBT and RBF have a "a close relationship." See Exhibit C, Excerpts of Lawrence DeMonico Deposition Transcript, ECF No. 44-3, Docketed in *Rare Breed Triggers,*

*LLC et al. v. Big Daddy Enterprises, Inc. et al.*, 21-cv-00149-RH-GR (M.D. Fl.), annexed hereto (Exhibit C) at 137. Prior to the formation of Defendant RBT, Defendant DeMonico, as president of Defendant RBF and through that company, was looking for an opportunity to sell a forced reset trigger. *See id.* at 136-37. Defendant DeMonico and Defendant RBF "had been working on . . . concepts and ideas and design for years before . . . Rare Breed Triggers was formed." *Id.* at 137.

21. The home page of Defendant RBT's website has included a link to Defendant RBF's Instagram account.

22. That Instagram account includes, among other things, videos of Defendant DeMonico discussing the FRT-15. In the most recent video on Defendant RBF's Instagram account, Defendant DeMonico discusses this very case. Other videos show Defendant DeMonico using firearms equipped with FRT-15s. In still another video, Defendant DeMonico notes that he is president of Defendant RBF and "our sister company" Defendant RBT. Annexed as Exhibit D is a document enclosing true and correct copies of screenshots from RBF's Instagram account. *See* Exhibit D.

23. Defendant RBT produced animation that shows how the FRT-15 works. That animation is posted on Defendant RBT's website. *See* Koneschusky Decl., Ex. M (showing still images of that animation). The animation shows the FRT-15 installed into an AR-15 lower receiver, which is the part of the firearm that houses the trigger assembly. The lower receiver in the animation is a product made exclusively by Defendant RBF; it is the so-called "Crusader," which incorporates a replica of a medieval helmet into the lower itself. The "Crusader" and the "Crusader Distressed Helmet" are available for purchase on Defendant RBF's website.

24. Defendant RBF also used its social media platform to advocate for RBT's position that despite ATF's cease and desist letters, RBT could continue to market and sell illegal firearms.

For example, on RBF's Instagram account, RBF (controlled by Defendant DeMonico and often showing Defendant DeMonico speaking to the camera) posted a lengthy statement regarding ATF's cease and desist letters in which, *inter alia*, RBF stated that: "Our position has always been and continues to be that FRT-15 is a perfectly legal semi-automatic trigger . . . ." *See* Exhibit D.

25. On January 22, 2023, I telephonically interviewed a customer service representative from the Lee Spring Company (Lee) in Brooklyn, New York, regarding three credit card transactions associated with the RBT JPMorgan Chase bank account. I learned that on September 2, 2021, RBF purchased 10,000 compression springs at a cost of $.087 each, for a total of $870.00. This is consistent with the total expenditures made by RBT to Lee documented on the records received from JPMorgan Chase for the RBT bank account. The Lee representative advised that Lee has no records of an account in the name of RBT, only in the name of RBF. The Lee representative further advised that the RBF purchase was made by an individual named "Cole" and that the springs were shipped to the attention of "Lawrence" in Austin, Texas.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 23, 2023.

By: _____
Dean Conigliaro
Special Agent