# Exhibit B




**RBT FL Office**

**Kelly Leleux**
Bc now our email to him with a reply and the invoice makes us sound dumb lol

**Lawrence Demonico**
I feel like I prob sent that before we settled on a process

But I def agree with you

**Kelly Leleux**
Yeah it was earlier

**Lawrence Demonico**
It'll be much more organized if I stay out of it 

**Cole Leleux**
We plan to have mike and Amy help you guys with this 

**Kelly Leleux**
We already had someone question only being able to send a wire

**Lawrence Demonico**
That's our process. Sorry!

**Kelly Leleux**


**Cole Leleux**
How many triggers did we have

7:00

RBT FL Office

**Cole Leleux**

When they short payed us they knew they weren't getting more

**Kelly Leleux**

That's why I thought you might want me to say something

**Lawrence Demonico**

BDU didn't pull the product. They sold through their remaining stock and we have decided to open up our dealer program is all interested dealers rather than using one exclusive dealer moving forward.

Good?

**Cole Leleux**

Yeah

And they don't pay their bills because they are pieces of shit

**Lawrence Demonico**

Oh well right… But I don't suggest we include that in our email.

**Cole Leleux**

I know

**Lawrence Demonico**

I'm being sarcastic

**Kelly Leleux**