# Exhibit C

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF FLORIDA
2            GAINESVILLE DIVISION
3
4   RARE BREED TRIGGERS, LLC, a Florida
    Limited Liability Company, and ABC IP
5   LLC, a Delaware Limited Liability Company,
6        Plaintiffs,
                        No. 1:21-cv-00149-RH-GRJ
7   vs.
8   BIG DADDY ENTERPRISES, INC., a Florida
    Corporation, d/b/a BIG DADDY
9   UNLIMITED, INC., and WIDE OPEN
    ENTERPRISES, LLC, a New Mexico Limited
10  Liability Company d/b/a WIDE OPEN TRIGGERS,
11
         Defendants.
12  _____/
13
14       VIDEOTAPED
         DEPOSITION OF:   LAWRENCE DEMONICO
15        (Conducted via videoconference)
16       DATE:            October 13, 2021
17       TIME:            9:05 a.m. to 2:38 p.m.
18
19       PURSUANT TO:     Notice by counsel for
                          Defendants for purposes of
20                        discovery, use at trial or
                          such other purposes as are
21                        permitted under the Florida
                          Rules of Civil Procedure
22
23       BEFORE:          KATHLEEN K. OHMAN, RMR
                          Notary Public, State of
24                        Florida
25                        Pages 1 - 167

Page 2

```
 1   APPEARANCES:
 2        GLENN D. BELLAMY, ESQUIRE
          Wood Herron & Evans, LLP
 3        2700 Carew Tower
          441 Vine Street
 4        Cincinnati, Ohio 45202
                    Attorney for Plaintiffs
 5
          DANIEL C. JOHNSON, ESQUIRE
 6        ELEANOR M. YOST, ESQUIRE
          Carlton Fields, P.A.
 7        4221 West Boy Scout Boulevard
          Suite 1000
 8        Tampa, Florida 33607
                    Attorneys for Defendants
 9
10          ALSO PRESENT:
11              Alex Montalvo, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1     Q.   Who else on behalf of Rare Breed was
2    involved in that sale?
3     A.   I believe I was the only one involved.
4     Q.   Were there any lawyers involved on either
5    side?
6     A.   Well, Kevin Maxwell is a lawyer and he
7    would have -- as the owner of Rare Breed, I would
8    say, yeah, he was involved.
9     Q.   With whom did you negotiate on behalf of
10   Rare Breed -- excuse me.  That's a poor question.
11   With whom did you negotiate at ABC for the sale of
12   the patent to ABC?
13   [REDACTED]

```
 1   BY MR. JOHNSON:
 2       Q.   You do know with whom you negotiated the
 3   purchase of the 223 patent, though, correct?
 4       A.   I would have to go back and look at email,
 5   but I'm not going to speculate.  That's for sure.
 6       Q.   Is that your serious answer under oath,
 7   Mr. Demonico, you do not remember with whom you
 8   negotiated the sale of the 223 patent to ABC?
 9       A.   My serious answer to you is, in order to
10   give you a very clear, precise answer, I would need
11   to go back and review email.
12            There were many discussions had, phone
13   calls, in person, lots of stuff, but who did I
14   specifically negotiate?  No, I'd have to look for
15   that.
16       Q.   So you just talked about phone calls,
17   in-person meetings.  Who are the people on behalf of
18   ABC with whom you had those phone calls or those
19   in-person meetings?
20       A.   That's not what I said anyway.
21            MR. BELLAMY:  I'm going to object again.
22       The same objection as to the scope and
23       relevance.
24            I don't know if there's a potential for
25       privilege.  I would need to talk to my client
```

1
2
3
4
5
6
7
8
9    Q.   Mr. Demonico, I'm going to go back to the
10   video we discussed a little bit, the locking bar
11   spring video, and in that video you say that it took
12   three years to bring the FRT-15 to market.  Do you
13   remember saying that?
14        A.   Sure.
15        Q.   And what is the basis of that statement
16   when Rare Breed didn't even acquire the patent until
17   2020?
18        A.   Well, that's very simple.  I have been the
19   president of Rare Breed Firearms for -- you know,
20   since its existence, and I am always looking for
21   things that nobody else is doing.
22             Everybody makes AR-15s.  Very few people
23   make AR-15s like the ones that Rare Breed Firearms
24   produces.
25             I had been exploring the possibility of a

Case 1:21-cv-01245-RM-GPG Document 25-14 Filed 02/23/21 Page 7 of 7
Case 1:20-cv-03590-RM-GPG Document 344 Filed 02/23/21 Page 7 of 165 PageID #: 525

Page 137

```
 1   forced reset-type trigger for many years.  Looking
 2   at it as a possibility.  So I had been working on,
 3   you know, concepts and ideas and design for years
 4   before, you know, Rare Breed Triggers was formed.  I
 5   mean, that's very simple.
 6        Q.   And you just interjected a new company,
 7   Rare Breed Firearms.  That's a separate legal
 8   entity, correct?
 9        A.   It is.
10        Q.   That's a Texas LLC of which you are the
11   president?
12        A.   I am, and it is.
13        Q.   And how long have you been the president
14   of Rare Breed Firearms?
15        A.   Since it was formed.
16        Q.   On Rare Breed Firearms website it says it
17   has a close relationship with Rare Breed Triggers.
18   What do you mean by that?
19        A.   Well, I'm the president of both.  That's
20   pretty close.
21
22
23
24
25
```