# Exhibit D









