# Exhibit B



# BANK WIRE INSTRUCTIONS

## BANK INFORMATION

Bank Name: JPMorgan Chase
Address: 270 Park Avenue
City, State Zip: New York, NY 10017
Account Name: Rare Breed Triggers, LLC
Account Number: 693581008
Routing Number: 267084131

## PLEASE NOTIFY US WHEN THE WIRE HAS BEEN SENT

Send us an e-mail with your wire confirmation sheet attached along with a shipping address for your order.

Upon receipt of the wire, we will ship your order the next business day.

*WIRE FRAUD IS ON THE RISE. PLEASE FOLLOW THE STEPS LISTED ON THE NEXT PAGE TO AVOID BECOMING A VICTIM OF WIRE FRAUD. *



## DON'T FALL VICTIM TO WIRE FRAUD

**UNFORTUNATELY SCAMMERS ARE CONSTANTLY STEALING VIA WIRE FRAUD AND GETTING MORE CLEVER EVERYDAY. BE SURE YOU DO NOT FALL VICTIM BY FOLLOWING THESE STEPS:**

1. PAY CLOSE ATTENTION TO WHAT EMAIL ADDRESS THE INSTRUCTIONS ARE SENT FROM.

2. RARE BREED TRIGGERS WILL NEVER ASK YOU TO WIRE FUNDS TO A DIFFERENT COMPANY NAME.

3. RARE BREED TRIGGERS'S WIRE INSTRUCTIONS WILL NOT CHANGE THROUGHOUT THE TRANSACTION.

4. DO NOT PROVIDE INFORMATION ABOUT YOURSELF OR YOUR TRANSACTION TO ANY UNKNOWNS OR UNNECESSARY PARTIES.

5. IF ANYTHING DOES NOT FEEL RIGHT OR ON THE UP AND UP, <u>DO NOT PROCEED</u> WITH THE WIRE AND CONTACT US AT THE EMAIL ADDRESS PUBLISHED ON OUR WEBSITE.

Thank you for your support.

**Rare Breed Triggers**