# Exhibit C



Home        Triggers        Swag        Parts        News        Community    🛒 $0.00    0

**RARE BREED**
-TRIGGERS-

customerservice@rarebreedtriggers.com

3523 45th Street South, Suite
100 Fargo, ND 58104

## Company Info

Terms & Conditions
Privacy Policy
Waiver & Release
Legal Support Package
FAQs

## Subscribe to our Newsletter

Email Address

**Subscribe**

# *Hancock Whitney Bank*

2510 14th Avenue
Gulfport, MS 39507

*Website:*   www.hancockwhitney.com

## WIRE TRANSFER AUTHORIZATION

**Wire Transfer Message Reference Number:**

**Wire Date:** 08/24/2021
Template ID:

**BENEFICIARY:**

Account:       693581008 - RARE BREED TRIGGERS LLC
Advice Info:
Advice Method:   NONE
Address:       270 PARK AVE
               NEW YORK, NY 10017

Beneficiary Bank:   -
Amount:       $ 3,215.00
Special Instructions (BBI):

Special Instructions(RFB):

Receiving Party:   267084131 - JPMORGAN CHASE BANK, NA

**ORDERING PARTY:**

Account:
Address:

Special Instructions (OBI):   INVOICE # 203

Originating Account:   -
Address:

Intermediate Party  (IBK):   -

FX Rate:         1.0
FX Currency:     USD
FX Amount:       3215.0

I hereby authorize Hancock Whitney Bank to charge my account for a wire transfer as stated above.

Client Signature:                    Date: 08/24/2021   Time: 10:23
Client Printed Name:                 Client Telephone Number:
Client Identification:   Known client

I certify that funds are available in the Client's account and submit this transfer request.

Bank Associate Signature:            Date: 8/24/21   Phone

Transfer fees may be waived pursuant to your checking account product type.  Please contact a banker for more information.

RBT7



# HANCOCK WHITNEY

| | | | | |
|---|---|---|---|---|
| Amount: | 3,215.00 | Ref. No.: | ███████ | Status:   VERF |
| Pay. Meth.: | FED | Msg. Type.: | 1000 | Trancode:DOMESTIC |
| Value Date: | 08/24/2021 | Bus. Function:CTR | | Dept.:   DEPT1 |

Sender ABA ███████
Previous IMAD:

Originating Party:      Account No.███████
                       Name:      ███████
                       Address:   ███████
                                  ███████

Receiving Party:       Name:      **JPMORGAN CHASE BANK, NA**
                       ID:        **267084131**

Beneficiary Party (BNF):  Account No.:**693581008**
                       Name:      **RARE BREED TRIGGERS LLC**
                       Address:
                                  **270 PARK AVE**
                                  **NEW YORK, NY 10017**

Reference for Beneficiary (RFB):
Originator to Beneficiary Info (OBI):**INVOICE # 203**
Bank to Bank Information (BBI):
Debit Party:                       **Originator**

# FIRST MERCHANTS BANK (FMB)
## Funds Transfer / Payment Order Request

| | | | | | |
|---|---|---|---|---|---|
| Today's Date | **19-AUG-2021** | *Transfer Date* | **19-AUG-2021** | | |
| Branch Name | | | | *Branch Code* | **413** |
| Originator's Account # | | | | | |
| Online Institution's Routing Number (9 digits) | | | | | |

*Wire Number* ▉▉▉▉▉  *Wire Amount*  USD 45,150.00 *Service Charge*  **0.00**   *Product Code*  **CTR**

*Debit Amount*  USD 45,150.00 *Exchange Rate*  **0.00**

*Created By*  ▉▉▉▉  (CrGL4275)

*Telegraphic Name*  **JPMORGAN CHASE BANK NA**

Name of Originator

Taxpayer ID

Address of Originator

Corresponding Institution
(If Beneficiary's Bank is offline or Outside the United States)
Beneficiary Institution
(Final Destination Bank's Name & Address)

Beneficiary's Name (Final Recipient of Funds)     **RARE BREED TRIGGERS LLC**
Beneficiary's Address (required)                  **270 PARK AVENUE**
                                                  **NEW YORK NY 10017**
                                                  **UNITED STATES**
Beneficiary's Account Number (required)           **693581008**
Other Beneficiary Information, Reference Information, or Payment Instructions

**THIS TRANSACTION IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS**
If your payment order identifies an intermediary bank, beneficiary bank or beneficiary by name and number, First Merchants Corporation Bank Affiliate and every receiving, intermediary or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediary bank, beneficiary bank, person or account different than the bank or beneficiary identified by name. Neither First Merchants Corporation Bank Affiliate nor any receiving, intermediary or beneficiary bank has any responsibility to determine whether the name and identifying number refer to the same bank or person.

_____           _____
Signature to Originator/Conductor Signature        Date

---

For Internal Use Only

Approver Limit            Approved by (Print Name)              Approved By (Sign Name)

SSN                       Time

_____       _____
Call Back Verification to  Call Back Phone Number

# FIRST MERCHANTS BANK (FMB)
## Funds Transfer / Payment Order Request

| | | | | | |
|---|---|---|---|---|---|
| *Today's Date* | **27-AUG-2021** | | *Transfer Date* | **27-AUG-2021** | |
| *Branch Name* | | | | | *Branch Code*   **413** |
| *Originator's Account #* | | | | | |
| *Online Institution's Routing Number (9 digits)* | | | | | |

| *Wire Number* | | *Wire Amount* | USD 18,060.00 *Service Charge* | **0.00** | *Product Code*   **CTR** |
|---|---|---|---|---|---|
| | | *Debit Amount* | USD 18,060.00 *Exchange Rate* | **0.00** | |
| | | *Created By* | | (CrGL4275) | |

*Telegraphic Name*    **JPMORGAN CHASE BANK, NA**

*Name of Originator*

*Taxpayer ID*

*Address of Originator*

*Corresponding Institution*
(If Beneficiary's Bank is offline or Outside the United States)
*Beneficiary Institution*
(Final Destination Bank's Name & Address)

*Beneficiary's Name (Final Recipient of Funds)*        **RARE BREED TRIGGERS, LLC**
*Beneficiary's Address (required)*

*Beneficiary's Account Number (required)*        **693581008**
*Other Beneficiary Information, Reference Information, or Payment Instructions*

**THIS TRANSACTION IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS**

If your payment order identifies an intermediary bank, beneficiary bank or beneficiary by name and number, First Merchants Corporation Bank Affiliate and every receiving, intermediary or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediary bank, beneficiary bank, person or account different than the bank or beneficiary identified by name. Neither First Merchants Corporation Bank Affiliate nor any receiving, intermediary or beneficiary bank has any responsibility to determine whether the name and identifying number refer to the same bank or person.

_____     _____

Signature to Originator/Conductor Signature       Date

--------------------------------------------------------------------------------

For Internal Use Only

_____     _____     _____

Approver Limit     Approved by (Print Name)        Approved By (Sign Name)

SSN     Time

_____     _____

Call Back Verification to     Call Back Phone Number

Rare Breed Triggers LLC

255 Primera Blvd
Suite 160
Lake Mary, FL 32746

# Invoice



| Date | Invoice # |
|------|-----------|
| 8/25/2021 | 215 |

| Bill To |
|---------|
|  |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 60 | Forced Reset Trigger Wholesale | 300.00 | 18,000.00 |
| 1 | Shipping | 60.00 | 60.00 |

| ***Upon receipt of wire transfer, your order will ship the next business day*** | **Total** | $18,060.00 |
|---|---|---|

RBT11

**From:**

**Sent:** Wednesday, August 25, 2021 10:15 AM

**To:** Lucy Pierson

**Subject:** [SEND SECURE] [Cust Out Wire Advice - eMail] Message ID:210825100547RN00 Advice Code:OTCSADEM

CAUTION: The e-mail below is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.

In accordance with your instructions, we have DEBITED account#: ***********█ for $3,291.00 on 2021-08-25 00:00:00.

Fee: $0.00

Sender Bank:
    ABA #:  █
    Bank Name: BANK OF NORTH DAKO

Receiving Bank:
    ABA #:  267084131
    Bank Name: JPMCHASE

FRB Reference:
    IMAD█
    OMAD█

Country Code: US

Beneficiary Information:
    Acct #:  **********1008   Name:RARE BREED TRIGGERS LLC
    255 PRIMERA BLVD STE 160 LAKE MARY FL 32746

Beneficiary Bank:

Originator Information:
    Acct #:  **********█Name: █

Originator Bank:  UNITED COMMUNITY BANK - LEEDS

Intermediary Bank Info:

# bank of ann arbor
# WIRE TRANSFER REQUEST FORM

☐ Domestic Wire Transfer   ☐ Foreign Wire Transfer   Date **08/19/2021**

## 1 CUSTOMER INFORMATION

Name ▮▮▮▮   Phone ▮▮▮▮

Address ▮▮▮▮   Account # ▮▮▮▮

Cash Management ☐ Yes  ☑ No

## 2 WIRE INFORMATION

Transfer amount *(written in words)*

Eight Thousand Twenty Five Dollars and 00/100**************************************

**Transfer Amount** 8,025.00

☑ US Dollars
Service Fee $ 20

☐ Foreign currency (name) _____
Selling Rate _____
US Equivalent _____
Service Fee $ _____

## 3 RECEIVING BANK INFORMATION

**Beneficiary Bank Information**
Name  JP Morgan Chase
Address  270 Park Avenue
New York, NY 10017

ABA/SWIFT  BIC  267084131
Sort Code *(foreign wire only-if known)* _____

**Intermediary Bank Information (if applicable)**
Name _____
Address _____
_____
ABA/SWIFT BIC _____

## 4 BENEFICIARY INFORMATION

Name  Rare Breed Triggers, LLC
Address  255 Primera Blvd Suite 160
Lake Mary, FL 32746

Account #  693581008

IBAN (foreign wire only) _____

Instructions to Beneficiary
Invoice # 162

Reason for Wire *(foreign wire only)*
Inventory Purchase

X Customer Signature _____
Identification (in person wire)  Known Customer

### BRANCH/INTERNAL DEPARTMENTS

Type of Request   In Person ☑   , Email ☑   Fax ☑   Phone ☐
Request Accepted By ▮▮▮▮   PIN Received From _____
OFAC Screening Completed ☑   Checked Signature ☑   Funds Available ☑
Wire Approved By _____

### BANK OPERATIONS

Wire # _____   OFAC _____
Entered By _____   PIN Received From _____
Verified By _____   Transaction Posted _____

RBT13

Scanned with CamScanner

# **bank of ann arbor**

# **WIRE TRANSFER REQUEST FORM**

■ Domestic Wire Transfer    ☐ Foreign Wire Transfer    Date 8/26/21

## **1 CUSTOMER INFORMATION**

Name ██████████

Address ██████████

Phone ██████

Account # ██████

Cash Management  ☐ Yes  ■ No

## **2 WIRE INFORMATION**

Transfer amount *(written in words)*

Fifteen Thousand Fifty Dollars and 00/100 **********************************************

Transfer Amount
15,050.00

■ US Dollars

Service Fee $ 20.00

☐ Foreign currency (name) _____

Selling Rate _____

US Equivalent _____

Service Fee $ _____

## **3 RECEIVING BANK INFORMATION**

**Beneficiary Bank Information**

Name  JP Morgan Chase

Address  270 Park Avenue
New York NY 10017

ABA/SWIFT  BIC  267084131

Sort Code *(foreign wire only-if known)* _____

**Intermediary Bank Information (if applicable)**

Name _____

Address _____

ABA/SWIFT BIC _____

## **4 BENEFICIARY INFORMATION**

Name  Rare Breed Triggers LLC

Address  255 Primera Blvd
Suite 160
Lake Mary FL 32746

Account #  693581008

IBAN (foreign wire only) _____

Instructions to Beneficiary
Invoice # 219

Reason for Wire *(foreign wire only)*

**X** *Customer Signature* _____

*Identification (in person wire)*  Known Customer/verbally verified wire instructions

## **BRANCH/INTERNAL DEPARTMENTS**

Type of Request   In Person ☑   Email ☐   Fax ☐   Phone ☐

Request Accepted By ██████   Branch # 8   PIN Received From  N/A

OFAC Screening ████████ ☐   ████ Signature ☑   Funds Available ☑

Wire Approved B██████

## **BANK OPERATIONS**

Wire # _____

Entered By _____

Verified By _____

OFAC _____

PIN Received From _____

Transaction Posted _____

Scanned with CamScanner

**Dana Beck**
**Somerville - Citizens State Bank**
Somerville, TX 77879



Logoff

ACH Services
Cash Management
Funds Transfer
International Services
Vault Services
Check Services
Unapproved Transactions
Daily Postings
Transaction Summary
OFAC
User Setup/Security
Reports
Custom Reports
Data Archive

ANNOUNCEMENTS
2017 Release Notes
2018 Release Notes
2019 Release Notes
2020 Release Notes
TIB Information
TIB Product Information
TransCom Information

## Your wire transfer request for $3,215.00 has been submitted.

Domestic Wire Transfer
Please Complete by 5:50:00 PM Central

[ Upload ]  [ Attach Files ]

| | | |
|---|---|---|
| Repetitive Name | Non Repetitive ⌄ | Go |
| Wire Type Code | 1000 ⌄ | |
| Business Function Code | CTR ⌄ | |
| TIB Account | ▉ | |
| Amount | $3,215.00 | |
| FRB Fedwire Directory | Search Routing Numbers | |
| Receiver Bank: | 267084131   ABA Routing Number ⌄ | |
| | JPMORGAN CHASE BANK NA | Name |
| Intermediary Bank: | | ABA Routing Number ⌄ |
| | | Name |
| | | Address |
| | | Address Line 2 |
| | | Address Line 3 |
| Beneficiary Bank: | 267084131 | ABA Routing Number ⌄ |
| | JPMORGAN CHASE BANK, NA | Name |
| | | Address |
| | | Address Line 2 |
| | | Address Line 3 |
| Beneficiary: | 693581008 | DDA Account Number ⌄ |
| | RARE BREED TRIGGERS LLC | Name |
| | 255 PRIMERA BLVD | Address |
| | SUITE 160 | Address Line 2 |
| | LAKE MARY FL 32746 | Address Line 3 |
| Originator: | ▉ | DDA Account Number ⌄ |
| | ▉ | Name |
| | | Address |
| | | Address Line 2 |
| | | Address Line 3 |
| Drawdown Bank: | | DDA Account Number ⌄ |
| | | Name |
| | | Address |
| | | Address Line 2 |
| | | Address Line 3 |
| | CDT ABA# | |
| Originator to Beneficiary Info | REF INVOICE NO 194 | |
| FI to FI Information | Maximum of 210 characters | |
| Return Reference (for returns only) | Date of Previous Wire | |
| | Reference Number | |

© 1998 - 2021
Version: 5.9.90

| From: | ████████ |
|---|---|
| To: | Caleb Kruckenberg; Lawrence DeMonico; Kevin Maxwell |
| Subject: | Fw: Thank You for your order! |
| Date: | Tuesday, February 14, 2023 1:09:17 AM |

Thanks,
Cole Leleux

----- Forwarded Message -----
**From:** Dealer Sales <dealersales@rarebreedtriggers.com>
**To:** ████████ < ████████
**Sent:** Tuesday, February 14, 2023 at 12:42:07 AM EST
**Subject:** FW: Thank You for your order!

Thank you,

Dealer Account Specialist



-----Original message-----
**From:** ████████
**Sent:** Tuesday, August 24 2021, 11:54 am
**To:** Dealer Sales
**Subject:** Re: Thank You for your order!

Good morning,
Here is the wire transfer confirmation.



On Aug 23, 2021, at 3:28 PM, Dealer Sales <dealersales@rarebreedtriggers.com> wrote:

Thank You for your order!

***ATTENTION***

Please be aware that Rare Breed Triggers currently has a pending lawsuit with the ATF and DOJ. If you have any concerns regarding this lawsuit, more information can be found online on websites such as https://theinfidel.co/blogs/news

Please see attached invoice and wire transfer instructions. Payments for dealer account sales must be made via wire transfer ONLY, per the dealer program initial info sent out. ACH transfer payments will NOT be accepted. Sorry for any inconvenience.

Once your wire transfer is complete, please send us an email with a wire confirmation sheet and shipping address.

Upon receipt of the wire, your order will ship the next business day. Please be advised Rare Breed Triggers has a NO return policy.

NOTE: Due to high demand of orders, wire transfers must be sent within 48 hours. We cannot guarantee stock fulfillment after 48 hours from receipt of invoice. If it is past 48 hours from receipt of invoice and you have NOT completed the wire transfer, please confirm stock levels to ensure we can fulfill your order BEFORE completing the wire transfer.

Thank you,

Dealer Account Specialist



-----Original message-----
**From:** ▮▮▮▮▮▮
**Sent:** Thursday, August 19 2021, 6:19 pm
**To:** Dealer Sales
**Subject:** Dealer sales FRT-15

▮▮▮▮▮▮▮▮▮▮

10 units please.

▮▮▮▮▮▮▮▮▮▮
        you,

▮▮▮▮

< ▮▮▮▮▮▮▮▮▮▮
<RBT - Wire Transfer Form.pdf>

# FIRST MERCHANTS BANK (FMB)
## Funds Transfer / Payment Order Request

| | | | |
|---|---|---|---|
| Today's Date | 23-AUG-2021 | | |
| Branch Name | | *Transfer Date* | 23-AUG-2021 |
| Originator's Account # | | | Branch Code    __413__ |
| Online Institution's Routing Number (9 digits) | | | |

| Wire Number | ▓▓▓▓▓ | *Wire Amount* | USD 45,150.00 *Service Charge* | __0.00__ | *Product Code* | __CTR__ |
|---|---|---|---|---|---|---|
| | | *Debit Amount* | USD 45,150.00 *Exchange Rate* | __0.00__ | | |
| | | *Created By* | ███████ | | | |

**Telegraphic Name**    JPMORGAN CHASE BANK, NA

Name of Originator
Taxpayer ID
Address of Originator

Corresponding Institution
(If Beneficiary's Bank is offline or Outside the United States)
Beneficiary Institution
(Final Destination Bank's Name & Address)

Beneficiary's Name (Final Recipient of Funds)     **RARE BREED TRIGGERS LLC**
Beneficiary's Address (required)      **270 PARK AVENUE**
     **NEW YORK NY 100171**
     **UNITED STATES**
Beneficiary's Account Number (required)      **693581008**
Other Beneficiary Information, Reference Information, or Payment Instructions

### THIS TRANSACTION IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS

If your payment order identifies an intermediary bank, beneficiary bank or beneficiary by name and number, First Merchants Corporation Bank Affiliate and every receiving, intermediary or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediary bank, beneficiary bank, person or account different than the bank or beneficiary identified by name. Neither First Merchants Corporation Bank Affiliate nor any receiving, intermediary or beneficiary bank has any responsibility to determine whether the name and identifying number refer to the same bank or person.

_____       8·23·2021
Signature to Originator/Conductor Signature      Date

-------------------------------------------------------------------

For Internal Use Only

2,00,000
Approver Limit       Approved by (Print Name)       Approved By (Sign Name)

SSN       Time

_____    _____
Call Back Verification to      Call Back Phone Number

8/25/21                     WIRE TRANSFER REQUEST

Wire Transfer Amount:   $3,215.00          Wire Fee :   $29.50

WIRE PURPOSE: _____Tools & Parts_____

ORIGINATOR: From Account: ████████         Branch#:  405
                   Name:  ████████
                   Address: ████████


BENEFICIARY: Account Number: 693581008
                   Name:    Rare Breed Triggers, LLC
                   Address: 255 Primera Blvd
                            Suite 160
                            Lake Mary FL 32746

RECEIVING BANK:    Bank ABA: 267084131
                   ABA Name: JPMCHASE

BENEFICIARY BANK:  Bank Identifier:
                   Bank Name:

ORIG TO BENE INFORMATION:


I am the authorized signer on the account listed above, or otherwise have the
authority to make the Wire Transfer request. I certify that I have reviewed
all of the information above and that it is true and accurate.


Customer Signature ████████_____ Date: 8/25/2021 Time: 1405
------------------------------------------------------------------
FOREIGN WIRE INFORMATION
Foreign Currency (FX) Code: _____/ NA   FX Rate: _____ FX Amount ____
Consumer = Remittance Transfer Disclosure Completed
Foreign Wire = Y   Wire Source = IW

** Phone request allowed from business customer with Wire Agreement on file **
(Email request outside of bank policy. No exceptions allowed.)

Collected Balance: $ 5,274.84 _____ Note Cash Deposit Info:_____

In Person Request taken by ████████ Phone Request taken by: _____

  ID/DL#: ████████ State __SD__       Callback by: _____
                                       Call made to:_____
                                       PH# called: _____

Entered by: ████████_____           Branch#: 470   Date: 8/25/21

Branch Approval: _____     Branch#: _____ Date: _____

(Print Name): _____     Title: _____

One time Regional/Group President Exception Approval: _____

Reason for Exception: _____

Scanned with CamScanner

Rare Breed Triggers LLC

255 Primera Blvd
Suite 160
Lake Mary, FL 32746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/25/2021 | 210 |

**Bill To**



| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | Forced Reset Trigger Wholesale | 320.00 | 3,200.00 |
| 1 | Shipping | 15.00 | 15.00 |

***Upon receipt of wire transfer, your order will ship the next business day***

| Total | $3,215.00 |
|-------|-----------|

RBT23

Scanned with CamScanner



# BANK WIRE INSTRUCTIONS

## BANK INFORMATION

Bank Name: JPMorgan Chase
Address: 270 Park Avenue
City, State Zip: New York, NY 10017
Account Name: Rare Breed Triggers, LLC
Account Number: 693581008
Routing Number: 267084131

## PLEASE NOTIFY US WHEN THE WIRE HAS BEEN SENT

Send us an e-mail with your wire confirmation sheet attached along with a shipping address for your order.

Upon receipt of the wire, we will ship your order the next business day.

*WIRE FRAUD IS ON THE RISE. PLEASE FOLLOW THE STEPS LISTED ON THE NEXT PAGE TO AVOID BECOMING A VICTIM OF WIRE FRAUD. *

RBT24

Scanned with CamScanner

Rare Breed Triggers LLC

255 Primera Blvd
Suite 160
Lake Mary, FL 32746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/30/2021 | 225 |

**Bill To**

███████████

| | P.O. No. | Terms | Project |
|---|----------|-------|---------|
| | | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | Forced Reset Trigger Wholesale | 320.00 | 3,200.00 |
| 1 | Shipping | 15.00 | 15.00 |

***Upon receipt of wire transfer, your order will ship the next business day***

| **Total** | $3,215.00 |
|-----------|-----------|

RBT25

Scanned with CamScanner



## BANK WIRE INSTRUCTIONS

## BANK INFORMATION

Bank Name: JPMorgan Chase
Address: 270 Park Avenue
City, State Zip: New York, NY 10017
Account Name: Rare Breed Triggers, LLC
Account Number: 693581008
Routing Number: 267084131

## PLEASE NOTIFY US WHEN THE WIRE HAS BEEN SENT

Send us an e-mail with your wire confirmation sheet attached
along with a shipping address for your order.

Upon receipt of the wire, we will ship your order the next
business day.

*WIRE FRAUD IS ON THE RISE. PLEASE FOLLOW THE STEPS LISTED ON THE NEXT
PAGE TO AVOID BECOMING A VICTIM OF WIRE FRAUD. *

Scanned with CamScanner

WIRE TRANSFER REQUEST

Wire Transfer Amount:   $3,215.00          Wire Fee :   $29.50

WIRE PURPOSE: _____

ORIGINATOR: From Account: ████████          Branch#:   405
            Name:
            Address

BENEFICIARY: Account Number: 693581008
             Name:    Rare Breed Triggers LLC
             Address: 255 Primera Blvd
                      Suite  160
                      Lake Mary FL 32746

RECEIVING BANK:    Bank ABA: 267084131
                   ABA Name: JPMCHASE

BENEFICIARY BANK: Bank Identifier:
                  Bank Name:

ORIG TO BENE INFORMATION:
   REF: INVOICE #225


I am the authorized signer on the account listed above, or otherwise have the
authority to make the Wire Transfer request. I certify that I have reviewed
all of the information above and that it is true and accurate.


Customer Signatur ████████              Date: 9/2/2021   Time: 1215 CDT
------------------                      ----------------------------------
FOREIGN WIRE INFORMATION
Foreign Currency (FX) Code: _____/ NA   FX Rate: _____  FX Amount _____
Consumer = Remittance Transfer Disclosure Completed
Foreign Wire = Y   Wire Source = IW

** Phone request allowed from business customer with Wire Agreement on file **
(Email request outside of bank policy. No exceptions allowed.)

Collected Balance: $_____        Note Cash Deposit Info:_____

In Person Request taken by: _____   Phone Request taken by: _____

   ID/DL#: _____ State _____      Callback by: _____
                                          Call made to: _____
                                          PH# called: _____

Entered by: _____           Branch#: _____   Date: _____

Branch Approval: _____        Branch#: _____   Date: _____

(Print Name): _____           Title: _____

One time Regional/Group President Exception Approval: _____

Reason for Exception: _____

Scanned with CamScanner



## BANK WIRE INSTRUCTIONS

### BANK INFORMATION

Bank Name: JPMorgan Chase
Address: 270 Park Avenue
City, State Zip: New York, NY 10017
Account Name: Rare Breed Triggers, LLC
Account Number: 693581008
Routing Number: 267084131

### PLEASE NOTIFY US WHEN THE WIRE HAS BEEN SENT

Send us an e-mail with your wire confirmation sheet attached along with a shipping address for your order.

Upon receipt of the wire, we will ship your order the next business day.

*WIRE FRAUD IS ON THE RISE. PLEASE FOLLOW THE STEPS LISTED ON THE NEXT PAGE TO AVOID BECOMING A VICTIM OF WIRE FRAUD. *

Scanned with CamScanner

Rare Breed Triggers LLC

255 Primera Blvd
Suite 160
Lake Mary, FL 32746

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/18/2021 | 166 |

**Bill To**

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | Forced Reset Trigger Wholesale | 320.00 | 3,200.00 |
| 1 | Shipping | 15.00 | 15.00 |

***Upon receipt of wire transfer, your order will ship the next business day***

| **Total** | **$3,215.00** |
|-----------|---------------|

RBT29

Scanned with CamScanner

WIRE TRANSFER REQUEST

Wire Transfer Amount:  $3,215.00          Wire Fee :   $29.50

WIRE PURPOSE: _____

ORIGINATOR: From Account ██████████          Branch#:   405
              Name:
              Address ██████████


BENEFICIARY: Account Number: 693581008
               Name:    Rare Breed Triggers LLC
               Address: 270 Park Avenue
                        New York NY 10017


RECEIVING BANK:    Bank ABA: 267084131
                   ABA Name: JPMCHASE

BENEFICIARY BANK: Bank Identifier:
                  Bank Name:

ORIG TO BENE INFORMATION:


I am the authorized signer on the account listed above, or otherwise have the
authority to make the Wire Transfer request. I certify that I have reviewed
all of the information above and that it is true and accurate.

Customer Signature: ██████████          Date: 8/19/21   Time:  1115
-------------------                      --------------------------------
FOREIGN WIRE INFORMATION
Foreign Currency (FX) Code: _____/ NA   FX Rate: _____ FX Amount _____
Consumer = Remittance Transfer Disclosure Completed
Foreign Wire = Y   Wire Source = IW

** Phone request allowed from business customer with Wire Agreement on file **
(Email request outside of bank policy. No exceptions allowed.)

Collected Balance: $_____       Note Cash Deposit Info:_____

In Person Request taken by: _____   Phone Request taken by: _____

   ID/DL#: _____ State _____        Callback by: _____
                                            Call made to:_____
                                            PH# called: _____

Entered by: _____          Branch#: _____   Date: _____

Branch Approval: _____          Branch#: _____   Date: _____

(Print Name): _____          Title: _____

One time Regional/Group President Exception Approval: _____

Reason for Exception: _____

Scanned with CamScanner

# FedPayments Manager℠ -- Funds

| | | | |
|---|---|---|---|
| Environment: | Front-End-PROD | ABA: | ███████ |
| Mode: | Prod | Service Unit: | 31497733 |
| Cycle Date: | 08/30/2021 | System Date/Time: | 08/30/2021 15:12:23 |

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 08/30/2021 09:50:18 | Test/Prod: | Prod |
| IMAD: | 20210830 QMGFT011 000775 08301152 | | |
| OMAD: | 20210830 B1QGC01R 042323 08301152 | | |

BASIC INFORMATION
Sender ABA {3100}:            ██████████████████
Receiver ABA {3400}:          267084131 CHASE
Amount {2000}:                3,215.00
Type/Subtype Code {1510}:     1000 - Transfer of Funds
Business Function {3600}:     CTR - Customer Transfer
Sender Reference {3320}:      3224410
ORIGINATOR INFORMATION
Originator {5000}
    ID Code:                  D - DDA Account Number
    Identifier:               ███████
    Name:                     █████████████████████████
    Address:                  ██████████████████████████

BENEFICIARY INFORMATION
Beneficiary {4200}
    ID Code:                  D - DDA Account Number
    Identifier:               693581008
    Name:                     RARE BREED TRIGGERS LLC
    Address:                  255 PRIMERA BLVD
                              STE 160
                              LAKE MARY, FL 32746



Welcome back, JAMES WHEELER

## Single Transactions    Recurring Transactions    Mobile Deposits

| Created date | Status | Transaction Type | Account | Amount |
|---|---|---|---|---|
| 8/19/2021 | Processed | Domestic Wire - Tracking ID: 1470812 | ██████████ | $3,215.00 |

| | | | | |
|---|---|---|---|---|
| **Tracking ID:** | 1470812 | | **Amount:** | $3,21█.00 |
| **Created:** | 08/19/2021 12:12 PM | | **Recipient Wire Name:** | Rare Breed Triggers, LLC |
| **Created By:** | ████████ | | **Recipient Address 1:** | 255 Primera Blvd |
| **Authorized:** | 08/19/2021 12:31 PM | | | |
| **Authorized By:** | ████████ | | **Recipient Address 2:** | Suite 160 |
| **Will process On:** | 08/19/2021 | | **Recipient City:** | Lake Mary |
| **From Account:** | ████████████ | | **Recipient State:** | FL |
| **To Account:** | ██████ | | **Recipient ZIP:** | 32746 |
| **To Account Type:** | Checking | | **Beneficiary FI Routing Number:** | 267084131 |
| **Originator Wire Header:** | WHEELER JAMES J | | **Beneficiary FI Name:** | JPMorgan Chase |
| **Message to Beneficiary:** | ████████████  #189 | | **Beneficiary FI Address 1:** | 270 Park Ave |
| **Purpose Of Wire:** | Purchase of Inventory | | **Beneficiary FI City:** | New York |
| | | | **Beneficiary FI State:** | NY |
| | | | **Beneficiary FI ZIP:** | 10017 |

**WIRE TRANSFER REQUEST FORM**                    Date: 8/25/21

Account Number: █████████         Amount: $ 3,215.00       Fee: $ 20.00

**CUSTOMER (ORIGINATOR) INFORMATION:**

Name: ████████

Address*: ████████

City, State, Zip: ████████

Contact Phone Number: ████████

**BENEFICIARY INFORMATION:**

Account #: 693581008

BNF Name: RARE BREED TRIGGERS

Address*: 255 PRIMERA BLVD STE 160

City, State, Zip: LAKE MARY, FL 32746

**RECEIVING BANK INFO:**

Bank Name: JPMCHASE

ABA # (9 digits): 267084131

Address: 270 PARK AVE

City, State, Zip: NEW YORK, NY 10017

**FOR FURTHER CREDIT TO:**

Bank/Names:

ABA # or Branch #:

Address*:

City, State, Zip:

Purpose of Wire: PURCHASING TRIGGERS FROM WHOLESALER   Additional Information:

*Physical addresses only – P.O. Boxes not allowed*

--------------------------------------------------------------------------------

**THIS APPLICATION IS SUBJECT TO THE FOLLOWING AGREEMENT:** By signing this form, you, the customer, agree that this wire transfer is irrevocable and that the sole obligation of the bank processing this wire transfer is to exercise ordinary care in processing this wire transfer and that it is not responsible for any losses or delays which occur as a result of any other party's involvement in processing this transfer.

**APPLICABLE LAW AND OTHER AGREEMENTS:** This agreement shall be governed by all applicable operating circulars of any Federal Reserve Bank which may handle any transaction that is the subject of this agreement, and by all applicable provisions of federal law and regulation. To the extent allowed by federal law, this agreement shall also be governed by the operating rules and other governing documents of SWIFT, NACHA, or any other funds transfer or advice service or facilitator, and by the laws of any foreign nation having jurisdiction over the transfer (or any segment thereof, to the extent of that segment only). To the extent it is not governed by such laws, regulations, rules, and other governing documents, this agreement shall be governed by the laws of the state of Montana. This agreement shall be binding upon and inure to the benefit of Customer and Bank, and their respective successors, assigns, and legal representatives.

**FUNDS TRANSFER SECURITY PROCEDURES WILL APPLY AS SPECIFIED BELOW:** When a payment order is issued by our customer, the security procedure will involve use of identification methods that may include pre-designated code words for verbal orders, photo identification, and verification of original signature and/or call back procedures at the sole discretion of our bank.

**TIME SCHEDULE FOR FUNDS TRANSFER:** Payment orders received prior to 3:00 p.m. MT will be transmitted the same business day. Orders received after that time, or on Saturday, Sunday or a bank holiday will be considered next business day transactions. Funds transfer business days will include all normal bank business days.

*Please review the information provided above. Incomplete or inaccurate information will cause a delay in the wire transfer being sent. Verify with the beneficiary that the information being provided is accurate, including: account numbers, addresses, ABA numbers, bank names and further credit bank information*

Customer Signature: ████████              Date: 8-25-21

--------------------------------------------------------------------------------

**Bank Use Only**          ████████        ☐ In-Person        ☐ Phone        ☐ Fax

Form Completed by ████████        Ext ████        ID Notes: MTDL EXP 06/07/22
If the wire is $500,000 or over and it's after 2:00pm MT, please reserve funds with accounting.

**Authorized Bank Signature**_____        Date _____
Approvals up to $25,000 by Operations Supervisors, Managers, or Individuals with sufficient credit approval as designated by the division Board of Directors. Amounts exceeding $25,000 must be approved by an Officer. Wires in excess of $1,000,000 or exception up to $50,000 to policy require a second officers' authorization.

**2nd Officer Signature** _____        Date _____
Wires in excess of $1,000,000 or exception up to $50,000 to policy require a second officers' authorization.

**Phone/Fax Request Call Backs**
Name of Customer Authorizing Request: _____        Phone Number Called: _____

Call Back Performed by: _____

System Entry by EVAN CARTER_____        System Initiation & Verified by _____

RBT42

Revised 05/2021

**BB&T**

## Outgoing Wire Transfer Request Agreement

| | | | |
|---|---|---|---|
| Date 20-AUG-2021 | Branch DAVIDSON COUNTY-6045401 | | Phone # (336)224-3155 |
| Client type C | Wire Transfer Amount $ 3855.00 | | Repetitive # |
| C = Client Acct Charged   F = Financial | | | Case ID |

| **Application** CHECKING | **Debit Account** |
|---|---|

**Originator**   Name

Address

**ID Proof**

| **Intermediary Bank** | | **Beneficiary Bank** | |
|---|---|---|---|
| Name | | Name JPMCHASE |
| Address | | Address JPMORGAN CHASE BANK, NA |
| | | BEVERLY HILLS  CA |
| Country | | Country US |
| ABA / Routing | | ABA / Routing 267084131 |

**Beneficiary**   Name   RARE BREED TRIGGERS

Address   270 PARK AVENUE

NEW YORK, NY 10017

Account   693581008

Country   UNITED STATES

Originator Reference

Originator to Beneficiary Info
[Purpose]

Bank to Bank Info

*Note:* *The Bank Secrecy Act requires proper identification and complete information from the wire transfer originator and beneficiaries. BB&T clients who present funds from an outside source are requested to deposit funds to their account and send the wire via debit of said account.*

SEE FOLLOWING PAGES FOR ADDITIONAL CONTRACTUAL WIRE INFORMATION

I certify that the information concerning this wire transfer is correct and agree to be bound to the Terms and Conditions on the following pages of this agreement.

**Client Acknowledgement:**

Did you receive wire instructions via email/fax?   ✓ YES   ☐ NO

If YES, have you validated the wire instructions?   ✓ YES   ☐ NO

Client / Authorized Company Representative

Client / Authorized Company Representative Signature

20-AUG-2021

Bank Associate   Date

Requested By (if applicable)   Date

**8115** (1111)   Revision Date March 2019   Page 1 of 2

**Wire Transfer Form**



A Better Way To Bank.

## Receiving Institution Information

| | |
|---|---|
| Institution Name  JP Morgan Chase | Telephone Number |

Street Address  270 Park AVE

| City  New York. | State/Province  N Y | Zip  10017 |
|---|---|---|
| Routing Number  267084131 | Country  WH | |

## Beneficiary (Receiver) Information

| | |
|---|---|
| Name  Rare Breed Triggers | Telephone Number |

Street Address  255 Primera Blvd.

| City  Lake Mary | State/Province  Fl | Zip  32746 |
|---|---|---|
| Account Number  693581003 | Country  WH | |

For further credit to (If applicable):

Source of funds:
☒ Checking          ☐ CD
☐ Savings          ☐ Loan Proceeds

## Originator (Sender) Information

| Name ▮▮▮▮▮▮ | Account Number ▮▮▮▮▮▮ |
|---|---|

Street Address ▮▮▮▮▮▮

| City ▮▮▮ | State/Provinc ▮▮▮ | Zip ▮▮▮ |
|---|---|---|
| Telephone Number ▮▮▮ | Country ▮▮▮ | |

## Wire Transfer Currency Selections and Amounts

| Check Destination:<br>☐ International<br>☐ Domestic | For international wires: Funds will be sent in the currency of the destination country, where available. If you wish for the funds to be sent in US Dollars (Funds will be converted by local Bank, unless recipient has a US dollar account), please idicate by checking this box:  ☐ |
|---|---|
| US Dollar Amount:  3215.00  OR | Foreign Currency Amount: |  ☒ Checked with OFAC |

Purpose of Wire:

Firearms ~~AZE~~ inventory

In providing wire transfer instructions to the bank, you will provide the name of a bank and its routing number. You will also provide the name of the person to receive the funds and that person's account number. The transfer will be made on the basis of the routing and account numbers. If these numbers are incorrect, it may result in funds being transferred to another bank or another person. If this should happen because of incorrect information you provided , you will be liable for the misdirected funds and any fees that may be applied.

* I have read the above agreement ▮▮▮▮▮▮

8-25-2021
Date

Reference # ▮▮▮▮▮▮

# OUTGOING WIRE TRANSFER FORM

| ACCOUNT NAME | WIRE AMOUNT: 6420.00    WIRE FEE: 15.00 |
|---|---|
| ▉▉▉▉▉▉▉▉▉▉ | TOTAL AMOUNT DEBITED: 6435.00 |

| ACCOUNT NUMBER | REFERENCE NUMBER | METHOD OF PAYMENT |
|---|---|---|
| ▉▉▉▉▉ | ▉▉▉▉ | Account Debit |

| CUSTOMER/ORIGINATOR'S AUTHORIZED REPRESENTATIVE (if applicable) | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| | |

| ORIGINATOR'S ADDRESS | AUTHORIZATION VERIFICATION METHOD |
|---|---|
| ▉▉▉▉▉▉▉ | |

**WIRE INSTRUCTIONS RECEIVED BY:**
PHONE          MAIL          IN PERSON          FAX          OTHER (Specify)

| BENEFICIARY'S NAME | BENEFICIARY'S ACCOUNT NUMBER |
|---|---|
| Rare Breed Triggers LLC | 693581008 |

| BENEFICIARY'S ADDRESS |
|---|
| 270 Park Ave<br>New York, NY 10017 |

| BENEFICIARY'S BANK |
|---|
| JPMCHASE |

| BENEFICIARY'S BANK ADDRESS | ABA ROUTING NUMBER |
|---|---|
| | 267084131 |

| INTERMEDIARY BANK/INSTITUTION |
|---|
| |

| INTERMEDIARY BANK ADDRESS | ABA ROUTING NUMBER |
|---|---|
| | |

**SPECIAL INSTRUCTIONS          INS - INSTRUCTING BANK          BBI - BANK BY BANK INSTRUCTIONS**
**Originator to Beneficiary -** wholesale trigger order

| CREATED BY: AnnaG | APPROVED BY: | POSTED BY: | POSTING APPROVED BY: |
|---|---|---|---|
| CREATED DATE: 09/02/2021 09:31:19 | | | |

## CUSTOMER SIGNATURE

X ▉▉▉▉▉▉▉                                    Sep 2, 2021

**NOTES:**_____

_____

_____

_____

# OUTGOING WIRE TRANSFER FORM

| ACCOUNT NAME ███████████████ | WIRE AMOUNT: 3215.00  WIRE FEE: 15.00<br>TOTAL AMOUNT DEBITED: 3230.00 | |
|---|---|---|
| ACCOUNT NUMBER ████████ | REFERENCE NUMBER ████████ | METHOD OF PAYMENT<br>Account Debit |
| CUSTOMER/ORIGINATOR'S AUTHORIZED REPRESENTATIVE (if applicable) | TAXPAYER IDENTIFICATION NUMBER | |
| ORIGINATOR'S ADDRESS ███████████ | AUTHORIZATION VERIFICATION METHOD | |

**WIRE INSTRUCTIONS RECEIVED BY:**
    PHONE      MAIL      IN PERSON      FAX      OTHER (Specify)

| BENEFICIARY'S NAME<br>Rare Breed Triggers LLC | BENEFICIARY'S ACCOUNT NUMBER<br>693581008 |
|---|---|
| BENEFICIARY'S ADDRESS<br>270 Park Ave<br>New York, NY 10017 | |
| BENEFICIARY'S BANK<br>JPMCHASE | |
| BENEFICIARY'S BANK ADDRESS | ABA ROUTING NUMBER<br>267084131 |
| INTERMEDIARY BANK/INSTITUTION | |
| INTERMEDIARY BANK ADDRESS | ABA ROUTING NUMBER |

**SPECIAL INSTRUCTIONS**    **INS - INSTRUCTING BANK**    **BBI - BANK BY BANK INSTRUCTIONS**
**Originator to Beneficiary -** wholesale trigger order

| CREATED BY: AnnaG | APPROVED BY: | POSTED BY: | POSTING APPROVED BY: |
|---|---|---|---|
| CREATED DATE: 08/19/2021 13:47:01 | | | |

## CUSTOMER SIGNATURE

████████████                 Aug 19, 2021

**NOTES:**_____

_____

_____

_____