**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

-against-

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

Defendants.

Case No. 1:23-cv-00369-NRM-RML

**REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

## DECLARATION OF COLE LELEUX

I, Cole Leleux, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information and belief:

1. I am an owner of Rare Breed Firearms, LLC (RBF), a consultant for Rare Breed Triggers, LLC (RBT), and a resident of the State of Florida.

2. I am familiar with the operations and management of both RBF and RBT, and the facts set out in this declaration are based on my personal knowledge.

3. RBT did its banking through an account it opened in January 2021 at a branch of JP Morgan Chase N.A. located at 7674 Dr. Phillips Blvd., Orlando, Florida 32819. The account number for that account is 693581008.

4. As noted in my initial declaration in this matter, when RBT set up its payment process for dealers in August 2021, Chase provided wire transfer instructions that included two routing numbers. *See* Attachment F to Declaration of Cole Leleux in support of Defendants Motion to Dismiss ("Customer Information for Incoming Wire Transfers," ECF No. 23-1 at 43). One, which was designated as the number for domestic transfers, was 021000021. But a notation further down

on the instructions stated, "Do not use the ABA routing number above. Please use Florida ABA routing 267084131." The instructions also told us to provide dealers with Chase's address in New York. We never thought that this address meant any wire transfers were going to any account in New York, as we had no account there.

5. Also as noted in my initial declaration, when dealers tried using Chase's domestic routing number (021000021) the wire transfers failed. We then gave them the Florida routing number (267084131) and the transactions were successful. *See* Attachment G. We never bothered to change the address on the routing instructions because the transactions were successful at that point and a bank representative told us the address did not matter as long as the account number and routing number were correct. All the transaction confirmations I have seen indicate that the funds were wired to our Florida account through the Florida routing number (267084131). As far as I can tell from RBT records, no funds were ever routed to RBT through the Chase domestic routing number, 021000021.

6. Contrary to the Government's claim, RBF does not, and never has, sold firearms. *See* Government's Brief in Opposition to Motion to Dismiss (ECF No. 24) at 7 ("Defendant RBF sells firearms and firearm accessories"). As the ATF must know, RBF does not possess a federal firearms license and therefore is not permitted to sell firearms. And it is not clear what the Government means by "firearms accessories," but, in any event, RBF is primarily a design company. It produces designs for parts of an AR-15 rifle known as "lower receivers." It does not manufacture or sell these parts, however. Instead, it licenses these designs to another company, Spike's Tactical, which then produces both the lower receivers and the rifles to which those receivers are attached. While RBF's website includes pictures of the rifles, it makes clear that they

are only available for sale from Spike's Tactical, not RBF. *See* rarebreedfirearms.com. Beyond that, RBF's sells things like t-shirts and hats.

7. Because RBF does not sell firearms, firearm accessories, or triggers, whatever packages it sold in New York would not have been these types of items. Likely, they would have been swag, such as t-shirts and hats.

8. Because RBF is a separate company from RBT and does not sell triggers, it has often had to respond to inquiries about triggers made by RBT. To do so, it added a page to its website that showed an FRT-15 with the following message: "The FRT-15 is exclusively manufactured and sold by Rare Breed Triggers. Visit their site at www.RareBreedTriggers.com." RBF also sends a standard email in response to inquiries it receives about RBT or the FRT-15 that says: "We are Rare Breed Firearms. We are not Rare Breed Triggers. We are two separate companies with separate locations and different staff. You should send this email to them. You can contact them at customerservice@rarebreedtriggers.com." *See* Attachment H, which includes the first such response, dated May of 2021, and the last, dated December 2022.

9. RBT never sold triggers to any dealers located in New York, or dealers who had stated an intent to sell to New York. RBT has no knowledge of any dealer in Massachusetts selling to New York. In fact, records indicate that RBT sold only ten triggers to one dealer in Massachusetts.

10. Lee Spring Company is a very large company that does business all over the world. *See* https://www.leespring.com/contact-us. When RBT purchased the springs from Lee Spring to which the Government refers in its briefs, it did not know that the company's global headquarters were in New York. RBT dealt with Lee Spring in Gilbert, AZ. *See* Attachment I. RBT conducted the transaction remotely from Florida and it was done entirely by email and telephone. RBT had

no idea when it transacted with Lee Spring that the company's global headquarters were in New York.

Executed on March 2, 2023

**Cole Leleux**

# ATTACHMENT

# G

**Initial reply with Invoice and Wire Instructions**

Thank You for your order!

***ATTENTION***
Please be aware that Rare Breed Triggers currently has a pending lawsuit with the ATF and DOJ. If you have any concerns regarding this lawsuit, more information can be found online on websites such as https://theinfidel.co/blogs/news

Please see attached invoice and wire transfer instructions.

Once your wire transfer is complete, please send us an email with a wire confirmation sheet and shipping address.

Upon receipt of the wire, your order will ship the next business day.

NOTE: Due to high demand of orders, wire transfers must be sent within 48 hours. We cannot guarantee stock fulfillment after 48 hours from receipt of invoice. If it is past 48 hours from receipt of invoice and you have NOT completed the wire transfer, please confirm stock levels to ensure we can fulfill your order BEFORE completing the wire transfer.

G: Is this ok?

Aug 17, 2021, 10:22

Kelly Leleux

KL: Up to 855 dealer orders.

KL: Is that wording on the email to the dealers with their order ok?

Cole Leleux

CL: Good for me.  Lawrence?







RBT33

DS Dealer Sales 4:47 PM
To: Gabriela Amorim >

# Initial reply with Invoice and Wire Instructions

Thank You for your order!

***ATTENTION***
Please be aware that Rare Breed Triggers currently has a pending lawsuit with the ATF and DOJ. If you have any concerns regarding this lawsuit, more information can be found online on websites such as https://theinfidel.co/blogs/news

Please see attached invoice and wire transfer instructions.

Once your wire transfer is complete, please send us an email with a wire confirmation sheet and shipping address.

Upon receipt of the wire, your order will ship the next business day.

NOTE: Due to high demand of orders, wire transfers must be sent within 48 hours. We cannot guarantee stock fulfillment after 48 hours from receipt of invoice. If it is past 48 hours from receipt of invoice and you have NOT completed the wire transfer, please confirm stock levels to ensure we can fulfill your order BEFORE completing the wire transfer.






Cole Leleux
CL
Good for me. Lawrence?
Works for me
Gabi
Okay, are you updating the document with wire instructions for the Chase account?
G
I'll do it now
Stand by
Kelly Leleux
Ok. Are we good to process all the dealer order after we get the update wiring instructions?
855 trigger total I believe.
KL
Cole Leleux
Yes
CL
Email sent with wire info
CL
Roger that
iMessage

Roger that

Cole Leleux

Def a different address so glad I asked

Kelly. Just sent the wire instructions to your yahoo

Cole Leleux

Alright now stock slacking ladies. This should have been done Friday

Kelly Leleux

BANK NAME: JPMorgan Cha
ADDRESS: 270 Park Avenue
CITY, STATE ZIP: New York, N
ABA: 267084131
Account Name: Rare Breed Tri
Account Number: 693581008
Routing Number: 021000021

YAHOO PLUS MORE... Upgrade Now
Kelly Home
Yahoo/Inbox
Aug 17 at 12:41 PM
Wires.pdf Page 1 of 1

Key Terms
ABA Routing/Transit Number - used in the US to identify financial institutions.
SWIFT Code - unique identification code for a bank/branch, used for an international transfer.
Provide the following information to the person sending the wire:
DOMESTIC WIRES
Provide Chase Bank's ABA Routing/Transit Number 021000021
INTERNATIONAL WIRES
Provide Chase Bank's SWIFT Code CHASUS33
RARE BREED TRIGGERS, LLC

THE
vire co
addre
e will
ess da









RBT36

iMessage




❑ DOMESTIC WIRES

✓ Provide Chase Bank's ABA Routing/Transit Number 021000021

❑ INTERNATIONAL WIRES

✓ Provide Chase Bank's SWIFT Code CHASUS33

e will

ess da

| Your Chase Account Number (If using a Chase Loan, Investment or other Non-Deposit acct number do NOT enter it here; enter it in "Other Information" & indicate the type of account to be credited): | Your Name as it Appears on the Account to be credited: RARE BREED TRIGGERS, LLC |
|---|---|
| Amount of the Wire: 693581008 | Receiving Bank Name: Chase |
| For Domestic transfers, Chase ABA Routing/Transit Number: 021000021 | Receiving Branch Address: JPMorgan Chase 270 Park Avenue New York, NY 10017 |
| For International transfers, Chase Swift Code: CHASUS33 | |
| Other information: DO NOT USE THE ABA ROUTING ABOVE. PLEASE USE FLORIDA ABA ROUTING 267084131 | |

RBT37

**Important!**

- Incoming funds will be credited based *solely* on the Account Number you provide. BE CERTAIN you confirm that the Account Number is correct.
- Any error or incomplete information may result in the wire ...

Never mind this is confusing

I thought the 021000021 was for wires?



KL



**Customer Information for Incoming Wire Transfers**

We have created this guide to explain some key terms and standard information that may be required for another person to send you a wire transfer payment. It is **not** an agreement by the bank to accept or transmit the wire transfer payment.

| Key Terms |
|---|
| **ABA Routing/Transit Number** - used in the US to identify financial institutions. |
| **SWIFT Code** - unique identification code for a bank/branch; used for an international transfer. |

**Provide the following information to the person sending the wire:**

- ❑ **DOMESTIC WIRES**
  - ✓ Provide Chase Bank's ABA Routing/Transit Number **021000021**
- ❑ **INTERNATIONAL WIRES**
  - ✓ Provide Chase Bank's SWIFT Code **CHASUS33**

| | |
|---|---|
| Your Chase Account Number (If using a Chase Loan, Investment or other Non-Deposit acct number do NOT enter it here; enter it in "Other Information" & indicate the type of account to be credited): | Your Name as it Appears on the Account to be credited: RARE BREED TRIGGERS, LLC |
| Amount of the Wire: 693581008 | Receiving Bank Name: **Chase** |
| **For Domestic transfers,** Chase ABA Routing/Transit Number: **021000021** | Receiving Branch Address: JPMorgan Chase 270 Park Avenue New York, NY 10017 |
| **For International transfers,** Chase Swift Code: **CHASUS33** | |
| Other Information: DO NOT USE THE ABA ROUTING ABOVE. PLEASE USE FLORIDA ABA ROUTING 267084131 | |

**Important!**

- Incoming funds will be credited based *solely* on the Account Number you provide. BE CERTAIN you confirm that the Account Number is correct.
- Any error or incomplete information may result in the wire going to the wrong person or being delayed, which could result in the loss of funds.
- Incoming funds may be deposited into the checking or savings account or may be applied as a payment to the loan or line of credit.
- Incoming funds cannot be credited to a Chase Secure Banking Account.
- Incoming funds may take 1 full business day before the funds are received from the sender.
- Sender's bank may request Chase's address for incoming wires. Address is 270 Park Ave., New York, NY 10017.

M1208-01 (09/20)

This is what was sent to us.

This is where I got the Info.

I'm not sure what's right or wrong at this point.

RBT38










## Customer Information for Incoming Wire Transfers

We have created this guide to explain some key terms and standard information that may be required for another person to send you a wire transfer payment. It is **not** an agreement by the bank to accept or transmit the wire transfer payment.

**Key Terms**

**ABA Routing/Transit Number** - used in the US to identify financial institutions.

**SWIFT Code** - unique identification code for a bank/branch; used for an international transfer.

**Provide the following information to the person sending the wire:**

❑ **DOMESTIC WIRES**

✓ Provide Chase Bank's ABA Routing/Transit Number **021000021**

❑ **INTERNATIONAL WIRES**

✓ Provide Chase Bank's SWIFT Code **CHASUS33**

| | |
|---|---|
| Your Chase Account Number (If using a Chase Loan, Investment or other Non-Deposit acct number do NOT enter it here; enter it in "Other Information" & indicate the type of account to be credited): | Your Name as it Appears on the Account to be credited: RARE BREED TRIGGERS, LLC |
| Amount of the Wire: 693581008 | Receiving Bank Name: **Chase** |
| **For Domestic transfers,** Chase ABA Routing/Transit Number: **021000021** | Receiving Branch Address: JPMorgan Chase 270 Park Avenue New York, NY 10017 |
| **For International transfers,** Chase Swift Code: **CHASUS33** | |
| Other Information: DO NOT USE THE ABA ROUTING ABOVE. PLEASE USE FLORIDA ABA ROUTING 267084131 | |

**Important!**

- Incoming funds will be credited based *solely* on the Account Number you provide. BE CERTAIN you confirm that the Account Number is correct.
- Any error or incomplete information may result in the wire going to the wrong person or being delayed, which could result in the loss of funds.
- Incoming funds may be deposited into the checking or savings account or may be applied as a payment to the loan or line of credit.
- Incoming funds cannot be credited to a Chase Secure Banking Account.
- Incoming funds may take 1 full business day before the funds are received from the sender.
- Sender's bank may request Chase's address for incoming wires. Address is 270 Park Ave., New York, NY 10017.

M1208-01 (09/20)



I'm not sure what's right or wrong at this point.

Kelly Leleux

That's what I'm looking at

KL It's very confused

Can we ask someone?

Kelly Leleux

KL Cole said he would check in a few

Cole Leleux

Lawrence will resend wire instructions

CL We are removing 021 routing off of it

Kelly Leleux

KL Did the bank verify that?

Cole Leleux

CL Yeah

And I looked back at old text with










RBT40




And I looked back at old text with BDU. The 021 routing was what they tried first and it failed

We then gave them the local number and that has been working

Kelly Leleux




Ok

# ATTACHMENT

# H

RE: Wot







We are Rare Breed Firearms. We are not Rare Breed Triggers. We are two separate companies with separate locations and different staff. You should send this email to them. You can contact them at customerservice@rarebreedtriggers.com

**From:**
**Sent:** Tuesday, November 29, 2022 3:35 PM
**To:** admin@rarebreedfirearms.com
**Subject:** Wot

Hello. I recently ordered a wot from you guys, but haven't got a shipping confirmation. Is there any way for me to know when it will shim?

RE: Thanks for Registering at Rare Breed Firearms







You are gonna need to email Rare Breed Triggers at customerservice@rarebreedtriggers.com

We are completely separate companies with completely separate staff. I apologize that I can't be more help to you.

**From:**
**Sent:** Saturday, May 8, 2021 2:03 AM
**To:** admin@rarebreedfirearms.com
**Subject:** Re: Thanks for Registering at Rare Breed Firearms

Hello,

I would like to inquire


RARE BREED
FIREARMS
DESIGNS
APPAREL & SWAG
CONTACT US
0
RARE BREED
TRIGGERS
US PAT.10514223
FRT-15
$0.00
(No reviews yet) Write a Review
DESCRIPTION
The FRT-15 is exclusively manufactured and sold by Rare Breed Triggers.
Visit their site at www.RareBreedTriggers.com
ADDITIONAL DETAILS

# ATTACHMENT

# I

STAINLESS

From: Rosina Savva (rsavva@leespring.com)

To: COLELELEUX@YAHOO.COM

Date: Tuesday, August 24, 2021 at 06:15 PM EDT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1.5% | | | | | | |
| Stainless Steel 316 | ASTM A313 | Cr 16.5 - 18.0%, Ni 10.5 - 13.5%, Mo 2.0 - 2.5% | 0.29 | 125 - 245 | 28 | 10 | 550 °F | General heat resistant spring wire and better corrosion resistance than Type 302/204. Slightly magnetic. Often used in marine applications, resists chloride attack. |
| Stainless Steel 302/304 | ASTM A313 | Cr 17.0 - 20.0%, Ni 8.0 - 10.5% | 0.29 | 130 - 325 | 28 | 10 | 550 °F | General purpose corrosion and heat resistant spring wire. Slightly magnetic. Type 304 has less carbon than Type 302, however considered commercially equivalent for stock springs. |

**Rosina Savva**
Customer Service Department
Direct: 888-777-4647 ext 4004
Email: Rsavva@leespring.com

Lee Spring
1235 N Hobson St
Gilbert, AZ 85233
Office: 888-SPRINGS (888-777-4647)
Web: leespring.com

