UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                             Plaintiff,

-against-

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

                             Defendants.
-----------------------------------------------------------X

1:23-cv-00369-NRM-RML

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __STEVE SIMPSON__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Pacific Legal Foundation__ and a member in good standing of the bar(s) of the State(s) of __District of Columbia, New York, New Jersey, California__ as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Defendants, Rare Breed Triggers, LLC, Rare Breed Firearms LLC; Lawrence Demonico; Kevin Maxwell__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: March 9, 2023

Respectfully submitted,

_____
Signature of Movant
Firm Name __Pacific Legal Foundation__
Address __3100 Clarendon Blvd.  Suite 1000__
    __Arlington, VA 22201__
Email __SSimpson@pacificlegal.org__
Phone __(202) 888-6881__