UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>      -against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>                          Defendants. | Case No. 1:23-cv-00369-NRM-RML<br><br>NOTICE OF APPEARANCE OF<br>    STEVEN M. SIMPSON |

Notice is given that the undersigned counsel, Steven M. Simpson, is appearing as counsel for Defendants, in the above-captioned case.

Respectfully submitted this 14th day of March 2023.

                                          s/ Steven M. Simpson
                                          STEVEN M. SIMPSON*
                                          D.C. Bar No. 462553
                                          Pacific Legal Foundation
                                          3100 Clarendon Blvd.
                                          Suite 1000
                                          Arlington, VA 22201
                                          Telephone: (202) 888-6881
                                          Facsimile: (916) 419-7747
                                          SSimpson@pacificlegal.org

                                          *Pro Hac Vice*

       *Attorney for Defendants*

## AFFIRMATION OF SERVICE

I, Steven M. Simpson, declare under penalty of perjury that I filed the foregoing with the Clerk of the Court of the Eastern District of New York though the CM/ECF system, which will serve notice of said filing on all counsel of record.

                                s/ Steven M. Simpson
                                STEVEN M. SIMPSON*