

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 14, 2023

**BY ECF**

Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States of America v. Rare Breed Triggers, LLC, et al.*,
              No. 23-CV-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      Pursuant to the Court's order at the March 8, 2023 conference, and in advance of the March 17, 2023 oral argument, the parties conferred as to whether there are any material facts in dispute related to Defendants' motion to dismiss that either party believes should be resolved through the presentation of additional evidence at a hearing, rather than by affidavit and/or oral argument. Following that conferral, the parties jointly inform the Court that no presentation of evidence is necessary to resolve any such dispute(s) in connection with Defendants' motion to dismiss.

      The United States thanks the Court for its consideration of this matter.

                                  Respectfully submitted,

                                  BREON PEACE
                                  United States Attorney

                                      /s/
                                  Michael Blume
                                  Joseph Marutollo
                                  Paulina Stamatelos
                                  Assistant U.S. Attorneys
                                  (718) 254-6479 / 6288 / 6198
                                  Michael.Blume@usdoj.gov
                                  Joseph.Marutollo@usdoj.gov
                                  Pauline.Stamatelos@usdoj.gov

cc:      All Counsel of Record (By ECF)