# Exhibit B

**Table C.**

**U.S. District Courts—Civil Cases Commenced, Terminated, and Pending**
**During the 12-Month Periods Ending December 31, 2021 and 2022**

| Circuit and District | Filed | | | Terminated | | | Pending | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | 2021 | 2022 | Percent Change[1] | 2021 | 2022 | Percent Change[1] | 2021 | 2022 | Percent Change[1] |
| Total | 327,863 | 265,615 | -19.0 | 260,722 | 317,704 | 21.9 | 645,435 | 593,480 | -8.0 |
| DC | 3,448 | 3,937 | 14.2 | 3,709 | 3,716 | 0.2 | 4,326 | 4,564 | 5.5 |
| 1st | 5,090 | 4,773 | -6.2 | 5,162 | 5,111 | -1.0 | 9,807 | 9,470 | -3.4 |
| ME | 387 | 437 | 12.9 | 508 | 433 | -14.8 | 395 | 401 | 1.5 |
| MA | 2,438 | 2,601 | 6.7 | 2,842 | 2,847 | 0.2 | 3,447 | 3,199 | -7.2 |
| NH | 1,062 | 564 | -46.9 | 398 | 402 | 1.0 | 3,712 | 3,875 | 4.4 |
| RI | 520 | 458 | -11.9 | 517 | 564 | 9.1 | 752 | 648 | -13.8 |
| PR | 683 | 713 | 4.4 | 897 | 865 | -3.6 | 1,501 | 1,347 | -10.3 |
| 2nd | 24,669 | 24,636 | -0.1 | 25,808 | 27,054 | 4.8 | 30,992 | 28,476 | -8.1 |
| CT | 1,799 | 1,726 | -4.1 | 1,834 | 1,949 | 6.3 | 2,121 | 1,897 | -10.6 |
| NY,N | 1,587 | 1,628 | 2.6 | 1,662 | 1,930 | 16.1 | 2,034 | 1,731 | -14.9 |
| NY,E | 7,261 | 8,054 | 10.9 | 7,470 | 8,046 | 7.7 | 8,994 | 8,956 | -0.4 |
| NY,S | 11,572 | 11,369 | -1.8 | 11,849 | 12,652 | 6.8 | 14,045 | 12,708 | -9.5 |
| NY,W | 2,157 | 1,624 | -24.7 | 2,685 | 2,213 | -17.6 | 3,508 | 2,923 | -16.7 |
| VT | 293 | 235 | -19.8 | 308 | 264 | -14.3 | 290 | 261 | -10.0 |
| 3rd | 35,751 | 21,737 | -39.2 | 23,768 | 22,755 | -4.3 | 78,825 | 77,834 | -1.3 |
| DE | 1,886 | 1,703 | -9.7 | 2,029 | 2,086 | 2.8 | 2,219 | 1,885 | -15.1 |
| NJ | 22,127 | 9,057 | -59.1 | 9,870 | 9,053 | -8.3 | 62,367 | 62,404 | 0.1 |
| PA,E | 6,267 | 5,871 | -6.3 | 6,402 | 6,322 | -1.2 | 8,539 | 8,025 | -6.0 |
| PA,M | 2,251 | 2,135 | -5.2 | 2,414 | 2,323 | -3.8 | 2,738 | 2,546 | -7.0 |
| PA,W | 2,803 | 2,831 | 1.0 | 2,648 | 2,744 | 3.6 | 2,446 | 2,544 | 4.0 |
| VI | 417 | 140 | -66.4 | 405 | 227 | -44.0 | 516 | 430 | -16.7 |
| 4th | 16,833 | 17,467 | 3.8 | 17,984 | 17,128 | -4.8 | 20,488 | 20,759 | 1.3 |
| MD | 3,378 | 3,526 | 4.4 | 3,713 | 3,948 | 6.3 | 4,610 | 4,189 | -9.1 |
| NC,E | 1,647 | 1,634 | -0.8 | 1,702 | 1,724 | 1.3 | 2,218 | 2,020 | -8.9 |
| NC,M | 987 | 1,154 | 16.9 | 1,136 | 1,155 | 1.7 | 996 | 998 | 0.2 |
| NC,W | 1,196 | 1,142 | -4.5 | 1,324 | 1,381 | 4.3 | 1,181 | 943 | -20.2 |
| SC | 4,183 | 4,430 | 5.9 | 3,765 | 3,161 | -16.0 | 5,323 | 6,615 | 24.3 |
| VA,E | 3,052 | 2,941 | -3.6 | 3,373 | 3,045 | -9.7 | 2,563 | 2,482 | -3.2 |
| VA,W | 1,059 | 1,266 | 19.5 | 1,242 | 1,218 | -1.9 | 1,017 | 1,067 | 4.9 |

|  |  |  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| WV,N | 605 | 728 | 20.3 | 831 | 746 | -10.2 | 558 | 534 | -4.3 |
| WV,S² | 726 | 646 | -11.0 | 898 | 750 | -16.5 | 2,022 | 1,911 | -5.5 |
| **5th** | **28,764** | **33,817** | **17.6** | **37,444** | **40,605** | **8.4** | **51,205** | **44,432** | **-13.2** |
| LA,E | 2,007 | 5,030 | 150.6 | 9,906 | 9,024 | -8.9 | 21,334 | 17,355 | -18.7 |
| LA,M | 751 | 1,171 | 55.9 | 978 | 980 | 0.2 | 1,109 | 1,304 | 17.6 |
| LA,W | 4,498 | 6,256 | 39.1 | 2,356 | 3,946 | 67.5 | 4,414 | 6,727 | 52.4 |
| MS,N | 640 | 691 | 8.0 | 773 | 781 | 1.0 | 679 | 591 | -13.0 |
| MS,S | 1,513 | 1,385 | -8.5 | 1,656 | 1,632 | -1.4 | 1,621 | 1,372 | -15.4 |
| TX,N | 5,756 | 5,295 | -8.0 | 8,095 | 10,484 | 29.5 | 9,354 | 4,166 | -55.5 |
| TX,E | 3,184 | 3,087 | -3.0 | 3,246 | 3,060 | -5.7 | 3,251 | 3,282 | 1.0 |
| TX,S | 5,943 | 6,162 | 3.7 | 6,247 | 5,973 | -4.4 | 5,420 | 5,613 | 3.6 |
| TX,W | 4,472 | 4,740 | 6.0 | 4,187 | 4,725 | 12.8 | 4,023 | 4,022 | 0.0 |
| **6th** | **19,474** | **18,535** | **-4.8** | **16,523** | **16,606** | **0.5** | **35,918** | **37,869** | **5.4** |
| KY,E | 970 | 1,051 | 8.4 | 1,143 | 1,397 | 22.2 | 1,374 | 1,018 | -25.9 |
| KY,W | 1,280 | 1,230 | -3.9 | 1,382 | 1,367 | -1.1 | 1,527 | 1,392 | -8.8 |
| MI,E | 3,029 | 3,177 | 4.9 | 3,235 | 3,451 | 6.7 | 3,863 | 3,630 | -6.0 |
| MI,W | 1,435 | 1,587 | 10.6 | 1,628 | 1,544 | -5.2 | 1,105 | 1,146 | 3.7 |
| OH,N | 2,541 | 2,430 | -4.4 | 2,901 | 2,605 | -10.2 | 5,828 | 5,650 | -3.1 |
| OH,S | 7,063 | 5,637 | -20.2 | 2,621 | 2,625 | 0.2 | 18,194 | 21,210 | 16.6 |
| TN,E | 985 | 1,004 | 1.9 | 1,219 | 1,171 | -3.9 | 1,222 | 1,051 | -14.0 |
| TN,M | 1,130 | 1,242 | 9.9 | 1,280 | 1,263 | -1.3 | 1,353 | 1,332 | -1.6 |
| TN,W | 1,041 | 1,177 | 13.1 | 1,114 | 1,183 | 6.2 | 1,452 | 1,440 | -0.8 |
| **7th** | **19,133** | **20,354** | **6.4** | **19,761** | **19,434** | **-1.7** | **29,886** | **30,817** | **3.1** |
| IL,N | 7,378 | 7,799 | 5.7 | 7,941 | 7,914 | -0.3 | 9,963 | 9,868 | -1.0 |
| IL,C | 1,274 | 1,282 | 0.6 | 1,394 | 1,308 | -6.2 | 1,682 | 1,657 | -1.5 |
| IL,S | 1,795 | 3,146 | 75.3 | 1,430 | 1,328 | -7.1 | 2,273 | 4,090 | 79.9 |
| IN,N | 1,925 | 2,008 | 4.3 | 2,115 | 2,276 | 7.6 | 2,196 | 1,924 | -12.4 |
| IN,S | 4,358 | 3,728 | -14.5 | 4,132 | 3,903 | -5.5 | 11,010 | 10,831 | -1.6 |
| WI,E | 1,551 | 1,617 | 4.3 | 1,745 | 1,731 | -0.8 | 1,694 | 1,579 | -6.8 |
| WI,W | 852 | 774 | -9.2 | 1,004 | 974 | -3.0 | 1,068 | 868 | -18.7 |
| **8th** | **16,778** | **11,625** | **-30.7** | **12,610** | **11,952** | **-5.2** | **15,621** | **15,300** | **-2.1** |
| AR,E | 1,716 | 1,912 | 11.4 | 1,853 | 1,799 | -2.9 | 1,774 | 1,888 | 6.4 |
| AR,W | 876 | 860 | -1.8 | 893 | 922 | 3.2 | 740 | 679 | -8.2 |
| IA,N | 421 | 414 | -1.7 | 465 | 431 | -7.3 | 376 | 360 | -4.3 |
| IA,S | 532 | 536 | 0.8 | 536 | 514 | -4.1 | 453 | 475 | 4.9 |
| MN | 8,032 | 3,205 | -60.1 | 3,265 | 3,206 | -1.8 | 7,559 | 7,562 | 0.0 |
| MO,E | 1,771 | 1,644 | -7.2 | 2,054 | 1,939 | -5.6 | 1,838 | 1,533 | -16.6 |
| MO,W | 2,001 | 1,797 | -10.2 | 2,052 | 1,839 | -10.4 | 1,533 | 1,496 | -2.4 |

| | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| NE | 821 | 711 | -13.4 | 894 | 696 | -22.1 | 603 | 618 | 2.5 |
| ND | 232 | 221 | -4.7 | 249 | 231 | -7.2 | 298 | 289 | -3.0 |
| SD | 376 | 325 | -13.6 | 349 | 375 | 7.4 | 447 | 400 | -10.5 |
| **9th** | **44,287** | **42,881** | **-3.2** | **49,168** | **42,671** | **-13.2** | **45,679** | **45,933** | **0.6** |
| AK | 354 | 467 | 31.9 | 405 | 494 | 22.0 | 391 | 370 | -5.4 |
| AZ | 3,319 | 3,124 | -5.9 | 4,909 | 3,316 | -32.5 | 3,045 | 2,858 | -6.1 |
| CA,N | 9,909 | 9,066 | -8.5 | 10,008 | 7,823 | -21.8 | 11,817 | 13,114 | 11.0 |
| CA,E | 4,170 | 3,831 | -8.1 | 3,969 | 4,036 | 1.7 | 6,044 | 5,820 | -3.7 |
| CA,C | 14,144 | 13,848 | -2.1 | 15,543 | 13,955 | -10.2 | 10,456 | 10,355 | -1.0 |
| CA,S | 2,303 | 2,223 | -3.5 | 2,922 | 2,344 | -19.8 | 2,400 | 2,271 | -5.4 |
| HI | 535 | 584 | 9.2 | 624 | 616 | -1.3 | 512 | 479 | -6.4 |
| ID | 533 | 539 | 1.1 | 545 | 540 | -0.9 | 678 | 679 | 0.1 |
| MT | 606 | 634 | 4.6 | 658 | 631 | -4.1 | 661 | 666 | 0.8 |
| NV | 2,814 | 2,768 | -1.6 | 3,213 | 2,924 | -9.0 | 3,572 | 3,408 | -4.6 |
| OR | 1,919 | 2,013 | 4.9 | 1,975 | 2,358 | 19.4 | 2,732 | 2,389 | -12.6 |
| WA,E | 964 | 916 | -5.0 | 1,097 | 926 | -15.6 | 772 | 762 | -1.3 |
| WA,W | 2,650 | 2,817 | 6.3 | 3,219 | 2,644 | -17.9 | 2,242 | 2,417 | 7.8 |
| GU | 29 | 31 | 6.9 | 48 | 41 | -14.6 | 298 | 288 | -3.4 |
| NMI | 38 | 20 | -47.4 | 33 | 23 | -30.3 | 59 | 57 | -3.4 |
| **10th** | **9,530** | **9,068** | **-4.8** | **10,211** | **9,985** | **-2.2** | **10,050** | **9,215** | **-8.3** |
| CO | 3,468 | 3,363 | -3.0 | 3,540 | 3,505 | -1.0 | 3,161 | 3,003 | -5.0 |
| KS | 1,308 | 1,228 | -6.1 | 1,531 | 1,450 | -5.3 | 1,149 | 927 | -19.3 |
| NM | 1,240 | 988 | -20.3 | 1,254 | 1,226 | -2.2 | 1,442 | 1,208 | -16.2 |
| OK,N | 578 | 585 | 1.2 | 620 | 687 | 10.8 | 779 | 678 | -13.0 |
| OK,E | 401 | 390 | -2.7 | 427 | 425 | -0.5 | 547 | 511 | -6.6 |
| OK,W | 1,236 | 1,121 | -9.3 | 1,336 | 1,207 | -9.7 | 1,116 | 1,032 | -7.5 |
| UT | 1,063 | 1,082 | 1.8 | 1,256 | 1,206 | -4.0 | 1,601 | 1,478 | -7.7 |
| WY | 236 | 311 | 31.8 | 247 | 279 | 13.0 | 255 | 378 | 48.2 |
| **11th** | **104,106** | **56,785** | **-45.5** | **38,574** | **100,687** | **161.0** | **312,638** | **268,811** | **-14.0** |
| AL,N | 1,792 | 1,681 | -6.2 | 2,209 | 1,871 | -15.3 | 2,210 | 2,023 | -8.5 |
| AL,M | 875 | 763 | -12.8 | 927 | 1,057 | 14.0 | 1,357 | 1,061 | -21.8 |
| AL,S | 567 | 522 | -7.9 | 583 | 595 | 2.1 | 606 | 537 | -11.4 |
| FL,N | 74,721 | 28,705 | -61.6 | 7,914 | 68,194 | 761.7 | 287,230 | 247,747 | -13.7 |
| FL,M | 8,530 | 8,609 | 0.9 | 8,830 | 9,117 | 3.3 | 6,871 | 6,420 | -6.6 |
| FL,S | 9,213 | 8,323 | -9.7 | 9,740 | 8,862 | -9.0 | 4,388 | 3,856 | -12.1 |
| GA,N | 6,194 | 6,025 | -2.7 | 5,944 | 8,536 | 43.6 | 7,825 | 5,315 | -32.1 |
| GA,M | 1,244 | 1,175 | -5.5 | 1,442 | 1,256 | -12.9 | 1,080 | 1,001 | -7.3 |
| GA,S | 970 | 982 | 1.2 | 985 | 1,199 | 21.7 | 1,071 | 851 | -20.5 |

NOTE: The number of pending cases in this report includes cases that have been transferred under a Multidistrict Litigation (MDL) order. Large numbers of civil cases may be temporarily assigned by the Judicial Panel on Multidistrict Litigation to a district judge for pretrial management.  As MDL cases vary greatly among districts, it is advisable to check with the relevant district court before drawing statistical conclusions about the number of pending cases for that district.
¹ Percent change not computed when fewer than 10 cases reported for the previous period.
² The higher number of pending cases reported for the Southern District of West Virginia is the result of reconciliation efforts conducted for pretrial management for the three-month period ending June 30, 2018.