# Exhibit C

**Table C-5.**
**U.S. District Courts–Median Time Intervals From Filing to Disposition of Civil Cases Terminated, by District and Method of Disposition, During the 12-Month Period Ending December 31, 2022**

| Circuit and District | Total Cases | | No Court Action | | Court Action — Before Pretrial | | Court Action — During or After Pretrial | | Court Action — During Trial | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months | Number of Cases | Median Time Interval in Months |
| Total | 267,336 | 12.3 | 61,771 | 9.1 | 174,921 | 12.1 | 28,849 | 18.2 | 1,795 | 33.2 |
| DC | 3,286 | 5.0 | 994 | 3.2 | 2,274 | 6.2 | 5 | - | 13 | 33.0 |
| 1st | 4,527 | 12.1 | 1,782 | 8.3 | 1,928 | 11.3 | 770 | 18.2 | 47 | 37.0 |
| ME | 366 | 8.9 | 67 | 4.4 | 281 | 10.4 | 9 | - | 9 | - |
| MA | 2,586 | 12.0 | 1,312 | 8.4 | 618 | 8.9 | 636 | 18.4 | 20 | 39.7 |
| NH | 324 | 10.4 | 95 | 4.8 | 125 | 8.7 | 98 | 15.5 | 6 | - |
| RI | 509 | 11.0 | 261 | 11.7 | 237 | 10.2 | 3 | - | 8 | - |
| PR | 742 | 18.7 | 47 | 7.0 | 667 | 18.9 | 24 | 36.1 | 4 | - |
| 2nd | 24,453 | 7.0 | 4,704 | 3.0 | 16,013 | 7.2 | 3,563 | 16.0 | 173 | 48.3 |
| CT | 1,565 | 8.8 | 378 | 3.7 | 692 | 7.6 | 478 | 17.4 | 17 | 39.7 |
| NY,N | 1,466 | 11.7 | 196 | 3.5 | 984 | 12.2 | 272 | 17.2 | 14 | 59.5 |
| NY,E | 7,601 | 5.9 | 1,659 | 2.5 | 4,743 | 6.0 | 1,153 | 15.8 | 46 | 52.1 |
| NY,S | 11,726 | 5.8 | 2,298 | 3.1 | 7,777 | 5.8 | 1,564 | 14.7 | 87 | 47.7 |
| NY,W | 1,851 | 16.2 | 98 | 4.9 | 1,654 | 16.3 | 93 | 27.6 | 6 | - |
| VT | 244 | 8.5 | 75 | 4.2 | 163 | 10.4 | 3 | - | 3 | - |
| 3rd | 18,693 | 8.3 | 3,389 | 3.6 | 9,950 | 6.9 | 5,096 | 15.4 | 258 | 36.2 |
| DE | 1,872 | 8.0 | 486 | 2.8 | 1,210 | 9.2 | 127 | 22.8 | 49 | 37.0 |
| NJ | 7,806 | 9.8 | 402 | 2.7 | 4,152 | 4.9 | 3,148 | 19.8 | 104 | 36.2 |
| PA,E | 5,273 | 6.5 | 1,584 | 3.0 | 2,397 | 6.3 | 1,229 | 10.3 | 63 | 21.7 |
| PA,M | 1,533 | 12.7 | 439 | 7.4 | 999 | 14.7 | 76 | 14.5 | 19 | 40.4 |
| PA,W | 1,991 | 6.6 | 359 | 3.4 | 1,148 | 6.5 | 464 | 9.7 | 20 | 35.3 |
| VI | 218 | 16.7 | 119 | 12.2 | 44 | 20.3 | 52 | 20.5 | 3 | - |
| 4th | 11,294 | 9.1 | 1,841 | 6.1 | 8,000 | 8.9 | 1,349 | 14.3 | 104 | 29.2 |
| MD | 2,987 | 8.7 | 196 | 5.5 | 2,165 | 7.1 | 599 | 23.0 | 27 | 37.0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NC,E | 878 | 11.6 | 296 | 8.9 | 574 | 12.6 | 4 | - | 4 | - |
| NC,M | 627 | 10.6 | 314 | 8.7 | 284 | 11.1 | 26 | 32.2 | 3 | - |
| NC,W | 1,156 | 9.3 | 98 | 2.4 | 749 | 7.7 | 297 | 13.1 | 12 | 20.4 |
| SC | 2,258 | 9.5 | 197 | 2.6 | 2,022 | 10.1 | 27 | 13.8 | 12 | 30.9 |
| VA,E | 2,095 | 6.9 | 632 | 6.2 | 1,111 | 6.2 | 335 | 9.3 | 17 | 26.4 |
| VA,W | 567 | 14.1 | 63 | 3.6 | 483 | 14.5 | 7 | - | 14 | 26.0 |
| WV,N | 290 | 11.9 | 15 | 5.4 | 225 | 11.2 | 42 | 15.9 | 8 | - |
| WV,S | 436 | 11.7 | 30 | 3.7 | 387 | 11.7 | 12 | 17.5 | 7 | - |
| **5th** | **33,479** | **14.7** | **6,871** | **5.9** | **18,482** | **13.7** | **7,844** | **71.3** | **282** | **28.2** |
| LA,E | 8,692 | 70.8 | 380 | 4.1 | 2,448 | 29.7 | 5,836 | 73.6 | 28 | 35.1 |
| LA,M | 721 | 14.3 | 169 | 10.2 | 526 | 15.1 | 16 | 33.0 | 10 | 33.4 |
| LA,W | 3,384 | 9.0 | 633 | 7.3 | 2,292 | 8.9 | 431 | 16.7 | 28 | 25.4 |
| MS,N | 653 | 9.7 | 114 | 4.0 | 209 | 6.3 | 324 | 13.1 | 6 | - |
| MS,S | 1,108 | 11.9 | 456 | 10.2 | 600 | 12.9 | 31 | 25.9 | 21 | 32.9 |
| TX,N | 8,604 | 55.1 | 692 | 4.6 | 7,883 | 63.4 | 4 | - | 25 | 18.8 |
| TX,E | 1,980 | 9.0 | 730 | 5.5 | 1,202 | 10.1 | 10 | 19.2 | 38 | 27.0 |
| TX,S | 4,582 | 8.5 | 2,186 | 5.3 | 1,442 | 8.9 | 883 | 13.1 | 71 | 30.8 |
| TX,W | 3,755 | 7.9 | 1,511 | 5.5 | 1,880 | 8.5 | 309 | 18.1 | 55 | 30.5 |
| **6th** | **12,881** | **10.7** | **3,416** | **6.3** | **6,830** | **10.6** | **2,522** | **15.1** | **113** | **32.1** |
| KY,E | 1,025 | 15.5 | 120 | 5.3 | 888 | 16.7 | 7 | - | 10 | 44.4 |
| KY,W | 1,043 | 11.5 | 149 | 6.1 | 870 | 12.2 | 15 | 18.9 | 9 | - |
| MI,E | 2,654 | 9.5 | 456 | 2.7 | 1,040 | 5.3 | 1,144 | 17.1 | 14 | 40.2 |
| MI,W | 956 | 6.2 | 58 | 2.1 | 682 | 4.6 | 212 | 14.0 | 4 | - |
| OH,N | 2,179 | 9.5 | 656 | 4.9 | 794 | 9.3 | 722 | 12.5 | 7 | - |
| OH,S | 2,303 | 12.5 | 1,024 | 9.0 | 940 | 14.5 | 323 | 15.4 | 16 | 24.9 |
| TN,E | 905 | 12.0 | 278 | 7.7 | 521 | 12.6 | 85 | 14.6 | 21 | 28.6 |
| TN,M | 1,009 | 10.7 | 285 | 10.1 | 705 | 10.7 | 2 | - | 17 | 29.0 |
| TN,W | 807 | 10.1 | 390 | 9.4 | 390 | 10.1 | 12 | 17.9 | 15 | 26.7 |
| **7th** | **13,992** | **9.4** | **3,065** | **4.3** | **9,083** | **10.2** | **1,766** | **12.9** | **78** | **43.7** |
| IL,N | 6,859 | 6.9 | 1,941 | 4.1 | 4,496 | 7.9 | 390 | 13.4 | 32 | 51.2 |
| IL,C | 583 | 11.9 | 240 | 9.3 | 338 | 13.9 | 1 | - | 4 | - |
| IL,S | 750 | 11.8 | 334 | 5.8 | 405 | 16.2 | 8 | - | 3 | - |
| IN,N | 1,384 | 12.2 | 59 | 2.5 | 912 | 10.5 | 401 | 18.4 | 12 | 48.3 |
| IN,S | 2,736 | 12.6 | 181 | 4.4 | 1,820 | 15.0 | 727 | 11.3 | 8 | - |
| WI,E | 1,077 | 9.4 | 143 | 3.8 | 884 | 10.1 | 41 | 10.9 | 9 | - |
| WI,W | 603 | 9.3 | 167 | 3.4 | 228 | 10.7 | 198 | 11.9 | 10 | 21.8 |
| **8th** | **8,690** | **8.6** | **3,742** | **4.7** | **4,111** | **10.7** | **727** | **12.6** | **110** | **25.3** |

|       |        |      |        |      |        |      |       |      |     |      |
|-------|--------|------|--------|------|--------|------|-------|------|-----|------|
| AR,E  | 858    | 12.2 | 435    | 12.5 | 389    | 11.8 | 8     | -    | 26  | 24.4 |
| AR,W  | 588    | 11.7 | 17     | 9.9  | 506    | 11.1 | 55    | 13.9 | 10  | 18.8 |
| IA,N  | 303    | 8.8  | 93     | 8.7  | 206    | 8.6  | 0     | -    | 4   | -    |
| IA,S  | 330    | 11.0 | 159    | 10.8 | 159    | 10.0 | 6     | -    | 6   | -    |
| MN    | 2,796  | 5.5  | 1,885  | 2.1  | 286    | 11.8 | 615   | 12.0 | 10  | 35.7 |
| MO,E  | 1,420  | 10.3 | 414    | 8.2  | 977    | 10.8 | 13    | 24.3 | 16  | 26.2 |
| MO,W  | 1,450  | 8.2  | 461    | 5.5  | 949    | 9.9  | 22    | 15.5 | 18  | 22.7 |
| NE    | 530    | 6.8  | 188    | 2.4  | 326    | 9.8  | 7     | -    | 9   | -    |
| ND    | 183    | 13.5 | 6      | -    | 170    | 13.4 | 0     | -    | 7   | -    |
| SD    | 232    | 10.4 | 84     | 8.3  | 143    | 11.2 | 1     | -    | 4   | -    |
| **9th** | **34,697** | **7.2** | **10,667** | **4.8** | **21,471** | **7.6** | **2,265** | **16.5** | **294** | **31.0** |
| AK    | 399    | 4.8  | 10     | 2.4  | 387    | 4.8  | 0     | -    | 2   | -    |
| AZ    | 2,171  | 9.0  | 130    | 2.1  | 1,665  | 8.5  | 356   | 15.1 | 20  | 35.4 |
| CA,N  | 6,687  | 8.4  | 3,568  | 6.2  | 2,144  | 8.0  | 934   | 16.8 | 41  | 29.0 |
| CA,E  | 2,656  | 11.3 | 1,013  | 7.0  | 1,569  | 13.3 | 63    | 23.3 | 11  | 48.0 |
| CA,C  | 12,759 | 4.7  | 3,297  | 3.3  | 9,217  | 5.5  | 128   | 19.0 | 117 | 25.0 |
| CA,S  | 1,926  | 8.2  | 422    | 3.8  | 1,017  | 8.1  | 470   | 15.3 | 17  | 40.7 |
| HI    | 505    | 9.0  | 189    | 5.5  | 294    | 9.9  | 15    | 30.1 | 7   | -    |
| ID    | 386    | 11.3 | 22     | 3.5  | 294    | 10.4 | 66    | 22.5 | 4   | -    |
| MT    | 402    | 10.9 | 113    | 7.2  | 155    | 10.4 | 124   | 14.8 | 10  | 18.3 |
| NV    | 2,155  | 8.3  | 943    | 7.1  | 1,119  | 8.9  | 76    | 13.1 | 17  | 46.1 |
| OR    | 1,589  | 13.4 | 334    | 7.8  | 1,223  | 14.5 | 10    | 37.9 | 22  | 35.3 |
| WA,E  | 794    | 9.3  | 97     | 7.6  | 679    | 9.5  | 9     | -    | 9   | -    |
| WA,W  | 2,216  | 7.0  | 511    | 4.2  | 1,678  | 7.5  | 10    | 21.8 | 17  | 36.0 |
| GU    | 29     | 13.6 | 7      | -    | 19     | 12.1 | 3     | -    | 0   | -    |
| NMI   | 23     | 12.7 | 11     | 12.6 | 11     | 12.7 | 1     | -    | 0   | -    |
| **10th** | **7,587** | **10.0** | **1,699** | **6.2** | **5,003** | **10.0** | **788** | **16.0** | **97** | **32.4** |
| CO    | 2,623  | 8.6  | 726    | 7.4  | 1,760  | 8.5  | 104   | 21.1 | 33  | 35.3 |
| KS    | 1,046  | 8.3  | 177    | 4.4  | 777    | 8.2  | 76    | 20.5 | 16  | 23.4 |
| NM    | 892    | 11.6 | 91     | 1.9  | 445    | 10.5 | 350   | 14.8 | 6   | -    |
| OK,N  | 529    | 13.0 | 17     | 6.4  | 510    | 13.0 | 1     | -    | 1   | -    |
| OK,E  | 291    | 15.5 | 15     | 2.6  | 270    | 15.7 | 2     | -    | 4   | -    |
| OK,W  | 905    | 10.0 | 334    | 7.0  | 375    | 10.1 | 186   | 12.7 | 10  | 27.5 |
| UT    | 1,078  | 11.5 | 231    | 6.4  | 822    | 12.9 | 11    | 61.3 | 14  | 63.5 |
| WY    | 223    | 11.3 | 108    | 9.9  | 44     | 6.6  | 58    | 14.4 | 13  | 20.1 |
| **11th** | **93,757** | **20.2** | **19,601** | **23.3** | **71,776** | **19.3** | **2,154** | **12.4** | **226** | **26.9** |
| AL,N  | 1,474  | 11.1 | 119    | 4.2  | 1,335  | 11.5 | 5     | -    | 15  | 37.1 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AL,M | 542 | 13.2 | 31 | 6.6 | 487 | 13.1 | 12 | 28.4 | 12 | 34.5 |
| AL,S | 460 | 12.0 | 53 | 3.6 | 388 | 12.3 | 11 | 19.0 | 8 | - |
| FL,N | 67,451 | 22.4 | 17,429 | 24.4 | 49,995 | 22.2 | 6 | - | 21 | 22.0 |
| FL,M | 6,915 | 6.5 | 148 | 5.0 | 6,322 | 6.0 | 404 | 14.6 | 41 | 27.8 |
| FL,S | 8,022 | 3.6 | 842 | 3.4 | 7,081 | 3.5 | 21 | 11.5 | 78 | 21.1 |
| GA,N | 7,601 | 10.8 | 537 | 2.8 | 5,334 | 14.1 | 1,689 | 11.5 | 41 | 34.9 |
| GA,M | 714 | 8.4 | 205 | 5.9 | 498 | 9.6 | 3 | - | 8 | - |
| GA,S | 578 | 9.6 | 237 | 7.5 | 336 | 10.7 | 3 | - | 2 | - |

NOTE: Median time intervals are not computed when fewer than 10 cases reported. This table excludes land condemnations, prisoner petitions, deportation reviews, recovery of overpayments, and enforcement of judgments. Includes cases filed in previous years as consolidated cases that thereafter were severed into individual cases. For fiscal years prior to 2001, this table included data on recovery of overpayments and enforcement of judgments.