

April 4, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      Defendants hereby withdraw their Motion to Dismiss for Lack of Personal Jurisdiction without prejudice. *See* ECF No. 23. However, for the reasons stated in Defendants' Response to this Court's Order to Show Cause why this matter should not be transferred, Defendants respectfully request that this matter be transferred to the U.S. District Court for the Western District of Texas. *See* ECF No. 38.

      Respectfully submitted,

      */s/Caleb Kruckenberg*
CALEB KRUCKENBERG*
D.C. No. 1617890
STEVEN M. SIMPSON*
D.C. Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
CKruckenberg@pacificlegal.org
SSimpson@pacificlegal.org

Honorable Nina R. Morrison
April 4, 2023
Page 2

JONATHAN M. HOUGHTON
E.D. N.Y. ID No. JH 5334
N.Y. Bar No. 2955326
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JHoughton@pacificlegal.org

*Attorneys for Defendants*
*\*Admitted Pro Hac Vice*

cc: All Counsel of Record (By ECF)