

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 12, 2023

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States of America v. Rare Breed Triggers, LLC, et al.*,
            No. 23-CV-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      The parties jointly respectfully request the Court's endorsement of the below proposed schedule in advance of the May 23, 2023 preliminary injunction hearing.

|  | Deadline |
|---|---|
| Defendants' Opposition to the United States' Motion for Preliminary Injunction (Dkt. No. 5) shall be filed by: | April 28, 2023 |
| The Parties shall exchange all expert disclosures pursuant to the Federal Rules of Civil Procedure, including any expert reports by: | April 28, 2023 |
| The United States' Reply Brief in Support of its Motion for Preliminary Injunction shall be filed by: | May 8, 2023 |
| The Parties' proposed Witness and Exhibit Lists for the Preliminary Injunction Hearing shall be exchanged by: | May 12, 2023 |
| The Parties' respective Witness and Exhibit Lists for the Preliminary Injunction Hearing shall be filed by: | May 18, 2023 |
| The Parties' respective Motions *in Limine* in advance of the Preliminary Injunction Hearing shall be filed by: | May 18, 2023 |
| The Parties' respective Oppositions (if any) to Motions *In Limine* in advance of the Preliminary Injunction hearing shall be filed by: | May 22, 2023 at 12 p.m. |

Additionally, following a meet-and-conferral between the parties with respect to the United States' discovery requests, the parties respectfully request the Court's endorsement of the attached confidentiality and protective order.

The United States thanks the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

      /s/
Michael Blume
Joseph Marutollo
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6479 / 6288 / 6198
Michael.Blume@usdoj.gov
Joseph.Marutollo@usdoj.gov
Pauline.Stamatelos@usdoj.gov

Encl.

cc: All Counsel of Record (By ECF)