

April 24, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      Defendants write to request that the hearing on the United States' Motion for a Preliminary Injunction, which is currently scheduled for May 31, 2023, be continued until June 7, 2023, or later, consistent with this Court's schedule. Necessary defense witnesses are unavailable for the hearing as scheduled, but a 7-day continuance will allow their appearance. Defendants also consent to any necessary extension of the Court's existing temporary restraining order caused by this continuance. Counsel for the United States, Assistant United States Attorney Michael Blume, indicates that the Government does not oppose this request. The parties also respectfully request that the Court hold a final pre-hearing status conference on May 31 or June 1 at a time convenient for the Court.

      Respectfully submitted,

      */s/Caleb Kruckenberg*
      CALEB KRUCKENBERG*
      D.C. No. 1617890
      STEVEN M. SIMPSON*
      D.C. Bar No. 462553
      Pacific Legal Foundation
      3100 Clarendon Blvd.
      Suite 1000
      Arlington, VA 22201
      Telephone: (202) 888-6881

Honorable Nina R. Morrison
April 24, 2023
Page 2

Facsimile: (916) 419-7747
CKruckenberg@pacificlegal.org
SSimpson@pacificlegal.org

JONATHAN M. HOUGHTON
E.D. N.Y. ID No. JH 5334
N.Y. Bar No. 2955326
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
JHoughton@pacificlegal.org

*Attorneys for Defendants*
*\*Admitted Pro Hac Vice*

cc: All Counsel of Record (By ECF)