# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:23-cv-00369-NRM-RML |
| -against- | **MOTION TO WITHDRAW AS COUNSEL** |
| RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL, | |
| Defendants. | |

Undersigned Counsel, Caleb Kruckenberg, Jonathan M. Houghton and Steven M. Simpson, hereby move to withdraw as counsel for Defendants, Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence DeMonico and Kevin Maxwell pursuant to Local Civil Rule 1.4. As set forth in the attached affidavits of counsel, counsel and Defendants have an irreconcilable conflict concerning this litigation to such an extent that counsel can no longer represent Defendants in this matter. In addition to the specific statements contained in the attached affidavits of counsel, if the Court seeks additional information concerning this request, counsel requests the opportunity to present information *in camera* in a sealed proceeding.

Defendants have been served with a copy of this motion and affidavits, and do not oppose the withdrawal request. Defendants request the right to be present at any *in camera* proceeding concerning this motion. Defendants also request that this Court hold this matter in abeyance for 60 days, including all deadlines associated with the pending proceeding, while Defendants secure replacement counsel. Defendants consent to an extension of the existing temporary restraining order as is necessary to provide them with such a 60-day stay of the proceedings.

Counsel for the Government has been contacted concerning this motion and the relief requested and requests an opportunity to file a response.

Respectfully submitted May 1, 2023.

 s/  Caleb Kruckenberg
CALEB KRUCKENBERG
D.C. No. 1617890
*Admitted Pro Hac Vice*
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
CKruckenberg@pacificlegal.org

 s/  Jonathan M. Houghton
JONATHAN M. HOUGHTON
E.D. N.Y. ID No. JH 5334
N.Y Bar No. 2955326
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA  22201
Telephone:  (916) 419-7111
Facsimile:  (916) 419-7747
JHoughton@pacificlegal.org

 s/  Steven M. Simpson
STEVEN M. SIMPSON
D.C. Bar No. 462553
Pacific Legal Foundation
3100 Clarendon Blvd.
Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Facsimile: (916) 419-7747
CKruckenberg@pacificlegal.org
SSimpson@pacificlegal.org

*Attorneys for Defendant, Rare Breed Triggers, LLC*

2

**AFFIRMATION OF SERVICE**

I, Caleb Kruckenberg, declare under penalty of perjury that I filed the foregoing with the

Clerk of the Court of the Eastern District of New York though the CM/ECF system, which will

serve notice of said filing on all counsel of record.

         s/  Caleb Kruckenberg
        CALEB KRUCKENBERG*