# Exhibit A



February 3, 2022

To Whom It May Concern:

RE: Sequence # 552781100 ███████████ Chargeback Order 83295

███ claims in his dispute that he did not receive the merchandise ordered. According to UPS, ███ order was delivered to his front door at 5:17pm on Monday, January 10, 2021. When there is an issue with the delivery of an order (e.g., a package was left at the delivery location but went missing), we have a process to follow which begins with a lost package claim being filed with UPS and ends with (1) the original package being located by UPS and delivered to the receiver, or (2) a replacement order being shipped to the customer by our company. ███ never reached out to us to let us know that he did not receive his order, nor did he file a claim with UPS.

Please find attached the proof of delivery from UPS for Order 83295, showing that ███ order was delivered to his address.

In summary, ███ order was delivered to the address on file for his order. As such, ███ needs to pay for his order and the chargeback should be reversed. If ███ package was stolen from his porch, he needs to make us aware of that fact so that the proper procedures can occur, beginning with a claim being filed with UPS.

Please let me know if you have any questions.

Thank you,

Jennifer Pierson
Rare Breed Triggers
customerservice@rarebreedtriggers.com