# Exhibit B



## Return Requested



reported via email
2 months ago (Mon, 1 Nov 2021 at 5:05 PM)
To:customerservice@rarebreedtriggers.com

There was a miscommunication on my end and my wife and each ordered 2 these equaling 4 when all we want was 2. I was out of town on business hence how the issue transpired.

Please let me know what we can do.

Thank you.



K
**Kevin Maxwell**
replied
2 months ago (Tue, 2 Nov 2021 at 4:11 PM)
To:@gmail.com

Hi 

As acknowledged during checkout, we do not accept returns, but let me see if there's any way I can get an exception approved for you. If I can, it would be a refund minus shipping once we got one of the orders back (assuming the triggers from that order have not been opened). You also might want to consider putting them up on a resale site such as gunbroker... that way you wouldn't lose out of the shipping.

Jennifer



K
**Kevin Maxwell**
replied
2 months ago (Fri, 19 Nov 2021 at 2:14 PM)
To:@gmail.com

Mark,

I'm sorry for the wait, but I was able to get approval to accept your return for a refund minus shipping! Please send the two unopened FRTs to the address below with a note that has your name, order number (either one), and "Ticket 17960".

Rare Breed Triggers
PO Box 341194
Austin, TX 78734