UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,

-against

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC, LAWRENCE DEMONICO, KEVIN MAXWELL
                              Defendants.
----------------------------------------------------------X

1:23-cv-00369-NRM-RML

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I _David A. Warrington_ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of _Dhillon Law Group_ and a member in good standing of the bar(s) of the State(s) of _Virginia and District of Columbia_, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _Defendants, Rare Breed Triggers, LLC Rare Breed Firearms LLC; Lawrence Demonico; Kevin Maxwell_. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 5/25/23

Respectfully submitted,

Signature of Movant
Firm Name _Dhillon Law Group_
Address _2121 Eisenhower Avenue, Suite 608_
_Alexandria, VA 22314_
Email _dwarrington@dhillonlaw.com_
Phone _703.574.1206_