**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

United States of America
                       Plaintiff(s),

v.

Rare Breed Triggers, LLC, et al.
                       Defendant(s).

1:12-cv-00369-NRM-RML

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, David Warrington, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Dhillon Law Group.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of District of Columbia, Virginia.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: VA-72293
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:12-cv-00369-NRM-RML for Defendants Rare Breed Triggers, LLC; Rare Breed Firearms, LLC; Lawrence Demonico; Kevin Maxwell.

Date 5/30/23
Alexandria, VA

Signature of Movant
Firm Name Dhillon Law Group
Address 2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Email dwarrington@dhillonlaw.com
Phone 7035741206

**NOTARIZED**

Erin Bethany Potter
NOTARY PUBLIC
REG. #7903822
MY COMMISSION EXPIRES 03/24/2024
COMMONWEALTH OF VIRGINIA