```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

---------------------------------X  Docket#
UNITED STATES OF AMERICA,         : 23-cv-369(NRM)(RML)
                                  :
              Plaintiff,          :
                                  :
   - versus -                     : U.S. Courthouse
                                  : Brooklyn, New York
RARE BREED TRIGGERS, LLC, ET AL,  :
                                  : May 26, 2023
              Defendants          : 10:30 a.m.
---------------------------------X

   TRANSCRIPT OF CIVIL CAUSE FOR VIDEO STATUS CONFERENCE
          BEFORE THE HONORABLE NINA R. MORRISON
               UNITED STATES DISTRICT JUDGE


A  P  P  E  A  R  A  N  C  E  S:
(VIA VIDEO/AUDIO)


For the Plaintiff:        Michael S. Blume, Esq.
                          Paulina Stamatelos, Esq.
                          Joseph A. Marutollo, Esq.
                          U.S. Attorney's Office
                          271 Cadman Plaza East
                          Brooklyn, NY 11201



For the Defendant:        Josiah Contarino, Esq.
                          David Warrington, Esq.
                          Dhillon Law Group Inc.
                          50 Park Place, Suite 1105
                          Newark, NJ 07102




Transcription Service:    Transcriptions Plus II, Inc.
                          61 Beatrice Avenue
                          West Islip, New York 11795
                          RL.Transcriptions2@gmail.com




Proceedings recorded by electronic sound-recording,
transcript produced by transcription service
```

Proceedings

1          MR. BLUME:  ...Blume for the United States.
2          MS. STAMATELOS:  Good morning.  Assistant
3  District Attorney Paulina Stamatelos also for the United
4  States.
5          MR. MARUTOLLO:  Good morning.  Joseph Marutollo
6  for the United States.
7          MR. CONTARINO:  Good morning, your Honor.
8  Josiah Contarino from Dhillon Law Group on behalf of
9  defendants.  And we're going to have forthcoming pro hac
10 vice motions for Dave Warrington, who's also on the call
11 here, and admission application for Michael Columbo who's
12 admitted in New York but not in the eastern district yet.
13         THE COURT:  Okay.  Good morning.  And good
14 morning, Mr. Contarino.  Welcome.  I was going to extend
15 you a warm virtual welcome to the eastern district but it
16 sounds like you're already a member of our Bar, so
17 welcome back.
18         All right.  So we are here for a status
19 conference.  I know we have the preliminary injunction
20 hearing currently set for July 18th and 19th.  Let me
21 hear from counsel on whether we think that date will hold
22 and where we are.
23         Why don't I actually hear from defendants first
24 since I know you have new counsel and we gave you a bit
25 of time to figure out what the new deadlines are likely

Proceedings

3

1 to be.
2          MR. CONTARINO:  Yes, your Honor.  Thank you.
3 It's probably not a surprise that the defendants would
4 like a little bit more time.  And you know, the
5 government wants to cue closer to the timing that's in
6 place.  It's only been five months but a bit has gone on
7 in this case and elsewhere.  So we're doing our best to
8 get a hold of the records, the various court cases as
9 they're implicated, and catching up to speed as best as
10 possible.  We know there's some outstanding discovery.
11          So we were hoping to move the preliminary
12 injunction hearing to later August.  We had a call with
13 the government yesterday.  They did not agree to that and
14 mentioned the first week of August possibility.  We have
15 avoid dates from our experts in August at this point
16 which were incoming yesterday.
17          I guess what we would request would be that
18 last week of August based on availability of experts and
19 counsel.
20          THE COURT:  Can you tell me what the avoid
21 dates are for August?  Unfortunately, that last week of
22 August is not going to work for me but I can look at some
23 other possibilities in August potentially.  I mean I had
24 been somewhat inclined to see if we could keep July for
25 various reasons but if we went early to mid-August,

Proceedings

1 there's a possibility I could do it then.  I need to
2 check a couple of things.  What are your avoid dates and
3 what are the ones that are absolutely must avoid and the
4 prefer to avoid?
5             MR. CONTARINO:  Sure.  There might need some
6 further drilling down in terms of experts' avoid dates in
7 terms of the absolute and preferential.
8             THE COURT:  Right.
9             MR. CONTARINO:  But what they provided was the
10 week of the 14th and the week of the 21st there were
11 trials going on for them.  We understand there's the
12 government has something the week of the 7th.  So that
13 really then left the first week of August which I'm away
14 out of state and then the last week of August.  August is
15 always a very tough month to schedule.
16             THE COURT:  Yes, it is.  I mean the other
17 option would be to keep it for July as we have it.  So I
18 think what we may need to do is I will -- I think it's
19 going to have to be the week of August 1st or August 7.
20 And what we could do, Mr. Contarino, if you really can't
21 do that first week of August, we can do the week of the
22 7th and potentially take supplemental testimony from
23 whichever expert has a conflict at some other later point
24 in August.  We could do it virtually or you all could
25 come back in.  I also think it would be fine to take the

5
                            Proceedings

1   experts' direct testimony by affidavit if necessary,
2   depending on where we are in calendars.  I'd prefer to
3   hear from them live but I'm happy to put in some time
4   reading the affidavits and then have them be crossed
5   based on the affidavit.  So that's also a possibility if
6   we get pressed for time.  I just have various things on
7   my calendar that are going to make the last week out.  So
8   I think that's where we are.
9           So why don't we set it for the 8th and 9th of
10  August and -- yes, go ahead.
11          MR. CONTARINO:  I just want to -- with respect
12  to DOJ, that was the week that they --
13          THE COURT:  Oh, I'm sorry.  That was DOJ's
14  week.  Yes.  I mean the problem is we have so many
15  lawyers as well as experts.  I think it's going to be
16  tough to find everybody.  But let me -- Mr. Contarino, is
17  there any way that we can even do part of the hearing the
18  week of July 31st?
19          MR. CONTARINO:  Yeah.  I mean I know we talked
20  internally about if I was not present.
21          THE COURT:  Yes.
22          MR. CONTARINO:  And, you know, others, Mike
23  Columbo and Dave Warrington.
24          THE COURT:  Yes.
25          MR. CONTARINO:  So you know, if that's all we

Proceedings

6

1  can do then, you know, we'll work to do it in that first
2  week.
3              THE COURT:  So here's what I think we could do.
4  We could do the testimony in that first week.  If you,
5  Mr. Contarino, wanted to come in and argue, we could
6  postpone summations until after we've heard the testimony
7  that first week.  Then we wouldn't have a problem with
8  the experts or with the government's schedule and I could
9  put us on for argument the week of the 14th and that
10 would give everybody a chance to look at the transcripts
11 and I may have some questions for you as well by then.
12 How would that be?
13             MR. CONTARINO:  I think that works.
14             THE COURT:  Okay.  All right. So let's talk
15 dates in that week.  I would prefer the 1st and 2nd but
16 as of right now it looks like my calendar is clear that
17 week.  Does anybody have any conflicts on any of those
18 dates?  If you'd like a little more time, we can do the
19 2nd and 3rd.  Fridays in August tend to be nobody's
20 favorite day but we can do that if anyone wanted it.
21             MS. STAMATELOS:  Your Honor, if I could just
22 jump in for the government?
23             THE COURT:  Yes.
24             MS. STAMATELOS:  August 1st and 2nd does work
25 for us.  August 3rd and also the week of -- August 3rd to

Proceedings

7

1 the 8th and then the week of the 7th does not work.  But
2 we have cleared August 1st and 2nd with our witnesses.
3            THE COURT:  Okay.  All right.  So let's put it
4 for the 1st and 2nd, Mr. Contarino.  Thank you for your
5 flexibility.  It looks like you have a big and talented
6 team so I hope everyone will be able to cover adequately,
7 and we'll put it down for those two dates.
8            And then let's pick a date to come back for
9 summations.  If for whatever reason you all feel ready to
10 sum up on the 2nd and you'd like to but, you know, we may
11 want to hold another day for oral argument after I've
12 heard the testimony and maybe do a little research or
13 have some questions.  I sometimes think of them later.
14 So remind again the week of the 14th was a possibility
15 for coming back?  I know the government was out the week
16 of the 7th.  Can we do an argument the week of the 14th?
17            MR. CONTARINO:  Yes.  For defendants, any day
18 I'm available.
19            THE COURT:  Okay.  How's Tuesday the 15th?
20            MR. CONTARINO:  It's fine.
21            THE COURT:  Okay.  Let's set it for 11 a.m.
22 I've got a quick conference at 10:30 but we can do 11
23 a.m. on Tuesday the 15th.  And terrific.  All right.  So
24 that's all set.
25            Let's talk about the remaining deadlines.  I

Proceedings

1  know we have the actual merits briefing on the
2  preliminary injunction requests has already been filed by
3  prior counsel.  Were new counsel for defendants seeking
4  to do anything additional on that or are we just dealing
5  with witnesses and motions in limine at this point?
6          MR. CONTARINO:  Well, we were, actually, your
7  Honor, under your individual rules, you know, the request
8  the need for a surreply, you know, there's a couple of
9  things that were first mentioned in the reply, examples
10 of recent shootings that we would have liked to address.
11 And just some other defense points that we'd like to
12 include.  And we think with certainly the May date not
13 being held anymore, we really wouldn't be prejudiced at
14 this point.
15         THE COURT:  Any objection to the surreply from
16 the government?
17         MS. STAMATELOS:  Only if we get a chance too
18 because we're going to have to -- we understand that this
19 is something that they would ask for and I think we would
20 want to respond.
21         And just to inform, your Honor, we did speak
22 yesterday, as Mr. Contarino stated, and that we have set
23 up a meet and confer for a Tuesday, this coming Tuesday
24 so we can just update the scheduling order that we had
25 previously filed.

9

Proceedings

1  THE COURT: Okay. That sounds great. So let's
2  do this. I'll grant leave for the surreply. Let me hold
3  off on deciding on a fifth brief before we have a
4  hearing. I'm not sure I'm going to need that from you
5  all and there'll be plenty of time to put in supplemental
6  authorities after I hear the evidence much as I love to
7  read all your well-written submissions. Plenty else to
8  do before then.
9  So shall I hold off on setting any other
10 deadlines for discovery until you've met? It seems to
11 make sense to let you all try to work out a schedule.
12 Okay.
13 MS. STAMATELOS: Yes, your Honor. Thank you.
14 THE COURT: Great. I'm going to be away, just
15 so you know, the third week of July, the week of the
16 24th, so I'd really like to have all of the motions in
17 limine and all the responses in ideally sometime the week
18 of July 10th if we can so I have a little time to look at
19 those before I go out of town. I can also look at them
20 the week of the 31st but it would help me to have them
21 sooner if that's possible. If it's going to take you
22 longer because you really have a lot to do, you can get
23 them to me sometime the week of the 24th and I'll look at
24 them when I'm back on the 31st if not while I'm
25 traveling. All right?

```
                                                                    10
                         Proceedings
 1            Anything else to take up while we're here?
 2            MR. CONTARINO:  I don't believe so unless my
 3   colleagues have anything that I missed.
 4            THE COURT:  Okay.
 5            MS. STAMATELOS:  Nothing from the government.
 6            THE COURT:  All right.  Good.  Glad we're
 7   moving.  Looking forward to seeing you all live and in
 8   person in August and I'll await your proposed schedule.
 9   Thanks.
10            MR. CONTARINO:  Thank you, your Honor.
11            THE COURT:  Take care.
12            MS. STAMATELOS:  Thank you.
13                      (Matter concluded)
14                            -oOo-
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I, MARY GRECO, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **30th** day of **May**, 2023.

*Mary Greco*
Transcriptions Plus II, Inc.