

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 31, 2023

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States of America v. Rare Breed Triggers, LLC, et al.*,
              No. 23-CV-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      The parties jointly respectfully request the Court's endorsement of the below proposed schedule in advance of the August 1, 2023 Preliminary Injunction Hearing.

|  | **Deadline** |
|---|---|
| Defendants' motion to quash outstanding subpoenas (if any) shall be filed by: | June 9, 2023 |
| Defendants' sur-reply shall be filed by: | June 16, 2023 |
| The United States' opposition to Defendants' motion to quash outstanding subpoenas (if any) shall be filed by: | June 16, 2023 |
| All expert disclosures pursuant to the Federal Rules of Civil Procedure, including any expert reports or supplemental expert reports, shall be exchanged by the Parties by: | June 30, 2023 |
| Proposed Witness Lists shall be exchanged by the Parties by: | July 7, 2023 |
| Proposed Exhibit Lists shall be exchanged by the Parties by: | July 14, 2023 |
| All Depositions shall be completed by: | July 14, 2023 |
| The Parties' respective Witness Lists—containing a brief narrative statement of the expected testimony, the bases for any objection, and the response to that objection—shall be filed by: | July 17, 2023 |
| The Parties' respective Exhibit Lists—containing a description of each exhibit, the bases for any objection, and the response to | July 17, 2023 |

| | |
|---|---|
| that objection— for the Preliminary Injunction Hearing shall be filed by: | |
| The Parties' respective Motions *in Limine* in advance of the Preliminary Injunction Hearing (if any) shall be filed by: | July 18, 2023 |
| The Parties' respective Oppositions to Motions *In Limine* (if any) in advance of the Preliminary Injunction hearing shall be filed by: | July 25, 2023 |
| Deposition designations, affidavits, and/or stipulations of proposed facts (if any) shall be filed by: | July 25, 2023 |

The United States thanks the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

/s/
Michael Blume
Joseph Marutollo
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6479 / 6288 / 6198
Michael.Blume@usdoj.gov
Joseph.Marutollo@usdoj.gov
Pauline.Stamatelos@usdoj.gov

cc: All Counsel of Record (By ECF)