AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v.  ) | Case No.  1:23-cv-00369-NRM-RML |
| Rare Breed Triggers, LLC et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rare Breed Triggers, LLC et al .

Date: 06/05/2023

/s/ David A. Warrington
*Attorney's signature*

David A. Warrington, 72293
*Printed name and bar number*

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
*Address*

dwarrington@dhillonlaw.com
*E-mail address*

(703) 574-1206
*Telephone number*

(415) 520-6593
*FAX number*