

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 16, 2023

By Fax

JPMorgan Chase Subpoena Processing Center
866-859-8592

   Re: Account Holder: Rare Breed Triggers, LLC
      Acct #: 693581008
      *United States of America v. Rare Breed Triggers, LLC, et al.*
      <u>Civil Action No. 23-cv-00369 (E.D.N.Y.)</u>

To Whom It May Concern:

  We write concerning the above-referenced subpoena served by the United States on JPMorgan Chase, N.A., in the above-referenced case on February 7, 2023 ("the Subpoena").

  Pursuant to a February 15, 2023 order ("Court Order") from the Honorable Nina R. Morrison, U.S. District Judge, the Court has narrowed the scope of the United States' document requests as originally set forth in Appendix A of the Subpoena. The Court Order is attached for your reference.

  Pursuant to the Court Order, and in effort to clarify what is needed, please find attached (1) an amended version of Appendix A to the Subpoena that narrows the scope of the document requests originally served on JPMorgan Chase pursuant to the Court Order (titled "REVISED APPENDIX A"); and (2) a track-changed version of the Revised Appendix A to the Subpoena that reflects all edits made to the original Appendix A (titled "REDLINED COPY").

  Consistent with the Court Order, JPMorgan Chase should provide only those documents and information requested in Revised Appendix A to the subpoena. The deadline for JPMorgan Chase's response to the Subpoena remains February 21, 2023; the United States respectfully requests that JPMorgan Chase expedite its response.

  Please produce certified copies of the records to the following Assistant United States Attorney:

         PAULINA STAMATELOS
        Assistant United States Attorney
      United States Attorney's Office-E.D.N.Y.
      271-A Cadman Plaza East, 7th Floor
         Brooklyn, NY 11201
         (718) 254-6198
       <u>pauline.stamatelos@usdoj.gov</u>

Should you have any questions, please contact Assistant U.S. Attorney Paulina Stamatelos at **(718) 254-6198**. Thank you for your anticipated cooperation with respect to this matter.

Please contact us immediately with any questions you may have.

        Very truly yours,

        BREON PEACE
        United States Attorney

By:    /s/
        Michael Blume
        Paulina Stamatelos
        Joseph Marutollo
        Assistant U.S. Attorneys
        (718) 254-6198/6479/6288
        Pauline.stamatelos@usdoj.gov

Attachments

cc:    Caleb Kruckenberg (via email: ckruckenberg@pacificlegal.org)
        Steven Simpson (via email: ssimpson@pacificlegal.org)