

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 9, 2023

**BY ECF**

Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States of America v. Rare Breed Triggers, LLC, et al.*,
     No. 23-CV-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

  On June 9, 2023, Defendants filed a motion for a modification of the existing protective order. *See* Dkt. No. 62. Consistent with Local Rule 6.1(a), the United States respectfully requests that it be permitted to respond to Defendants' June 9, 2023 motion by June 16, 2023.

  Pursuant to the Court's June 1, 2023 schedule, the United States will also respond to Defendants' motion to quash (Dkt. No. 63) by June 16, 2023.

  The United States thanks the Court for its consideration of this matter.

             Respectfully submitted,

             BREON PEACE
             United States Attorney

             _____/s/_____
             Michael Blume
             Joseph Marutollo
             Paulina Stamatelos
             Assistant U.S. Attorneys
             (718) 254-6479 / 6288 / 6198
             Michael.Blume@usdoj.gov
             Joseph.Marutollo@usdoj.gov
             Pauline.Stamatelos@usdoj.gov

cc:  All Counsel of Record (By ECF)