

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

June 16, 2023

**By ECF**

Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Rare Breed Triggers, LLC, et al.*,
       No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

  Pursuant to Local Civil Rule 37.3(c), the United States respectfully requests a two-page enlargement of the page limit, from three pages to five pages, for its response to Defendants' June 9, 2023 letter-motion to modify the protective order (Dkt. No. 62). Defendants' counsel consents to this request.

  The United States thanks the Court for its consideration of this request.

             Respectfully submitted,

             BREON PEACE
             United States Attorney

     By:   */s/ Michael S. Blume*
            Michael S. Blume
            Joseph Marutollo
            Paulina Stamatelos
            Assistant U.S. Attorneys
            (718) 254-6479 / 6288 / 6198
            Michael.Blume@usdoj.gov
            Joseph.Marutollo@usdoj.gov
            Pauline.Stamatelos@usdoj.gov

cc:  BY ECF
    All Counsel of Record