# Exhibit C

| | |
|---|---|
| **From:** | Stamatelos, Pauline (USANYE) |
| **To:** | Caleb Kruckenberg; Steve Simpson; jhoughton@pacificlegal.org |
| **Subject:** | FW: [EXTERNAL] RE: USA v. Rare Breed Triggers, LLC, 23-cv-369 |
| **Date:** | Thursday, February 16, 2023 1:23:00 PM |
| **Attachments:** | image001.png<br>2023-2-16.JP Morgan Amended Subpoena.pdf<br>2023-2-16.UPS subpoeana.pdf |

Caleb, sending to the rest of your team.  Thank you, Paulina

**From:** Stamatelos, Pauline (USANYE)
**Sent:** Thursday, February 16, 2023 1:22 PM
**To:** Caleb Kruckenberg <CKruckenberg@pacificlegal.org>
**Cc:** Marutollo, Joseph (USANYE) <JMarutollo@usa.doj.gov>; Blume, Michael (USANYE) <MBlume@usa.doj.gov>; Merenda, Jill (USANYE) <JMerenda@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: USA v. Rare Breed Triggers, LLC, 23-cv-369

Counsel, please see attached.

During the parties' February 13 meet and confer, Defendants stated that they would agree to produce documents and communication to discovery demands on an expedited and rolling basis (consistent with the Court's order), so long as the United States narrowed its document demands to RBT's and RFT's connections to New York State.  The United States sent the below email on February 14 narrowing the United States' document demands; Defendants' response to this email remains outstanding.

Defendants had offered to produce information relating to RBT's retail customers with mailing addresses located in New York State to whom RBT sold or transferred FRT-15s and WOTs.  Although Defendants initially refused to produce its business records showing all wire transfers made into bank account number 693581008 at JPMorgan Chase on behalf of RBT, among other business records regarding this account with JPMorgan Chase, the Court has since concluded that this information is relevant to the issue of personal jurisdiction.  With respect to RBF, the United States has also limited its document demands to RBF's connections into New York, per Defendants' request.  Please confirm that Defendants will produce this information **by close of business Friday February 17, 2023**.  If this information is not in Defendants' possession, please confirm.

We recognize that Defendants may have additional objections to the United States' document demands as set forth in its February 14 email and we respectfully request that Defendants respond to the Government's February 14 email.

As stated in our previous communications, and reiterated here, the Government does not withdraw or otherwise waive any demands set forth in the original Document Requests; the Government also reserves the right to move to compel a response to any or all Document Requests as served.   The priorities set forth in this email and below are intended to only expedite the Defendants' responses and to avoid unnecessary litigation.

Thanks,
Paulina