# Exhibit D

|        |                                                                          |
|--------|--------------------------------------------------------------------------|
| **From:**    | ▮▮▮▮▮▮▮▮                                                            |
| **To:**      | Stamatelos, Pauline (USANYE)                                        |
| **Cc:**      | Merenda, Jill (USANYE)                                              |
| **Subject:** | [EXTERNAL] U.S. v. Rare Breed Triggers, 23-cv-00369 (UPS LNPS-23-07443) |
| **Date:**    | Tuesday, April 25, 2023 8:35:48 AM                                  |

Pauline: I represent United Parcel Service, Inc. ("UPS") and the Corporate Legal Department in connection with its response to subpoena requests. Please receive the following linked records in response to your request in the U.S. v. Rare Breed Triggers matter (our reference number is UPS LNPS-23-07443): ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please let me know if you need a certificate to authenticate these records.

Best,

▮▮▮▮▮

▮▮▮▮▮▮▮▮, Attorney
Supporting UPS Subpoena Requests | ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮