# Exhibit I



## Order #76370


D
▇▇▇▇▇
reported via email
a month ago (Fri, 3 Dec 2021 at 12:27 PM)
To:"CustomerService@RareBreedTriggers.com" <customerservice@rarebreedtriggers.com>

Hello,
I purchased an FRT 15 trigger on 11/30 with order #76370. ==Nowhere on your website does it say that the ATF has issued a cease and desist order for all sales of the FRT 15==, deeming this trigger to be illegal as the Federal government would consider any rifle with this component to be a fully automatic rifle, subject to NFA restrictions. The trigger I purchased from Rare Breed Triggers is scheduled to be delivered to me today, 12/3, but I can not install it or use it as I would then be in violation of Federal law. Please refund the full purchase price of $402.14 and let me know how you would like your trigger return shipped to you. Thank you for your help with this.

▇▇▇▇▇

Sent with ProtonMail Secure Email.


K
**Kevin Maxwell**
replied
a month ago (Fri, 3 Dec 2021 at 1:14 PM)
▇▇▇▇▇

Hi ▇▇▇▇▇

If you refuse the delivery via UPS and have them return it to sender, then I can issue you a refund minus shipping once we get it back.

Our position is that the FRT-15 is a fully legal semi-automatic trigger. And while the ATF has in fact served us with a cease and desist inaccurately claiming the FRT-15 is a machine gun, we have made the decision to not comply and have sued them in federal court as a result. To protect ourselves and our customers alike, we conducted a tremendous amount of due diligence before bringing the FRT-15 to market. That due diligence includes legal opinion letters from four former ATF special agents that all agree, the FRT-15 is not a machine gun. We are currently involved in the court process and I have every confidence that we will prevail.

During checkout, all customers are required to acknowledge that we (Rare Breed Triggers) have a no return policy. In fact, the box you checked during checkout states, "RETURN POLICY: ALL SALES ARE FINAL. NO EXCHANGES, NO RETURNS, NO REFUNDS, NO EXCEPTIONS". This was not done to avoid honoring a product warranty. This was done because we all (RBT and the consumer) are well aware that the ATF has a tendency to overreach and attempt to rewrite law without the legal authority to do so. Now that we are in the fight of our lives, accepting returns would put an extreme financial



strain on the company and prevent us from being able to afford what's sure to be a very costly legal battle. Right now, what we need more than ever is the support of our customer base so we kindly ask that you honor our agreement and not seek a refund on your purchase. Any attempt at a chargeback will be treated as a breach of contract and will be dealt with pursuant to the term and conditions you entered into when making your purchase, up to and including legal action. It is our sincere hope that you stand your ground and support us in this fight or sell your FRT on the secondary market.

As mentioned above, in your particular case (because your order hasn't been delivered yet) you can refuse the delivery and I will be able to issue a refund minus shipping once we get it back.

Let me know if you have any questions.

Thank you,

Jennifer



D
████████

replied
*a month ago (Fri, 3 Dec 2021 at 3:28 PM)*
To:customerservice@rarebreedtriggers.com

Jennifer,
I am sorry but I was unable to refuse delivery as the UPS driver just dropped the package and left. The package is unopened and I will return to your company at my expense for a refund. I will pay the shipping both ways. While your website does indicate no returns it does not indicate that the Federal government has issued an opinion that your product is illegal and that you should cease and desist from selling it. It also does not mention that the Federal government wants Rare Breed Triggers to formulate a plan to address the triggers that have already been sold. That sounds like confiscation. Your company's failure to disclose that it is CURRENTLY ILLEGAL for you to sell your product is a deceptive business practice at best, more realistically fraud. our personal opinions regarding ATF over reach are irrelevant. As are mine.

There is no way for me to legally utilize your product now that I know of the Federal restrictions on its use. I cannot put it in a rifle, I cannot sell it on the secondary market. Your rationale that you need my money for legal fees is not justification for selling an unusable product. In any event, hasn't the Rare Breed lawsuit against the ATF been dismissed? Your threats not withstanding, I am totally willing to let VISA sort out the legalities of charging back the cost of an unusable product, the sales price of which you seem to be requesting as a donation to your company's legal defense fund.

It would be nice to work this out in an amicable and professional manner. Thank you.

████████

Sent with ProtonMail Secure Email.