# Exhibit A

## Blume, Michael (USANYE)

| | |
|---|---|
| **From:** | Caleb Kruckenberg <CKruckenberg@pacificlegal.org> |
| **Sent:** | Monday, April 24, 2023 11:24 AM |
| **To:** | Blume, Michael (USANYE) |
| **Cc:** | Stamatelos, Pauline (USANYE); Marutollo, Joseph (USANYE); Jessica Thompson |
| **Subject:** | [EXTERNAL] RE: Rick Vasquez |

Mr. Vasquez was retained as an expert on **January 18, 2021**. As we discussed, any subsequent communications and documents that are relevant to this case are protected from disclosure. However, we don't object to you narrowing the subpoena to responsive information prior to that date.

**Caleb Kruckenberg** | Attorney*
Pacific Legal Foundation
3100 Clarendon Blvd, Suite 1000 | Arlington, VA 22201
202.888.6881 | Office
*Admitted to practice in DC, NY, PA and VA



**PACIFIC LEGAL FOUNDATION**
Defending Liberty and Justice for All.

**From:** Blume, Michael (USANYE) <Michael.Blume@usdoj.gov>
**Sent:** Monday, April 24, 2023 11:19 AM
**To:** Caleb Kruckenberg <CKruckenberg@pacificlegal.org>
**Cc:** Stamatelos, Pauline (USANYE) <Pauline.Stamatelos@usdoj.gov>; Marutollo, Joseph (USANYE) <Joseph.Marutollo@usdoj.gov>; Jessica Thompson <JLThompson@pacificlegal.org>
**Subject:** Rick Vasquez

Caleb

Mr. Vasquez reached out to us, by email, to ask that we speak to him about the subpoena we served on him. We let him know that the parties are now conferring about the scope of the subpoena, and that we will reach out again once we resolve any disagreements we may have. Per our conversation on Friday, can you let us know when you can provide your views on the subpoena?

Thanks.

Mike