


50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

June 16, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** *United States v. Rare Breed Triggers, LLC, et al.*
      **Civil Action No. 1:23-cv-00369-NRM-RML**

Dear Judge Morrison:

  This firm represents Defendants in the above-captioned matter. On June 9, 2023, Defendants moved, among other things, to modify the protective order in this matter. (ECF No. 62.) Also on June 9, 2023, Plaintiff requested leave of Court to file opposition by June 16, 2023. (ECF No. 64.) On June 14, 2023, Plaintiff requested leave of Court, with Defendants' consent, to expand the page length of its opposition from three to five pages. (ECF No. 65.) And earlier today, Plaintiff filed its opposition. (ECF No. 66.)

  Defendants respectfully request leave to file a reply to Plaintiff's opposition. Plaintiff has consented to this request. Defendants request that its reply be due on Wednesday, June 21, 2023.

          Respectfully submitted,

          DHILLON LAW GROUP INC.

          By:    /s/
            David A. Warrington (*pro hac vice*)
            Michael A. Columbo (admission forthcoming)
            Josiah Contarino

cc: All Counsel of Record (via ECF)