Exhibit B

Video filed with the Court and served on adversary in hard copy via overnight mail.