UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

        Defendants.

Case No. 1:23-cv-00369-NRM-RML

---

### DECLARATION OF DEFENDANT KEVIN MAXWELL IN SUPPORT OF DEFENDANTS' SUR-REPLY

I, Kevin C. Maxwell, have personal knowledge of the following facts set forth below, and if called as a witness I would testify as follows:

1. I am the owner of Rare Breed Triggers, LLC ("Rare Breed Triggers") and currently serve as its chief legal counsel.

2. At no point did I threaten the ATF with a rocket launcher. Nor have I made any other threats to the ATF or its personnel.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 16, 2023.

By: _____
      Kevin Maxwell

1