

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

June 22, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *United States v. Rare Breed Triggers, LLC, et al.*
       Civil Action No. 1:23-cv-00369-NRM-RML

Dear Judge Morrison:

  This firm represents Defendants in the above-captioned matter. Earlier today Plaintiff filed a status report (ECF No. 71) regarding discovery in this matter. We do not attempt in this letter to respond to the status report other than to note that Plaintiff's discovery responses, while provided timely after Defendants granted an extension, are severely deficient. Today we sent Plaintiff the deficiency letter that we attach here as Exhibit A.

            Respectfully submitted,

            DHILLON LAW GROUP INC.

            By:    /s/    
              David A. Warrington (*pro hac vice*)
              Michael A. Columbo (admission forthcoming)
              Josiah Contarino

cc: All Counsel of Record (via ECF)