UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA,

                Plaintiff,           Civil Action No.
- against -                                   23-CV-369

RARE BREED TRIGGERS, LLC; RARE       (Morrison, J.)
BREED FIREARMS, LLC; LAWRENCE       (Levy, M.J.)
DEMONICO; KEVIN MAXWELL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - X

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, Assistant United States Attorney Joseph Marutollo, of the United States Attorney's Office for the Eastern District of New York, respectfully moves to withdraw as counsel in the above-captioned case for the United States of America. Assistant United States Attorneys Michael Blume and Paulina Stamatelos have served as co-counsel in this case since its filing on January 19, 2023 and will continue to serve as counsel for the United States in this action. The proposed withdrawal will have no impact on any deadlines or court dates in this matter. In support of this application, the United States submits the annexed Affidavit of Assistant United States Attorney Joseph Marutollo pursuant to Local Civil Rule 1.4.

Dated:    Brooklyn, New York
            June 26, 2023

                                                BREON PEACE
                                                United States Attorney

                                  By:      /s/  *Joseph Marutollo*
                                                Joseph Marutollo
                                                Assistant United States Attorney

cc:      All Counsel of Record