UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

      Plaintiff,    Civil Action No.
 - against -        23-CV-369

RARE BREED TRIGGERS, LLC; RARE (Morrison, J.)
BREED FIREARMS, LLC; LAWRENCE (Levy, M.J.)
DEMONICO; KEVIN MAXWELL,

      Defendants.

- - - - - - - - - - - - - - - - - - - X

**AFFIDAVIT OF JOSEPH MARUTOLLO
PURSUANT TO LOCAL CIVIL RULE 1.4**

  **JOSEPH MARUTOLLO** respectfully declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

  1. I am an Assistant United States Attorney for the United States Attorney's Office for the Eastern District of New York, where I currently serve as Chief of the Civil Division.

  2. I am moving to withdraw as counsel for the United States in this case due to my current duties and responsibilities as Chief of the Civil Division for the United States Attorney's Office for the Eastern District of New York.

  3. Assistant United States Attorneys Michael Blume and Paulina Stamatelos have served as co-counsel in this case since its filing on January 19, 2023 and will continue to serve as counsel for the United States in this action. Assistant United States Attorneys Blume and Stamatelos are familiar with the record and will continue to represent the United States going forward.

4. I am not asserting a retaining or charging lien in this action.

Dated: Brooklyn, New York
June 26, 2023       By:     /s/ *Joseph Marutollo*
                            Joseph Marutollo
                            Assistant United States Attorney