UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA
        Plaintiff,

against

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC, LAWRENCE DEMONICO, KEVIN MAXWELL
        Defendants
-----------------------------------------------------------X

1:23-cv-00369-NRM-RML

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:   Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I  Michael A. Columbo  will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of  Dhillon Law Group  and a member in good standing of the bar(s) of the State(s) of  District of Columbia, California and New York , as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC, LAWRENCE DEMONICO, KEVIN MAXWELL . There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: 6/27/2023

Signature of Movant
Firm Name  Dhillon Law Group
Address  177 Post Street, Ste. 700, San Francisco, CA 94108
Email  mcolumbo@dhillonlaw.com
Phone  415.944.4996