UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States of America

                Plaintiff(s),

v.

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC, LAWRENCE DEMONICO, KEVIN MAXWELL   Defendant(s).

1: 23cv-00369-NRM-RML

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Michael Columbo, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Dhillon Law Group.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of District of Columbia, California, New York.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:12-cv-00369-N for Defendants RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC, LAWRENCE DEMONICO, KEVIN MAXWELL

Date 6/27/23

Alexandria, VA

*[Signature]*

Signature of Movant
Firm Name Dhillon Law Group
Address 177 Post Street, Ste. 70
San Francisco, CA 94108

**NOTARIZED**

Email mcolumbo@dhillonlaw.com
Phone 415.944.4996