# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

May 30, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL ANDREW COLUMBO, #271283 was admitted to the practice of law in this state by the Supreme Court of California on November 12, 2010 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Michael A Columbo

was duly qualified and admitted on May 11, 2007 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on June 07, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Michael Andrew Columbo

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 17, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 30, 2023.

*Robert D Mayberger*

Clerk of the Court

CertID-00121142