

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 27, 2023

**By ECF**

Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States v. Rare Breed Triggers, LLC, et al.*,
              No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      Pursuant to the June 6, 2023, Minute Order and Entry, the parties submit a proposed Stipulation and Order concerning certain information acquired from Chase Paymentech and UPS. The undersigned, along with Defendants' counsel, respectfully requests that Your Honor "so order" the attached Stipulation and Order.

                                  Respectfully submitted,

                                    BREON PEACE
                                  United States Attorney

                     By:     */s/ Michael S. Blume*
                                  Michael S. Blume
                                  Paulina Stamatelos
                                  Assistant U.S. Attorneys
                                  (718) 254-6479 / 6198
                                  Michael.Blume@usdoj.gov
                                  Pauline.Stamatelos@usdoj.gov

Attachment