AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-00369-NRM-RML |
| Rare Breed Triggers, LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rare Breed Triggers, LLC et al                                                                          .

Date:      06/28/2023

/s/ Michael A. Columbo
*Attorney's signature*

Michael A. Columbo, 3952215
*Printed name and bar number*

Dhillon Law Group
177 Post Street, Ste. 700
San Francisco, CA 94108

*Address*

mcolumbo@dhillonlaw.com
*E-mail address*

(415) 944-4996
*Telephone number*

(415) 520-6593
*FAX number*