UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                                    Plaintiff,        Civil Action
                                                         No. 23-cv-369

       - against -

                                                         (Morrison, J.)
RARE BREED TRIGGERS, LLC; RARE               (Levy, M.J.)
BREED FIREARMS, LLC; LAWRENCE
DEMONICO; KEVIN MAXWELL,

                                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, DAVID A. COOPER, Assistant United States Attorney, of counsel, hereby enters an appearance on behalf of the Government in this matter. The undersigned certifies that he is admitted to practice in this Court.

Dated: July 10, 2023                    BREON PEACE
      Brooklyn, New York          United States Attorney

                                By:   /s/ *David A. Cooper*
                                         DAVID A. COOPER
                                         Assistant U.S. Attorney
                                         (718) 254-6228
                                         david.cooper4@usdoj.gov