Jennifer Pierson 6/29/2023

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

                                Case No.
                        1:23-cv-00369-NRM-RML
        -against-

RARE BREED TRIGGERS, LLC; RARE

BREED FIREARMS, LLC; LAWRENCE

DEMONICO; KEVIN MAXWELL,

                Defendants.

- - - - - - - - - - - - - - - - - - - x

                  June 29, 2023
                  9:30 a.m.


   VIRTUAL DEPOSITION of JENNIFER PIERSON, the

Non-Party Witness, taken by the Plaintiff, in

the above-entitled action, held at the above

time and place, pursuant to Subpoena, taken

before AMY BOGUSZEWSKI, a Shorthand Stenotype

Reporter and Notary Public within and for the

State of New York.

Jennifer Pierson 6/29/2023

```
                                                              Page 2

 1

 2   A p p e a r a n c e s:

 3      UNITED STATES ATTORNEY'S OFFICE
        Attorneys for Plaintiff
 4           271 Cadman Plaza East
             Brooklyn, New York 11201
 5
        BY:  PAULINA STAMATELOS, ESQ.
 6      BY:  MICHAEL BLUME, ESQ.

 7

 8      DHILLON LAW GROUP
        Attorneys for Defendants
 9           256 Fifth Avenue, 4th Floor
             New York, New York 10001
10
        BY:  MICHAEL COLUMBO, ESQ.
11      BY:  DAVID WARRINGTON, ESQ.
        BY:  JOSIAH CONTARINO, ESQ.
12

13

14

15   ALSO PRESENT:

16      MARIELLE BURNETT, USAO INTERN

17      SOTIR ZHUPA, USAO INTERN

18
        KEVIN MAXWELL, DEFENDANT
19      (Joined at 9:45 a.m.)

20      LAWRENCE DEMONICO, DEFENDANT
        (Joined at 9:45 a.m.)
21

22

23

24

25
```

Jennifer Pierson 6/29/2023

Page 10

```
 1                    J. PIERSON

 2    during the deposition, you want to take a

 3    break, let me know, and we will do so.  The

 4    only thing that I ask is that if there is a

 5    question pending, that you answer the

 6    question first and then we take the break,

 7    okay?

 8         A.   Okay.

 9         Q.   With that said, I don't anticipate

10    this deposition taking a very long time, so

11    just keep that in mind.  So I'm going to ask

12    you some questions about your preparation for

13    today's deposition.  Did you review any

14    documents before this deposition to prepare

15    for it?

16         A.   Very briefly, yes.

17         Q.   Is that a yes?

18         A.   Yes.

19         Q.   Which documents?

20         A.   We looked at some screenshots of

21    text messages and I also just barely started

22    looking at some charge-back documents.

23         Q.   Let's take those in turn.  What do

24    you mean by screenshots of text messages?

25         A.   There was some string of text
```

Jennifer Pierson 6/29/2023

Page 11

```
 1                    J. PIERSON

 2     messages between, like, it was an RBT admin

 3     group.

 4         Q.   Okay.  Let me ask some further

 5     questions.  What is the RBT admin group?

 6         A.   A group text exchange.

 7         Q.   Who is on the group text?

 8         A.   I believe it was Lawrence, Cole,

 9     Kelly, myself.  And then I just learned

10     yesterday there was another person on there,

11     who I'm not sure who it was.

12         Q.   What was the phone number for the

13     person that you are not sure of?

14         A.   I don't know.

15         Q.   Who showed you these text messages,

16     the screenshots of the text messages?

17         A.   The attorneys, Michael and Josiah,

18     together on call with them yesterday.

19         Q.   We will get to that in a second.  So

20     the RBT admin group is a group text, and how

21     long was this RBT admin group using this

22     group text?

23         A.   I'm not sure.  I don't think I was

24     on it originally.  I was added to it, so I'm

25     not sure.
```

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 14

```
 1                    J. PIERSON

 2            MR. COLUMBO:  The only thing we

 3        showed Ms. Pierson was the text chain

 4        that you provided to us.

 5            MS. STAMATELOS:  Okay.  I'm

 6        going to ask her the rest of the

 7        questions, okay?

 8            MR. COLUMBO:  All right.  There

 9        was more, so I don't want to leave on

10        the record that that's all I said.

11      Q.  So the RBT admin group, you don't

12   recall when you were added to this group,

13   right?

14      A.  That's right.

15      Q.  Do you recall when you were --

16          Were you ever removed from this

17   group?

18      A.  I don't think so.

19      Q.  When was the last message you

20   received from the RBT admin group?

21      A.  I don't know.

22      Q.  Did you delete your text messages in

23   the RBT admin group?

24      A.  No.

25      Q.  Do you still have these messages?
```

Free State Reporting, Inc.  410-974-0947

Jennifer Pierson 6/29/2023

Page 15

```
 1                     J. PIERSON

 2         A.   Yes.

 3         Q.   Where are they saved?

 4         A.   They are just on my phone.

 5         Q.   Okay.  Has anyone asked you to

 6    download these text messages?

 7         A.   No.

 8         Q.   Has anyone asked you not to delete

 9    these messages?

10         A.   No.

11         Q.   Why have you not deleted them?

12         A.   I have no reason to.

13         Q.   Has Defendant Lawrence DeMonico

14    contacted you?  Let me take a step back.

15              Do you know when this action was

16    commenced?

17         A.   No.

18         Q.   Do you know that it was commenced in

19    January of this year?

20         A.   No.

21         Q.   Since January of this year, has

22    individual Defendant Lawrence DeMonico --

23    excuse me.  I'm going to take a step back.

24              It looks like one of the individual

25    Defendants have joined.
```