Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No.
                              1:23-cv-00369-NRM-RML

    -against-

RARE BREED TRIGGERS, LLC; RARE

BREED FIREARMS, LLC; LAWRENCE

DEMONICO; KEVIN MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - x

                June 30, 2023
                10:00 a.m.

   VIRTUAL DEPOSITION of COLE LELEUX, the Non-Party Witness, taken by the Plaintiff, in the above-entitled action, held at the above time and place, pursuant to Subpoena, taken before AMY BOGUSZEWSKI, a Shorthand Stenotype Reporter and Notary Public within and for the State of New York.

```
 1
 2    Appearances:
 3       UNITED STATES ATTORNEY'S OFFICE
         Attorneys for Plaintiff
 4           271 Cadman Plaza East
             Brooklyn, New York 11201
 5
         BY:  MICHAEL BLUME, ESQ.
 6       BY:  PAULINA STAMATELOS, ESQ.
 7
 8       DHILLON LAW GROUP
         Attorneys for Defendants & Witness
 9           256 Fifth Avenue, 4th Floor
             New York, New York 10001
10
         BY:  MICHAEL COLUMBO, ESQ.
11       BY:  JOSIAH CONTARINO, ESQ.
12       BY:  DAVID WARRINGTON, ESQ.
         (Present from 10:00 a.m. to 1:00 p.m.)
13
14
15
      ALSO PRESENT:
16
         BEN WEINBERG, USAO INTERN
17
         DOMENICO AULISI
18
19       KEVIN MAXWELL, DEFENDANT
         (Joined at 9:45 a.m.)
20
         LAWRENCE DEMONICO, DEFENDANT
21       (Joined at 9:45 a.m.)
22
23
24
25
```

Page 161

 1                  C. LELEUX
 2    a lot.  It seems like all day to where our
 3    wives both want to stop hearing the other
 4    person's voice.  And then there is times like
 5    over the weekend where he is with the kids
 6    and I'm with my kids, and we try to give each
 7    other some space and let things hang till
 8    Monday.  So it really depends on what is
 9    going on.  There was times where we wouldn't
10    talk for a week or two when things were
11    coming along.  Then there is times where
12    there is a problem and he is talking to me
13    what seemed like all day.
14       Q.  You said that's by phone, orally by
15    phone.  Do you communicate by text?
16       A.  I mean, there are communications by
17    text, but a lot of it is -- like I said, he
18    will say "yo."  And I sarcastically don't say
19    "yo" back, you know, that's not how I really
20    would talk.  And then other than that, most
21    of the time that we actually text is about
22    jiu-jitsu.  Both of our kids do jiu-jitsu, my
23    wife does jiu-jitsu, he does jiu-jitsu, his
24    wife does jiu-jitsu.  So we would text a lot
25    about that.  But the only other really text

Cole Leleux 6/30/2023

Page 162

1       C. LELEUX
2  chains that we have that I know you guys
3  already have, which are the ones with the
4  people that we had assigned tasks of
5  assisting with all the crazy business that
6  was going on.
7      Q.  And who is on those text chains you
8  are talking about?
9      A.  I believe there is at least -- so
10 there is a three text chains that come to
11 mind.  One of them is in my phone called RBT
12 Business, and that has Kevin and Lawrence.
13 And that is, again, mostly, you know, Kevin
14 giving a legal analysis of this or giving his
15 opinions there.  There is one called -- maybe
16 it's called Admin or Florida Admin, and that
17 one, I believe, had Lawrence, myself, my
18 wife, who is doing books and started helping
19 with some of the dealer stuff, and then the
20 person, your informant, Gabby.  And then
21 there was another group that had Jen Pierson
22 in it, but I don't remember what that one was
23 called.
24     Q.  And besides Jen Pierson, who was on
25 that group?

Free State Reporting, Inc. 410-974-0947

1                   C. LELEUX

2     A. I believe it was Kelly. Maybe Gabby
3 was on it, too. Lawrence and myself are,
4 probably, all in there.
5     Q. And Kelly, being your wife?
6     A. Yes, sir.
7     Q. And the last two chains we are
8 talking about here, are they still in your
9 phone?
10     A. Yeah. I don't delete anything.
11     Q. Again, I'm going to change the topic
12 briefly and talk about the 3-position
13 trigger.
14     A. Which one?
15     Q. That's a good question.
16        MR. COLUMBO: I don't mean to
17 interrupt, but do we still need
18 Exhibit 14 up?
19        MR. BLUME: Oh, I apologize.
20 No, we do not. Amy, you could take
21 that down. Thanks.
22        (So doing.)
23     Q. Mr. Leleux, let me start again. At
24 any time, was Rare Breed Triggers developing
25 a 3-position trigger?

Page 186

1                    C. LELEUX
2    temporary restraining order in this matter,
3    right?
4        A.   Yes, sir.
5        Q.   Have you seen it?
6        A.   I'm sure I have, yes.
7        Q.   After the temporary restraining
8    order, did you take any steps to preserve any
9    records that you may have had?
10       A.   I haven't taken any additional steps
11   to preserve any records, no.
12       Q.   And by records, I mean, I want to
13   include not just paperwork, but anything you
14   have done on your computer or on your phone?
15   Have you made any changes to anything to
16   preserve any of those, any of that material?
17       A.   So my normal practice is that I
18   don't really delete anything. I have a lot
19   of old stuff in my phone and on my computer.
20   So I did not change anything on how I conduct
21   myself to preserve. And I also -- at least,
22   I'm under the impression that the language in
23   like discovery requests so far hasn't really
24   reached to me. You guys haven't asked me for
25   anything, so that's why I haven't given you

Page 187

1         C. LELEUX
2    anything. But I have everything on my phone
3    and on my computer that was there.
4        Q. You didn't make any copies of
5    anything?
6        A. No. No, I don't think I made copies
7    of anything. I mean, just so you understand,
8    most of all of my records, like papers or
9    whatever, would be in e-mail, which I don't
10   know how to make copy of an e-mail, and you
11   would log-in. So if my computer fell off the
12   face of the earth, I could go to another
13   computer and log-in to my e-mail account. So
14   I don't know that I would have anything
15   really to restore.
16       Q. Does Spikes Tactical have a truck?
17       A. Does Spikes Tactical have a truck?
18       Q. Yes.
19       A. I don't believe the company owns a
20   truck.
21       Q. A Hummer or anything like that?
22       A. The company does not own any
23   vehicle, to my knowledge. Spikes, Michael
24   Register himself, did own what is called a
25   Gurkha.