

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 15, 2023

**BY ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Rare Breed Triggers, LLC, et al.*,
             No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      Pursuant to the Court's June 1, 2023 Order, the parties are respectively scheduled to file: (1) their proposed witness and exhibit lists on Monday, July 17, 2023; (2) their remaining motions *in limine* by Tuesday, July 18, 2023; and (3) their oppositions to remaining motions *in limine* (if any) by Tuesday, July 25, 2023.  *See* Dkt. No. 60.  While the parties have exchanged their proposed lists, the parties jointly respectfully request: (1) a three-day extension, until Thursday, July 20, 2023 to each file their proposed witness and exhibit lists with the Court; (2) a two-day extension, until Thursday, July 20, 2023 to each file their remaining motions *in limine*; and (3) a two-day extension, until Thursday, July 27, 2023 to each file their oppositions to remaining motions *in limine* (if any).

      This brief extension is necessary as the parties need additional time to finalize their respective lists, especially in light of the parties' travel for multiple depositions in this matter over the last two weeks.  This extension will also have the benefit of avoiding unnecessary judicial intervention wherever possible, as the parties will have additional time to confer regarding the proposed exhibits and witnesses and any potential objections, which may additionally obviate the need for certain motions *in limine*.

      The parties apologize for the tardiness of this request, as Your Honor's Individual Rule 1.7.3 requires that requests for extensions be filed at least two working days ahead of the deadline.  This is the first request to extend the aforementioned deadlines.  This request will not impact any other deadlines, including the August 1, 2023 preliminary injunction hearing.

The United States thanks the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____/s/_____
Michael S. Blume
David A. Cooper
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6479 / 6228 / 6198
michael.blume@usdoj.gov
david.cooper4@usdoj.gov
pauline.stamatelos@usdoj.gov