UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

- v. -

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

            Defendants.

1:23-CV-00369
(NRM) (RML)

**THE UNITED STATES OF AMERICA'S
RESPONSE TO
DEFENDANTS' MOTION *IN LIMINE***

BREON PEACE
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, New York 11201

July 17, 2023

Michael Blume
David Cooper
Paulina Stamatelos
Assistant United States Attorneys
(Of Counsel)

The United States respectfully submits this response to Defendants' July 10, 2023 motion *in limine*, in which they seek to "exclude any references to 'mass shootings,' 'school shootings,' 'shootings,' 'shooting deaths,' 'gun violence,' or any similar phrase, in general" at the upcoming preliminary injunction hearing. Dkt. No. 80 at 1.

While it is beyond dispute that AR-15-style firearms have been used in mass shootings and school shootings (*see* Complaint ¶ 2), the United States has no intention of entering any evidence connecting FRT-15s with mass shootings or school shootings. As a result, Defendants' motion *in limine* is, in part, moot.

But Defendants' motion *in limine* casts too wide a net. It is deeply prejudicial and, in short, nonsensical for the United States to be precluded from raising "gun violence" or "any similar phrase" at the upcoming preliminary injunction hearing, including as part of the Government's opening statement (should the Court wish to hear opening statements), its case-in-chief, when impeaching witnesses, or in its closing argument. Contrary to Defendants' efforts to minimize the level of gun violence prevalent throughout the nation, this action is, in fact, brought against the tragic backdrop of a gun violence epidemic in the United States, where over 47,000 people were killed by firearms in 2021—an increase of eight percent from the previous record high in 2020.[1] As noted in the Complaint, firearm-related injuries are the most common cause of death from injury for children in

---

[1] *See, e.g.,* Thomas R. Simon, Ph. D; *et al.*, *Notes from the Field: Increases in Firearm Homicide and Suicide Rates - United States, 2020-2021*. MORBIDITY AND MORTALITY WEEKLY REPORT, Oct. 7, 2022, https://www.cdc.gov/mmwr/volumes/71/wr/mm7140a4.htm?s_cid=mm7140a4_w,
Roni Caryn Rabin, *Gun-Related Suicides and Killings Continued to Rise in 2021, C.D.C. Reports*; THE NEW YORK TIMES, October 6, 2022, available at https://www.nytimes.com/2022/10/06/health/guns-homicides-suicides-cdc.html.

the United States.[2] And, of course, the "mission of ATF" is to, *inter alia*, "protect communities from violent criminals, criminal organizations, [and] the illegal use and trafficking of firearms."[3]

The United States sought an emergency motion for a temporary restraining order and are currently seeking a preliminary injunction because, in the midst of this unprecedented surge in gun violence, Defendants have dangerously sold machinegun conversion devices. These conversion devices are designed to be installed illegally onto AR-15-type weapons. *See* Complaint ¶ 2. As set forth in the Complaint, the FRT-15 is a trigger assembly that turns the AR-15 semi-automatic firearm—used in over half a dozen mass shootings in the last decade—into an even deadlier firearm. *See* Complaint ¶ 87.

Defendants argue that the Government must show immediate and irreparable harm to secure a preliminary injunction. *See* Dkt. No. 50. But as the United States has already proffered, if the Court does not issue a PI, the public will be immediately and irreparably harmed, as Defendants will resume flooding the marketplace with thousands more machinegun conversion devices—to anyone, anywhere, without the ability of any government agency to keep track of them—at a time when gun violence continues to be an epidemic across the nation.

---

[2] *See* Lois K. Lee, M.D., M.P.H., Katherine Douglas, M.D., and David Hemenway, Ph.D., *Crossing Lines — A Change in the Leading Cause of Death among U.S. Children,* THE NEW ENGLAND JOURNAL OF MEDICINE, April 21, 2022, available at https://www.nejm.org/doi/pdf/10.1056/NEJMp2200169.
[3] *See* https://www.atf.gov/about/who-we-are.

For the foregoing reasons, the Court should deny, in part, Defendants' motion.

Dated: Brooklyn, New York
July 17, 2023

BREON PEACE
United States Attorney

By:   /s/

Michael Blume
David Cooper
Paulina Stamatelos
Assistant United States Attorneys
(718) 254-7000

**cc:**  **BY ECF**
Counsel of Record

3