UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                                Plaintiff,                Civil Action
                                                    No. 23-cv-369

       - against -
                                                  (Morrison, J.)
RARE BREED TRIGGERS, LLC; RARE           (Levy, M.J.)
BREED FIREARMS, LLC; LAWRENCE
DEMONICO; KEVIN MAXWELL,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## THE UNITED STATES' EXHIBIT LIST

      Pursuant to the Court's June 1, 2023 Order, as amended by the Court's July 16, 2023 Order,

the United States' exhibit list is set forth below.

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| 1 | Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Firearms Technology Criminal Branch Report of Technical Examination ("Classification Report") No. 317066, approved on July 15, 2012, bearing Bates Nos. USA_00001–00066 | | |
| 2 | Cease and Desist Letter from ATF to Kevin Maxwell of Rare Breed Triggers, LLC, dated July 26, 2021, bearing Bates Nos. USA_00248–00249 | | |
| 3 | ATF Classification Report No. 317388, approved on October 20, 2021, bearing Bates Nos. USA_00075–00295 | | |
| 4 | ATF Classification Report No. 317970, approved on October 20, 2021, bearing Bates Nos. USA_00296–00310 | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| 5 | Letter from ATF to Rare Breed Triggers, LLC, dated November 15, 2021, bearing Bates Nos. USA 13206–13207. | | |
| 6 | ATF Classification Report No. 317822, approved on March 19, 2022, bearing Bates Nos. USA 00326–00369. | | |
| 7 | ATF Classification Report No.319830, approved on April 1, 2022, bearing Bates Nos. USA 00370–00410 | | |
| 8 | ATF Classification Report No. 324346, dated January 13, 2023, bearing Bates Nos. USA 00411–00455 | | |
| 9 | ATF Report of Investigation No. 24 for Investigation No. 767070-21-0057, dated January 16, 2023, bearing Bates Nos. USA 13569–13726 | | |
| 10 | One (1) .mp4 file with filename "Noir Interview of DeMonico.mp4," bearing Bates No. USA_12559, clip at 8:55–11:10 | | |
| 11 | Transcription of Exhibit titled "Noir Interview of DeMonico," bearing Bates Nos. USA 20354–20375 | | |
| 12 | One (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA 00514 | | |
| 13 | Transcription of Exhibit titled "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1"–," bearing Bates Nos. USA 20391-20399 | | |
| 14 | Clip of one (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514, at 0:28-4:35 | | |
| 15 | Clip of one (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514, at 6:53–9:13 | | |
| 16 | Clip of one (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
|  | Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514, at 9:12–10:27 |  |  |
| 17 | One (1) .mp4 file with filename "TFB TV.mp4," bearing Bates No. USA_12560 |  |  |
| 18 | Transcription of Exhibit titled "TFB TV.mp4 Transcription," bearing Bates Nos. USA_20376–20390 |  |  |
| 19 | Clip of one (1) .mp4 file with filename "TFB TV.mp4," bearing Bates No. USA_12560, at 2:41–3:12 |  |  |
| 20 | Clip of one (1) .mp4 file with filename "TFB TV.mp4," bearing Bates No. USA_12560, at 17:32–18:41 |  |  |
| 21 | One (1) .avi file with filename "FRT15ZIIPTIE85.avi," bearing Bates No. USA_00072 (*Marked Confidential*) |  |  |
| 22 | Untitled Chase Paymentech document, dated January 6, 2022, for a chargeback, bearing Bates Nos. USA_16749–16754 |  |  |
| 23 | One (1) .mp4 file with filename "Vasquez_Exhibit 6.mp4," included in Defendants' expert disclosures |  |  |
| 24 | One (1) .mp4 file with filename "RARE BREED TRIGGER 3rd POSITION TRIGGER----.mp4," bearing Bates No. USA_13730 (*Marked Confidential*) | Under FRE 402, 403, 611, irrelevant and waste of time. Not only is rate of fire shown in this video, but it concerns a model of the FRT-15 that has never been sold. | This exhibit is neither irrelevant nor a waste of time. Among other things, the video demonstrates how the referenced model operates relative to the FRT-15 as sold. The video also helps to explain the operation of the FRT-15, how it differs from a standard semi-automatic trigger, how it differs from semi-automatic triggers that are designed to increase the rate of fire, and how those differences help to |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | | establish that the FRT-15 is, in fact, a machinegun. |
| 25 | One (1) .mp4 file with filename "Rare Breed Triggers FRT – Animation [1080p].mp4," bearing Bates No. USA_20253 | Under FRE 402, 403, 611, irrelevant and waste of time. Rate of fire shown in this video from 0:3-0:21. | Plaintiff maintains that this exhibit is relevant to the matter at hand. |
| 26 | Curriculum Vitae ("CV") of Firearms Enforcement Officer Anthony L. Ciravolo, bearing Bates Nos. USA_20237–20242 | | |
| 27 | Expert Disclosure of Firearms Enforcement Officer Anthony L. Ciravolo submitted pursuant to Federal Rule of Civil Procedure 26(a)(2), bearing Bates Nos. USA_20243–20299 | | |
| 28 | Supplemental Expert Disclosure of Firearms Enforcement Officer Anthony L. Ciravolo submitted pursuant to Federal Rule of Civil Procedure 26(a)(2), bearing Bates No. USA_20300 | | |
| 29 | Letter from ATF to Peter A. Hunter of Hunter Kinetic Innovations, dated May 2, 2005, bearing Bates Nos. USA_20301–20313 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit tends to show how similar devices were classified by ATF. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| 30 | Letter from ATF to Roger Loock of Revelation Arms, dated August 29, 2005, bearing Bates Nos. USA_20353–20372 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit tends to show how similar devices were classified by ATF. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 31 | Letter from ATF to Roger Loock of Revelation Arms, dated August 29, 2005, signed by Rick Vasquez, bearing Bates Nos. USA_USA_20373–20394 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit demonstrates how similar devices were classified by ATF. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 32 | Letter from ATF to Patrick Murphy of Oregon Research Labs, LLC, dated April 27, 2006, bearing Bates Nos. USA_20314–20345 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit demonstrates how similar devices were classified by ATF. The classifications also tend to undermine the |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 33 | Letter from ATF to Patrick Murphy of Oregon Research Labs, LLC, dated April 27, 2006, signed by Rick Vasquez, bearing Bates Nos. USA_20346–20352 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit demonstrates how similar devices were classified by ATF. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 34 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| 35 | Cease and Desist Letter from ATF to Kevin Maxwell, dated November 15, 2021, bearing Bates Nos. USA_13206–13207 | | |
| 36 | One (1) .mp4 file with filename "2021-08-20-20-56-25_UTC.mp4," bearing Bates No. USA_20401 | | |
| 37 | Cease and Desist Letter from ATF to 3rd Gen Machine Inc., dated January 12, 2022, bearing Bates Nos. USA_20235–20237 | | |
| 38 | ATF Open Letter to All Federal Firearms Licensees, dated March 22, 2022, bearing Bates Nos. RTF_0009082–0009083 | | |
| 39 | Screenshots of https://rarebreedtriggers.com captured by FireShot Pro on December 14, 2022, bearing Bates Nos. USA_20222–20234 | | |
| 40 | AR-15 Style Firearm (Lower only) (*Demonstrative*) | | |
| 41 | AR-15 Style Firearm (*Demonstrative*) | | |
| 42 | Semi-Automatic Trigger (*Demonstrative*) | | |
| 43 | Fully Automatic Trigger (*Demonstrative*) | | |
| 44 | FRT-15 Trigger (*Demonstrative*) | | |
| 45 | Tac-Con 3MR Trigger (*Demonstrative*) | | |
| 46 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of | This number does not refer to an actual exhibit, and exists only as a placeholder. |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | the prejudice this causes Defendants. | |
| 47 | Electronic Articles of Organization for Florida Limited Liability Company Rare Breed Triggers, LLC, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-2 | | |
| 48 | Excerpts of Transcript of Deposition of Lawrence DeMonico, dated October 13, 2021, in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv-00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-3 | | |
| 49 | Registration of Articles of Amendment to Articles of Organization of Rare Breed Triggers, LLC, a Florida Limited Liability Company, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-4 | | |
| 50 | Business Limited Liability Company Articles of Organization for Rare Breed Triggers, LLC, a North Dakota Limited Liability Company, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-5 | | |
| 51 | Excerpts of Transcript of Deposition of Lawrence DeMonico, dated October 27, 2021, in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv-00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-6 | | |
| 52 | Photographs of order purchased by ATF Special Agents on November 29, 2022 through https://rarebreedtriggers.com, found at *United States of America v.* | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | *Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-12 | | |
| 53 | Photographs of a "Waiver and Release" for an FRT-15, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-13 | | |
| 54 | Certification Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-14 | | |
| 55 | Screenshot of text message exchange in group named "RBT FL Office" containing wire instructions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 18-1, at 2 | | |
| 56 | Rare Breed Triggers Bank Wire Instructions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 18-1, at 4–6 | | |
| 57 | Screenshot of text message exchange in group named "RBT FL Office" about sending a wire, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 18-1, at 8 | | |
| 58 | Declaration of Lawrence DeMonico in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv-00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 25-1 | | |
| 59 | Excerpts of Transcript of Deposition of Lawrence DeMonico, dated October 13, 2021, in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv-00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 25-3 | | |
| 60 | Screenshots of posts from Instagram account for "rarebreedfirearms," found at | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 25-4 | | |
| 61 | Email from [REDACTED] to "<XXXX@XXXX.com" containing Rare Breed Triggers Bank Wire Instructions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 26-1, at 4–6 | | |
| 62 | Documents reflecting wire transfers from multiple financial institutions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 26-2 (Dkt. No. 26-2) | | |
| 63 | JPMorgan Chase Bank, N.A. ("Chase Bank") records, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 28-2 (*Confidential and under seal*) | Under FRE 611, the voluminous nature of this exhibit wastes time. | This exhibit is necessary to prove the content of the summary in Exhibit 136. |
| 64 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |
| 65 | Photograph of U.S. Postal Service ("USPS") Priority Mail 2-Day shipping label for package shipped from "Big Daddy Unlimited" to a redacted address in Rochester, New York, found at *United States of America v. Rare Breed* | Under FRE 402, 403, irrelevant. This exhibit contains no identifying information | This exhibit is not irrelevant; the declaration to which the photograph was attached, the markings on the package, and |

*United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369 (Morrison, J.) (Levy, M.J.)
Page 11

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---------|-------------|--------------------------------|---------------------------------------|
| | *Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 40-1 | related to Defendants or their businesses. There is no basis for finding a generically labeled package from Big Daddy Unlimited to be tied meaningfully to Defendants. | Defendants' deposition testimony provide the foundation linking the photograph to Rare Breed Triggers. |
| 66 | Untitled Chase Paymentech document regarding Sequence No. 552781100, for a chargeback, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 56-1 | | |
| 67 | Untitled Chase Paymentech document regarding Sequence No. 548377721, for a chargeback, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 56-2 | | |
| 68 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |

*United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369 (Morrison, J.) (Levy, M.J.)
Page 12

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| 69 | 2021 UPS Tariff/Terms & Conditions of Service – United States, effective July 11, 2021, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 66-6 | | |
| 70 | Status Report dated July 12, 2023, filed under seal *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 81-1 | | |
| 71 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |
| 72 | Check No. 101 from ABC IP, LLC paid to the order of "Wizard Labs" in the amount of $34,675.00, dated February 19, 2021, bearing Bates No. USA_17276 | | |
| 73 | Check No. 1033 from RB Trig, LLC paid to the order of "ABC IP" in the amount of $1,400,205.00, dated July 2, 2021, bearing Bates No. USA_17352 | | |
| 74 | Check No. 194 from ABC IP, LLC paid to the order of "CROB Inc" in the amount of $74,475.00, dated November 8, 2021, bearing Bates No. USA_17426 | | |
| 75 | Withdrawal slip from Chase Bank from customer "ABC IP" to purchase a cashier's check to payee "Clerk, US Dist. Court, Northern Dist. Florida" in the | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | amount of $2,000,000.00, dated January 12, 2022, bearing Bates No. USA  17465 | | |
| 76 | Check No. 251 from ABC IP, LLC, paid to the order of "Wolf Tactical LLC" in the amount of $10,000.00, dated October 21, 2021, bearing Bates No. USA  17479 | | |
| 77 | Intellectual Property Sale Agreement between Wolf Tactical, LLC, and Rare Breed Triggers, LLC, dated May 7, 2020, bearing Bates No. RTF  0006061 | | |
| 78 | Check from Black Spider LLC paid to the order of "3rd Gen Machine" in the amount of  $128,880.00,  dated  September  22, 2020, Bates Nos. USA  19668–19669 | | |
| 79 | Patent Assignment from Brian A. Blakley to  ABC,  IP,  LLC,  dated  May 22,  2022, bearing Bates Nos. USA  20527–20579 | | |
| 80 | Untitled Chase Paymentech document, dated  April 28, 2022, for a chargeback, bearing Bates Nos. USA  17030–17043 | | |
| 81 | One (1) .pdf file containing printout of website advertisement at https://ammodepotma.com/product/rare-breed-trigger, printed on July 13, 2023 at 11:37 a.m., bearing Bates Stamp Nos. USA  20402–20411 | | |
| 82 | One (1) .pdf file containing screenshots of website advertisement at https://maxammodepot.com/product/rare-breed-frt-15-trigger/, bearing Bates Stamp Nos. USA  20412–20416 | | |
| 83 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should | This number does not refer to an actual exhibit, and exists only as a placeholder. |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | not be admitted on the basis of the prejudice this causes Defendants. | |
| 84 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |
| 85 | Email from Lawrence DeMonico to Cole Leleux, dated November 3, 2022, bearing Bates Nos. RTF_0012761–12766 | | |
| 86 | Email to admin@rarebreedtriggers.com from Customer Service, dated October 24, 2022, bearing Bates Nos. RTF_0009779–0009780 | | |
| 87 | Email to admin@rarebreedtriggers.com from Customer Service, dated September 20, 2022, bearing Bates Nos. RTF_0009761–0009762 | | |
| 88 | Email to admin@rarebreedtriggers.com from Customer Service, dated September 12, 2022, bearing Bates Nos. RTF_0009751–0009752 | | |
| 89 | Email to admin@rarebreedtriggers.com from Customer Service, dated August 26, 2022, bearing Bates Nos. RTF_0009723–0009724 | | |

*United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23–cv–369 (Morrison, J.) (Levy, M.J.)
Page 15

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| 90 | Email to admin@rarebreedtriggers.com from Customer Service, dated August 25, 2022, bearing Bates No. RTF_0009720 | | |
| 91 | Email to Lawrence DeMonico from admin, dated January 14, 2022, bearing Bates Nos. RTF_0022922–0022923 | | |
| 92 | Email to admin@rarebreedtriggers.com from Customer Service, dated December 7, 2022, bearing Bates Nos. RTF_0009863–0009866 | | |
| 93 | Email to customerservice@rarebreedtriggers.com from [REDACTED], dated August 19, 2021, bearing Bates Nos. RTF_0018676–0018680 | | |
| 94 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |
| 95 | Email from Lawrence DeMonico to Kelly Leleux et al., dated May 11, 2022, bearing Bates Nos. RTF_0012609–0012610 | | |
| 96 | Email to admin@rarebreedtriggers.com from [REDACTED], dated February 4, 2021, bearing Bates Nos. RTF_0006881–0006883 | | |
| 97 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
|  | January 3, 2021, bearing Bates No. RTF_0010760 |  |  |
| 98 | Email to [REDACTED] from admin, dated January 23, 2021, bearing Bates Nos. RTF_011318–0013820 |  |  |
| 99 | Email to [REDACTED] from admin, dated January 22, 2021, bearing Bates Nos. RTF_0011223–0011235 |  |  |
| 100 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 12, 2021, bearing Bates Nos. RTF_0006526–0006528 |  |  |
| 101 | Email to [REDACTED] from Rare Breed Triggers, dated January 9, 2021, bearing Bates No. RTF_0010851 |  |  |
| 102 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 8, 2021, bearing Bates Nos. RTF_0006465–0006466 |  |  |
| 103 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 9, 2021, bearing Bates Nos. RTF_0006495–0006496 |  |  |
| 104 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 7, 2021, bearing Bates No. RTF_0006446 |  |  |
| 105 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 1, 2021, bearing Bates Nos. RTF_0006286–0006287 |  |  |
| 106 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 1, 2021, bearing Bates Nos. RTF_0006289 |  |  |
| 107 | Email to admin@rarebreedtriggers.com from Customer Service, dated January 9, 2023, bearing Bates Nos. RTF_0009984–0009985 |  |  |
| 108 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 19, 2021, bearing Bates Nos. RTF_0006881–0006883 |  |  |
| 109 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated |  |  |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | December 31, 2020, bearing Bates Nos. RTF_0010668–0010669 | | |
| 110 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated December 19, 2020 bearing Bates No. RTF_0010535 | | |
| 111 | Email to admin@rarebreedtriggers.com from [REDACTED], dated December 14, 2020, bearing Bates No. RTF_0006081 | | |
| 112 | Email to admin@rarebreedtriggers.com from [REDACTED], dated December 18, 2020, bearing Bates Nos. RTF_0006099–0006100 | | |
| 113 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | This number does not refer to an actual exhibit, and exists only as a placeholder. |
| 114 | ATF Classification Report No. 307369, dated December 7, 2017, bearing Bates Nos. USA_20417–20425 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit tends to show consistency in ATF's classification decisions. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | constitutes a machinegun, and these classifications were nonpublic. | law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 115 | ATF Classification Report No. 304847, dated October 27, 2016, bearing Bates Nos. USA_20426–20482 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time.  Among other things, this exhibit tends to show consistency in ATF's classification decisions. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 116 | ATF Classification Report dated November 14, 1975, bearing Bates Nos. USA_20483–20494 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time.  Among other things, this exhibit tends to show consistency in ATF's classification decisions. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 117 | *Intentionally Omitted* | Plaintiff failed to identify the exhibit and thereby | This number does not refer to an actual exhibit, and exists only as a placeholder. |

*United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23–cv-369 (Morrison, J.) (Levy, M.J.)
Page 19

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | deprived Defendants of the necessary opportunity to make informed, relevant objections. This exhibit should not be admitted on the basis of the prejudice this causes Defendants. | |
| 118 | ATF Classification Report No. 46717, dated April 12, 1994, bearing Bates Nos. USA_20495–20499 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time.  Among other things, this exhibit tends to show consistency in ATF's classification decisions. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 119 | ATF Classification Report No. 254498, dated September 16, 2004, bearing Bates Nos. USA_20500–20511 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a | This exhibit is neither irrelevant nor a waste of time.  Among other things, this exhibit tends to show consistency in ATF's classification decisions. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their |

*United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369 (Morrison, J.) (Levy, M.J.)
Page 20

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | | machinegun, and these classifications were nonpublic. | characterization of the ATF's view of products akin to the FRT-15. |
| 120 | ATF Classification Report No. 2006-1060, dated November 22, 2006, bearing Bates Nos. USA_20512–20526 | Under FRE 402, 403, 611, irrelevant and waste of time. Plaintiff's expert testified he did not rely on past classifications in his determination that the FRT-15 constitutes a machinegun, and these classifications were nonpublic. | This exhibit is neither irrelevant nor a waste of time. Among other things, this exhibit tends to show consistency in ATF's classification decisions. The classifications also tend to undermine the opinions of Defendants' experts, their characterizations of the law, and their characterization of the ATF's view of products akin to the FRT-15. |
| 121 | Chase Bank records, Bates Nos. USA_14984-15760; USA_15762–19049 | Under FRE 611, the voluminous nature of this exhibit wastes time. | This exhibit is necessary to prove the content of the summary in Exhibit 136. |
| 122 | Chase Paymentech records, Bates Nos. USA_01221–10633 | Under FRE 611, the voluminous nature of this exhibit wastes time. | This exhibit is necessary to prove the content of the summary in Exhibit 136. |
| 123 | Fifth Third Bank records, bearing Bates Nos. USA_19050–20222 | Under FRE 611, the voluminous nature of this exhibit wastes time. | This exhibit is necessary to prove the content of the summary in Exhibit 136. |
| 124 | Rare Breed Triggers LLC Balance Sheet as of December 31, 2022, bearing Bates Nos. RTF_0012791 | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---------|-------------|-------------------------------|----------------------------------------|
| 125 | Rare Breed Triggers LLC Profit & Loss for January through December 2022, bearing Bates No.  RTF  0012792 | | |
| 126 | Email to [REDACTED] from Dealer Sales, dated August 19, 2021, bearing Bates Nos. RTF  0007089–0007091 | | |
| 127 | Rare Breed Triggers, LLC v. Big Daddy Enterprises, Inc., No. 21-CV-00149-RH-GRJ (N.D. Fla.), ECF. No. 96-2, Ex. B., Agreement Governing the Protection and Exchange of Information, Documents, and Electronically Stored Information, Bates Nos. RTF  0002705–0002719 | | |
| 128 | Email from admin@rarebreedtriggers.com to [REDACTED], dated January 1, 2021, bearing Bates No. RTF  0010686 | | |
| 129 | Email from Laura Morgan to Lawrence DeMonico dated December 1, 2022, bearing Bates No. RTF  0013581 | | |
| 130 | Email from [REDACTED] to customerservice@rarebreedtriggers.com dated December 7, 2022, bearing Bates Nos. RTF  0025959–0025961 | | |
| 131 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated December 31, 2020, bearing Bates No. RTF  0006235 | | |
| 132 | Email to [REDACTED] from customerservice@rarebreedtriggers.com, dated December 7, 2022, bearing Bates No. RTF  0025962 | | |
| 133 | Email from customerservice@rarebreedtriggers.com to <@gmail.com>, dated November 22, 2022, bearing Bates Nos. USA  13241–44 | | |
| 134 | ATF Classification Report No. 307385, dated August 28, 2018, bearing Bates Nos. USA  12726–12751 | | |
| 135 | Email to customerservice@rarebreedtriggers.com | | |

| Exhibit | Description | Defendants' Objections (if any) | The United States' Responses (if any) |
|---|---|---|---|
| | from [REDACTED], dated March 24, 2022, bearing Bates No. RTF 24033 | | |
| 136 | Summary, Chart and Calculation To Prove the Content of the Voluminous Financial Records Provided by Chase Bank and Fifth Third Bank | | |

The United States reserves the right to rely on any exhibit(s) listed on Defendants'
proposed exhibit list. The United States will supplement this exhibit list for good cause shown.

BREON PEACE
United States Attorney

By:     _____/s/_____
Michael S. Blume
David A. Cooper
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-6479 / 6228 / 6198
michael.blume@usdoj.gov
david.cooper4@usdoj.gov
pauline.stamatelos@usdoj.gov