Page 1

```
1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    Case No. 1:23-cv-00369-NRM-RML

5    ------------------------------------x

6    UNITED STATES OF AMERICA,

7                    Plaintiff,

8

9       - against -

10

11   RARE BREED TRIGGERS, LLC; RARE BREED

12   FIREARMS, LLC; LAWRENCE DEMONICO, KEVIN

13   MAXWELL,

14                   Defendants.

15   ------------------------------------x

16                 July 14, 2023

17                 9:39 a.m.

18

19         Remote video-teleconference

20   deposition via Zoom of ANTHONY CIRAVOLO,

21   pursuant to notice, before Jineen Pavesi,

22   a Registered Professional Reporter,

23   Registered Merit Reporter, Certified

24   Realtime Reporter and Notary Public of the

25   State of New York.
```

```
 1
 2    A P P E A R A N C E S :
 3    BREON PEACE
      UNITED STATES ATTORNEY
 4    EASTERN DISTRICT OF NEW YORK
      225 Cadman Plaza East
 5    Brooklyn, New York 11201
              Attorneys for Plaintiff
 6    BY:   MICHAEL BLUME, ESQ.
              michael.blume@usdoj.gov
 7            PAULINA STAMATELOS, ESQ.
              pauline.stamatelos@usdoj.gov
 8            DAVID COOPER, ESQ.
              david.cooper@usdoj.gov
 9
10    DHILLON LAW GROUP INC.
      50 Park Place, Suite 1105
11    Nweark, New Jeresy 07102
              Attorneys for Defendants
12    BY:   JOSIAH CONTARINO, ESQ.
              jcontarino@dhillonlw.com
13
14    DHILLON LAW GROUP INC.
      177 Post Street, Suite 700
15    San Francisco, California 94108
              Attorneys for Defendants
16    BY:   MICHAEL A. COLUMBO, ESQ.
              mcolumbo@dhillonlaw.com
17
18    ALSO PRESENT:
19    ERICA BRANGWYNNE, ATF
20    KEVIN McCAULEY, ATF
21    HOLLY LUDVIGSEN, ATF
22    BEN HILLER, ATF
23    KEVIN MAXWELL
24    LAWRENCE DeMONICO
25
```

Page 48

1           CIRAVOLO
2           The documents that I review, I
3    review them to determine ATF's prior
4    classification history, possible other
5    determinations that show similar devices
6    in operation or principle, but they don't
7    necessarily bear an effect on my direct
8    examination of that item or my final
9    classification of that item.
10      Q.    Would those prior
11   classifications be examples of
12   documents --  prior classifications of
13   other similar devices, I think that's the
14   best I can do with how you phrased it?
15      A.    Generally speaking, yes.
16      Q.    Are those prior classifications
17   an example of documents that you reviewed
18   but did not rely on in forming your
19   conclusion for this expert report?
20      A.    I don't rely on them in the
21   sense of it helps me determine what the
22   device I'm currently examining is.
23           I rely on them to see that my
24   classification is consistent with prior
25   classifications of similar devices.

Page 80

1   CIRAVOLO
2   trigger, what would a user have to do to
3   fire another round?
4   A.   Nothing, they would simply
5   maintain the constant rearward pressure
6   that they were doing.
7   If they released the trigger
8   completely, as in no contact with the
9   trigger, they would have to place their
10  finger back on the trigger and initiate
11  another firing sequence.
12  Q.   And what does it mean to
13  initiate another firing sequence?
14  A.   It means to engage the trigger
15  of the host firearm and in an AR-15 type
16  firearm, that's done by making contact
17  with the trigger and then pulling it to
18  the rear.
19  Q.   Can you pull the trigger in the
20  FRT-15 without engaging another firing
21  sequence?
22  A.   No, you cannot; once you
23  initiate the initial firing sequence, the
24  cycle is continued.
25  Q.   What if there is slack in the