

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 24, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States of America v. Rare Breed Triggers, LLC, et al.*
         No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

The United States respectfully notifies the Court of its supplementation of the Exhibit List filed on July 20, 2023. *See* ECF No. 91. Specifically, Exhibit 73 has been amended to modify the description and enlarge the Bates-number range, which was inadvertently truncated in the version filed last week. Also, Exhibit 122 has been omitted in its entirety, as the United States no longer intends to rely on it.[1]

The United States thanks the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:          /s/
         Michael S. Blume
         David A. Cooper
         Paulina Stamatelos
         Assistant U.S. Attorneys
         (718) 254-6479 / 6228 / 6198
         michael.blume@usdoj.gov
         david.cooper4@usdoj.gov
         pauline.stamatelos@usdoj.gov

cc:     **By ECF**
         All counsel of record

---

[1] Several typographical errors have also been corrected in Exhibits 1, 62, 74, 79, 98, 108, 118, and 127. Additionally, Bates numbers have been added to Exhibit 136.