UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

   UNITED STATES OF AMERICA

       V.

   RARE BREED TRIGGERS, LLC; RARE
   BREED FIREARMS, LLC; LAWRENCE
   DEMONICO; KEVIN MAXWELL,
-----------------------------------------------------------X

                         1:23-cv-00369-NRM-RML
                         _____

                         NOTICE OF MOTION
                         TO ADMIT COUNSEL
                         PRO HAC VICE

TO:    Opposing Counsel

      _____

      _____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I __Jacob Roth_____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of ____Dhillon Law Group_____ and a member in good standing of

the bar(s) of the State(s) of ___Florida, Nebraska and District of Columbia_____, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for
RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE
DEMONICO; KEVIN MAXWELL_____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

                         Respectfully submitted,

                         /s/ Jacob Roth

Dated: ___7/24/2023____        _____

                         Signature of Movant
                         Firm Name__Dhillon Law Group_____
                         Address__Dhillon Law Group 1601 Forum Place, Suite 403_____
                             West Palm Beach, FL 33401_____
                         Email__jroth@dhillonlaw.com_____
                         Phone___415.433.1700_____