UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

United States of America

Plaintiff(s),

v.

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

Defendant(s).

---

1:23-cv-00369-NRM-RML

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Jacob Roth, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Dhillon Law Group.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Florida, Nebraska and District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-00369-NRM-RML for RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL.

Date 7/24/23

/s/ Jacob Roth
Signature of Movant
Firm Name Dhillon Law Group
Address 1601 Forum Place, Suite 403
West Palm Beach, FL 33401

Email jroth@dhillonlaw.com
Phone 415.433.1700

State of Florida
County of Palm Beach NOTARIZED
On this 25 day of July 2023 before me personally appeared Jacob Roth to me known to be the person who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.
SEAL (signed) _____ NOTARY PUBLIC

HENRY RENAUD
MY COMMISSION # HH 244532
EXPIRES: June 7, 2026