

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

July 25, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *United States v. Rare Breed Triggers, LLC, et al.*
                 Civil Action No. 1:23-cv-00369-NRM-RML

Dear Judge Morrison:

      This firm represents Defendants in the above-captioned matter. Defendants respectfully notifies the Court of its supplementation of the Exhibit List filed on July 20, 2023. (ECF No. 95.) Specifically, Exhibits W3-E4 have been added.

      Defendants thank the Court for its consideration of this matter.

                                      Respectfully submitted,

                                      DHILLON LAW GROUP INC.

                                      By:           /s/
                                           David A. Warrington (*pro hac vice*)
                                         Michael A. Columbo (*pro hac vice*)
                                         Josiah Contarino

cc: All Counsel of Record (via ECF)