**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          -against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>                    Defendants. | Case No. 1:23-cv-00369-NRM-RML |

**DEFENDANTS' EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING**

Defendants Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence DeMonico, and Kevin Maxwell, hereby provide their exhibit list for the August 1 and 2 preliminary injunction hearing.

| | Exhibit Description and Bates-Number | The United States' Objection, if Any | Response to Objection |
|---|---|---|---|
| A | Video: Kevin Maxwell legal explanation of FRT-15's legality (December 2, 2020)[1] | | |
| B | Video: RBT full video containing legal overview and function explanation (December 2, 2020)[2] | | |
| C | Video: RBT animated explanation of FRT-15 function (December 2, 2020)[3] | | |
| D | Video: Lawrence DeMonico interviewing expert Dan O'Kelly about FRT-15 (January 23, 2021)[4] | | |
| E | Video: RBT public statement re: ATF's cease and desist letter (August 19, 2021)[5] | | |

[1] Bates-numbers (RTF): 26488
[2] Bates-numbers (RTF): 26487
[3] Bates-numbers (RTF): 26486
[4] Bates-numbers (RTF): 26489
[5] Bates-numbers (RTF): 26480

| | | | |
|---|---|---|---|
| F | Video: RBT public statement re: status update on litigation against ATF (March 26, 2022)[6] | | |
| G | Video: RBT technical comparison of FRT-15 vs Geissele trigger[7] | | |
| H | Video: RBT technical comparison of FRT-15 vs full-auto machinegun[8] | | |
| I | Video: RBT technical demonstration of FRT-15 functioning in slow motion[9] | | |
| J | Video: RBT technical demonstration of WOT functioning in slow motion[10] | | |
| K | Video: RBT technical demonstration of FRT-15 jamming from excessive finger pressure[11] | | |
| L | Video: RBT technical demonstration of FRT-15 zip tie test[12] | | |
| M | Video: Jerry Miculek firing faster than the FRT-15[13] | | |
| N | Video: 3rd party demonstration of Fostech Echo 2 trigger firing[14] | FRE 402, 403 (relevance, confusing, misleading, unduly prejudicial); FRE 611 (waste of time); lack of foundation | Relevant to accuracy of ATF determination regarding the FRT-15 by demonstrating the similarity with the approved Echo 2. Note ATF approval letter (next exhibit). Demonstrates and clarifies operation; not confusing or misleading; so not prejudicial. Any necessary foundation will be laid at the hearing. |

[6] Bates-numbers (RTF): 26481
[7] Bates-numbers (RTF): 26483
[8] Bates-numbers (RTF): 26482
[9] Bates-numbers (RTF): 26482
[10] Bates-numbers (RTF): 26485
[11] Bates-numbers (RTF): 26738
[12] Bates-numbers (RTF): 26484
[13] Bates-numbers (RTF): 26479
[14] Bates-numbers (RTF): 26737

| O | ATF approval letter: Fostech trigger[15] | | |
|---|---|---|---|
| P | ATF approval letter: 3MR trigger (October 31, 2013)[16] | | |
| Q | ATF approval letter: Hellfire trigger (August 3, 1990)[17] | | |
| R | ATF determination letters re: shoestring machineguns (September 30, 2002, and June 25, 2007)[18] | | |
| S | ATF exam: FRT-15 (July 15, 2021)[19] | | |
| T | ATF exam: FRT-15 (October 20, 2021)[20] | | |
| U | ATF exam: FRT-15 (April 27, 2023)[21] | | |
| V | ATF exam: WOT (October 21, 2021)[22] | | |
| W | ATF exam: WOT (January 13, 2023)[23] | | |
| X | ATF exam: AR1 (August 28, 2018)[24] | | |
| Y | Brian Luettke expert report with exhibits, including previous reports (June 30, 2023)[25] | | |
| Z | Kevin McCann expert opinion with exhibits, including previous opinions (June 30, 2023)[26] | Plaintiff withdraws any prior objection made in light of the Court's ruling on the motion in *limine* | |
| A1 | Daniel O'Kelly expert report with exhibits, including previous reports (June 30, 2023)[27] | | |
| B1 | Rick Vasquez expert report with exhibits, including previous reports (June 30, 2023)[28] | | |
| C1 | ATF letter to RBT (July 26, 2021)[29] | | |
| D1 | ATF letter to RBT (November 15, 2021)[30] | | |
| E1 | ATF letter to 3rd Gen Machine Inc. (January 12, 2022)[31] | | |

---

[15] Bates-numbers (RTF): 26493
[16] Bates-numbers (RTF): 384-385
[17] Bates-numbers (RTF): 26494
[18] Bates-numbers (RTF): 26495-26497
[19] Bates-numbers (USA): 1-66
[20] Bates-numbers (USA): 75-295
[21] Bates-numbers (USA): 456-512
[22] Bates-numbers (USA): 296-310
[23] Bates-numbers (USA): 412-455
[24] Bates-numbers (USA): 41-66
[25] Bates-numbers (RTF): 26545-26592
[26] Bates-numbers (RTF): 26593-26598
[27] Bates-numbers (RTF): 26599-26669
[28] Bates-numbers (RTF): 26670-26720
[29] Bates-numbers (RTF): 382-383
[30] Bates-numbers (USA): 13206-13207
[31] Bates-numbers (RTF): 26490-26492

| | | | |
|---|---|---|---|
| F1 | Kevin Maxwell rebuttal letter to ATF (August 2, 2021)[32] | | |
| G1 | ATF open letter re: FRTs (March 22, 2022)[33] | | |
| H1 | RBT emails with customers re: FRT-15 returns and litigation with the ATF[34] | | |
| I1 | RBT emails with customers re: ATF approval letter for FRT-15[35] | | |
| J1 | RBT emails with customers re: ATF's open letter about FRT-15[36] | | |
| K1 | RBT emails with customers re: RBT's position on FRT-15's legality[37] | | |
| L1 | Judge PR email to RBT re: report on RBT's press to media regarding ATF's determination that FRT-15 is a machinegun (June 30, 2023), containing Judge PR's report on the press release[38] | | |
| M1 | Archive image of Rarebreedtriggers.com (December 31, 2020)[39] | FRE 402, 403 (relevance, confusing, misleading); FRE 901 (authenticity) | Relevant because Government claims depend on Defendants' representations and intent. No confusion. Any necessary foundation and authenticity to be established at hearing. Government has its own exhibits that are copies of website. |

---

[32] Bates-numbers (USA): 13202-13205
[33] Bates-numbers (RTF): 9099-9100
[34] Bates-numbers (RTF): 9785-86; 9963-67; 9986-87; 9990; 10550-51; 26424-25.
[35] Bates-numbers (RTF): 6151; 6154-55; 6159-61; 6193-94; 6201-04; 6453; 6504-05; 11354-55; 13719; 10561-62; 10657; 10664-65; 10609; 10820-21; 11045; 13731; 11363-65; 11436-37; 14136-38; 14503; 16148-49; 16206; 17109; 17328-29; 12089-90; 16018; 16055-56; 16593; 17620.
[36] Bates-numbers (RTF): 9157-63; 9186-90; 9150.
[37] Bates-numbers (RTF): 9727, 22584, 24986
[38] Bates-numbers (RTF): 26498-26535
[39] Bates-numbers (RTF): 26721-26725

| N1 | Archive image of Rarebreedtriggers.com (May 27, 2021)[40] | FRE 402, 403 (relevance, confusing), FRE 901 (authenticity) | Relevant because Government claims depend on Defendants' representations and intent. No confusion. Any necessary foundation and authenticity to be established at hearing. Government has its own exhibits that are copies of website. |
| O1 | Archive image of Rarebreedtriggers.com (May 20, 2022)[41] | FRE 402, 403 (relevance, confusing), FRE 901 (authenticity) | Relevant because Government claims depend on Defendants' representations and intent. No confusion. Any necessary foundation and authenticity to be established at hearing. Government has its own exhibits that are copies of website. |

---

[40] Bates-numbers (RTF): 26736-26738
[41] Bates-numbers (RTF): 26731-36735

| P1 | Archive image of Rarebreedtriggers.com (February 3, 2023)[42] | FRE 402, 403 (relevance, confusing), FRE 901 (authenticity) | Relevant because Government claims depend on Defendants' representations and intent. No confusion. Any necessary foundation and authenticity to be established at hearing. Government has its own exhibits that are copies of website. |
|----|----|----|----|
| Q1 | Video: 3rd party demonstrating fire-rate of ATF-approved 3MR trigger: https://www.youtube.com/watch?v=GFnDCk6IZ7A.[43] | | |
| R1 | Video: 3rd party demonstrating fire-rate of ATF-approved 3MR trigger: https://youtu.be/eQtCTUq4Y_I?t=36 .[44] | | |
| S1 | Akins Accelerator first approval letter (November 17, 2003)[45] | | N/A |
| T1 | Akins Accelerator clarification letter (January 29, 2004)[46] | | N/A |
| U1 | FEO Anthony Ciravolo deposition transcript[47] | Plaintiff objects because under the Court's scheduling order, deposition designations are due by July 25, 2023. | N/A |

---

[42] Bates-numbers (RTF): 26726-26730
[43] Bates-numbers (RTF): 26741
[44] Bates-numbers (RTF): 26742
[45] Bates-numbers (RTF): 27495-27496
[46] Bates-numbers (RTF): 28056-28057
[47] Bates-numbers (RTF): 27497-27752

| | | | |
|---|---|---|---|
| V1 | FEO David Smith deposition transcript | Plaintiff objects because under the Court's scheduling order, deposition designations are due by July 25, 2023; the United States will consent to an extension of that deadline for the parties to designate portions of David Smith's deposition transcript. | N/A |
| W1 | Email exchange between Kevin Maxwell and Michael Clendenen (August 11, 2021)[48] | | N/A |
| X1 | Kevin Maxwell letter to Craig Saier (November 2, 2021)[49] | | N/A |
| Y1 | Kevin Maxwell response letter to Craig Saier (December 21, 2021)[50] | | N/A |
| Z1 | Complaint, ECF No. 7: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEM-GJK (August 3, 2021)[51] | | |
| A2 | Notice of Unavailability, ECF No. 69: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEM-GJK (October 13, 2021)[52] | | |
| B2 | Order Dismissing without Prejudice, ECF No. 75: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEM-GJK (October 28, 2021)[53] | | |

---

[48] Bates-numbers (RTF): 27805-27806
[49] Bates-numbers (RTF): 27827-27858
[50] Bates-numbers (RTF): 27488
[51] Bates-numbers (RTF): 27807-27824
[52] Bates-numbers (RTF): 27486
[53] Bates-numbers (RTF): 27800-27801

| | | | |
|---|---|---|---|
| C2 | Complaint, ECF No. 1: *Rare Breed Triggers, LLC v. Garland*, No. 3:22-cv-00085-ARS (May 16, 2022)[54] | | |
| D2 | Transcript from hearing: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEM-GJK (October 6, 2021)[55] | | |
| E2 | ATF National Firearms Act Handbook excerpts[56] | | |
| F2 | Video: ATF attempting to seize an FRT-15 from a customer[57] | FRE 402, 403 (relevance, confusing, misleading); FRE 901 (authenticity); FRE 611 (waste of time); lack of foundation | Relevant and not confusing or misleading -- Government is introducing evidence of customer statements and reactions to ATF opinion. Depicts statements and actions of Plaintiff's agents, consistent with ATF statements used in deposition of Ciravollo, ATF's Open Letter, and the ATF's cease and desist letter. Any necessary foundation and authenticity to be established at hearing. |
| G2 | Video: 3rd party demonstration of a Franklin binary trigger vs FRT-15[58] | | |

---

[54] Bates-numbers (RTF): 27927-27981
[55] Bates-numbers (RTF): 28001-28055
[56] Bates-numbers (RTF): 27997-28000
[57] Bates-numbers (RTF): 27803
[58] Bates-numbers (RTF): 27804

| | | | |
|---|---|---|---|
| H2 | Brief for Appellee: *U.S. v. Camp*, 2003 WL 22853376 (January 8, 2003)[59] | | |
| I2 | Social media activity by Anthony Ciravolo[60] | FRE 402, 403 (relevance, confusing, misleading, unduly prejudicial); lack of foundation; FRE 901 (authenticity); FRE 611 (waste of time) | Relevant to bias and credibility of Ciravolo. Issue addressed in Ciravolo's deposition. Any necessary foundation and authenticity to be established at hearing. |
| J2 | Social media activity reflecting bias against RBT[61] | FRE 611 (waste of time); the exhibit title itself is also argumentative | Relevant to bias and credibility of Ciravolo. Issue addressed in Ciravolo's deposition. Any necessary foundation and authenticity to be established at hearing. |
| K2 | Images of James Yeager in news report[62] | FRE 402, 403 (relevance, unduly prejudicial); FRE 611 (waste of time) | Relevant to bias and credibility of Ciravolo. Issue addressed in Ciravolo's deposition. Any necessary foundation and authenticity to be established at hearing. |
| L2 | Opinion of Court: *Cargill v. Garland*, 57 F.4th 447 (5th Cir. 2023)[63] | | |

---

[59] Bates-numbers (RTF): 27753-27779
[60] Bates-numbers (RTF): 27989-27996
[61] Bates-numbers (RTF): 27433-27438
[62] Bates-numbers (RTF): 27825-27826
[63] Bates-numbers (RTF): 27859-27920

| | | | |
|---|---|---|---|
| M2 | Opinion of Court: *Hardin v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, 65 F.4th 895 (6th Cir. 2023)[64] | | |
| N2 | Opinion of Court: *United States v. Cash*, 149 F.3d 706 (7th Cir. 1998)[65] | | |
| O2 | Opinion of Court: *United States v. George Arthur Dodson III*, 519 Fed. Appx. 344 (6th 2013)[66] | | |
| P2 | Opinion of Court: *Staples v. United States*, 511 U.S. 600 (1994)[67] | | |
| Q2 | RBT's sales figures/reports 2020-2023[68] | Lack of foundation | Any necessary foundation and authenticity to be established at hearing. |
| R2 | United States Marine Corps Technical Manual for M16 excerpts[69] | | |
| S2 | Screen capture of Wikipedia page on auto sears (July 14, 2023)[70] | | |
| T2 | Eugene M. Stoner patent for AR-15 auto sear, Patent No. 3,045,555 (July 24, 1962)[71] | | |
| U2 | ATF classification letter regarding pistol braces (November 26, 2012)[72] | | |
| V2 | ATF final rule 2021R-08F (January 31, 2023)[73] | | |
| W2 | AR-15 receiver with FRT-15 (demonstrative) | | |
| X2 | AR-15 receiver with fully automatic configuration (demonstrative) | | |
| Y2 | Email thread between David Smith and ATF agents regarding FRT-15 (April 1, 2021)[74] | | |
| Z2 | Video: screen capture of Instagram comments responding to RBT's August 19, 2021, public statement[75] | | |

---

[64] Bates-numbers (RTF): 26841-26853
[65] Bates-numbers (RTF): 26924-26926
[66] Bates-numbers (RTF): 27982-27988
[67] Bates-numbers (RTF): 27439-27479
[68] Bates-numbers (RTF): 27780-27799
[69] Bates-numbers (RTF): 26927-27296
[70] Bates-numbers (RTF): 27481
[71] Bates-numbers (RTF): 27489-27494
[72] Bates-numbers (RTF): 27802
[73] Bates-numbers (RTF): 26743-26840
[74] Bates-numbers (USA): 12951-54; Bates-numbers (RTF): 27482-27485
[75] Bates-numbers (RTF): 27480

| A3 | Video: 3rd party demonstrating single shots with FRT-15, https://www.youtube.com/watch?v=WHjKfY7t7M4 | FRE 402, 403 (relevance, confusing, misleading); FRE 901 (authenticity); FRE 611 (waste of time); lack of foundation | Directly relevant to allegation that FRT-15 is a machine gun. Government also introducing videos of FRT-15 firing. Any necessary authenticity and foundation to be laid at hearing. |
|---|---|---|---|
| B3 | Email from public commenting on Kevin Maxwell letter to ATF (August 13, 2021) | Plaintiff reserves objections until such time as Defendants produce, or provide a Bates-number range for, the referenced document | N/A |
| C3 | Video: screen capture of public's comments on Twitter to ATF open letter of forced reset triggers (March 24, 2022) | Plaintiff reserves objections until such time as Defendants produce, or provide a Bates-number range for, the referenced document | N/A |

| | | | |
|---|---|---|---|
| D3 | Video: screen capture of public's comments on ATF agents appearing at home of potential forced reset trigger purchaser on Mrgunsngear (May 9, 2023)[76] | FRE 611 (waste of time); FRE 901 (authenticity) | Directly relevant to allegation that FRT-15 is a machine gun. Government also introducing videos of FRT-15 firing. Any necessary authenticity and foundation to be laid at hearing. |
| E3 | Video: 3rd party animation comparing AR-15 and M16 machinegun, https://www.youtube.com/watch?v=wMIBUIN30yU[77] | | |
| F3 | Video: news broadcast of James Yeager.[78] | FRE 402, 403 (relevance, unduly prejudicial); FRE 611 (waste of time) | Relevant to bias and credibility of Ciravolo. Issue addressed in Ciravolo's deposition. Any necessary foundation and authenticity to be established at hearing. |
| G3 | News articles about RBT vs ATF[79] | FRE 402, 403 (relevance, unduly prejudicial); FRE 611 (waste of time); lack of foundation | |

---

[76] Bates-numbers (RTF): 28060
[77] Bates-numbers (RTF): 28058
[78] Bates-numbers (RTF): 28059
[79] Bates-numbers (RTF): 26854-26923

| H3 | Standard Form 86, Questionnaire for National Security Positions[80] | FRE 402, 403 (relevance, confusing, misleading, unduly prejudicial); lack of foundation; FRE 901 (authenticity); FRE 611 (waste of time) | Relevant to credibility of Ciravolo. Issue addressed in Ciravolo's deposition. Any necessary foundation and authenticity to be established at hearing. |
|----|----|----|----|
| I3 | Video: Colion Noir Interview with Lawrence DeMonico[81] | | |
| J3 | Video: Colion Noir Interview with Lawrence DeMonico, clip at 8:55-11:10. | | |
| K3 | Video: RBT public statement re: ATF's cease and desist letter (August 19, 2021), clip at 1:35-2:53 | | |
| L3 | Video: RBT public statement re: ATF's cease and desist letter (August 19, 2021), clip at 9:12-10:27 | | |
| M3 | Video: TFB TV interview with Lawrence DeMonico (September 29, 2021)[82] | | |
| N3 | Video: TFB TV interview with Lawrence DeMonico (September 29, 2021), clip at 2:41-3:12. | | |
| O3 | Video: TFB TV interview with Lawrence DeMonico (September 29, 2021), clip at 17:32-18:41. | | |
| P3 | Reports of Investigation re: alleged rocket launcher threat to ATF[83] | | |
| Q3 | Privacy Policy from rarebreedtriggers.com[84] | | |
| R3 | Terms and Conditions from rarebreedtriggers.com[85] | | |
| S3 | Waiver and Release from rarebreedtriggers.com[86] | | |

---

[80] Bates-numbers (RTF): 27297-27432
[81] Bates-number (USA): 12559
[82] Bates-number (USA): 514.
[83] Bates-numbers (USA): 12825-34.
[84] Bates-numbers (RTF): 13357-60.
[85] Bates-numbers (RTF): 13350-56.
[86] Bates-numbers (RTF): 13361-62.

| | | | |
|---|---|---|---|
| T3 | Video: 3rd party demonstration of Franklin Binary Trigger firing faster than fully automatic | Plaintiff reserves objections until such time as Defendants produce, or provide a Bates-number range for, the referenced document | N/A |
| U3 | Email from Earl Griffith re: examinations into FRT-15 (August 2, 2021) | Plaintiff reserves objections until such time as Defendants produce, or provide a Bates-number range for, the referenced document | N/A |
| V3 | Report of Investigation from Alexander Jacobo (August 6, 2021) | Plaintiff reserves objections until such time as Defendants produce, or provide a Bates-number range for, the referenced document | Plaintiff initially included this on its privilege log and did not produce it. Only after Defendants included it as an exhibit did Plaintiff produce the document. |
| W3 | ATF letter to Blakley (June 15, 2005)[87] | | |
| X3 | United States' reversal letter to Blakley (June 28, 2007)[88] | | |
| Y3 | ATF warrant on 3rd Gen (March 24, 2022)[89] | | |
| Z3 | Gambin proposed corporate structure[90] | | |

---

[87] Bates-numbers (RTF): 29607-29612
[88] Bates-numbers (RTF): 29626-29629
[89] Bates-numbers (RTF): 29613-29619
[90] Bates-numbers (RTF): 29623

| A4 | Mitch Vilos emails with Kevin Maxwell re: RBT and 3rd Gen (March 30, 2022)[91] | | |
| B4 | ATF definition of single function of trigger (September 28, 1989)[92] | | |
| C4 | Photo: Camden Mafia skull patch[93] | | |
| D4 | Photo: Camden Mafia skull tattoo[94] | | |
| E4 | Photo: Cherokee County Sheriff's Office case number for Doug Hill[95] | | |

Defendants reserve the right to amend or supplement this list. Defendants reserve the right to use any exhibit on Plaintiff's exhibit list.

July 25, 2023

DHILLON LAW GROUP INC.
A CALIFORNIA PROFESSIONAL CORPORATION

*/s/ Josiah Contarino*
JOSIAH CONTARINO
50 Park Place, Suite 1105
Newark, NJ 07102
jcontarino@dhillonlaw.com

DAVID A. WARRINGTON
(*pro hac vice*)
2121 Eisenhower Avenue
Suite 608
Alexandria, VA 22314
dwarrington@dhillonlaw.com

MICHAEL A. COLUMBO
(*pro hac vice*)
177 Post St., Suite 700
San Francisco, CA 94108
415.433.1700
mcolumbo@dhillonlaw.com
*Attorneys for Defendants*

---

[91] Bates-numbers (RTF): 29624-29625
[92] Bates-numbers (RTF): 29602-29606
[93] Bates-numbers (RTF): 29620
[94] Bates-numbers (RTF): 29621
[95] Bates-numbers (RTF): 29622