U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *United States of America v. Rare Breed Triggers, LLC, et al.*
           No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

Pursuant to the Scheduling Order adopted by the Court, the United States' deposition designations are due today, July 25, 2023. *See* ECF No. 60; May 31, 2023 Minute Entry. Accordingly, the United States submits deposition designations for the following witnesses:

1. Designations from the deposition of Lawrence DeMonico, held on July 7, 2023;
2. Designations from the deposition of Cole Leleux, held on June 30, 2023; and
3. Designations from the deposition of Jennifer Pierson, held on June 29, 2023.

The United States thanks the Court for its consideration of this matter.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:      /s/
      Michael S. Blume
      David A. Cooper
      Paulina Stamatelos
      Assistant U.S. Attorneys
      (718) 254-6479 / 6228 / 6198
      michael.blume@usdoj.gov
      david.cooper4@usdoj.gov
      pauline.stamatelos@usdoj.gov

cc:    **By ECF**
      All counsel of record