UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Civil Action No. 1:23-CV-369

(Morrison, J.) (Levy, M.J.)

- - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC;

LAWRENCE DEMONICO; and KEVIN MAXWELL,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -


DEPOSITION OF


LAWRENCE ALEXANDER DEMONICO


Friday, July 7, 2023




Reported by:

SUSAN ASHE, CSR, RMR, CRR

1

2

3

4

5

6

7            Deposition of LAWRENCE ALEXANDER DEMONICO,

8      taken on behalf of the Plaintiff, beginning at

9      10:07 a.m., on Friday, July 7, 2023, before Susan

10     Ashe, CSR, RMR, CRR, and a Notary Public for the

11     Commonwealth of Virginia.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

b146ad22-80e4-4212-819a-de1499cb5168

```
 1    APPEARANCE OF COUNSEL:

 2         On behalf of the Plaintiff:

 3              BREON PEACE

 4              UNITED STATES ATTORNEY

 5              EASTERN DISTRICT OF NEW YORK

 6              BY:  PAULINA STAMATELOS, ESQ.

 7              BY:  MICHAEL BLUME, ESQ.

 8              ASSISTANT UNITED STATES ATTORNEYS

 9              271 Cadman Plaza East

10              Brooklyn, New York  11201

11              (718) 254-7000

12              pauline.stamatelos@usdoj.gov

13              michael.blume@usdoj.gov

14

15         On behalf of the Defendants and the Witness:

16              THE DHILLON LAW GROUP

17              BY:  JOSIAH CONTARINO, ESQ.

18              BY:  DAVID WARRINGTON, ESQ.

19              50 Park Place, Suite 1105

20              Newark, New Jersey  07102

21              (973) 298-1723

22              jcontarino@dhillonlaw.com

23              dwarrington@dhillonlaw.com

24

25
```

b146ad22-80e4-4212-819a-de1499cb5168

Page 4

1    ALSO PRESENT:

2            Matthew Myerson, Esq.

3            Bureau of Alcohol, Tobacco, Firearms and

4            Explosives

5

6            Michael Columbo, Esq.

7            The Dhillon Law Group

8            (Via Teleconference)

9

10           Kevin Maxwell, Esq.

11           (Via Teleconference)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

b146ad22-80e4-4212-819a-de1499cb5168

Page 5

```
1                       CONTENTS

2    THE WITNESS

3    Lawrence Alexander DeMonico

4

5      BY MS. STAMATELOS                      6, 213

6      BY MR. CONTARINO                         211

7

8                       EXHIBITS

9    DEMONICO

10   Exhibit No.                             Marked

11   Exhibit 1    Temporary Restraining Order and

12                Order to Show Cause             15

13   Exhibit 2    Email Correspondence

14                RTF_0012761 through -766        77

15   Exhibit 3    July 26, 2021 Correspondence

16                USA_00248 and -249             94

17   Exhibit 4    May 3, 2023 Correspondence

18                and Subpoena                   146

19   Exhibit 5    November 15, 2021 Correspondence

20                USA_13206 and -207            170

21   Exhibit 6    Email Correspondence

22                RTF_0009824 and -825          189

23   Exhibit 7    Email Correspondence

24                RTF_0009723 through -724      193

25
```



1          FRIDAY, JULY 7, 2023;

2               10:07 A.M.

3               --o0o--

4    Whereupon,

5          LAWRENCE ALEXANDER DEMONICO

6     having been first duly sworn, was examined

7          and testified as follows:

8             DIRECT EXAMINATION



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



```
1    physical condition that could interfere your

2    testimony today?

3        A    No.
```



[redacted]

**Q Have you ever gone by any other names besides Lawrence DeMonico?**
A I have.
**Q Can you tell me those names?**
A Larry R. Lee, Jr.
**Q Okay. And was that your name at birth?**
A It was my birth name. Okay.

[redacted]

b146ad22-80e4-4212-819a-de1499cb5168

[redacted]



9    Q    Misdemeanors, felonies -- nothing?

10    A    No.

11    Q    Okay.  Are you currently the president

12  of Rare Breed Triggers?

13    A    Yes.

14    Q    How long have you been the president of

15  Rare Breed Triggers?

16    A    Since its inception.



Page 13



6      Q      Okay.  All right.  Can you give me --
7   can you explain your duties as president for Rare
8   Breed Triggers.
9      A      I essentially run the company; make the
10  large majority of decisions for the company when it
11  comes to business, marketing, day-to-day operations,
12  so on.
13     Q      What do you mean by "marketing"?
14     A      Any photographs that would be taken or
15  any advertisements that would be put out, things of
16  that nature.



b146ad22-80e4-4212-819a-de1499cb5168

1

14      Q      Okay.  As the president of Rare Breed
15   Triggers, do you have knowledge of RBT's records?
16      A      Yes.
17      Q      The business records.  Okay.



17    BY MS. STAMATELOS:

18    ■            ▰▰▰▰▰▰  Do you recognize this

19    document?

20         A     I do.

21         Q     Okay.  Can you tell me what it is?

22         A     It's a Temporary Retraining Order and

23    Order to Show Cause.



b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168





14          Was Cole Leleux given a copy of
15  this temporary restraining order when it was issued
16  by the -- immediately after it was issued by the
17  court?
18          A       I would imagine so.
19          Q       What do you mean by you would imagine
20  so?
21          A       Well, I'm not Cole Leleux.  So I can't
22  speak for him.  But I can -- I feel fairly
23  confident, almost certain, that, yes, he was.







Page 25

8      Q      Okay.  So what did you do, personally,

9  to preserve records related -- relating "to the

10  manufacture, possession, receipt, transfer, customer

11  base, and/or historical or current sales of the

12  FRT-15s, Wide Open Triggers, forced reset triggers,

13  and/or machinegun conversion devices"?

14      A      I have not gotten rid of anything after

15  we were served with this TRO.



6          **What is your understanding of "preserve**

7    **all documents"?**

8          A    My understanding would be that they

9    would still be available.

cell phone



Page 27

7      Q      Sitting here today, you do not know the

8    cell phone number that you used to conduct business

9    on behalf of Defendant RBT?

10      A      Your question was:  Can I identify all

11   cell phone numbers?

12              I can identify my primary cell phone.

13   If you'd like the number, I can read it out for the

14   record.

15      Q      Yes, do that.

16      A      757-651-1878.





Page 29

11      Q      Okay.  On this phone number, the
12   757-651-1878, did you have -- did you conduct
13   business on behalf of RBT using text messaging?
14      A      Yes, I did.
15      Q      Okay.  And did you have group chats?
16      A      Yes.
17      Q      And was RBT admin group one of the
18   threads?
19      A      Yes, ma'am.
20      Q      Were there others?
21      A      Yes.
22      Q      Could you list them?
23      A      I don't know that I can give you a
24   complete list, but I can definitely give you some.
25      Q      Okay.

Page 30

3       A       I have multiple group messages that are
4    set up.
5               I have a group message that pertains to
6    intellectual property litigation that's with more
7    than one of our IP attorneys on the group.
8               I've got a group with attorneys for Rare
9    Breed Triggers litigation.
10              You've already mentioned the RBT admin
11   group.
12              To the best of my recollection, I
13   believe I also had a group with individuals from 3rd
14   Gen.
15              I don't want to commit to that being a
16   full list, but that's what I can recall at the
17   moment.
18      Q       Okay.   So on the RBT admin group, who
19   was on that list?   Who was included in that chat --
20   excuse me, group messages?
21      A       To the best of my recollection, myself,
22   Cole Leleux, Kelly Leleux, Gabriella -- and I don't
23   know her last name.   And I believe Jennifer Pierson
24   was in that group.
25              I believe that is who was in that group.



b146ad22-80e4-4212-819a-de1499cb5168

Page 32





b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168











b146ad22-80e4-4212-819a-de1499cb5168



Page 42



18     Q     All right.  Let's go to your damaged

19  phone.  Should we call it that way?

20          A     I'm sorry?

21     Q     Your damaged phone.

22          A     I need you to speak up.  I'm sorry.

23          Q     Oh, I'm sorry.  The phone that was

24  damaged.

25          A     Yes, ma'am.

b146ad22-80e4-4212-819a-de1499cb5168

1        **Q**     **Okay.   When was it damaged?**

2        A     I can't give you the specific date.   I

3  feel like I probably have at a previous time.

4            But it was damaged at an event at my two

5  boys' elementary school like -- during like a

6  field-day event.

7        **Q**     **Was that prior to retaining current**

8  **counsel?**

9        A     No, it wasn't.



15          Q          When did you tell current counsel that

16     this -- that your phone was damaged?

17          A          I can't give you a specific date.

24          Q          Sitting here today, you don't remember

25     the date?



1      A    No, ma'am, I do not.

b146ad22-80e4-4212-819a-de1499cb5168

4          Q       Okay.   What about WOTs?

5          A       Okay.  Glad that was your next question,

6    because I was going to make sure you didn't move on.

7                  Yes, we still have quite a bit of WOTs.

8                  I find it very interesting that,

9    throughout all of this, the ATF has never actually

10   showed up to my office in Fargo, North Dakota,

11   because I have a ton of them sitting in my office in

12   Fargo, North Dakota.

13                 And if the end of this depo results in a

14   phone call to the ATF, I just ask that they ask to

15   be let in the door and not, you know, knock it off

16   its hinges.

17                 But other than that, we also have

18   inventory in storage units.

19         Q       Let's take that step by step.

20                 So what is in Fargo, North Dakota?

21         A       Rare Breed Triggers' office.

22         Q       Is that a physical office?

23         A       It is a physical office.

24         Q       Do you ever go there?

25         A       I do.

Page 47

1          Q      **How often?**

2          A      Not often.

3          Q      **When was the last time you went there?**

4          A      It was cold the last time I went -- so,

5    in the winter.

6          Q      **Okay.  You said you had a ton of WOTs in**

7    **your office in Fargo.**

8                 **Is that right?**

9          A      That is correct.

10         Q      **Okay.  Can you define "a ton"?**

11         A      Boxes, numerous boxes -- five, six

12   boxes.

13                And I can't really tell you how many are

14   in a box.  But they're big boxes.

15         Q      **What is the size of those boxes?**

16         A      This is an approximate size.

17                But I would say maybe 20 inches by

18   18 inches by 18 inches -- -ish.

1

2        Q      No.  I'm asking you to give me -- to

3    think about this and give me your testimony to the

4    best of your knowledge.

5        A      Then I can't give you a specific number.

6               But if you want me to give the best

7    guess I can give you, then I'd be happy to do that.

8               If that's the case, then I would

9    probably say maybe 100 per box.





Page 50

```
 1   ▓▓▓▓▓
 ▓   ▓   ▓▓▓  ▓▓▓▓▓▓▓▓
 ▓   ▓▓▓▓▓▓▓▓▓
 ▓   ▓   ▓▓▓  ▓▓▓▓▓▓▓▓
 ▓   ▓▓▓▓  ▓▓▓▓▓▓▓▓▓
 ▓   ▓   ▓▓▓  ▓▓▓▓  ▓▓▓▓▓▓▓
 ▓   ▓▓▓▓▓▓▓▓
 ▓   ▓▓▓▓▓▓▓▓▓▓▓
 ▓   ▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓
 ▓   ▓▓▓▓▓▓▓▓▓
```

10        Q     Okay.  So what are the storage units? --
11   where are the storage units located, excuse me.
12        A     Yes.  There is one storage unit in
13   Fargo, North Dakota.  And there is one storage unit
14   in...the outskirts of Dallas, Texas.
15        Q     Okay.  Give me the addresses, please.
16        A     I don't have the address.
17        Q     Why don't you have the address of the
18   storage unit?
19                    (No response.)
20        Q     Have you visited that storage unit
21   recently?
22        A     Not recently, no.
```
 ▓   ▓   ▓▓▓▓▓▓▓▓
 ▓   ▓▓▓▓▓
 ▓   ▓   ▓▓▓▓▓▓▓ .
```

Page 51



4        Q        **But you have access to the address, you**
5        **would be able to find out the address?**
6        A        I could find out the address.
7        Q        **Okay.  And that's true -- and you don't**
8        **know the address for Dallas either?**
9        A        No, I don't.

16        Q        **Okay.  How many boxes in each storage**
17        **unit?**
18        A        I can't even begin to guess, but it's a
19        lot.

b146ad22-80e4-4212-819a-de1499cb5168



14       Q       Okay.  And why didn't you sell the rest

15   of the WOTs that are in this inventory?

16       A       To the best of my recollection, we quit

17   selling when our merchant account provider had ended

18   their services for us.

19       Q       Okay.  By "merchant account provider,"

20   does that mean Chase?

21       A       Chase Paymentech.  Yes, ma'am.

22       Q       When did they end their services with

23   you?

24       A       I can't give you the date.

25       Q       Was it prior to the commencement of this

1     litigation:  January 2023?

2          A     I can't give you the date, and I don't

3     want to lie to you.



18          Q     Do you recall what that correspondence

19     said?

20          A     Essentially, that we weren't going to do

21     business anymore.

22          Q     Do you recall the reason that they

23     provided?

24          A     Yeah -- yes, excuse me.  It was....

25                To the best of my recollection, it came

Page 54

 1   down to....

 2              I'm trying to remember the phrase they

 3   used.

 4              "Reputational risk."

 █   █   ████████████████████████████

 █   ███████████

 █   █   █████████████████████

 █   ████   █████████████████

 9       Q    And that is reputational risk to Chase

10   Paymentech?

11       A    Well, the email came from them.  So I

12   would assume that that's probably what they meant,

13   reputational risk to their business.

 █   █   ██████████████████████████████

 █   ███████████

 █   █   ██████

17       Q    Did you have communications with Chase

18   Paymentech after you received the correspondence

19   stating that they would end their business

20   relationship with you?

21       A    There were definitely a few emails that

22   had gone back and forth at that period.

23              I think I had asked them to reconsider.

24   They didn't reconsider.  And, you know, that was it.

 █   █   ███████████████████████

b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168

Page 56

███  ████  ████████████████████████

███  █████ .

3        Q       Okay.  I just want to ask you quickly:

4     Did RBT have a no-refund policy?

5        A       Yes, ma'am.

6        Q       Could you explain that, the policy?

7        A       Sure.  Well, first of all, I feel like

8     it's very common in today's age to have a no-refund

9     policy.  But the policy was, you know:  No returns,

10    no refunds, no exceptions.

11              On the checkout page when somebody was

12    going to complete their order, there were three

13    boxes that every customer had to check.

14              One, that they agreed with the waiver in

15    terms of service.

16              Two, that they would agree to abide by

17    local and, you know, state and federal law.

18              And three, that they agreed to the no

19    returns, no refunds, no exceptions.

20              Now, the reason that we had a no-return

21    policy is multiple things.

22              One, if somebody had a problem with the

23    product, a large majority of the time we could help

24    them.

25              The product does require tuning.  So you

1    need to understand -- installing is very easy.

2    Tuning, it's a little bit difficult.  So we could

3    help them, you know, tune it.

4              So the first reason was to just avoid

5    people just -- oh, this is -- you know, this -- I

6    don't have the time.  I don't have the patience.  I

7    just don't want to tune.

8              But the second reason was:  In our

9    experience -- in my experience -- the winds change

10   and opinion changes at ATF like at the flip of a

11   coin.  So one day, the ATF is happy with something

12   and the next day that they're not.

13             We've seen it countless times.  We've

14   seen it with bump stocks.  We've seen it with frames

15   and receivers.  We've seen it with, you know, the

16   Akins Accelerator -- it's approved, it's not

17   approved.

18             And the last thing we wanted to deal

19   with was, you know, a landslide of customers wanting

20   a refund because, you know, the ATF had changed

21   their mind on something.







b146ad22-80e4-4212-819a-de1499cb5168



Page 61

16    If a court were to order you, or RBT, to

17  put together a customer list indicating all your

18  sales with the names of your customers, would you be

19  able to do that?

20    A    I would not be able to do that with the

21  information available on our website.

22    Q    Would you be able to do that with

23  information available to you on another platform?

24    A    I would have to piece together

25  information from third-party platforms.

Page 62

1    Q      **What third-party platforms?**

2    A      Oh, wow....

3           Because the sales information --

4    specific transactional information still exists in

5    the website...I feel like I could probably piece it

6    together, along with the shipping information, from

7    the third-party shipping companies.

■                                ▬▬▬▬▬▬▬▬▬▬▬▬▬

■                                ▬▬▬▬▬▬   ▬▬▬▬▬▬

10   Q      **So the answer is yes?**

11   A      Can you ask the question again, please.

■                                ▬▬▬▬▬▬   ▬▬▬▬▬▬

■                          ▬▬▬▬▬▬▬▬▬▬▬

■                                ▬▬▬▬▬▬▬▬▬▬▬▬

■                          ▬▬▬▬▬▬▬▬▬

■                                ▬▬   ▬▬▬▬▬▬

■                                ▬▬▬▬▬▬▬▬▬

18                         If a court were to order you,

19                  or RBT, to put together a customer

20                  list indicating all your sales with

21                  the names of your customers, would

22                  you be able to do that?")

23   A      I feel like I could make a very good

24   attempt at it.

■        ■             ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

b146ad22-80e4-4212-819a-de1499cb5168

Page 63

■    ▬▬▬▬▬

■         ■         ▬▬▬▬▬▬

■         ■         ▬▬

■         ■         ▬▬▬▬▬

5         Q         All right.  I want to ask a question

6    about -- I'm going to go back to the WOTs inventory.

7              Sitting here today, would you be willing

8    to turn over the WOTs to the ATF?

9         A         I prefer not to.

■         ■         ▬▬▬▬▬

■         ■         ▬▬▬▬▬▬

■         ■         ▬▬    ▬▬▬▬▬▬

■    ▬▬▬▬▬▬▬▬▬

■    ▬▬▬▬▬

■         ■         ▬▬▬▬    ▬▬▬▬

■    ▬▬▬

■         ■         ▬▬

■         ■         ▬▬▬▬▬

■    ▬▬▬▬▬▬▬▬

■    ▬▬

■              ▬▬▬▬▬▬

■    ▬▬▬▬▬▬    ▬▬▬

■    ▬▬▬▬▬▬▬

■    ▬▬▬▬▬▬▬

■              ▬▬▬▬▬▬



b146ad22-80e4-4212-819a-de1499cb5168



```
12        Q       Okay.  Now, do you know whether or not
13   Jennifer Pierson's cell phone was turned over to
14   your counsel?
15        A       To the best of my recollection, no --
16   but I don't believe it was asked for.
17        Q       What about Kelly Leleux?
18        A       To the best of my recollection, the
19   answer would be no.  But I don't believe it was
20   asked for.
21        Q       What about Cole Leleux?
22        A       I don't believe so.  But once again, I
23   don't believe it was asked for.
24        Q       And you had multiple threads -- group
25   chats with these individuals regarding RBT business?
```



Page 66

1        A    Yes, ma'am, that is true.







16          **Were dealers who purchased FRT-15s in**

17   **bulk and paid through wire transfers allowed to**

18   **cancel orders?**

19      A      I don't know how to answer that

20   question.

21              And once again, I'm not trying to be

22   cagey.  I don't know if that ever presented itself

23   as an issue.

24              So I don't know -- when you say

25   "allowed," that suggests that it happened.  And I

1    don't know if that ever happened or not.

2              I don't know if a decision was ever made

3    not to let them cancel.  Or I don't know if -- and I

4    don't know if that decision would have ever been

5    made, because I don't know if anybody ever asked to

6    cancel.

7              I don't have an answer to that question.



b146ad22-80e4-4212-819a-de1499cb5168



23      Q       In your capacity as president of RBT,

24    have you posted videos on YouTube explaining this

25    "digital shredding policy"?



1        A       I don't remember the contents of each

2    and every one of my videos, but I'm inclined to say

3    that I probably did explain that in a video.



b146ad22-80e4-4212-819a-de1499cb5168



■     ■     ▬▬▬   ▬▬▬▬▬▬▬▬

■     ▬▬▬▬▬▬▬▬▬▬▬▬

■     ▬▬▬▬

■     ■     ▬▬▬▬▬▬

5        Q        **Sitting here today as the president of**
6    **RBT, are you aware of any current efforts to find a**
7    **manufacturer to make FRT-15s at some point in the**
8    **future?**
9        A        I have quit looking for people to
10   manufacture --
11       Q        **Okay.**
12       A        -- and probably will not do that again
13   until this litigation is finished.
14       Q        **What do you mean by you "quit looking"?**
15       A        Well, I did look.
16       Q        **Explain that to me.**
17       A        Like I even went -- so are you familiar
18   with what "SHOT Show" is?
19       Q        **Yes, I am.  Why don't you explain it for**
20   **the record.**
21       A        Okay.  "SHOT Show" is probably the
22   largest convention, annually, that is for the
23   firearms industry.
24                The last SHOT Show I did attend, and I
25   collected a tremendous amount of information for

1   potential vendors -- who does codings? who does

2   hardening? who does -- you know, who cuts steel?

3   who -- who could possibly -- who makes custom

4   springs? who could we possibly work with in the

5   future?

6            So knowing that, you know, 3rd Gen was

7   no longer, you know, available to help, I have

8   absolutely collected information on how to proceed

9   when, you know -- when we're finished with this

10  litigation.

11       Q      And when you say "quit looking," when

12  did you quit looking?  Was it this year --

13       A      I'm always looking -- I'm still looking.

15       Q      So you said "quit looking."  When did

16  you "quit looking"?

17       A      I haven't "quit looking."  I am

18  continuing to look at options that are available in

19  the market.

20            In the event that I win this litigation,

21  I plan to go back into business.  And I don't want

22  to miss a beat.

23            I am not contacting companies and asking

24  them to work with me.  I am not contacting people

25  and asking them to make parts for me.

1          But I am always looking at who is

2    available in the market and what they are doing.

3          So in the event I win this litigation, I

4    do plan to go back into business.  And I don't want

5    to miss a beat.



12    Q    Is the third position trigger different

13 than the FRT-15?

14    A    Yes, ma'am.  The original FRT-15 -- that

15 was the name, "FRT-15."  The third position FRT-15,

16 the name was -- or I believe it's been

17 trademarked -- but "FRT-15-E3."

18         And the "E" stood for Enhanced and "3"

19 for 3 position.

20    Q    What does "Enhanced" mean?

21    A    We had upgraded the materials used in

22 the 3 position.  We had tighter tolerances.  The

23 design had changed.

24         So it was just a better version of -- it

25 still operated the same, still looked essentially





b146ad22-80e4-4212-819a-de1499cb5168

3    Q    **It's your testimony today that you don't**

4    **have the 3rd position trigger?**

5    A    It is my testimony that I do not have

6    the prototype of the 3rd position trigger.  I do not

7    know who has the prototype.

8         It is also my testimony today that I do

9    not have a 3rd position trigger.



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



17
18
19
20
21
22
23
24
25



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168





9      Q      **What is "Red Beard Treasures"?**

10     A      It's a name that I used on shipping

11   labels.

12     Q      **And did you use that name on shipping**

13   **labels to ship WOTs?**

14     A      That is correct.



18      Q      Okay.  When was Red Beard Treasures

19  incorporated?

20      A      It doesn't exist.  It's just a name on a

21  shipping label.

22      Q      Okay.  So it's not an actual company?

23      A      No.

Page 93



14          What is "Red Barn Tools"?

15     A    Same thing, another name.

23     Q    So just to be clear, the "Rare Breed

24  Triggers" name was not on the mailing label for the

25  WOT sales.

b146ad22-80e4-4212-819a-de1499cb5168



Page 94

1             **Is that right?**

2       A     That is correct.

▮             ███████████  ████  ████████

▮             ███████████████████████████

▮       █████████

▮             ████████████████████████

▮       ███████████████████████████████

▮       ████████████████████████████████

▮       █████████████████████████████████

■       █████████

■             █████████████████████████

■       ████████████████████████

■       ▮  █████  ████████████████████

■   ███████

■       ▮  ████████████████████

■       ▮  ██████████████

■             █████████████████

■       ▮  █████████

■       ▮  ██████  █████████████████

20      A     This is the cease-and-desist from the

21   ATF.

22      **Q     Is this the first cease-and-desist**

23   **letter that RBT received from ATF?**

24      A     Yes, ma'am.

■       ▮  ██████  ██████████████



b146ad22-80e4-4212-819a-de1499cb5168





Page 97

7    Q    Okay.  Did RBT comply with this letter?

8    A    No, we did not.

9    Q    Okay.  At any point after bringing the

10   FRT-15 to market, did RBT consider a temporary stop

11   in the sale of the FRT-15?

12   A    We're under a TRO right now.

16   Q    So my question is:  Did you -- did the

17   company consider a temporary stop in the sale of the

18   FRT-15 prior to the TRO?

19   A    I mean, there would have been a

20   discussion.  But it would have been a very short

21   discussion -- ultimately, with their answer being

22   not to comply.





b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



2       Q      I'll ask you the question again.

3             At any point in time, did RBT or

4   yourself submit an FRT-15 to the ATF for

5   classification?

6             It's a yes or a no question.  You either

7   submitted it, or you did not.

8       A      No, it's not a yes-or-no question.

18           So all of our documents, our videos, all

19  of our evidence, our expert reports -- we submitted

20  that to the ATF again after the case was dismissed

21  and asked for them to reconsider.

22          Now, did that include a physical sample?

23  I don't believe it did.  But it included --



21    Q    Okay.  So the question that I'm asking
22  is:  Did the court grant RBT a temporary restraining
23  order or a preliminary injunction in that action?
24        A    No.  The case was dismissed for missing
25  a joint filing date.



21      Q      Okay.  And then you filed a subsequent

22  litigation against the United States after the

23  Florida litigation failed?

24      A      That's right.

25      Q      Where?

Page 105

1        A        In North Dakota.

2        Q        **And why did you file in -- why didn't**

3    **you refile in Florida?**

4        A        There were so many things happening at

5    this point.

6                 When we were in court in Florida, the

7    conversation -- Kevin was looking to retire.  He was

8    looking at ranches, like buying a ranch and retiring

9    to North Dakota.  We're like, hey, this is a good

10   place to be.

11                I know that he had kind of been working

12   with somebody up there, you know, to look for

13   places.  So we decided to move the company to

14   North Dakota.

15                That was an effort in itself.

16                And then once we were in North Dakota,

17   that's when we filed the new action.

18       Q        **And was that action successful?**

19       A        No, it wasn't.

20       Q        **Okay.  Does Mr. Maxwell currently live**

21   **in North Dakota?**

22       A        I'd like to back up a step.

23                No, it wasn't successful.

Page 106



21     Q     You live in Austin -- is that right --

22     Texas?

23          A     That is correct.

24          Q     And all the duties that you perform for

25     RBT, you perform in Austin?

1     A     That is correct.

2     Q     Did you file a suit in Austin?

3     A     No.

4     Q     Does Mr. Maxwell live in North Dakota?

5     A     No, he does not.



19       Q       Okay.  I'll ask it a little bit

20   differently.

21               Did you tell your customers that RBT did

22   not submit the FRT-15 for classification in your

23   marketing materials?

24       A       No.  But --

25       Q       Okay.

Page 109

1      A      -- I don't know why I would have.

2      Q      Understood.

3             Is it customary, in your view, for a

4  company such as yourself trying to bring to market a

5  firearm to submit that firearm to the ATF

6  classification process?

12      Q      Yes.   Is it customary for....

13      A      It is not customary at all for a trigger

14  company to submit their triggers to the ATF for

15  classification.

16      Q      What do you mean by "trigger companies"?

17      A      A company that manufactures triggers for

18  a firearm, it is not customary that they submit them

19  to the ATF for classification.

20      Q      Is an FRT-15 a trigger?

21      A      Yes.



Page 110

6       Q      **On the Rare Breed Triggers website --**

7       A      Yes, ma'am.

8       Q      **-- was there any statement stating --**

9       **indicating that RBT did not submit the FRT-15 for**

10      **classification?**

11      A      Let me give you a much shorter response

12      than the previous one.

13              But the answer would be:  No, but I

14      don't know why we would have.



13       Q       Okay.  When did you first meet
14  Mr. Rounds?
15       A       I can't give you an exact date, and I
16  can't even given you an exact year.
17               It's been many years.
18       Q       Did you meet him prior to 2017?
19       A       I don't know.
20       Q       Who introduced you to Mr. Rounds?
21       A       I'm not sure exactly.
22       Q       Were you in the same social circle?
23       A       We do share -- have numerous friends in
24  common.
25       Q       Are you still in the same social circle?

Page 112

1       A       I mean, I wouldn't really even call us

2    in the same social circle.  But we do have many

3    friends in common.

4       Q       **Is Sam Eastman one of those friends?**

5       A       Yes, Sam Eastman is a mutual

6    acquaintance.

7               But Sammy's been -- is one of my

8    attorneys.

13      Q       **Okay.  So I don't know if I asked this**

14   **question, but did Sam Eastman introduce to you**

15   **Rounds?**

16      A       I don't know if Sam introduced me to

17   Rounds.  I wouldn't be surprised to hear that's how

18   we came to know one another, but I don't know if Sam

19   introduced me to Cooper.

20      Q       **Okay.  What does Mr. Rounds do for a**

21   **living?**

22      A       Cooper and I are not very close.  I've

23   never been to his house.

24              But it's my understanding that he is a

25   bit of an inventor.  And that's my understanding, is

1    that's what he does for a living.

2         **Q    Okay.   Do you know where he lives?**

3         A    In Austin.

■         ■    ████████████████████████████

■         ■    ███████████████████ .

6         **Q    Okay.   And does Rounds have a company?**

7         A    Yes.   So he has a company called "Wolf

8    Tactical."   And then I am aware of another company

9    that he would have been paid to, but I don't -- the

10   name of that company is not even coming to mind

11   right now.

10    **Did you have discussions with Rounds**

11    **about any trigger that he was working on in or**

12    **around 2017? -- other than the FRT-15.**

13    A    I'm following you.

14    In my early days of coming to know

15    Cooper, I would literally see him -- I don't know --

16    once every three, four, five months.  I wouldn't see

17    him often.

18    And in passing, he had mentioned that he

19    was working on another project and it was a trigger

20    project.

21    And in these conversations, you know, he

22    would kind of give me loose details.  And I kind of

23    would not give him the response that I think he

24    would want.

25    Like I would tell him, Hey, that's not a

1    good idea, that, you know, that's not going to work,

2    that's going to be a problem -- like, you know,

3    whatever, good luck to you.

14        Q    Okay.  Can you explain a little bit more

15   about what that particular trigger was.

16        A    Well, at the time I really didn't know.

17   Like that was the full scope of the conversations,

18   because they were very, very limited.

19             So I have now known -- I have now come

20   to know that that trigger is what is also now known

21   as the AR1, because I don't think it was even

22   known -- had that name even then.

23        Q    Okay.  If I'm understanding you right,

24   at the time that you were having discussions with

25   Mr. Rounds about this particular trigger, you

1   weren't aware -- for whatever reason -- that it was

2   named the "AR1 trigger"?

3        A      Well, I don't think it even had the name

4   then.

19            Could you explain to me what the AR1

20   trigger was?

21        A      Well, at the time I had no idea.  And

22   if --

23        Q      Okay.  So let me stop you.

24            At the time you had no idea, what did

25   you know about the AR1 trigger at the time?

1          A       Well, he told me he was working on a

2     trigger.   I knew that -- well, I'm even having a

3     tough time trying to put it together.

4                  Like, the conversations were years ago.

Page 118



Page 119



b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168



8       Q       Okay.  Did you ever see the
9   classification report from the ATF classifying the
10  AR1 trigger system as a "machinegun"?
11      A       I have now.  Like --

Page 125

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬

■ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬

4        Q        Okay.   Do you know if there are any

5    similarities between the AR1 trigger and the FRT-15?

6        A        They're both forced reset.

7        Q        Is that it?

8        A        It's easier to tell you what the

9    differences are.

10                 The similarities is that they're both

11    reset.

12                 I have now come to know that the....

13                 The best way to put this together....

14                 ...that one of the reasons -- well,

15    really, the only reason that I'm even aware of that

16    the ATF had denied the AR1 was because it had a

17    potential for hammer -- hammer follow.

■            ▬▬▬▬▬▬▬▬▬▬▬

■            ▬▬▬▬▬  ▬▬▬▬

■      ■      ▬▬▬▬▬▬▬▬▬▬▬▬

■            ▬▬▬▬▬▬▬▬▬▬▬

■  ▬▬▬▬▬

■            ▬▬▬▬▬▬▬▬▬▬▬▬

■  ▬▬▬▬▬▬▬▬▬▬▬▬

■  ▬▬▬▬▬▬▬





b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168



14    Q    Did you handle the acquisition of that

15    patent --

16    A    I did.

17    Q    -- on behalf of RBT?

19    Q    Handle the acquisition of the '223

20    patent?

21    A    I did.

22    Q    Okay.  What did RBT pay for it?  What

23    was the purchase price?

24    A    $10,000.

25    Q    And Mr. Rounds, is he currently

1   receiving royalties from RBT?





███   ████████████████

███        ████████

3        **Q        So do you know how much money XYZ paid**

4   **Mr. Rounds?**

5        A        In total?  No, I have no idea.

6                 But what I can tell you is:  The

7   agreement that I had come to with Cooper -- and I

8   feel like it's very important to kind of even put

9   context here -- is....

10                I don't want to mess this timeline up.

11  But Cooper was just kind of unhappy with the

12  situation, unhappy with the ATF when the '223 patent

13  was approved.

14                He was just kind of disheartened with

15  the whole -- like the situation that he was dealing

16  with, and he no longer -- just -- he didn't want to

17  deal with it.

18                He just wanted to part ways, be done

19  with the '223 patent, and move on with his life.

20                I told him that I would buy it.  He --

21        **Q        I'm going to interrupt you.**

22        A        Yes, ma'am.

23        **Q        You said you would buy the '223 from**

24  **him.**

25                **Why was he unhappy with the ATF at the**

Page 135

1    **time?**

2         A       Well, I now have come to know that this

3    is when he was dealing with, you know,

4    classifications and whatnot.

5         **Q        At the time that you bought the '223**

6    **patent, you knew about the --**

7         A       No.  I have now come to know --

8              MR. CONTARINO:   Objection; form.

9         A       -- that he was kind of just disheartened

10   with the situation he was dealing with.

11             He didn't want to deal with it.  He

12   wanted to part ways and be done with it.

13             He had told me he had about $10,000 into

14   the patent, obtaining the patent.  And he didn't

15   want to make any money, he didn't want to lose, he

16   just wanted to just be done.

17             So I cut him -- you know, we paid him

18   $10,000.

1          So I told him -- I said, Man, this is

2    worth so much more than 10 Grand.  And if we succeed

3    with this thing and if it turns into something, I'll

4    do you right -- like I'll give you 25 bucks a

5    trigger.

13      Q      Okay.  So let me -- I just want to

14   understand.

15          So you mentioned $25 a trigger.

16          Is that what Mr. Rounds was paid?

17      A      Per trigger, yes.

18      Q      Okay.  And how many triggers -- FRT-15s,

19   excuse me, did RBT sell?

20      A      I don't know.

21      Q      Okay.  Is it tens of thousands?

22      A      Yes.





[redacted]

b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



Page 142

2      Q      Okay.   When was the last time you spoke

3  with Rounds?

4      A      I mean, it's probably been a week.

5      Q      What did you talk to him about?

6      A      Just the status of my life, I -- you

7  know, what's going on with me.

8      Q      Did you talk to him about this

9  litigation?

10     A      Sure.

12    Q    **So you spoke to Mr. Rounds a week ago.**

13         **When was the last time you saw him?**

14    A    When I spoke to him a week ago --

15    Q    **So --**

16    A    -- -ish ago.

17    Q    **So you met with him in person?**

18    A    He happened to be where I was going.

19    Q    **Where was that?**

20    A    At Sam Eastman's office.



b146ad22-80e4-4212-819a-de1499cb5168



Page 145

█  █  ███████████.

2      Q      Okay.  Now, prior to seeing Mr. Rounds

3   in Mr. Eastman's office and having a conversation,

4   when was -- when was the time prior that you had met

5   with him?

6      A      I don't know.

7             I think it is fair to say that I see him

8   sporadically, but I cannot give you dates.

█  █  ████████████████████

██  ███████████████

██  █  ███

██  █  ██████████

██  █  █████████████

██  ███████████  ███████████

██  ████████████████████

██  ████████  █████████████

██  █████████

██  █  █████████████

██  █  ██████████

20      Q      Okay.  Subsequent to the filing of this

21   litigation that we're here today for, how many times

22   have you seen Mr. Rounds in person?

23      A      I don't know.

24      Q      More than once?

25      A      Well, definitely more than once.  But I



1    don't want to guess for you -- but, sporadically.

11         Q       Okay.   Have you seen this document

12    before?

18



5          Do you recall giving an interview on

6    TFBTV YouTube channel called "The FRT-15 Story:  An

7    interview with Rare Breed's President, Lawrence

8    DeMonico" in or around September 29, 2021?

9          A     I do remember giving that interview.

10         Q     Okay.  And in this video -- in this

11   video interview, do you recall saying that RBT was

12   the only company that had the, quote/unquote, balls

13   to sell the FRT-15?

14         A     I don't remember saying that.

15               If you had the video to show, I'd be

16   happy to watch it.  But it doesn't sound like

17   something -- I mean, it does sound like something I

18   would say, yes.

19         Q     Okay.  So why do you think RBT was the

20   only company that had the, quote/unquote, balls to

21   sell the FRT-15?

22         A     Well, I mean...it's....





b146ad22-80e4-4212-819a-de1499cb5168

















6        Q        Okay.  Did there come a time where

7    either yourself or any defendant purchased

8    replacement parts for the FRT-15 --

9        A        Yes.



4          Q          Why would you -- why would you purchase

5     springs?

Page 160



22     Q     I just want to understand what was

23  advertised on the Rare Breed Firearms website

24  vis-a-vis anything that would relate to the FRT-15.

25     A     Spare parts.





b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168











b146ad22-80e4-4212-819a-de1499cb5168







b146ad22-80e4-4212-819a-de1499cb5168



12        Q        Okay.   Did you have communications with

13   any 3rd Gen employee after the ATF search on 3rd

14   Gen?

15        A        Yes, ma'am.

16        Q        With whom did you speak?

17        A        Well, I would have spoken to Evan.   I

18   would have spoken to Jon.  I think I even spoke to

19   Josh.



20          Now, after the ATF conducted its search

21    of 3rd Gen, did you travel to 3rd Gen?

22          A    Three weeks.

b146ad22-80e4-4212-819a-de1499cb5168



21      Q      Just so I understand, 3rd Gen counsel

22   advised 3rd Gen not to give you whatever FRT-15s

23   remained in their possession?

24      A      It is my understanding that 3rd Gen was

25   advised, by counsel, against sending us our

b146ad22-80e4-4212-819a-de1499cb5168

1    products.

2              Now, the product was already paid for.

3    It was our property.  So we were asking them to ship

4    it to us.

18              And I kept asking them to send it to us.

19    And they didn't want to send it to us.  They said,

20    the ATF is going to come get it.

1    Q    Okay.  Now, prior to traveling to 3rd

2  Gen Machine to take the remaining FRT-15s from 3rd

3  Gen, did Cole Leleux know that you were going to do

4  this?

5    A    I had mentioned it to him that I had

6  considered it.  I don't think I actually told anyone

7  that I was going to go do it.

14    Q    Did you contact anyone at ATF to see why

15  they had not picked up those --

No, I did not call

20  them to do that.



b146ad22-80e4-4212-819a-de1499cb5168



15      Q      **Have you ever traveled to 3rd -- had you**
16   **ever visited 3rd Gen Machine prior to --**
17      A      No.  I had never been to 3rd Gen.
18      Q      **Okay.  So you fly to Salt Lake City.**
19            **And what do you do next?**
20      A      Okay.  I believe I took an Uber, and I
21   picked up an Enterprise -- or, I'm sorry, a U-Haul
22   van.  And I drove that long drive to Logan, Utah.
23            And upon my arrival, I pulled up in the
24   parking lot.  I walk in.
25            The woman that worked in the front

Page 180

1    recognized me.  I am not sure who she was, and I

2    don't know who she is today.  But I asked where Jon

3    was.  She pointed to his office.

4           Q       Who's "Jon"?

5           A       Jon Robinson, the general manager of 3rd

6    Gen.

7           Q       Okay.  Did Jon Robinson know that you

8    were coming?

9           A       No.  Nobody knew I was coming.  I --

10          Q       Was this a surprise visit on your end?

11          A       It was a 100 percent surprise visit.

12                  So I walked into his office. ▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮

21                  And I looked at him and kind of a, you

22   know, kind of smile and in a jokingly voice said,

23   hey, I'm here to get my shit.

24                  And I think he was kind of speechless at

25   first and didn't really know what to say.



1    He told me the ATF was coming to get the

2    stuff.



Page 182

7    Q    You traveled to 3rd Gen on April 14,

8    2022 with the intent to take the FRT-15s that

9    were -- that remained at 3rd Gen?

10    A    Yes, that is correct.

b146ad22-80e4-4212-819a-de1499cb5168



Page 183

11      Q      So that was you taking the FRT-15s from

12  the parking lot?

13      A      Yes, ma'am.

b146ad22-80e4-4212-819a-de1499cb5168



16    Q    Are there similar products to FRT-15s

17    for sale on the market?

18    A    Yes.

b146ad22-80e4-4212-819a-de1499cb5168



1          But now that you've specified for us

2    reset triggers -- specifically, there is the Tac-Con

3    3MR.

14        Q      Okay.  So when you first started selling

15   FRT-15 triggers, who were your biggest competitors?

16        A      I mean, our competitor would have been

17   the Tac-Con 3MR.  That's what everybody compared us

18   to.

19        Q      Okay.  And how many years has the

20   Tac-Con 3MR been on the market?

21        A      I don't know what year it received its

22   approval, but I would say...I think it's been

23   available probably for about a decade.

24        ■      ■■■■■   ■■■■ what does the FRT-15 do?

25   What is the point of this trigger?

1          A      It allows the shooter -- through a

2    forced reset, allows the shooter to have a very

3    quick follow-up shot.

4          Q      What's a "follow-up shot"?

5          A      A subsequent shot.



14    Q    **Okay.  Do you have a sense of how long**

15  **it takes for ATF to review something that has been**

16  **submitted for classification?**

17    A    I have heard secondhand from people that

18  have gone through the process that it can take, you

19  know, a year or much longer.

20    Q    Okay.  **So you have never submitted**

21  **anything to the ATF for classification?**

22    A    No, I have not.





b146ad22-80e4-4212-819a-de1499cb5168

[redacted] -- how were the standard responses to emails from customers, RBT customers, put together?

[redacted]

But like there were numerous standard responses, and -- to common questions -- that I probably would have crafted.

[redacted]

Q And did the common questions from RBT customers pertain to the legality of the -- of

1   **FRT-15?**

2        A        I think there were quite a few questions

3   about, you know, the legality or, you know,

4   classification or whatever.  That was definitely a

5   common question.



Page 193

4        ████        Other than questions about the
5   legality of the FRT-15 cease-and-desist letters, the
6   classifications, and so on, did you have any other
7   common questions from customer -- from customers?
8        A        I would imagine so.  I can't off the top
9   of my head think of one for you right now, though.

b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168









b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168



b146ad22-80e4-4212-819a-de1499cb5168





16          How are you -- as the president of RBT,

17   how are you compensated for your work?

18          A     I'm paid by RBT.

19          Q     Okay.  And did you -- were you paid a

20   salary, or were you paid something else?

21          A     I mean, it was a given dollar figure

22   monthly.

23          Q     How much was that?

24          A     9,000.



7   Q      Did you receive any funds from any other

8   LLC that we've discussed -- ABC IP, XYZ

9   Distribution, LLCs that you identified previously?

10   A      I have a company LAD, LLC.

11          LAD -- those are my initials -- that

12   company does get paid IP royalties from ABC IP and

13   pay from DEF Consulting.

19   Q      All right.   So how much money did LAD,

20   LLC receive in connection with FRT-15 sales?

21   A      I don't know.

22   Q      Did LAD, LLC receive monthly payments

23   from ABC IP?

24   A      I mean, it could have been more often.

25   I mean, it could have been biweekly.   It could have

1    been monthly.  I don't know.  I didn't pay

2    attention.

3        Q       Do you know -- can you give me one

4    figure -- one check that LAD, LLC received?

5        A       I mean, no, I cannot give you a specific

6    dollar figure.

7        Q       Sitting here today, you have no idea how

8    much money your company was paid in connection with

9    FRT-15 sales?

10       A       A lot.  I can't give you a number.

Page 207

1    Q      Okay.  So what happens to the money
2    that's in LAC, LLC?

▮      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮      ▮    ▬▬▬▬▬▬▬▬▬▬▬▬▬

▮      ▬▬▬▬▬▬▬▬▬▬▬

6    Q      What business purpose is it used for?
7    A      Well, anything related to that company.
8    That company -- LAD is -- I mean, it has a d/b/a,
9    which is War Paint Marketing.

▮      ▮    ▬▬▬▬▬  ▬▬▬▬▬▬

▮      ▮    ▬▬▬▬▬▬▬▬

▮      ▮    ▬▬▬

▮      ▮    ▬▬▬▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬  ▬▬▬

▮      ▬▬▬▬▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬▬▬▬▬▬

▮      ▬▬▬▬▬▬▬▬▬▬

19    Q      So what is "War Paint Marketing"?
20    A      Well -- I've got a -- had a plan for it,
21    and that plan really hasn't quite taken off yet.
22           But the plan was to turn it into like a
23    full-blown marketing agency.

▮      ▮    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▮  ▬▬▬▬▬▬▬▬▬

Page 208

1

7    Q    Okay.  Does War Paint Marketing provide

8    any website -- website, excuse me, design services

9    for RBT --

10   A    No.

11   Q    -- or RBF?

12   A    No, no.

b146ad22-80e4-4212-819a-de1499cb5168





b146ad22-80e4-4212-819a-de1499cb5168







b146ad22-80e4-4212-819a-de1499cb5168



Page 215

1                    DEPONENT'S SIGNATURE

2

3              Please be advised I have read the

4    foregoing deposition, pages 1 through 214,

5    inclusive.  I hereby state there are:

6              (Check one)

7    _____ No corrections

8

               _____ Corrections per attached

9

10

11

12    _____

13               LAWRENCE ALEXANDER DEMONICO

14

15

        ( X ) Reading and signing was requested.

16

        (   ) Reading and signing was waived.

17

        (   ) Reading and signing was not requested.

18

19

20              Should the signature of the witness not

21    be affixed to the deposition, the witness shall not

22    have availed himself of the opportunity to sign or

23    the signature has been waived.

24

25                    --oOo--

b146ad22-80e4-4212-819a-de1499cb5168

Page 216

1                          ERRATA SHEET

2              NAME OF CASE:  USA v. Rare Breed Triggers,

3                          LLC, et al.

4              DATE OF DEPOSITION:  July 8, 2023

5              NAME OF WITNESS:  LAWRENCE ALEXANDER DEMONICO

6              Reason Codes:

7                      1:  To clarify the record.

8                      2:  To conform to the facts.

9                      3:  To correct transcription error.

10   Page _____   Line _____   Reason _____

11   From _____  to _____

12   Page _____   Line _____   Reason _____

13   From _____  to _____

14   Page _____   Line _____   Reason _____

15   From _____  to _____

16   Page _____   Line _____   Reason _____

17   From _____  to _____

18   Page _____   Line _____   Reason _____

19   From _____  to _____

20   Page _____   Line _____   Reason _____

21   From _____  to _____

22   Page _____   Line _____   Reason _____

23   From _____  to _____

24

     _____   _____

25

Page 217

1          DECLARATION UNDER PENALTY OF PERJURY

2               I am the witness in the foregoing

3     deposition.

4               I have read the foregoing deposition or

5     have had read to me the foregoing deposition, and

6     having made such changes and corrections as I

7     desired, I certify that the same is true in my own

8     knowledge.

9               I hereby declare under penalty of perjury

10    that the foregoing is true and correct.

11              In witness whereof, I hereby subscribe my

12    name this _____ day of _____, 2023.

13

14    _____

15          LAWRENCE ALEXANDER DEMONICO

16

17

18

19

20

21

22

23

24

25

Page 218

1                         CERTIFICATE

2

3            I, SUSAN ASHE, a Registered Merit

4   Reporter and Notary Public, hereby certify that the

5   foregoing is a true and accurate transcript of the

6   deposition of said witness, who was first duly sworn

7   by me on the date and place hereinbefore set forth.

8            I FURTHER CERTIFY that I am neither

9   attorney nor counsel, nor related to or employed by

10  any of the parties to the action in which this

11  deposition was taken, and further that I am not a

12  relative or employee of any attorney or counsel

13  employed in this action, nor am I financially

14  interested in this case.

15            Dated this 10th day of July 2023.

16

17

18            _____

19            Susan Ashe, Notary Public

20            for the Commonwealth of Virginia

21

22  My commission expires:  January 31, 2020.

23  Notary Registration Number:  100809.

24

25

```
 1                      CERTIFICATE

 2

 3            I, SUSAN ASHE, a Registered Merit

 4    Reporter and Notary Public, hereby certify that the

 5    foregoing is a true and accurate transcript of the

 6    deposition of said witness, who was first duly sworn

 7    by me on the date and place hereinbefore set forth.

 8            I FURTHER CERTIFY that I am neither

 9    attorney nor counsel, nor related to or employed by

10    any of the parties to the action in which this

11    deposition was taken, and further that I am not a

12    relative or employee of any attorney or counsel

13    employed in this action, nor am I financially

14    interested in this case.

15            Dated this 10th day of July 2023.

16

17

18    _____

19            Susan Ashe, Notary Public

20            for the Commonwealth of Virginia

21

22    My commission expires:   January 31, 2024.

23    Notary Registration Number:   100809.

24

25
```