Cole Leleux 6/30/2023

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

     Plaintiff,

             Case No.
             1:23-cv-00369-NRM-RML

   -against-

RARE BREED TRIGGERS, LLC; RARE

BREED FIREARMS, LLC; LAWRENCE

DEMONICO; KEVIN MAXWELL,

     Defendants.

- - - - - - - - - - - - - - - - - x

     June 30, 2023
     10:00 a.m.


 VIRTUAL DEPOSITION of COLE LELEUX, the

Non-Party Witness, taken by the Plaintiff, in

the above-entitled action, held at the above

time and place, pursuant to Subpoena, taken

before AMY BOGUSZEWSKI, a Shorthand Stenotype

Reporter and Notary Public within and for the

State of New York.

Page 2

 1

 2   A p p e a r a n c e s:

 3      UNITED STATES ATTORNEY'S OFFICE
        Attorneys for Plaintiff
 4          271 Cadman Plaza East
            Brooklyn, New York 11201
 5
        BY:  MICHAEL BLUME, ESQ.
 6      BY:  PAULINA STAMATELOS, ESQ.

 7

 8      DHILLON LAW GROUP
        Attorneys for Defendants & Witness
 9          256 Fifth Avenue, 4th Floor
            New York, New York 10001
10
        BY:  MICHAEL COLUMBO, ESQ.
11      BY:  JOSIAH CONTARINO, ESQ.

12      BY:  DAVID WARRINGTON, ESQ.
        (Present from 10:00 a.m. to 1:00 p.m.)
13

14

15   ALSO PRESENT:
16
        BEN WEINBERG, USAO INTERN
17
        DOMENICO AULISI
18
19      KEVIN MAXWELL, DEFENDANT
        (Joined at 9:45 a.m.)
20
        LAWRENCE DEMONICO, DEFENDANT
21      (Joined at 9:45 a.m.)

22

23

24

25

Cole Leleux 6/30/2023

Page 3

1

2                    S T I P U L A T I O N S

3              IT IS HEREBY STIPULATED AND AGREED by

4     and between the attorneys for the respective

5     parties herein, that filing, sealing and

6     certification be and the same are hereby

7     waived.

8              IT IS FURTHER STIPULATED AND AGREED

9     that all objections, except as to the form of

10    the question shall be reserved to the time of

11    the trial.

12             IT IS FURTHER STIPULATED AND AGREED

13    that the within deposition may be signed and

14    sworn to before any officer authorized to

15    administer an oath, with the same force and

16    effect as if signed and sworn to before the

17    Court and that a copy of this examination

18    shall be furnished without charge to the

19    attorney representing the witness testifying

20    herein.

21

22

23

24

25

Cole Leleux 6/30/2023

Page 4

1

2          THE REPORTER:  Will counsel

3     please stipulate that in lieu of

4     formally swearing in the witness, the

5     court reporter will instead ask the

6     witness to acknowledge that the

7     testimony will be true under the

8     penalties of perjury, that counsel

9     will not object to the admissibility

10    of the transcript based on proceeding

11    in this way, and that the witness has

12    verified that he is, in fact, Cole

13    Leleux?

14          MR. BLUME:  Yes.  So stipulated

15    for the government.

16          MR. COLUMBO:  So stipulated for

17    the Defendants and Mr. Leleux.

18

19

20

21

22

23

24

25

Cole Leleux 6/30/2023

Page 5

1                              C. LELEUX

2    C O L E   L E L E U X, the Non-Party Witness

3    herein, having been first duly sworn by a

4    Notary Public of the State of New York, was

5    examined and testified as follows:

6                    THE REPORTER:  State your name

7         for the record, please.

8                    THE WITNESS:  Cole Leleux.

9                    THE REPORTER:  State your

10        address for the record, please.

11        ████  ████████  ████  ████

██   ████  █████  ████  ██████

13        ████████  ██████

14   EXAMINATION BY

15   MR. BLUME:

16        ███  ████  ██████  ████  ████  █████

██   ████  ████████  ██████  ████  █████  ████

██   ████████  █████  ██████  ████  █████  █████

██   ████  ██████  ████████  ██████  █████  █████

██   ████  ██████  ████  █████  █████  █████

██   ███  █████████  █████

22        ██  ████

██   ████  ████  ██████  █████  █████  ████

██   ████  █  ████  ████  ████  █████  █████

██   ████  ████  ████  █████████  ███  ████  ██

Cole Leleux 6/30/2023

Page 8

1                    C. LELEUX



18        Q.  And what you described, as I hear

19   it, was the operation of the FRT-15, right?

20        A.  I would say it's the operation of

21   the FRT-15, the WOT, the Alamo 15, the Para

22   15.

Cole Leleux 6/30/2023

Page 23

1                           C. LELEUX

2  ██████ ██ ██ █████████ █████ █████

   █      ████ █ ████ ██████ ████ ████ ████

   █  ██████████ █████ ████ █████

5        Q.  And by the way, I understand that

6   you may not, at that time, have known that it

7   was called the AR-1.  Did he talk to you at

8   all about the development of the product that

9   you now know to be called the AR-1?

10       A.  I don't know if it was in that call

11  or in different previous calls, but I know

12  that we had a conversation with him that he

13  had told us about a trigger that he had

14  worked on.  And he had told us, you know,

15  that it required a special bolt carrier group

16  and it required a bunch of modifications.

17  And I think the input that he got back from

18  either myself or Lawrence DeMonico was that

19  that wasn't really ideal, to try to sell

20  someone a trigger and a bolt and all these

21  different components.  And that was part of

22  why, I think, he shifted towards a drop-in

23  trigger instead of a more complex thing that

24  had more pieces involved.  And I later found

25  out that one of the problems he had with the

Cole Leleux 6/30/2023



Page 24

1          C. LELEUX

2   AR-1 was the potential for hammer follow, and

3   that he had solved that in the design for the

4   223 patent.

Cole Leleux 6/30/2023

Page 28

1                    C. LELEUX

2

3

9

11      Q.   Okay.   Can you tell us about any

12   conversations you had with Cooper Rounds

13   about forced reset triggers prior to May of

14   2020?

15      A.   I think the general -- and I am

16   going to have to generalize because we are

17   talking three years ago, but I think the

18   general conversations started with, hey, I

19   have an idea for a trigger, I'm working on

20   something, and we said okay.   And I didn't

21   understand this at the time, but now I

22   realize that I think him and Thomas Graves

23   had worked on the Flex-Fire, which the

24   Flex-Fire Technology is not based on the

25   AR-15 at all, it's kind of its own gun.   So

Cole Leleux 6/30/2023

Page 29

1                        C. LELEUX

2      his idea that he was telling us about was to

3      take that Flex-Fire and try to make it work

4      in an AR-15.  So he was telling us about this

5      idea to make something work in an AR-15.

6      And, really, I think he told Lawrence about

7      it first and then I got looped in and we

8      talked about it.  So we talked about the idea

9      of, you know, using this.  He didn't call it

10     Flex-Fire and he didn't call it AR-1.  He

11     just said doing the -- and I don't even think

12     he even called it a forced reset because I

13     believe that we coined that term, you know,

14     FRT-15, Forced Reset Trigger.  But they were

15     talking about the idea of a trigger that

16     would force the reset allowing for faster

17     follow-up shots.  Again, like I said, my

18     opinion at that time was, well, there is

19     other similar things that I have heard of

20     that are okay, it sounds really ingenious,

21     and, yeah, go for it.  And then we didn't

22     hear from him for quite some time.  I

23     couldn't tell you exact timeframe between his

24     calls, but he might have told us that, you

25     know, and then a year goes by and it's like,

Cole Leleux 6/30/2023

Page 30

                              C. LELEUX

1

2    okay, I worked out some kinks.  I think I got

3    something.  And then we were going, it would

4    be better if it was like this.  And then

5    another year went by and it was, okay, this

6    was approved now.  So there wasn't a lot of

7    conversation in between.  It was just I have

8    this idea, here is how you can make it

9    better, and then, like, here I got the patent

10   approved.

11          At the time the patent was approved,

12   he had briefly told us that he had been --

13   he had applied the AR-1 with the ATF and that

14   one of the problems they had was a potential

15   for hammer follow, but that he had fixed

16   that, and that he just wasn't really

17   interested in pursuing it because he felt

18   like the ATF would give him a hard time and

19   he didn't want to invest anymore.  He is not

20   like a gun guy.  He is developing all kinds

21   of other things and we think it just wasn't

22   something -- he had lost passion for it.  He

23   wanted to just dump the project and recover

24   his patent fees.

25   ██  ████  ████  ████████  ████  ████

Page 32

1                    C. LELEUX

2        Q.  Tell me everything you remember

3    about what Mr. Rounds told you about his

4    submission of that product to the ATF.

5        A.  I think I already did, but I will do

6    it again.  Essentially, it was that they had

7    disapproved it, he didn't agree with them,

8    but that they had made the assertion that it

9    could operate as a full-auto because of

10   hammer follow.  And I told him that that made

11   sense to me.  It would be very unlikely

12   because it would require the hammer follow to

13   be perfectly timed in order for it to

14   actually work, but that made sense, and that

15   he had addressed that by adding a locking

16   bar.  And at the time, like, we didn't even

17   think to ask him to see what else the ATF had

18   said about it because it wasn't the product

19   we were trying to buy.  So if we would have

20   been thinking to buy that design or that

21   patent, obviously, we would have dug in to

22   what we now know to about the AR-1 a lot

23   more, but we were buying a new patent and a

24   new design that functioned differently.  And

25   what we had been told was that the main issue

Cole Leleux 6/30/2023

Page 33

1                    C. LELEUX

2    that was legitimate was about the hammer

3    follow.





1                          C. LELEUX

2

5

6        Q.  How do you know Mr. Maxwell?

7        A.

12

13        ████  ██  ██  ████ .  I had known at the

14   time that he dealt with the ATF on several

15   issues representing FFLs in the area.  ██ ██

17   ████ ██ █ █ ████ ████     And then

18   he also dealt with guns a lot and FFLs a lot.

19



Page 46

1                           C. LELEUX

15        A.   Okay.

24        Q.   What was the deal?

25        A.   The deal was -- the deal that he had

Cole Leleux 6/30/2023

Page 47

```
1                    C. LELEUX

2    struck with Cooper Rounds was $10,000, which

3    I think was, essentially, just to cover his

4    IP costs that he had invested so far in

5    patents.  And then he had loosely said

6    something to the effect of, you know, if you

7    guys ever actually go to market with it, I

8    would appreciate if you take care of me in

9    some capacity. ██ ██ ██ ██ ██ ██

     ██ ██ ██ ██ ██ ██ ██ ██ ██

     ██ ██ ██ ██ ██ ██ ██ ██ ██

     ██ ██ ██ ██ ██ ██ ██ ██

     ██ ██ ██ ██ ██ ██ ██ ██

14   ██ ██ ██ ██ ██ ██ ██

15   ██ ██ ██ ██ ██ ██ ██ ██.  So

16   I think Lawrence and I kind of tossed around

17   numbers a little bit and came up with the

18   concept of a royalty of like $25.  And Cooper

19   said, okay, well, you know, if you pay me

20   that, that's cool.  And we were like, well,

21   do you want to add that into a contract?  And

22   he was like, no, I don't really care. ██ ██

     ██ ██ ██ ██ ██ ██ ██ ██

     ██ ██ ██ ██ ██ ██ ██

     ██ ██ ██ ██ ██ ██.  But on paper,
```

Cole Leleux 6/30/2023



Page 48

1                    C. LELEUX

2    it was a $10,000 purchase.  Verbally, we had

3    agreed to pay him $25 per unit royalty.

Cole Leleux 6/30/2023

Page 56

1                          C. LELEUX

2     ███ ███ ███ ███ ███ ███ █ ██ ███

  █ ███ ███ ███ ███ ███ ███ ███ █

  █ █████

  █ ███ ███ ███ ███

  █ ███ ███ ███ █ █ █ ███ ███ ███

  █ ███ ███ ███ ███ ███ ███ ███

  █ ███ ███ ███

  █ ███ ███ ███ ███ ███ █ ███

10    ███ ███ ███

  ██ ███ ███ ███

12        Q.  What is Wizard Labs?

13        A.  So it might be that we purchased the

14    IP from Wolf Tactical and then he used that

15    other company, that WarPaint LLC at first,

16    and then he changed it.  So I know he had

17    changed it.  So Wizard Labs is Cooper Rounds.

18        Q.  Do you know why Mr. Rounds accepted

19    payment, I guess, on behalf of Wizard Labs?

20        A.  I have no idea.  I mean, I have no

21    idea why he changed companies or why he

22    switched where he wanted the payment to go

23    to.  I have no idea.

24        Q.  He never told you anything like

25    that?

Cole Leleux 6/30/2023

Page 57

1                    C. LELEUX

2          ███  ███

███    ███  ██████  █████  █████  █████  ██████

███  ██████  ██████  ███

███    ███  █████  ████  ████  ████  ██████

███  ██████  ██  █████  ██  █████  ████  ████  █████

███  █████  ██  ████  ████  ████  ████  ████

8          ███  █████  ████  ████  ████  █████  ████  ███

███  ██████  ███  █████

██    ███  ████  ███

██      █████  ████  ████  ████  ██████

██    █████  █████  ██  ████  ████  ████  ████  ███

13              (So doing.)

14          ███  ████  ████  ████  ████  ████  ████

██  ██████  ██  █████  ████  ████  ████  ██████

██  ██████  ██  █████  ██████  ████  ████  ██████

██      ███  ████

18          Q.  Exhibit 8 is also a check from ABC

19    IP, this time to CRDB, Inc., right?

20          A.  Yes, sir.

21          Q.  And the check itself, that's your

22    signature?

23          A.  Yes, it is.

24          Q.  What is this check for?

25          A.  I believe I think it says CRBB and I

Cole Leleux 6/30/2023

Page 58



1                    C. LELEUX

2    believe that's for Cooper Rounds.  I believe

3    all these checks are Cooper Rounds.  And

4    again, I don't understand the reasoning

5    behind the name changes of different

6    companies he had setup.  I have no idea what

7    his business strategy was.  He just told us

8    where to send the check and that's where we

9    sent it.

10

19

24

Cole Leleux 6/30/2023

Page 61

1                    C. LELEUX



15       Q.  Well, who is the owner of Rare Breed

16  Triggers today?

17       A.  Kevin Maxwell is the sole owner.

18       Q.  Hundred percent?

19       A.  Yes, sir.

20

Cole Leleux 6/30/2023

Page 62



1                    C. LELEUX

2        Q.  Why did it change?

3        A.  ███ ███████ ███████ ███ ███ ███ ███

██ ███████ ██ ███ ███ ███ ███ ███ ███ ███

██ ███████ ███ █████ ███ ███ ███ ████

██ █████████ ███ ███ ███ ███ ███ ███ ██ ███

██ ███████ ███ ███ ███ ██ █ ███ ███ ███

██ ███████ ███ █ ███ ███ █████ █ ███ ███ ███

██ ███████ ██ ███ █████ ███ ███ ███

██ ██ ███████ ███ █ ███ ███ ███ ███ █ ███

██ ██ ███████ ███ ███ ██ ███ ███ ███ ███

██ ██ ███ ██ ██ ███ ███ ███ ██

13      ███████ ██ ███ ██ ███████ ███ ██

██ ███████ ███ ██ ███ ███ ███ ██ ███

██ ██ █████████ ███ ███ ███ ██

██ ██ ███ ██ ███ ███ ██ ███ ███

██ ██ █████ ███ ███ ██ ███ ███

██ ██ ███████ ███ █ ███████ ███ ███

██ ██ ███████ ███ ██ ███ ████

██ ██ ███████ ███ ██ ███ ███

██ ██ ███ ██ ███ ██ ██ ███ ██

██ ██ ███ ██ ███ ██ ███ ██ ██ ███

██ ██ █████ ██ █████ ██ █ ████ ███

██  ██  Claudio briefly told me that he thought

Cole Leleux 6/30/2023

Page 63

```
1                    C. LELEUX
2    that he should talk to us because any time
3    you do something big -- like, let's say, you
4    win the lottery, it's always best if you go
5    in to that with a plan and structure, et
6    cetera.  So I said, okay, we can talk.  I
7    have to setup a call with the other guys and
8    see what everyone thinks.
9            So we ended up talking to him and he
10   advised us that we should not have everything
11   in one basket.  And he said that the first
12   and primary reason he said was imagine if
13   someone is at the range with this rate
14   increasing device, but they put it into a
15   really cheap -- and I will try not to use bad
16   language, but I will say a crappy gun.  So in
17   the process of shooting at a high rate of
18   fire and the gun blows up and a piece of
19   metal launches into the guy's eyeball, he
20   said, do you want Rare Breed Triggers to be
21   sued and have all of your assets sitting in
22   one place or do you want to have different
23   layers and structure in a smart way.  And we
24   said, okay, well, that makes sense.  ▆▆ ▆▆
     ▆▆ ▆▆▆▆ ▆▆▆▆ ▆▆▆▆ ▆▆ ▆▆▆ ▆▆ ▆▆▆▆▆▆ ▆▆
```

Cole Leleux 6/30/2023



Page 65

1              C. LELEUX

4        ▮▮▮▮▮▮.  So after talking to a financial

5   advisor, he spoke with this accountant.  And

6   the main two points were for asset protection

7   from someone getting injured, that kind of

8   liability.

18

Cole Leleux 6/30/2023

Page 67

1               C. LELEUX

2   

14        Q.   There is a company called DEF, Inc.?

15        A.   I believe it's called DEF

16   Consulting.

17        Q.   DEF Consulting, okay.  Who owns DEF

18   Consulting?

19        A.   Leleux LLC; Spider Hole LLC, which

20   is Mike Register; LED LLC, which is Lawrence

21   DeMonico; and 1861 LLC, which is Kevin

22   Maxwell because that's the year he was born.

23        Q.   Clearly, that's a joke.

24        A.   Well, that's what he said.  I'm

25   telling you what he said, but it was a joke

Cole Leleux 6/30/2023

Page 68

1                    C. LELEUX

2     when he said it, yes.

3     ██  ████  ██ ██ ████ ███  ███ ████

██  █████ ███ ███ ███ ███ ████

██   ███ ███ ███

██   ███  ████ █████  ███ ██ ███

██  ██████ ███ █████  ████

██  ████ █ ████ ████  ███ ████ █

██  █████ ███ ████

███ ████  ███ █ ███  █ ███ ███ ███

11    ████ ███ ███ ███

███  ████ ███ ████ ████  ████ ███

███ ████ █ ████  ███ ███ ███ ██ ████

14    ████

15        Q.  What percentage does each of those

16    companies hold in DEF Consulting?

17        A.  DEF and ABC are the same, so we

18    don't have to do this twice.  They both have

19    the same ownership.  And Kevin Maxwell kept

20    17 and a half percent and the other three get

21    27 and a half percent.

22        Q.  Let's go to ABC IP.  Just to

23    confirm, ABC IP owns the intellectual

24    property for RBT's product, right?

25        A.  They own that intellectual property

Cole Leleux 6/30/2023

Page 69

1                    C. LELEUX

2    and a few other, as well, yes.

3        Q.   What is XYZ Distribution?

4        A.   XYZ was setup.  Again, this was one

5    of those things that didn't make a lot of

6    sense, but it was really for future planning.

7    XYZ was supposed to be setup like a

8    distribution that was in the future, like, to

9    be able to buy land, build a machine shop,

10   and then that company would be the one

11   manufacturing.  It ended up that we used a

12   third-party manufacturer.  So that company

13   kind of was just flow-through.  It didn't

14   really do anything.  But that company was

15   setup to, in the future, buy a piece of land,

16   setup a building, and buy machines to have a

17   machine shop.

18   ████   ███ ███ ███ █████ ███ ███

     █   ██████ ██ ██

     █   ██ ████ ██████ ██████ ██

     █   █ ███ ██ ████

     █   ██ ████ ████████

     █   ███ █ ███ ████ ██ ███ ███

     █   ████ █ ███ █ ███ ███ █████

     █   ████ ██ ███████

Cole Leleux 6/30/2023



Page 70

1                    C. LELEUX

7        Q.  Then I am asking about RB Trig.  So
8   RB Trig and XYZ are, essentially, the same
9   thing?
10       A.  I mean, it's a DBA.  They are the
11  same thing.

Cole Leleux 6/30/2023



Page 72

 1              C. LELEUX

 2  ████████  ████  ████████  ██  ████

 3  ████  ████  ████████  ████  Can you describe

 4  to me -- given the structure you just

 5  outlined, can you describe for me how money

 6  flows into RBT and then ends up, say, at your

 7  company, the Leleux?

 8      A.  ████  ████  ██  ████  ████  ████  ██

    █  ██  ████████  ████  ████  ██  █

    ██  ████████  ████  ████  ████  ██  ████

    ██  ████  ██  ████  ████  ████  ████  ████

    ██  ████  ████  ████  ████  ████  ██

    ██  ████  ████  ████  ████  ████████

14  They buy, as a placeholder, the trigger from

15  XYZ.  ████  ████  ████  ████  ██

    ██  ████████  ████  ████  ████████  ████

    ██  ████  ████  ██  ████  ████  ████

    ██  ████  ████  ████  ██  ████  ████  ████

    ██  ████  ████  ████  ████  ████  ██  ██

    ██  ████  ████  ████  ████  ████  ████

21  ████  ████  █  ████  ████  ██  ████,

22  ██  ██  █  ████  ████████  But because

23  XYZ is the one that sold the trigger to RBT,

24  XYZ would then pay the royalty to ABC and

25  they would pay consulting to DEF.  And then

Cole Leleux 6/30/2023



Page 73

1                    C. LELEUX

2    once those two companies had the money that

3    they were owed for their consulting services

4    and for the intellectual property agreement,

5    then distributions could be made to the

6    individual owners. █ ████ ████ ████ ████

█    ███████ ████ ████ ████ ████ ████ ████

█    ████ ███ ████ ████ ████ ████ ████

█    ████ ████ ████ ████ ████ ████ ████

██   ████████ ████ ████ ████ ████ ████

██   ████ ████████ ████ ████ ████

12       Q.   ██ ██ ████ ███ █ ██████ ███

██   ████ █ ████ ████ ████ ████ ████ ████

██   ████ ████ ████ ████ ████ █ ████ █

██   ████ ███ █ ████ ████ ████ ████ █

██   ██████ ████ ████ ████ █ ████ ████ ██

██   ████ ███████ ████ ███ ████

██   ████ █████ ████

19       ██ █ ████ ████ ████ ████ ████

██   ████ ████ ████ ██████

██   ██ ████ ████ ████ ████ ████

██   ████ ████ ████ ████ █████

██   ████ ██ ████ ████ ████ ████

██   ████ ████ ████ █████

██   ██ ██ ████ ████ ████ ████ ████

Cole Leleux 6/30/2023

Page 74

1                    C. LELEUX

2    ███ ████ █ █ ████ ████ ████ ███ ████

█  ████ ████ ████ ████ ████ ████ ███

█  ████ ████ ████ ████ ████ ████ ████

█  ████ ███ ████ ████ ████ ████ ████

█  ████ ████ ████ ████ ████ ████ ████

█  ████ ████ ████

█      ███ ████ ████ ████ ████ ████ ██

█  ████ ████ ████ ████ ████

10    ██ ███ ███

11       Q.   Okay.   Then XYZ now has money from

12    the sale of the product.   XYZ then does what

13    with that money?

14       A.   XYZ pays their bills and

15    obligations, which would be to ABC IP and to

16    DEF for the services provided.

17       ███ ████ █ ████ █ ████ ████ ████

█  ████ ████ ████ ████ ████

█      ██ █ ████ ████ ████ ████ ████ ██

█  █ ██ ████ ████ ████ █ ████ ████

█  ████ ████ ████ ████ ████ ████

█  ████ ████ █ ████ ████ ████ ███

█  ████ ████ ████ ████ ████ ████ ████

█  ██ ███ ████ ████ █ ████ ████ ███

█  ████ ████ ████ ████ ████ ████ █



1                    C. LELEUX

2

11

18          .

19          Q.  I'm going to ask about a time period

20    from December of 2020 to the beginning of

21    July '21, okay?

22

Cole Leleux 6/30/2023

Page 85

1                    C. LELEUX

2    ██ ███ ███ ███ ███ ███ ████

██ ████ ███ ███ ████ ███ ███

██ ███ ███ ███ ███ ████ ███

██ ██████ ███ ███

6         Q.  In the public marketing of the

7    FRT-15, was there any mention of the FRT

8    being submitted to the ATF for

9    classification?

10        A.  No, sir.

11        Q.  Was there any mention during that

12   time period in marketing for the FRT-15 of

13   the AR-1?

14        A.  In the beginning, I don't know that

15   anyone at RBT really knew what the AR-1

16   really fully was, so it absolutely was not

17   mentioned.  And again, it was -- and I just

18   want to make sure you are okay with this, but

19   I don't want to answer a yes or a no where I

20   feel like it's leaving out of context.

21        ██ ████ ███ ██ ███

██ ███ ███ ███ ███ ███ ████

██ ███ ███ ███ ███ ███████ ██ ███

██ ███ ███ ██ ██ ███ ███ ███

██ ███ ███ ███ ███ ███ ███

Cole Leleux 6/30/2023

Page 89



1                    C. LELEUX

2

11

23          The no refund policy, I think, was

24    in place because, you know, I think it was

25    clear from the first video launching the

Cole Leleux 6/30/2023

Page 90

1                          C. LELEUX

2     product where you have an attorney sitting in

3     front of a bookshelf talking about why his

4     position was that it was legal, I think it

5     was clear that it was controversial.  And, I

6     think, there was nobody in the gun industry

7     that was surprised by the fact that it's

8     controversial. ███ ██ ███ ████ ██ ██████ ██ ██

██ ██████ ████ ██ ███ ████ ██ ████ ████ ██ ██████ ██

██ ██████ ██ ████ ██ ████ ████ ██ ████ ████ ████

██ ██████ ██ ████ ████ ██ ████ ██ ████ ██ ████ ███

██ ██ ████ ████ ██ ███ ██ ████ ██ ████ ████

██ ██████ ██ ████ ████ ████ ██ ██ ███ ████ ██ ████

██ ██████ ██ ████ ██ ████ ████ ██ ████ ██ ████

██ ██ ████ ██ ████ ██ ████ ██ ████ ██ ████

16        Q.  You will agree with me that the

17    company did not submit the FRT to the ATF for

18    classification, right?

19        A.  Absolutely.

20        Q.  How come?

21        ██ ██ ██ ████ ██ ████ ██ ██ ████

██ ██████ ██ ████ ██ ████ ████ ██ ████ ████ ██

██ ██████ ████ ██ ████ ██ ████ ████ ██ ████ ████

██ ██████ ██ ████ ██ ████ ██ ████ ██ ████ ██ █

██ ██████ ████ ██ ████ ██ ████ ██ ████ ██ █

Free State Reporting, Inc. 410-974-0947

Cole Leleux 6/30/2023



Page 91

1              C. LELEUX

20              And we were told no because the
21    length had to be stated on the form, et
22    cetera, et cetera, et cetera.  And so the
23    company I worked for said, okay, no problem.
24    We dropped the idea.  We didn't patent it.
25    We didn't do anything.  Sometime later, there

Cole Leleux 6/30/2023

Page 92

1                    C. LELEUX

2    is a company selling modular suppressors that

3    have adjustable sizes that you can change the

4    baffles and make it shorter or longer, you

5    know, make it wider, whatever you want.  And

6    we are going, awesome, we missed out on a

7    huge opportunity to make a lot of money

8    because we just listened to this person's

9    opinion instead of doing our own research and

10   getting an answer that we could have stood

11   behind.

12   ██████ ██ ████████ █ ███ ████ █████

     █ ██████ ████ ████ ████ ████ █████ ████

     █ ████ ██ ██████   So for me, I was saying, you

15   know, I don't see the point on submitting it.

16   It's just their opinion.  They can change

17   their mind, anyway.  I don't see the point.

18   ███ ████ ████ ████ ████ ████ ████ █

     █ ████ ████ ████ █ ██████ ███ ██ █

     █ ████ ████ ████ ████ ███ ███ █

     █ ██ ██ ████ █ ████ █████

     █ ████ █ ████ ████ ██ ██ █████

     █ ██████ ███ ███ ████ █████ ████ ███

     █ ████ ██ ███ ████ ██████

     █ ██ ███ ███ ████

Cole Leleux 6/30/2023

Page 93



1                           C. LELEUX

20      Q.  Is that the only time that Spikes

21  Tactical communicated with the Firearms

22  Technology Branch about the legality of a

23  product?

24      A.  It's not.  Spikes Tactical has

25  communicated on several different items.  I'm

Cole Leleux 6/30/2023

Page 94

1                    C. LELEUX

2    ████████ ████ ████ ████ ████ █████████

█ ████ ████ ████ ████ ████ ████ ████

█ ████ ████ ████ ████ ████ █ ████ ████

5    ████ ████ ████ ████ ████ ████ ████ ████

█ ████ █ ████ ████ ████ █ ████ ████ ████ ████

█ ████ █ ████ ████ ████ ████ ████ ████████

█ ████ █ ████ ████ ████ ████ ████ ████ ████

█ ████ ████ ████ ████ ████ ████ ████ ████

██ ████ ████ ████ ████ ████ ████ ████ ████

11   ████ ████ █ █ ████ ████ ██ █ ████ ████

██ ████ ████ ████ ████ ████ ████ ████

██ ████ █ ████ ████ ████ ████ █ ████ ████

██ ████ ████ ████ ████ ████ ████ █

██ ████ ████ ████ ████ ████ ████ ████

16   ██ ████ █ █ ████ ████ ████ █ ████ ████ ████

██ ████ ████ ████ █ ████ ████ ████ .  But

18   again, Spikes Tactical is an FFL and FFLs are

19   regulated by the ATF.  They can come in and

20   do inspections and check on things.  So for a

21   large company that's been in business for 20

22   years, it's simply not worth risking them

23   coming in and arbitrarily shutting down your

24   business if you don't play the game and ask

25   them a question.

Cole Leleux 6/30/2023

Page 95

1                    C. LELEUX

2        Q.  Were there other instances that you

3    are aware of that Spikes Tactical

4    communicated with the Firearms Technology

5    Branch and was told that the products Spikes

6    Tactical wanted to sell was lawful?

7        A.  

                                                        But the two I

23    am mainly aware of is when we tried doing the

24    suppressor thing that was a lost opportunity

25    and when we did the muzzle device, which they

Cole Leleux 6/30/2023

Page 96

1                         C. LELEUX

2    said was fine.  And actually, I'm kind of

3    surprised they said that one is fine because

4    I could see them changing their mind on that

5    in the future.



Cole Leleux 6/30/2023



Page 106

1                      C. LELEUX

25      Q.  In Florida, yes.  Okay.  What was

Cole Leleux 6/30/2023



Page 107

1                          C. LELEUX

2       the customer response to the letter?

3            A.

15

25                  To be fair, there were also a

Cole Leleux 6/30/2023

Page 108

```
 1                      C. LELEUX
 2    handful of people who said, hey, this thing,
 3    the government said it's illegal.  And I
 4    think all we could really do is tell them
 5    that that's the government's position and our
 6    position is this.  Because our understanding
 7    of things and our view of things was that it
 8    was the government's position that it was
 9    illegal and that no legal determination had
10    been made by any court.  There was no final
11    ruling anywhere.  There was nothing that was
12    legally binding.
13            So, you know, there was definitely
14    some people who e-mailed concerned, but the
15    overwhelming response was sales went through
16    the roof.  And we got I don't know how many
17    e-mails talking about, you know, I'm going to
18    buy one, but I'm locking my dog up, you know.
19    All of the jokes about the ATF and killing
20    people at Waco and Ruby Ridge were strong.
21
```

Cole Leleux 6/30/2023

1                    C. LELEUX

2

8    Q.   What is a 3-position trigger?

9    A.   3-position is referring to the

10   different positions the safety selector can

11   rotate to.  So the first position would be

12   the safe position where if you pull the

13   trigger, the safety -- the safety has a shape

14   to it that blocks the back side of the

15   trigger from moving up and down.  So in the

16   safe position, there is a hump that prevented

17   the trigger from getting pulled because it's

18   blocked.  Then you switch up to the standard

19   semi-automatic mode.  And what it is is that

20   the trigger member itself is cut in half, and

21   one half of it has a disconnect on it, which

22   the disconnect is how other semi-automatic

23   triggers work.  So in that second position,

24   it shifts that disconnect up so that way the

25   disconnect now catches the hammer and it

Cole Leleux 6/30/2023

Page 165

```
 1                    C. LELEUX
 2    works as a standard, you know, a standard
 3    semi-automatic trigger where you squeeze the
 4    trigger and it fires and you can release some
 5    of the pressure.  And when you release some
 6    of the pressure, there is a trigger return
 7    spring that forces the trigger forward and
 8    then you can apply more of that pressure back
 9    and you can just squeeze back.  And then if
10    you flip to the third position, the third
11    position is forced reset semi-automatic.  And
12    when it's in that position, the disconnect
13    moves out of the way and then it just
14    operates the way that the normal 2-position
15    version works that was on the market and
16    being sold.
17
18
19
20
21
22
23
24
25
```

Cole Leleux 6/30/2023

Page 175

1                    C. LELEUX

2  ████████  ██████  ████████  ████  █████  ████████  ████

█  ██  ████  ████  ███  ███  ███  ███████

█       ████  ████  ████  ████  ███  ████████

█  ██████  ████  ████  ████  ████  ███  ████████

█       ████████  ███  ████  ████████

█       ████  ████████  ███  ████████  ████

8      Q.  Is there a Charles involved with RBT

9  or any of the other companies?

10     A.  There is no Charles.  That, was me.

11     Q.  Can you explain?

12     A.  ██ ██ ████ ███ █ ███ █ ███ █

██  ████  ████  ████  ███  ████  ████  █  ███  ███

██  ████  ████  █  ████  ███  ██  ████  ████  ███  █

██  ████  ████  ████  ███  ████  ███  ████  ███

██  ████  ████  ████  ████  ████  ████  ████

██  ████████  ████  ████  █  ███  ████  ████

██  ████  ████  ███  ████  ████  ████  ████

19     ████  ████  ███  █  ████  ████  ████  ███  ██

██  ████  ████  ████  ████  █  ███  ████  ████

██  ████  ████  ███  ████  ████  ████  ████  ██

██  ████  █████  ████  ████  ████  ████

██  ████  ████  █  ████  ████  ████  ████

██  ████  ████  ███  ████  ████  █  ███  ████

██  ████  ████  ████  ████  ████  ████  ████

Cole Leleux 6/30/2023

Page 176

1                          C. LELEUX

2      ████ ██ ████ ██ █████ ████ █████ ██ ██ █████

       █ █████ █████ ████ ████ ████ ██ ████

       █ █████ ████ █████ ████ ██ █████

       █ █████ ████ ████ █████ ████ █████ █

       █ █████ ████ ████ ████ ██ ████

       █ █████ ████ ████ ██ ████ ██ █████

       █ █████ ████ ████ ████ ███ ████

       █ █████ ████ ████ █████ ████ ████

10     █ ████ ██ ████ ████ █████ ████ ██ ████

       ██ █████ ██ ████ ████ ██ ████ ████

       ██ █████ ████ ████ ██ ████ █████

       ██ █████ █ ████ ████ ██ ████ ██ ████

       ██ █████ █████ ████ █████ █████ ████

       ██ ████ ██ █ ████ █ ████ █████ ████

16     ██████  So he just let me log-in to his

17     admin account and I would just reply with an

18     answer and just put Charles at the bottom.

19     ████ ████ ████ ██ ████ █ ████ ████

       ██ █████ ████ ██ ████ █████ █ ████ ████

       ██ █████ ████ ████ ██ ████ ████ ████

       ██ █████ ████ ████ ████ █████ ████

       ██ █████ ████ ████ ████ ██ ████

       ██ █████████ ████ █████ ██ █ ████ ██ .

25     █ ████ ████ ████ █████ █ ██ ████ █

Cole Leleux 6/30/2023

Page 177

1                    C. LELEUX

2    ███ ███ ██ ███ ███ ▌ ████ ███ ███ ███

     ▌ ███ ██ ██ ████ ████ ███ ██ ▌ ███ ███

     ▌ ███ ███ ███ ████ ███ ██ ███.

5        Q.  You are talking about the e-mail

6    account -- let's get this right --

7    admin@rarebreedtriggers.com?

8        A.  Yes.

9        ███ ██ ███ ███ ████ ███ ██ ███

     ██ ████ ██ ███ ███ ██████

     ██ ███ ▌ ███ ███ ███ ██

     ██ ███ ██ ██ ████

     ██ ███ ▌ ███ ██ ████ ██ ███ ██ ██

     ██ ███ ███ ███ ███ ███ ██ ████

     ██ ███ ██ ███ ███ ███

16       Q.  Well, largely dealers, but I suppose

17   anybody.

18       A.  Well, retail, I believe, it just

19   never was an option that was even

20   contemplated, it was just credit card.  I

21   think at some point when credit card

22   companies started being weird about

23   transactions, it was contemplated to go to

24   like eCheck, which, I guess, eCheck might be

25   similar to ACH.  I'm not sure on the banking

Cole Leleux 6/30/2023

Page 178

1                    C. LELEUX

2     terminology.  With dealers, I believe the

3     concern was with ACH versus wires was just

4     fraudulent charge-backs.  ACH, even though,

5     it's, basically, essentially, like a wire,

6     the money comes direct, but then ACH gives

7     them room to, you know, oh, I didn't get it

8     or, oh, I don't like it.  And a wire, it's a

9     payment and there is no refund, there is no

10    returns, there is no exceptions, like the

11    policy says.

12    ███████  ███████    ██████  █████  ██████

██        ████  ███████  █████

██              █████  ██████

██    ██████  ██████████  ████  ████  ██  █████

██  █████  ████████  ██  ████  ████  █  ████  █████

██    ████████  ████

██        █████  ████

██        █████  ██████  █████  █████  ██████

██        █████  ████  █████

21        █████  ████  █████  ████  ████████

██        █████  ████  ████

██        █████  ████  ████  ██████  █████  ███

██    ████  █  ████  █████  ████  █████  ████  ████

██      █████  ████  ██████