UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:23-cv-00369-NRM-RML

-against-

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

Defendants.

- - - - - - - - - - - - - - - - x

June 29, 2023
9:30 a.m.

VIRTUAL DEPOSITION of JENNIFER PIERSON, the Non-Party Witness, taken by the Plaintiff, in the above-entitled action, held at the above time and place, pursuant to Subpoena, taken before AMY BOGUSZEWSKI, a Shorthand Stenotype Reporter and Notary Public within and for the State of New York.

A p p e a r a n c e s:

UNITED STATES ATTORNEY'S OFFICE
Attorneys for Plaintiff
271 Cadman Plaza East
Brooklyn, New York 11201

BY: PAULINA STAMATELOS, ESQ.
BY: MICHAEL BLUME, ESQ.

DHILLON LAW GROUP
Attorneys for Defendants
256 Fifth Avenue, 4th Floor
New York, New York 10001

BY: MICHAEL COLUMBO, ESQ.
BY: DAVID WARRINGTON, ESQ.
BY: JOSIAH CONTARINO, ESQ.

ALSO PRESENT:

MARIELLE BURNETT, USAO INTERN

SOTIR ZHUPA, USAO INTERN

KEVIN MAXWELL, DEFENDANT
(Joined at 9:45 a.m.)

LAWRENCE DEMONICO, DEFENDANT
(Joined at 9:45 a.m.)

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to before any officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court and that a copy of this examination shall be furnished without charge to the attorney representing the witness testifying herein.

THE REPORTER: Will counsel please stipulate that in lieu of formally swearing in the witness, the court reporter will instead ask the witness to acknowledge that the testimony will be true under the penalties of perjury, that counsel will not object to the admissibility of the transcript based on proceeding in this way, and that the witness has verified that she is, in fact, Jennifer Pierson?

MS. STAMATELOS: We consent.

MR. COLUMBO: Yes, we consent.

J. PIERSON

J E N N I F E R P I E R S O N, the Non-Party Witness herein, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

THE REPORTER: State your name for the record, please.

THE WITNESS: Jennifer Pierson.

Jennifer Pierson 6/29/2023
Page 6

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 7

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 8
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 9

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



J. PIERSON

[redacted]. Did you review any documents before this deposition to prepare for it?

[redacted]

Q. Is that a yes?

A. Yes.

Q. Which documents?

A. We looked at some screenshots of text messages and I also just barely started looking at some charge-back documents.

Q. [redacted] What do you mean by screenshots of text messages?

A. There was some string of text

J. PIERSON

messages between, like, it was an RBT admin group.

Q. Okay. Let me ask some further questions. What is the RBT admin group?

A. A group text exchange.

Q. Who is on the group text?

A. I believe it was Lawrence, Cole, Kelly, myself. And then I just learned yesterday there was another person on there, who I'm not sure who it was.

Jennifer Pierson 6/29/2023
Page 12
J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 13

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 14
J. PIERSON

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 15

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 16

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 17

J. PIERSON

Q. Who employed you in connection with the Defendants here today?

Free State Reporting, Inc. 410-974-0947

J. PIERSON

A. I'm a contractor with Rare Breed Triggers.

Q. When did you first start working with Rare Breed Triggers?

A. I think it was January of 2021.

Jennifer Pierson 6/29/2023
Page 19

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



J. PIERSON

[redacted]

Q. When did you review these documents?

A. Yesterday.

Q. What time yesterday?

A. The text messages would have been between 2:00 and 4:00 p.m. Central and then

[redacted]

Q. Did you review these documents with Counsel?

A. The text messages, yes.

[redacted]

Jennifer Pierson 6/29/2023

Page 21

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 22

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 23

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 24

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 25

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 26

J. PIERSON

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023
Page 27
J. PIERSON
Free State Reporting, Inc. 410-974-0947



Page 28
J. PIERSON

J. PIERSON

Q. What about for those individuals who were requesting charge-backs and refunds?

A. Well, someone could request a charge-back with their bank without contacting me, but had they contacted me about it, it would be at customerservice@rarebreedtriggers.com.

J. PIERSON

Q. So then we will get to that in a second. So what kind of e-mails did you receive at customerservice@rarebreedtriggers.com?

A. I'm sorry. What kind of e-mails did I receive?

Q. Yes.

A. Any kind of e-mail you can imagine from a customer. I got questions about orders, where is my order, what is the order status. I was contacted if UPS lost a package and a customer didn't receive it. I was contacted frequently to help tune the customer's firearm, to run the FRT. I was contacted if a customer wanted to return their FRT, things along those lines.

Jennifer Pierson 6/29/2023

Page 31

J. PIERSON

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 32
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 33

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 34
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 35
J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 36

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 37

J. PIERSON

Free State Reporting, Inc. 410-974-0947

J. PIERSON

Q. So let's talk about your employment history. Now, are you currently employed as a subcontractor with Rare Breed Triggers?

A. Yes.

J. PIERSON

Q. How did you get the job?

A. A mutual friend of Lawrence and mine suggested that I would be a good fit.

Q. What is the name of that friend?

A. Sam Eastman. I'm sorry?

Q. Nothing. One second. Who is Sam Eastman?

A. A friend.

Q. Do you know if he is a lawyer?

A. I believe so.

Q. Do you know if he has a relationship with Mr. DeMonico?

A. They are friends, as well.

Q. How long have you known Mr. Eastman?

A. Several years.

Jennifer Pierson 6/29/2023

Page 40

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 41
J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

Q. So when you started working for RBT, who told you what your duties would be?

A. Lawrence.

Q. And what did he tell you?

A. That I was going to be doing customer service.

Q. Now, you mentioned an e-mail account, customerservice@rarebreedtriggers.com, is that right?

A. Yes.

Q. And you received and responded to e-mails addressed to this account?

A. Yes.

Jennifer Pierson 6/29/2023

Page 43

J. PIERSON

Q. Who had access to the
admin@rarebreedtriggers.com account in

Free State Reporting, Inc. 410-974-0947

addition to you?

A. Lawrence.

Q. So who was checking the admin@rarebreedtriggers.com account?

A. As far as I'm aware, only Lawrence.

Q. Now, what is the difference between a customerservice@rarebreedtriggers.com and the admin@rarebreedtriggers.com account?

A. Well, once we established the customer service account, it was any customer communication was to come through customer

Jennifer Pierson 6/29/2023
Page 45
J. PIERSON

service.

Q. And that included dealers?

A. And that included dealers, yes.

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 46

J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

Q. Did you also respond to individual customers asking for refunds via the customer service address?

A. Yes.

Jennifer Pierson 6/29/2023

Page 48
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 49
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 50

J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

Q. When was the last time you received a paycheck for Rare Breed Triggers?

A. This month.

Q. I'm so sorry. I didn't hear.

A. This month.

Q. So you are still being paid monthly

Jennifer Pierson 6/29/2023

Page 52

J. PIERSON

subsequent to this litigation being filed?

A. Correct.

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 53

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 54

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 55

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 56

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 57
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Did Rare Breed Triggers maintain a newsletter, an online a newsletter through their website?

A. Yes. People could subscribe, yes. I don't know that I would call it -- I don't know that I would say that we maintained a newsletter, but that was an option.

Q. And can you describe, what is that option? What is a subscription?

A. So someone can go in and put their e-mail address on our website and, basically, agree to receive communications from us.

Jennifer Pierson 6/29/2023

Page 59
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 60
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 61

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 62
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 64

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 65

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 66
J. PIERSON

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 67

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 68
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 69

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 70

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 71

J. PIERSON

Q. I'm going to ask you about another e-mail account for Rare Breed Triggers, and that is dealersales@rarebreedtriggers.com, what is that account?

Free State Reporting, Inc. 410-974-0947

J. PIERSON

A. It was an account we established so that dealers had a specific e-mail that they could reach out to regarding placing dealer orders.

J. PIERSON

Q. Who responded to e-mails sent to dealersales@rarebreedtriggers.com?

A. I think that was Kelly.

Q. Kelly Leleux?

A. I think so.

Q. How do you know that?

A. I'm trying to remember how. I don't know how I know that. I think it was Kelly.

Jennifer Pierson 6/29/2023

Page 74
J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

[redacted]

Q. The only question I have is, can you tell me what that ticket comment means, ticket #29599? Do you know?

A. So that's when an e-mail is converted into a ticket for me to be able to track and then be able to close it out when I've responded and done dealing with that specific e-mail chain.

Q. Okay. Understood. And these tickets, where are they maintained or are they maintained?

A. Through Freshdesk.

Q. Freshdesk? What is Freshdesk?

A. It's a system specifically to help track and close out, like, e-mails. An organizational system for e-mails so that you can -- once you are finished dealing with that issue, I can close it out. It's just a way for me to keep track of e-mails I am

J. PIERSON

working on.

[redacted]

What kind of a situation or an inquiry from a customer or anyone necessitate a ticket being opened?

A. Every single incoming e-mail is a ticket. I'm not sure why they refer to them as tickets.

Q. So Freshdesk, that is a third-party vendor?

A. Yeah, like a software.

[redacted]

J. PIERSON

Q. And why would you log-in to Freshdesk?

A. That's how I responded to customer e-mails, so that was daily.

Q. And to the best of your knowledge, are those e-mails, the correspondence -- excuse me -- is that maintained in Freshdesk?

MS. STAMATELOS: So this is Government Exhibit C, it bears Bates-stamped numbers RTF_0009751 and it goes to 9752. Amy, could you please scroll down? (So doing.)

Q. So this is another e-mail from customer service to admin@rarebreedtriggers.com sent September 12, 2022. I just want to scroll down to the e-mail where it says: "On Monday, September 12, 2022, 11:29 AM Customer Service." It's in the middle of the first page. Do you see that?

A. (No response.)

Q. Do you see the language: "I'm sorry for the delayed response. We have not turned over a customer list to the ATF -- we don't even have one to turn over, as we have a digital shredding policy." And then Jen, is that you?

A. Yes.

Q. Now, I want to scroll down to the August 23, 2022, 11:21 AM Customer Service

J. PIERSON

e-mail, and that is a paragraph that begins with: "Our position is that the FRT-15 is a fully legal semi-automatic," et cetera. And then it ends with: So we filed a new lawsuit against the ATF, which is currently in litigation." Now, I have one question in regard to this paragraph. Who came up with this paragraph?

A. I think I would have gotten the information from Lawrence.

Q. So Lawrence drafted this paragraph? To the best of your understanding, Mr. DeMonico drafted this paragraph and gave it to you?

A. I think so.

Q. And what instructions did he give? Did he give you any instructions on how to use this paragraph?

A. I think just as a response to customers asking about the FRT-15 and the situation with the ATF.

J. PIERSON

Q. What do you mean by a digital shredding policy?

A. I don't know exactly. That's just what I was told.

Q. And who told you that? Who told you to use that phrase? I'm so sorry I interrupted you.

A. Lawrence.

J. PIERSON

Q. Okay. Did there come a time where you did know that ATF served a Cease and Desist letter upon Rare Breed Triggers?

J. PIERSON

A. Yes.

[redacted]

Q. And how did you find out?

A. I actually think first I started getting bombarded with e-mails, customers asking, and then I had a conversation with Lawrence about it.

[redacted]

Q. Was anyone displeased with your company afterwards, after receiving the Cease

J. PIERSON

and Desist letter?

A. I think there were some, yes.

Q. Was there an uptick in requests for refunds after the first Cease and Desist letter?

A. Yes, I think so.

Q. And is it fair to say that or is it accurate to say that Rare Breed Triggers had a no refund policy?

A. Yes.



Jennifer Pierson 6/29/2023

Page 84

J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

But you were telling customers that their information was being shredded?

A. Right, that we had a digital shredding policy.

J. PIERSON

Q. So were you just copying and pasting language that was provided to you from Mr. DeMonico?

A. More or less, yeah, you can say that.

Jennifer Pierson 6/29/2023

Page 87
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 88

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 89

J. PIERSON

■. I heard about it yesterday in our call.

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 90

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 91
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 92
J. PIERSON
Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 93
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 94

J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

Q. Now, do you recall what that group text --

What are some of the subjects that came up in that group text?

A. One of the biggest things in that group text would be Lawrence sending over pictures of replacement packages that I needed to have information for to provide to customers. Also, in that text is where I would send updates of the refunds and cancelations that I would do. I think those were -- that I can recall, those were the two main things.

Jennifer Pierson 6/29/2023

Page 96
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 97
J. PIERSON
Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 98

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 99

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 100

J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON



Jennifer Pierson 6/29/2023

Page 102

1                    J. PIERSON

■■  ■■■■  ■■■■

■■      ■■■  ■■  ■■■■■  ■■  ■■  ■  ■■■

■■      ■■■■  ■■■■

■■    ■■  ■■■  ■■■  ■■  ■■  ■■  ■■  ■■  ■■

■■  ■■■  ■■■  ■■  ■■  ■■  ■■  ■■  ■■

■■  ■■■  ■■■  ■■■  ■■  ■■  ■■  ■■■  ■■

■■  ■■■  ■■■  ■■  ■■  ■■  ■■  ■■  ■■

■■  ■■■  ■■■  ■■  ■■  ■  ■■■  ■■

■  ■■  ■■■

■■  ■■  ■■■  ■■  ■■  ■■  ■■  ■■

■■  ■■  ■■■  ■■  ■■  ■■■

13      Q.  This, from on Tuesday, December 6th,

14   to where it says "I hope this helps, Jen,"

15   did you draft this?

16      A.  I typed in some of this e-mail.  So

17   the middle part that you didn't address:

18   "Our position is that the FRT-15 is a fully

19   legal semi-automatic trigger," that was

20   information that was given to me.  The saying

21   that the WOT, that I'm not able to say too

22   much about how we came about having

23   them/selling them, that information was given

24   to me.

25      Q.  That information was given to you

Free State Reporting, Inc. 410-974-0947

J. PIERSON

from whom?

A. Lawrence.

[redacted]

Q. So for example, this paragraph: "Our position is that the FRT-15 is a fully legal semi-automatic trigger," et cetera, et cetera, were you directed by Mr. DeMonico to use this boilerplate language to respond to customers?

A. Yes.

[redacted]

Jennifer Pierson 6/29/2023

Page 104
J. PIERSON

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023

Page 105

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 106

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 107
J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

[redacted]

Q. And I'm just going to scroll slowly so that you can see the document, it's from April 22, 2022. The activity date mentions payments have been assigned to it. I'm going to scroll down. Do you see where it says "please cancel order"?

A. Yes.

Q. Do you see where Mr. Maxwell replied?

A. So, no, that's not Mr. Maxwell replying. That's just how it shows up from -- I don't know if because the account is in his name. I'm not sure why that shows up, but that's me replying.

[redacted]

Jennifer Pierson 6/29/2023
Page 109

CONFIDENTIAL

[redacted]

Free State Reporting, Inc. 410-974-0947



CONFIDENTIAL

Q. Now, if someone had already had an FRT-15 and then after taking possession, raised some concerns about the legality of the FRT-15, would you issue a refund?

A. If they have taken possession of it, we would -- my response would be, our position is that it's a fully legal semi-automatic trigger and as you

CONFIDENTIAL

acknowledged and agreed to when you checked out on our website, we have a very clear no return, no refund policy.

Q. I'm going to scroll down to this part of the charge-back where it says -- USA_17034, that's the Bates number -- it says here with regard to this individual, Gustavo, who raised concerns about the legality of the FRT-15 in 2022:

"During checkout, all customers are required to acknowledge that we (Rare Breed Triggers) have a no return policy. In fact, the box you checked during checkout states, "RETURN POLICY: ALL SALES ARE FINAL. NO EXCHANGES, NO RETURNS, NO EXCEPTIONS." This was not done to avoid honoring a product warranty."

I'm going to scroll down so I don't read the entire thing. It says:

"Now that we are in the fight of our lives, accepting returns would put an extreme financial strain on the company and prevent us from being

J. PIERSON

able to afford what's sure to be a
very costly legal battle."

Did you draft this paragraph "during checkout" or was this another boilerplate that you received from Mr. DeMonico or anyone else?

A. That, was information that I received from Mr. DeMonico.

Jennifer Pierson 6/29/2023

Page 113

J. PIERSON

Q. I'm just going to scroll up. Customer service to admin, November 29, 2022. Scrolling down. So here I'm seeing on Tuesday, the 27th of November: "Is this for

Free State Reporting, Inc. 410-974-0947

J. PIERSON

real, or a setup?" And then you scroll up and it is a response from you at customer service: "It's for real! We (RBT) are selling WOTs in a fire sale to fund our legal fight against the ATF. Thank you for your support!" Did you draft this language or did someone else draft this language?

A. I was given that information.



Jennifer Pierson 6/29/2023

Page 115

J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 116
J. PIERSON

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 117

J. PIERSON

Free State Reporting, Inc. 410-974-0947



J. PIERSON

Q. Did RBT tell customers in the states that RBT would not ship in to to go to GunBroker, Big Daddy or just a third party to purchase FRT-15s?

A. Yeah. I let them know that that was

Jennifer Pierson 6/29/2023

Page 119

J. PIERSON

an option.

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023
Page 120

J. PIERSON

[redacted]

Free State Reporting, Inc. 410-974-0947



Jennifer Pierson 6/29/2023

Page 121
J. PIERSON

Free State Reporting, Inc. 410-974-0947

A C K N O W L E D G E M E N T

STATE OF NEW YORK)

:ss

COUNTY OF )

I, JENNIFER PIERSON, hereby certify that I have read the transcript of my testimony taken under oath on June 29, 2023, that the transcript is a true, complete and correct record of what was asked, answered and said during my testimony under oath, and that the answers on the record as given by me are true and correct.

______________________________
JENNIFER PIERSON

Signed and subscribed to before me, this _____ day of ____________, 2023.

__________________________
NOTARY PUBLIC

# I N D E X

| WITNESS | EXAMINATION BY | PAGE |
|---|---|---|
| J. PIERSON | MS. STAMATELOS | 5-121 |

## EXHIBITS

| GOVERNMENT | DESCRIPTION | PAGE |
|---|---|---|
| A | Temporary Restraining Order and Order to Show Cause | 64 |
| B | E-mail Bates-stamped RTF_9720 | 74 |
| C | E-mail Bates-stamped RTF_9751-9752 | 77 |
| D | Cease & Desist Letter July 2021 | 81 |
| E | E-mail Bates-stamped RTF_9984-9985 | 87 |
| F | E-mail Bates-stamped RTF_6881-6883 | 98 |
| G | E-mail Bates-stamped RTF_98639866 | 100 |
| H | Document Bates-stamped USA_17030-17043 | 108 |
| I | E-mail Bates-stamped RTF_9824-9825 | 113 |
| J | E-mail Bates-stamped RTF_9779 | 115 |

C E R T I F I C A T E

STATE OF NEW YORK )
) Ss.
COUNTY OF NEW YORK )

I, Amy Boguszewski, a Shorthand (Stenotype) Reporter and Notary Public, do hereby certify that the foregoing Deposition of the witness, JENNIFER PIERSON, taken via ZOOM at the time and place aforesaid, is a true and correct transcription of my shorthand notes.

I further certify that I am neither counsel for nor related to any party to said action, nor in any wise interested in the result or outcome thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of July, 2023.

AMY BOGUSZEWSKI

DEPOSITION ERRATA SHEET

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Page No.____Line No.____Change to:___________

_______________________________________________

Reason for change:____________________________

Signature:____________________DATE:__________

JENNIFER PIERSON