UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

- v. -

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,

          Defendants.

Civil Action No. 23-cv-369
(Morrison, J.)
(Levy, M.J.)

# DECLARATION OF JAMES HITCHCOCK

I, James Hitchcock, have personal knowledge of the following facts set forth below, and if called as a witness I would testify as follows:

1.    I am a Senior Industry Operations Investigator (IOI) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and am currently assigned to the Tampa Field Division, Orlando Field Office, where I am principally responsible for conducting inspections of individuals and entities licensed by ATF to engage in commercial conduct related to firearms and explosives.

2.    On August 27, 2021, I was assigned as the Duty IOI for the Orlando Field Office, which required that I respond to telephonic inquiries received on the Office's main telephone line. In order to fulfill this responsibility, phone calls made to the Orlando Field Office's main telephone line were automatically forwarded to my government-issued cellular telephone. At 4:06 p.m. on August 27, 2021, I received a phone call from the telephone number 407-849-2951. I believe this phone call was made to the Orlando Field Office's main telephone line and was forwarded to my cellular telephone.

3. The caller did not identify himself. He stated that, "It's treasonous. When are you going to stop trampling on our Second Amendment rights?" I asked the caller if he had a question. He muttered, "Second Amendment," in response and then said, "We're coming down … Coming to ATF, your office. We are going to assemble. Going to assemble and protest at the office. We are bringing the rocket launcher." The caller then hung up.

4. The call lasted approximately one minute. I did not record it.

5. Attached at Exhibit A is a picture of the image from my phone indicating that I received an incoming call from 407-849-2951 that lasted "1 minute."

6. At the time I received the phone call, I was physically located in the Orlando Field Office and was with an ATF Intelligence Research Specialist (IRS) assigned to the Tampa Field Division's Crime Gun Intelligence Center.

7. The IRS conducted a Google search using the term "4078492951." Several of the results indicated that the phone number was associated with the Law offices of Kevin C. Maxwell, as well as several other possible associations. Attached at Exhibit B is a picture of the results.

8. That same day, August 27, 2021, the IRS visited the website "maxlaworlando.com," which appeared to be the website for the Law Offices of Kevin C. Maxwell. On a page within that website titled, "CONTACT," there is a fax number listed. That number is 407-849-2951 Attached at Exhibit C is a picture of that webpage. On July 11, 2023, I attempted to visit the website "maxlaworlando.com" and it now appears to be a malicious website. It is not known to me whether the website remains associated with the law offices of Kevin C. Maxwell.

9. The IRS also queried intelligence databases for the phone number 407-849-2951. The queries revealed that the phone number was also associated with an entity identified as

"Private Counsel", and an attorney with an address of 733 W. Colonial Drive, Orlando, FL, 32804. That address was identified, on the "maxlaworlando.com" website (as of August 27, 2021), as the location for the Law Offices of Kevin C. Maxwell. Attached at Exhibit D is a picture of the relevant webpage.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 11, 2023.

By: *James Hitchcock*
James Hitchcock
Senior Industry Operations Investigator

# Exhibit A



# Exhibit B



## 4078492951 - Google Search

Google  4078492951

About 411 results (0.47 seconds)

https://www.floridabar.org › directories › find-mbr › pr...
**Member Profile – Shon Joseph Douctre - The Florida Bar**
The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state ...

https://www.floridabar.org › about › section › profile
**Section Member Profile – Steven Ashraf Halim - The Florida Bar**
Bankruptcy, Civil Litigation, Commercial Litigation, Construction, Criminal, Family, Real Estate, Real Estate/Land Development, Trial. Languages: English.

https://maxlaworlando.com › contact
**Get in Touch | Orlando, Florida | The Law Office of Kevin C ...**
All communications are returned within a timely manner, for at The Law Office of Kevin C. Maxwell and Associates, we understand that your time, like ours, ...

https://lawyers.findlaw.com › ... › Florida › Orlando
**Law Office of Kevin C. Maxwell, Esquire - Orlando, FL**
Feb 19, 2021 — Law Office of Kevin C. Maxwell, Esquire, an Orlando, Florida (FL) Law Firm -

https://lawyers.findlaw.com › ... › Florida › Orlando
**Private Counsel, LLC - an Orlando, Florida (FL) Criminal Law ...**
Dec 24, 2018 — Private Counsel, LLC, an Orlando, Florida (FL) Law Firm - Criminal Law, DUI/DWI

https://www.privatecounselllc.com › attorney › shon-+d...
**Shon Joseph Douctre - Orlando, Florida - Private Counsel, LLC**
Mr. Douctre is the Founder and Managing Member of Private Counsel, LLC, a private law office with a section dedicated to CRIMINAL DEFENSE and DUI.

https://www.privatecounselllc.com › attorney › jill-ham...
**Jill Hampton - Orlando, Florida - Private Counsel, LLC**
Jill is a member of the Florida Bar and is admitted to practice before all federal, state (circuit), and county courts within the State of Florida.

https://lawyers.justia.com › Lawyer Directory › Orlando
**Jill Marie Hampton - Orlando, Florida Lawyer - Justia**
Orlando, Florida attorney Jill Marie Hampton. Research legal experience, professional associations, jurisdictions and contact information on Justia.

https://www.okcaller.com › ...
**Accurate Caller ID for 4078492949 in Orlando, FL: - OkCaller.com**
... search 4078492947.google number 4078492948,north american phone number 4078492949.ID 4078492950,identification 4078492951,real time directory assistance ...

https://flcourts18.org › docs › sem › Court_Appoi... PDF
**2021 Court Appointed Attorney Registry - Eighteenth Judicial ...**
Jul 21, 2021 — CAPITAL REGISTRY (CO-COUNSEL). 171977. 215 E. LIVINGSTON ST., ORLANDO, FL, 32810-. (407) 426-1514. (407) 549-0776 fjb@bankowitzlaw.com.
7 pages

32828, Florida - Based on your places (Home) - Update location

Help  Send feedback  Privacy  Terms

f2                                                                                  8/27/2021, 4:20 PM

Scanned with SwiftScan

# Exhibit C



# CONTACT

## GET IN TOUCH WITH THE LAW OFFICE OF KEVIN C. MAXWELL AND ASSOCIATES TO SCHEDULE YOUR FREE INITIAL CONSULTATION TODAY!

- 733 West Colonial Drive, Orlando, FL 32804
- Office Phone: (407) 480-2179
- Fax: (407) 849-2951
- Attorney: kevincmaxwell@gmail.com
  Paralegal: kevinmaxwellpl@gmail.com
- Monday - Thursday: 9:00 AM - 5:00 PM
  Friday: 9:00 AM - 1:00 PM
  After Hours & Weekends by Appointment

### SEND US A MESSAGE

Name (Required)

Phone (Required)

Email

Regarding (Required)

Office Phone: (407) 480-2179

Home
Areas of Practice
Our Firm
Settlements & Verdicts

Get in Touch | Orlando, Florida | The Law Office of Kevin C. Maxwell a...
https://maxlaworlando.com/contact/

1 of 2        8/27/2021, 4:26 PM

Scanned with SwiftScan

# Exhibit D

