

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

July 25, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Rare Breed Triggers, LLC, et al.*
             **Civil Action No. 1:23-cv-00369-NRM-RML**

Dear Judge Morrison:

      This firm represents Defendants in the above-captioned matter. In advance of the August 1 and 2, 2023, hearing dates in this matter, Defendants respectfully file the following declarations that constitute written sworn testimony of certain of Defendants' witnesses:

1. Declaration of William Akins;
2. Declaration of Brian Blakley;
3. Declaration of Douglas Hill;
4. Declaration of James Judge; and
5. Declaration of Brian McCann.

                                                    Respectfully submitted,

                                                    DHILLON LAW GROUP INC.

                                                    By: _____/s/_____
                                                       David A. Warrington (*pro hac vice*)
                                                       Michael A. Columbo (*pro hac vice*)
                                                       Josiah Contarino

cc: All Counsel of Record (via ECF)

A CALIFORNIA PROFESSIONAL CORPORATION WITH OFFICES IN
SAN FRANCISCO | NEWPORT BEACH | WASHINGTON, D.C.-ALEXANDRIA | NEWARK-NEW YORK | WEST PALM BEACH