## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> -against- <br><br> RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL, <br><br> Defendants. | Case No. 1:23-cv-00369-NRM-RML |

## <u>DECLARATION OF JAMES JUDGE</u>

I, James Judge, have personal knowledge of the facts set forth below, and if called as a witness I would testify as follows:

1.     My name is James Judge. I am the founder and CEO of Judge Public Relations.

2.     I have known Cole Leleux for eight years and Lawrence DeMonico for five years. Starting in 2015, I began to work with Cole and Spikes Tactical on various public relations projects. I have also previously worked with Cole and Lawrence on the launch of Rare Breed Firearms.

3.     On or around August 17, 2021, Cole and Lawrence reached out to me to handle media relations and ask that I work up a press release for Rare Breed Triggers about the ATF's cease and desist letter to them regarding the FRT-15 and their litigation against the ATF. They hired my firm to create and disseminate a press release explaining to the public that the ATF was coming after them, claiming the FRT-15 was a machinegun, and that they would be refusing to comply with the ATF's cease and desist based on their firm belief that the FRT-15 is a legal semi-automatic trigger. Cole and Lawrence were clear that their goal was to publicize

Rare Breed Triggers, LLC's dispute with the ATF over the FRT-15's legality as widely as possible.

4.      My company wrote a press release for them (attached as Exhibit A) based on information they provided me and a video public statement Lawrence prepared. We put the press release and video out[1] simultaneously. My firm distributed the press release to nearly 500 members of the media and national press. We sent emails and made phone calls to pitch the story of the ATF's cease and desist letter and Rare Breed Triggers, LLC's litigation. As a result of our efforts, the story was picked up by many national firearms publications and media outlets – such as Guns and Ammo, Bearing Arms, Firearms News and Recoil magazine – as well as traditional mainstream media publications, such as ABC, NBC and FOX. Several of the news articles published about Rare Breed Triggers, LLC's dispute with the ATF are attached as Exhibit B.

5.      As a result of my firm's initial work, the press release and video public statement had an estimated reach of more than 10 million households due to the media coverage we generated and the stories being shared with fellow gun enthusiasts via online forums and social media outlets.

6.      Subsequently, because of the initial PR efforts, media outlets have continued to cover the story and it has gained further momentum, having been covered by major international news providers such as Reuters,[2] which according to their website ThompsonReuters.com, "is the world's largest international multimedia news provider" and "is read and seen by more than 1 billion people worldwide every day."

---

[1] The video public statement is posted online here: https://vimeo.com/589573539. As of July 24, 2023, it has been viewed at least 34,500 times.

[2] Jonathan Stemple, Judge blocks sales of machine gun converters after U.S. sues, Reuters (January 26, 2023), https://www.reuters.com/world/us/us-blocks-firearms-sellers-selling-machine-gun-converters-2023-01-26/.

7.      The idea that Rare Breed or its officers attempted to hide or shield the cease and desist from the public is hard for me to believe because it is directly contradicted by their conduct in taking extensive efforts to publicize their dispute with the ATF. Rare Breed engaged my firm specifically to inform as many members of the public as possible about the ATF's cease and desist letter and Rare Breed's disagreement with it. As a result of Rare Breed's efforts, including hiring my firm, they reached millions of people with the story of their dispute with the ATF over the FRT-15's legality. A simple Google search will reveal hundreds of media stories about the dispute, undercutting the claim that the Rare Breed team sought to hide or mislead about the existence of the ATF's cease and desist letter or its stance that the FRT-15 is a machinegun.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 25, 2023

By: _____
            James Judge



**From:** JAMES JUDGE <jpjudge@judgepr.com>
**Sent:** Friday, June 30, 2023 6:13 PM
**To:** Cole Leleux <coleleleux@yahoo.com>; lawrence.demonico@gmail.com
**Subject:** Rare Breed Press Release Report

Good evening,

As requested, please see the attached report for the news release we sent out on behalf of Rare Breed Triggers at your request.

Judge PR was contacted by Rare Breed Triggers on or around 8-17-2021, and Rare Breed Triggers requested a press release about the cease and desist. We subsequently drafted a release and pitched it to the media.

The press release was sent to 436 members of the media through our distribution platform and then followup media pitching was also performed by Judge Public Relations. Please see the attached report.

Several media outlets covered the story. Note, it is difficult to track all coverage after more than a year has passed, and nearly two, as links to news stories often no longer work.

Here are just a few of the many stories that are still online, that were written after the release and the video were sent out: (Note, the video has also had more than 34,000 views since the distribution.)

https://freerangeamerican.us/rare-breed-triggers-atf-letter/



EXHIBIT A

https://www.recoilweb.com/rare-breed-triggers-atf-response-the-hero-we-need-170136.html
https://www.gunsandammo.com/videodetail/rare-breed-triggers-vs-atf/364166/451225
https://www.firearmsnews.com/editorial/ar-trigger-company-tells-atf-to-stick-it/395807
https://www.fox10phoenix.com/news/legal-battle-over-trigger-that-makes-ar-15s-fire-faster-has-arizona-based-company-concerned-over-outcome
https://www.wfla.com/news/florida/atf-takes-fire-from-orlando-gun-trigger-designer-in-lawsuit-over-cease-and-desist-order/
https://www.youtube.com/watch?v=CcWgAq8RDWk
https://www.wftv.com/news/9investigates/orlando-based-company-suing-atf-debate-over-an-ar-15-attachment/432URMUUABDBHLB66WNVRSOQME/
https://www.athlonoutdoors.com/article/rare-breed-triggers-atf/
https://www.firearmstalk.com/threads/rare-breed-triggers-issued-cease-and-desist.146169/

**Respectfully,**
**James Patrick Judge**
**Chief Executive Officer**
**Tel: 813.279.8335**
**Fax: 813.279.8336**
**Cell: 727.463.1295**
**Web: judgepr.com**



# Rare Breed PR Distribution - 8/23/2021 12:16:55 PM

## Florida gun company says they won't comply with ATF cease-and-desist order

**Created by: Judge Public Relations, LLC for Rare Breed**

EXHIBIT B

Rare Breed Distribution 8/23/2021 12:10:53 PM

Florida gun company says they won't comply with ATF cease and desist order

## Analytics



| OPENED | CLICKED | BOUNCED |
|--------|---------|---------|
| 19% | 4% | 0% |

## Click Summary

| LINK TEXT | NUMBER OF CLICKS |
|-----------|------------------|
| In the video, Lawrence DeMonico | 31 |
| Florida-based gun company | 23 |
| Gun company says they won't comply with ATF cease-and-desist order | 0 |

1

## Copy of Email

**NEWS RELEASE**
**FOR IMMEDIATE RELEASE**
Date: Aug. 23, 2021
Media Contact: James Judge
Tel: 813.279.8335
Cell: 727.463.1295
Email: jpjudge@judgepr.com



### Gun company says they won't comply with ATF cease-and-desist order

ORLANDO, Fla. - The president of a Florida-based gun company released a recorded statement Friday saying his company will not be complying with a cease-and-desist order issued by the ATF in late July.

According to the cease-and-desist letter issued on July 26, the ATF alleged that Rare Breed Triggers's FRT-15 trigger was actually a machine gun, and the agency ordered Rare Breed Triggers to halt production and sales, and create a plan to address the triggers that had already been sold and distributed.

In the video, Lawrence DeMonico, president of Rare Breed Triggers, says his company will not be complying with the order by the federal agency and lays out his case for why they are choosing to civilly disobey the order.

According to DeMonico, contrary to the ATF's allegations, DeMonico says the fact of the matter is that the FRT-15 cannot fire more than one round by a single function of the trigger. That's important to note, because that is probably the most pertinent portion of the definition of a machine gun as defined by the Gun Control Act and National Firearms Act, DeMonico says.

Beyond making the case for why they would not be complying, DeMonico says the company immediately responded to the ATF's cease-and-desist order to inform them that they did not agree with the ATF's claim. Additionally, DeMonico says they have also followed up by filing a lawsuit in the United States Federal Court for the Middle District of Florida.

"To put it simply, our trigger is not a machine gun as the ATF alleges, and we have complied fully with the law throughout the manufacture and production of this product," DeMonico said. "What's dangerous is that the ATF is no longer just enforcing the law, but starting under the Trump administration and continuing through the Biden administration, the ATF and other agencies which are supposed to enforce the law, now believe that they can reinterpret and change the law, whenever it suits their desires."

According to the complaint, Rare Breed Triggers sought the opinion of four independent experts, which provided testimony stating that the FRT-15 is not a machine gun. According to DeMonico, it's important to note that all of these witnesses are renowned firearms experts. They have even testified countless times on behalf of the ATF in the past and they all have acknowledged that the FRT-15 is not in-fact a machine gun as defined by federal law.

"We're going to see this through, because this is a fight to protect not only the second amendment, but really all of our freedoms," DeMonico said. "We're seeing more and more examples of our government's agencies acting without the authority to do so, and far too few seem to be standing up for our freedoms."

-30-

2

Rare Breed PR Distribution 8/23/2021 12:16:55 PM

Florida gun company says they won't comply with ATF cease and desist order

# Email Details

Subject
Florida gun company says they won't comply with ATF cease-and-desist order

Sender Name
James Judge

Sender Email
jpjudge@judgepr.com

Created:
**Mon, 23 Aug 2021 12:16:55 Eastern Standard Time**

Submitted:
**Mon, 23 Aug 2021 12:33:38 Eastern Standard Time**

Sent:
**Mon, 23 Aug 2021 12:33:38 Eastern Standard Time**

Recipient Lists

Contacts:
**Conserv; Guns - Shooting; Hannity List; TPA & ORL**

## List of Media Contact Recipients

| Name | Outlet | Status | Links Clicked |
|---|---|---|---|
| Ms. Adaure Achumba<br>Reporter & Multimedia Journalist | WTSP-TV | Opened | 0 |
| Mr. Rick Adams<br>Reporter | WWSB-TV | Not Opened | 0 |
| Ms. Kathy Adkins<br>News Director and On Air Personality | WOGK-FM | Opened | 2 |
| Ms. Casey Albritton<br>Reporter and Multimedia Journalist | WTOG-TV | Not Opened | 0 |
| Mr. Jeff Allen<br>Reporter | Spectrum News 13 | Not Opened | 0 |

3

Rare Breed FRT Distribution – 6/30/2021 12:10:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| **Mr. Walter Allen**<br>Anchor | WTVT-TV | Not Opened | 0 |
| **Ms. Andrea Alvarez**<br>Multimedia Reporter | WTOG-TV | Not Opened | 0 |
| **Dr. Manny Alvarez**<br>Senior Managing Health Editor | FOX News Channel | Not Opened | 0 |
| **Ms. Nicole Alvarez**<br>On Air Personality | WQMP-FM | Not Opened | 0 |
| **Mr. Ken Amorosano**<br>Publisher & Editor in Chief | COWGIRL | Not Opened | 0 |
| **Mr. Chris Anderson**<br>Reporter/Columnist | Sarasota Herald-Tribune | Not Opened | 0 |
| **Ms. Julie Anderson**<br>Editor in Chief | Orlando Sentinel | Not Opened | 0 |
| **Mr. Mark Anderson**<br>Magazine Writer/Staff Writer | The Villages Daily Sun | Not Opened | 0 |
| **Mr. Greg Angel**<br>Evening Anchor | Spectrum News 13 | Opened | 0 |
| **Ms. Vanessa Araiza**<br>Anchor and Reporter | WFTS-TV | Opened | 0 |
| **Ms. Briona Arradondo**<br>General Assignment Reporter | WTVT-TV | Not Opened | 0 |
| **Mr. Jerry Askin**<br>Reporter / Fill-in Anchor | WKMG-TV | Not Opened | 0 |
| **Mr. Phil Attinger**<br>Staff Writer | Highlands News-Sun | Not Opened | 0 |
| **Mr. Matt Austin**<br>Anchor | WKMG-TV | Not Opened | 0 |
| **Mr. Evan Axelbank**<br>General Assignment Reporter | WTVT-TV | Not Opened | 0 |
| **Mr. Massad Ayoob**<br>Contributing Editor | On Target | Opened | 0 |

4

Rare Breed PR Distribution - 8/26/2021 12:10:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. John B. Snow<br>Shooting Editor | Outdoor Life | Not Opened | 0 |
| Mr. James Baker<br>Owner & President | Northwest Sportsman | Not Opened | 0 |
| Mr. Ryan Ballogg<br>News Reporter and Feature Writer | Bradenton Herald | Not Opened | 0 |
| Mr. Michael Bane<br>Host / Executive Producer | Shooting Gallery - Outdoor Channel | Not Opened | 0 |
| Ms. Bethany Barnes<br>Deputy Investigative Editor | Tampa Bay Times | Not Opened | 0 |
| Ms. Crystal Baroni<br>Faculty Advisor | The Reporter: Stetson University | Opened | 0 |
| Mr. Chris Batha<br>Shooting Editor | Shooting Sportsman | Not Opened | 0 |
| Mr. Ben Battles<br>Editor | On Target | Opened | 0 |
| Mr. Ben Battles<br>Editor | On Target Online | Not Opened | 0 |
| Ms. Erika Beasley<br>Vice President of Digital Content | WLLD-FM Online | Not Opened | 0 |
| Mr. Corey Beckman<br>Senior Producer/ Photojournalist | WTVT-TV | Not Opened | 0 |
| Ms. Lisa Bell<br>Evening News Anchor | News 6 at 5pm - WKMG-TV | Opened | 0 |
| Ms. Mara Bellaby<br>Executive Editor | Florida Today | Not Opened | 0 |
| Mr. Josh Benson<br>Anchor | WFLA-TV | Not Opened | 0 |
| Mr. Dave Berman<br>Business Editor & Reporter | Florida Today | Not Opened | 0 |
| Mr. Angel Blazquez<br>Senior Executive Producer | WKMG-TV | Not Opened | 0 |

Rare Breed FR Distribution  3/29/2021 12:00:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| **Mr. John Blok**<br>Operations Director | WKES-FM | Not Opened | 0 |
| **Mr. Taco Bob**<br>Co-Host | WJRR-FM | Not Opened | 0 |
| **Mr. Louis Bolden**<br>Special Projects & Investigative Reporter | WKMG-TV | Opened | 0 |
| **Mr. Terry Bombeke**<br>Associate Publisher | Shooting Sportsman | Not Opened | 0 |
| **Mr. Nino Bosaz**<br>Editorial Director | Tactical Life Online | Opened | 1 |
| **Ms. Lenora Boutte**<br>Director of Programming & Public Affairs | WKCF3-TV | Not Opened | 0 |
| **Mr. Jordan Bowen**<br>Reporter | WTVT-TV | Not Opened | 0 |
| **Mr. Christopher Boyd**<br>Assignment Editor | Spectrum Bay News 9 | Not Opened | 0 |
| **Mr. Robert Boyd**<br>Reporter | WFTS-TV | Opened | 0 |
| **Mr. Jack Bradshaw**<br>Program Director | WTKS-FM | Opened | 0 |
| **Mr. John Brennan**<br>Director of Branding & Programming | WHPT-FM | Not Opened | 0 |
| **Mr. Chris Bridges**<br>Digital Producer | Daytona Beach News-Journal Online | Not Opened | 0 |
| **Ms. Irena Briganti**<br>Senior Executive Vice President, Corporate Communications | FOX News Channel | Not Opened | 0 |
| **Ms. Julie Broughton**<br>Anchor & Meteorologist | WKMG-TV | Not Opened | 0 |
| **Ms. Carmen Brown**<br>Vice President of Programming/Content/General Manager | WJIS-FM | Not Opened | 0 |

Rare Breed FFL Distribution   6/26/2021 12:16:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Robert Brown<br>Assignment Manager | WKMG-TV | Not Opened | 0 |
| Mr. Daniel Brozovich<br>Vice President & Editor | Long Range Only | Opened | 2 |
| Ms. Ybeth Bruzual<br>Anchor/Podcaster | Spectrum News 13 | Not Opened | 0 |
| Ms. Jenna Buckley<br>Associate Editor | Shooting Industry | Not Opened | 0 |
| Mr. John Buckner<br>Assignment Editor | WFTS-TV | Not Opened | 0 |
| Ms. Stephanie Buffamonte<br>Reporter | WOFL-TV | Not Opened | 0 |
| Mr. John BuolJr.<br>Editor | American Gunsmith | Not Opened | 0 |
| Mr. JJ Burton<br>Reporter | WFTS-TV | Not Opened | 0 |
| Mr. Walt Buteau<br>Investigative Reporter | WFLA-TV | Not Opened | 0 |
| Ms. Shannon Butler<br>Reporter | WFTV-TV | Not Opened | 0 |
| Mr. Joe Byrnes<br>Reporter | WMFE-FM | Not Opened | 0 |
| Mr. Ben Cain<br>Publisher | Ebony News Today | Not Opened | 0 |
| Mr. Joe Callahan<br>Senior Reporter/Writer | Ocala Star-Banner | Not Opened | 0 |
| Mr. Ryan Callihan<br>County Reporter | Bradenton Herald | Not Opened | 0 |
| Mr. Mike Calta<br>Host | WHPT-FM | Not Opened | 0 |
| Mr. Bob Campbell<br>Blogger | Cheaper Than Dirt: The Shooter's Log | Not Opened | 0 |

Rare Breed PR Distribution

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Quinn Campbell<br>Senior Videographer | CISA-DT (Global Lethbridge) | Not Opened | 0 |
| Mr. Stuart Campbell<br>Digital Content Creator/Contributing Writer | WOFL-TV | Not Opened | 0 |
| Mr. Troy Campbell<br>Reporter | WKMG-TV | Not Opened | 0 |
| Mr. Jesse Canales<br>Reporter & Multimedia Journalist | Spectrum News 13 | Opened | 0 |
| Ms. Carolina Cardona<br>Reporter | WKMG-TV | Not Opened | 0 |
| Ms. Sue Carlton<br>Columnist/Consumer Affairs Reporter/Editor | Tampa Bay Times | Not Opened | 0 |
| Mr. Michael Carney<br>Chief Operating Officer, Publishing & Branded Media | Wildfowl | Not Opened | 0 |
| Mr. Luke Carringer<br>Programmer & Co-Host | WLVF-FM | Not Opened | 0 |
| Mr. Rory Carroll<br>Sports Correspondent | Reuters - USA, CA, Los Angeles Bureau | Not Opened | 0 |
| Mr. Josh Cascio<br>Reporter | WTVT-TV | Not Opened | 0 |
| Ms. Cheryl Casone<br>Financial Contributor | FOX News Channel | Not Opened | 0 |
| Ms. Amanda Castro<br>Reporter & Anchor | WKMG-TV | Not Opened | 0 |
| Ms. Ezzy Castro<br>General Assignment Reporter/Multi Skilled Journalist | WKMG-TV | Not Opened | 0 |
| Ms. Dawn Cate<br>News Editor | Tampa Bay Times | Not Opened | 0 |
| Mr. Keith Cate<br>Co-Anchor | NewsChannel 8 at 5:00PM - WFLA-TV | Not Opened | 0 |

8

Case 1:23-cv-00369-NRM-RML   Document 107-4   Filed 07/25/23   Page 15 of 111 PageID #: 2413

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Chris Cato<br>Anchor & Reporter | WTVT-TV | Opened | 0 |
| Mr. Neil Cavuto<br>Senior Vice President, Managing Editor and Anchor | FOX News Channel | Not Opened | 0 |
| Ms. Lauren Cervantes<br>Reporter | WKMG-TV | Not Opened | 0 |
| Mr. Juan Chávez<br>Latino Affairs Reporter | Centro Tampa | Not Opened | 0 |
| Mr. David Ciliberti<br>News Director | WFLA-TV | Not Opened | 0 |
| Mr. Frederick Cilurso<br>Assignment Editor | Spectrum Bay News 9 | Opened | 0 |
| Ms. Shannon Clowe<br>News Reporter & Multiskilled Journalist | WTSP-TV | Not Opened | 0 |
| Mr. Dan Cohen<br>Executive Producer | FOX News Channel | Not Opened | 0 |
| Mr. Martin Comas<br>Reporter | Orlando Sentinel | Opened | 0 |
| Ms. Tina Commodore<br>News Director | WFTV-TV | Not Opened | 0 |
| Mr. Keith Connors<br>On Air Personality | WQYK-FM | Opened | 2 |
| Ms. Jennifer Cook<br>Executive Director / General Manager | WUCF-TV | Not Opened | 0 |
| Mr. Rafael Cores<br>Vice President, Digital Content | La Prensa Online | Not Opened | 0 |
| Ms. Avery Cotton<br>Anchor | WFLA-TV | Not Opened | 0 |
| Ms. Kellie Cowan<br>Reporter | WTVT-TV | Not Opened | 0 |
| Ms. Nicole Creston<br>Host / Anchor / Reporter and Editor | WMFE-FM | Not Opened | 0 |

Rare Breed FRT Distribution – 6/25/2021 12:46:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| Mr. Maddie Cutler<br>Reporter | The Villages Daily Sun | Opened | 0 |
|---|---|---|---|
| Mr. Daniel Dahm<br>Digital Content Manager | WKMG-TV Online | Not Opened | 0 |
| Mr. Sean Daly<br>Reporter & Multimedia Journalist | WFTS-TV | Not Opened | 0 |
| Mr. Gary Darling<br>Political/Special Projects Producer | Spectrum News 13 | Not Opened | 0 |
| Ms. Staci DaSilva<br>Reporter | WFLA-TV | Not Opened | 0 |
| Ms. Susan D'Astoli<br>Senior News Director | Spectrum News 13 | Not Opened | 0 |
| Mr. Scotty Davis<br>Afternoon Host | WFUS-FM | Not Opened | 0 |
| Ms. Roxana De La Riva<br>Reporter and Social Media Coordinator | La Prensa | Not Opened | 0 |
| Mr. Jeff Deal<br>Reporter | WFTV-TV | Opened | 0 |
| Ms. Janice Dean<br>Senior Meteorologist | FOX News Channel | Not Opened | 0 |
| Ms. Jenny Dean<br>Reporter | WTSP-TV | Not Opened | 0 |
| Ms. Jessi Dee<br>On Air Personality | WRUB-FM | Not Opened | 0 |
| Mr. Mike DeForest<br>Investigative Reporter | WKMG-TV | Opened | 2 |
| Mr. Danny Dejarnette<br>Planning Editor | Sarasota Herald-Tribune | Not Opened | 0 |
| Ms. Shannon Delaney<br>Planning Editor/ Planning Manager | Spectrum News 13 | Not Opened | 0 |
| News Department<br>News Department | El Sentinel Orlando | Not Opened | 0 |

Rare Breed FRT Distribution – 6/30/2021 12:16:53 PM

Florida gun company says they won't comply with ATF cease and desist order

| News Department | The Villages Daily Sun | Not Opened | 0 |
| News Department | | | |
| Ms. Christine DeSouza | Heritage Florida Jewish News | Not Opened | 0 |
| News Editor and Writer | | | |
| Mr. Bill DeYoung | The St. Pete Catalyst | Not Opened | 0 |
| Senior Writer & Editor | | | |
| Mr. Brian Didlakell | WKMG-TV | Opened | 2 |
| Reporter and Multimedia Journalist | | | |
| Mr. John Diedrich | Milwaukee Journal Sentinel | Not Opened | 0 |
| Investigative Reporter | | | |
| Mr. Ethan Dometrius | WMMO-FM | Opened | 0 |
| Programming / On-Air Personality | | | |
| Mr. David Draper | Petersen's Hunting | Opened | 0 |
| Editor in Chief | | | |
| Mr. Sheldon Dutes | WESH-TV | Not Opened | 0 |
| Anchor & Special Projects Reporter | | | |
| Ms. Ashley Dvorkin | FOX News Channel | Not Opened | 0 |
| Entertainment Reporter | | | |
| Mrs. Hilary Dyer | Whitetail Journal | Not Opened | 0 |
| Group Managing Editor | | | |
| Ms. Ainsley Earhardt | FOX & Friends - FOX News Channel | Not Opened | 0 |
| Co-Host | | | |
| Ms. Ashley Edlund | WFTV-TV | Not Opened | 0 |
| Reporter | | | |
| Ms. Kim Edwards | Polk News-Sun | Opened | 0 |
| Publisher | | | |
| Ms. Logan Edwards | WOFL-TV | Not Opened | 0 |
| Producer | | | |
| Ms. Melissa Eichman | Spectrum Bay News 9 | Not Opened | 0 |
| Reporter | | | |
| Mr. Ryan Elijah | Good Day Orlando - WOFL-TV | Not Opened | 0 |
| Anchor / Host | | | |

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Bridgett Ellison<br>Anchor | WKMG-TV | Not Opened | 0 |
| Ms. Lisa Emerson<br>News Assignment Manager | WTVT-TV | Not Opened | 0 |
| Mr. Nio Encendio<br>Program Director/On Air Personality | WYUU-FM | Not Opened | 0 |
| Ms. Jennifer Epstein<br>Good Day Tampa Bay Anchor | WTVT-TV | Not Opened | 0 |
| Ms. Tara Evans<br>Executive Producer | WKMG-TV | Not Opened | 0 |
| Mr. Rick Everett<br>Senior Vice President of Programming | WJRR-FM | Not Opened | 0 |
| Ms. Liz Evora<br>Reporter | WRMD-TV | Not Opened | 0 |
| Ms. Danica Ferris<br>Producer & Anchor | CISA-DT (Global Lethbridge) | Not Opened | 0 |
| Mr. Mike Field<br>Owner/Founder/Chief Executive Officer/Co-Publisher & Editor | Anna Maria Island Sun | Not Opened | 0 |
| Ms. Tammie Fields<br>Evening Weekday News Anchor/Reporter | Spectrum News 13 | Not Opened | 0 |
| Mr. Andy Fink<br>Owner / Publisher & Editor in Chief | Junior Shooters | Opened | 0 |
| Mr. Andy Fink<br>Owner / Publisher & Editor in Chief | Junior Shooters Online | Not Opened | 0 |
| Mr. Brian Flood<br>Media Reporter | FOX News Channel | Not Opened | 0 |
| Mr. Michael Fortuna<br>Reporter/Staff Writer | The Villages Daily Sun | Not Opened | 0 |
| Mr. Barry Foster<br>Host | WWOJ-FM | Opened | 0 |
| Ms. Stephanie Freeman<br>Executive Producer | FOX & Friends - FOX News Channel | Not Opened | 0 |

12

Florida gun company says they won't comply with ATF cease and desist order

| Mr. Edward Friedman<br>Editor-in-Chief | Shooting Illustrated | Opened | 1 |
| Mr. Matthew Fry<br>Systems Administrator | The Villages Daily Sun | Not Opened | 0 |
| Ms. Ginger Gadsden<br>Anchor | WKMG-TV | Not Opened | 0 |
| Mr. Jeffrey Gaeser<br>Owner, Publisher & Editor | Heritage Florida Jewish News | Opened | 0 |
| Mr. Mike Gallagher<br>Host | FOX News Channel | Opened | 2 |
| Mr. Frank Galli<br>Owner & Editor | Sniper's Hide | Not Opened | 0 |
| Ms. Marianne Gambelli<br>President | FOX News Channel | Not Opened | 0 |
| Mr. Drew Garabo<br>On Air Personality | WHPT-FM | Not Opened | 0 |
| Mr. Steve Garbe<br>Editor | The Black Powder Cartridge news | Not Opened | 0 |
| Ms. Yunaisy García<br>Reporter | WTMO-TV | Opened | 0 |
| Ms. Julie Gargotta<br>Weekday Morning Anchor & Reporter | Spectrum News 13 | Opened | 0 |
| Ms. Kendall Gastelu<br>Northeast Bureau Chief | FOX News Channel | Not Opened | 0 |
| Mr. Russ Geller<br>Executive Producer | WOFL-TV | Not Opened | 0 |
| Ms. Samantha Gholar<br>Reporter | Sarasota Herald-Tribune | Opened | 0 |
| Ms. Renee Gilmore<br>Executive Producer & Host | WWSB-TV | Opened | 2 |
| Mr. Paul Giorgio<br>Producer | WKMG-TV | Not Opened | 0 |

Rare Breed FRT Distribution - 6/29/2021 12:16:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Eric Glasser<br>Anchor/Reporter | WTSP-TV | Not Opened | 0 |
| Mr. Kurt Goff<br>Co-Host | WKES-FM | Not Opened | 0 |
| Ms. Lauren Green<br>Chief Religion Correspondent | FOX News Channel | Not Opened | 0 |
| Ms. Holly Gregory<br>Anchor & Reporter | Spectrum Bay News 9 | Opened | 0 |
| Ms. Nicole Griffin<br>Reporter | Spectrum News 13 | Not Opened | 0 |
| Mr. Matt Grim<br>Director | FOX News Channel | Not Opened | 0 |
| Mr. James Grisham<br>Producer | The Sean Hannity Show | Not Opened | 0 |
| Mr. Jake Grissom<br>Local News Reporter | The Free Press | Opened | 0 |
| Mr. Pedro Guerrero<br>Anchor/Reporter | WRMD-TV | Not Opened | 0 |
| Ms. Katya Guillaume<br>Reporter | Spectrum Bay News 9 | Opened | 0 |
| Mr. Harold Gunn<br>Producer / Co-Host | Texas Outdoor News | Not Opened | 0 |
| Mr. Jason Guy<br>Co-Anchor | WESH 2 News Sunrise - WESH-TV | Not Opened | 0 |
| Mr. Paul Guzzo<br>Culture Reporter | Tampa Bay Times | Not Opened | 0 |
| Mr. John Haley<br>Publisher & Executive Editor | Pulaski County Journal | Opened | 0 |
| Mr. Chad Hallmark<br>Director of Marketing and Client Services /<br>On-Air Personality | WOTW-FM | Not Opened | 0 |
| Mr. Marshal Halloway<br>Director, Digital Video | Shooting Gallery - Outdoor Channel | Not Opened | 0 |

Florida gun company says they won't comply with ATF cease and desist order

| Mr. Joe Hamilton<br>Founder/Publisher | The St. Pete Catalyst | Not Opened | 0 |
|---|---|---|---|
| Mr. Doug Hamlin<br>Executive Director | American Hunter | Opened | 1 |
| Mr. Sean Hannity<br>Host | The Sean Hannity Show | Not Opened | 0 |
| Mr. Guillermo Hansen<br>Editor | El Osceola Star | Not Opened | 0 |
| Ms. Kristen Hare<br>Staff Writer | Tampa Bay Times | Not Opened | 0 |
| Ms. Natalie Harger<br>Art Director | Shooting Industry | Not Opened | 0 |
| Ms. Mariah Harrison<br>Traffic Reporter | WTVT-TV | Not Opened | 0 |
| Mr. Marc Haze<br>Host and Newscaster | WUSF-FM | Not Opened | 0 |
| Mr. Bob Hazen<br>Reporter | WESH-TV | Opened | 0 |
| Mr. Greg Headen<br>Vice President, News Coverage | FOX News Channel | Not Opened | 0 |
| Ms. Libby Hendren<br>Producer | WTSP-TV | Not Opened | 0 |
| Mr. Joe Hendricks<br>Correspondent/Reporter | Anna Maria Island Sun | Not Opened | 0 |
| Ms. Allyson Henning<br>Anchor and Reporter | WFLA-TV | Opened | 0 |
| Mr. Curt Hills<br>Managing Editor | The Villages Daily Sun | Not Opened | 0 |
| Ms. Haley Hinds<br>Weekend Anchor & Reporter | WTVT-TV | Not Opened | 0 |
| Mr. Mike Holfeld<br>Investigative Reporter | WKMG-TV | Opened | 0 |

Rare Breed PR Distribution · 6/29/2021 12:16:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| Name | Outlet | Status | |
|------|--------|--------|---|
| Ms. Melonie Holt<br>Reporter | WFTV-TV | Not Opened | 0 |
| Ms. Samantha Honig<br>Field & Segment Producer | FOX & Friends - FOX News Channel | Not Opened | 0 |
| Mr. John Howell<br>Multimedia Editor | Sarasota Herald-Tribune | Not Opened | 0 |
| Mr. Victor Hull<br>Public Interests Editor | Sarasota Herald-Tribune | Not Opened | 0 |
| Ms. Linda Hurtado<br>News Anchor | Fox 13 News at Noon - WTVT-TV | Not Opened | 0 |
| Mr. Joel Hutchcroft<br>Editor | Shooting Times | Not Opened | 0 |
| Ms. Michelle Imperato<br>Anchor | WESH-TV | Not Opened | 0 |
| Ms. Laura Ingle<br>National Correspondent | FOX News Channel | Opened | 0 |
| Mr. Belal Jaber<br>Executive Producer | WESH-TV | Not Opened | 0 |
| Ms. Sarah Jacobs<br>On Air Personality | WFUS-FM | Not Opened | 0 |
| Mr. Aaron Jacobson<br>Executive Producer & Host | A.M. Tampa Bay - WFLA-AM | Opened | 0 |
| Mr. J.R. Jaus<br>Morning Show Host | WQYK-FM | Not Opened | 0 |
| Ms. Erika Jeanine<br>Host | WAOA-FM | Not Opened | 0 |
| Mr. Bill Johnson<br>Production Manager & Weekend Host | WMFE-FM | Not Opened | 0 |
| Mr. Roger Johnson<br>Program Director | WSEB-FM | Not Opened | 0 |
| Mr. Brandon Jones<br>President & Editor in Chief | The Global Dispatch | Not Opened | 0 |

16

Case 1:23-cv-00369-NRM-RML Document 107-4 Filed 07/25/23 Page 23 of 111 PageID #: 2421

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Daralene Jones<br>News Anchor/Investigative Reporter | WFTV-TV | Not Opened | 0 |
| Mr. James Jones Jr.<br>Reporter | Bradenton Herald | Not Opened | 0 |
| Ms. Sam Jordan<br>Digital Content Creator | WOFL-TV Online | Not Opened | 0 |
| Ms. Lissa Kaplan<br>Field Producer | FOX News Channel | Not Opened | 0 |
| Ms. Vicki Karr<br>Multimedia Journalist & Reporter | WOFL-TV | Not Opened | 0 |
| Ms. Amy Kaufeldt<br>Co-Anchor | Good Day Orlando - WOFL-TV | Not Opened | 0 |
| Mr. Mark Keefe<br>Editor in Chief | American Rifleman | Opened | 1 |
| Mr. Mark Keefe<br>Editor in Chief | American Rifleman Online | Not Opened | 0 |
| Mr. Douglas Kennedy<br>Correspondent | FOX News Channel | Not Opened | 0 |
| Ms. Nancy Kennedy<br>Reporter | Citrus County Chronicle | Not Opened | 0 |
| Ms. Vonna Keomanyvong<br>Digital Managing Editor | Florida Today Online | Not Opened | 0 |
| Ms. Jenna Kesneck<br>Director of Programming & Branding | WSUN-FM | Not Opened | 0 |
| Mr. John Keyes<br>Regional Director of Programming | WRDQ2-TV | Not Opened | 0 |
| Mr. Brian Kilmeade<br>Co-Host | FOX & Friends - FOX News Channel | Not Opened | 0 |
| Mr. Sean Kinane<br>Assistant News & Public Affairs Director | WMNF-FM | Not Opened | 0 |
| Ms. Summer Knowles<br>News Anchor/Reporter | WESH-TV | Not Opened | 0 |

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Danielle Knox<br>Anchor | Good Day Orlando - WOFL-TV | Not Opened | 0 |
| Mr. Kurt Knutsson<br>Technology Contributor | FOX & Friends - FOX News Channel | Opened | 0 |
| Mr. Gordy Krahn<br>Product Editor | Archery Business | Not Opened | 0 |
| Mr. Andrew Krietz<br>Director of Digital Content | WTSP-TV Online | Not Opened | 0 |
| Ms. Kimberly Kuizon<br>Multimedia Journalist/Reporter | WTVT-TV | Not Opened | 0 |
| Mr. Andy Kuppers<br>Editor | The Ledger | Not Opened | 0 |
| Mr. Joseph Kurtenbach<br>Digital Editor | Guns & Ammo Online | Opened | 0 |
| Mr. Dean Kurth<br>Producer | FOX News Channel | Not Opened | 0 |
| Ms. Katie Kustura<br>Reporter | The Daytona Beach News-Journal | Not Opened | 0 |
| Mr. Luke Laggis<br>Editor | Shooting Sports Retailer | Not Opened | 0 |
| Mr. Paul LaGrone<br>Anchor & Reporter | WFTS-TV | Not Opened | 0 |
| Mr. Phil Landeros<br>Executive Producer | WKMG-TV | Not Opened | 0 |
| Mr. Ronnie Lane<br>Co-Host | WDAE-FM | Not Opened | 0 |
| Mr. Jason Lanning<br>Reporter | Spectrum Bay News 9 | Opened | 0 |
| Ms. Ellen Lasher<br>Director of Programming | WTSP2-TV | Not Opened | 0 |
| Mr. Scott Lawson<br>Managing Editor | Venice Gondolier Sun | Opened | 0 |

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Kim Leatherman<br>Staff Writer | Highlands News-Sun | Not Opened | 0 |
| Mr. Mark Lehman<br>Reporter | WKMG-TV | Not Opened | 0 |
| Ms. Heather Leigh<br>Reporter | WFTS-TV | Not Opened | 0 |
| Ms. Jennifer Leigh<br>Weeknight Anchor | WFLA-TV | Not Opened | 0 |
| Mr. Scott Lemieux<br>Blogger | Lawyers, Guns and Money | Opened | 0 |
| Ms. Kathy Leon<br>Morning Anchor and Producer | Suncoast News Network | Not Opened | 0 |
| Mr. Andrew Leuthold<br>Station Manager & Host | WKES-FM | Not Opened | 0 |
| Mr. Jeff Levkulich<br>Reporter | WFTV-TV | Not Opened | 0 |
| Mr. Eric Levy<br>Mid-day Anchor | Spectrum News 13 | Not Opened | 0 |
| Ms. Mindy Levy<br>Program Director & Morning Show Host | WLRQ-FM | Not Opened | 0 |
| Ms. Shandra Littleton<br>On Air Personality | WLLD-FM | Not Opened | 0 |
| Mr. Bryan Llenas<br>National Correspondent | FOX News Channel | Opened | 0 |
| Ms. Brenda Locklear<br>Reporter | Sumter County Times | Not Opened | 0 |
| Ms. Gisselle López<br>Reporter & Anchor | WRMD-TV | Not Opened | 0 |
| Mr. Miguelangel Lopez<br>Vice President of News | WTMO-TV | Not Opened | 0 |
| Ms. Alexa Lorenzo<br>Anchor & Reporter | WFTV-TV | Not Opened | 0 |

Rare Breed PR Distribution - 6/20/2021 12:08:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Tom Lowell<br>Executive Vice President/Managing Editor of News | FOX News Channel | Not Opened | 0 |
| Ms. Christine Ly<br>Digital & Website Coordinator | BC Outdoors Hunting and Shooting | Opened | 0 |
| Mr. Pat Lynch<br>Host | WJRR-FM | Not Opened | 0 |
| Ms. Victoria Lyons<br>Executive Producer | WKMG-TV | Not Opened | 0 |
| Mr. James Madison<br>Editor and Publisher | The Florida Sun | Opened | 0 |
| Mr. Johnny Magic<br>Host | Johnny's House - WXXL-FM | Opened | 0 |
| Ms. Julie Maglio<br>Editor & Publisher | Hernando Sun | Not Opened | 0 |
| Mr. Dennis Maley<br>Columnist & Senior Editor | The Bradenton Times | Not Opened | 0 |
| Ms. Lauren Malm<br>Senior Digital Marketing Specialist | TacticalGear.com News | Not Opened | 0 |
| Ms. AJ Malone<br>On-Air Personality | WXTB-FM | Not Opened | 0 |
| Ms. B.C. Manion<br>Editor | The Laker/Lutz News | Opened | 0 |
| Mr. Kelly Many Guns<br>Public Relations / Advertising Sales Manager | First Nations Drum | Not Opened | 0 |
| Ms. Melissa Marino<br>Reporter and Anchor | WFLA-TV | Opened | 0 |
| Mr. Jarrad Markel<br>Chief Operating Officer, Co-Host and Producer | Student of the Gun Podcast | Not Opened | 0 |
| Mr. Tony Marrero<br>Hillsborough Law Enforcement Reporter & Staff Writer | Tampa Bay Times - Tampa Bureau | Not Opened | 0 |

Case 1:23-cv-00369-NRM-RML   Document 107-4   Filed 07/25/23   Page 27 of 111 PageID #: 2425

Florida gun company says they won't comply with ATF cease and desist order

| Mr. Jake Martens<br>Director Media and Events, Editor Front Sight | Front Sight | Not Opened | 0 |
| --- | --- | --- | --- |
| Mr. David Martin<br>Reporter | WOFL-TV | Not Opened | 0 |
| Mr. Chris Martinez<br>Anchor | WFLA-TV | Not Opened | 0 |
| Ms. Marlei Martinez<br>Reporter | WESH-TV | Not Opened | 0 |
| Mr. Justin Matthews<br>Multimedia Journalist & Reporter | WTVT-TV | Not Opened | 0 |
| Mr. Michael Matti<br>Photographer | Michael Matti - Instagram | Not Opened | 0 |
| Ms. Fadia Mayté Patterson<br>Reporter & Multimedia Journalist | Spectrum Bay News 9 | Not Opened | 0 |
| Mr. John McCarthy<br>Special Projects & Space Editor | Florida Today | Opened | 0 |
| Mr. Matthew McClellan<br>Anchor & Reporter | WTVT-TV | Not Opened | 0 |
| Mr. Qwesi McCray<br>Reporter | WFTV-TV | Opened | 0 |
| Ms. Allison McGinley<br>News Director | WKMG-TV | Not Opened | 0 |
| Ms. Angela McGlowan<br>Political Analyst | FOX News Channel | Not Opened | 0 |
| Ms. Janna McGowan<br>Writer | The Park Press | Bounced | 0 |
| Ms. Anjali McGuire<br>On Air Personality | WBTP-FM | Not Opened | 0 |
| Ms. Amanda McKenzie<br>Reporter | WOFL-TV | Not Opened | 0 |
| Mr. Xavier McKnight<br>Digital Content Producer | WWSB-TV Online | Opened | 2 |

Case 1:23-cv-00369-NRM-RML Document 107-4 Filed 07/25/23 Page 28 of 111 PageID #: 2426

Florida gun company says they won't comply with ATF cease and desist order

| Ms. Lynda McLaughlin | The Sean Hannity Show | Opened | 0 |
| Executive Producer | | | |
| Ms. Tracey McManus | Tampa Bay Times | Not Opened | 0 |
| Clearwater and Scientology Reporter | | | |
| Ms. Claire McNeill | Tampa Bay Times | Not Opened | 0 |
| Enterprise Editor | | | |
| Mr. Landon McReynolds | WKMG-TV | Not Opened | 0 |
| News and Digital Content Producer | | | |
| Ms. Cait McVey | Spectrum Bay News 9 | Not Opened | 0 |
| Reporter | | | |
| Ms. Melissa Medalie | WOFL-TV | Not Opened | 0 |
| Vice President & News Director | | | |
| Mr. Jeff Meesey | Florida Today Online | Not Opened | 0 |
| Content Strategy Analyst | | | |
| Ms. Megan Mellado | WESH-TV | Not Opened | 0 |
| Reporter | | | |
| Ms. Peggy Melton | Artilleryman | Not Opened | 0 |
| Advertising Manager | | | |
| Mr. Keith Memoly | WDBO-FM | Not Opened | 0 |
| Director of Branding and Programming | | | |
| Ms. Marlene Mendoza | Spectrum News 13 | Not Opened | 0 |
| Executive Producer | | | |
| Ms. Michelle Meredith | WESH-TV | Not Opened | 0 |
| Reporter | | | |
| Mr. Aaron Mesmer | WTVT-TV | Not Opened | 0 |
| General Assignment Reporter | | | |
| Ms. Claire Metz | WESH-TV | Not Opened | 0 |
| Bureau Chief & Reporter | | | |
| Mr. Ron Michaels | WXTB-FM | Not Opened | 0 |
| On Air Personality | | | |
| Mr. Bill Mick | WMMB-AM | Not Opened | 0 |
| Program Director/Talk host | | | |

Florida gun company says they won't comply with ATF cease and desist order

| Mr. Austin Miller<br>Reporter | Ocala Star-Banner | Not Opened | 0 |
|---|---|---|---|
| Ms. Daylina Miller<br>Multimedia Journalist/Reporter | WUSF-FM | Not Opened | 0 |
| Ms. Judith Miller<br>Contributor | FOX News Channel | Not Opened | 0 |
| Mr. Mike Mitchell<br>Associate Publisher & Editor | BC Outdoors Hunting and Shooting | Not Opened | 0 |
| Mr. Mike Mitchell<br>Editor in Chief | BC Outdoors Sport Fishing and Outdoor Adventure | Not Opened | 0 |
| Mr. Randy Molde<br>Vice President, Business Development | Shooting Industry | Not Opened | 0 |
| Ms. Heather Monahan<br>Digital Content Producer | WFLA-TV Online | Opened | 2 |
| Mr. Jaime Monzon<br>Digital Operations Coordinator | Orlando Weekly Online | Opened | 0 |
| Ms. Laura Moody<br>Morning News Anchor | Good Day Tampa Bay 6AM - WTVT-TV | Not Opened | 0 |
| Ms. Kristin Moore<br>Special Projects Producer | WTVT-TV | Not Opened | 0 |
| Ms. Sarah Moore<br>News Director | WFTS-TV | Not Opened | 0 |
| Ms. Athina Morris<br>Digital Content Producer | WFLA-TV Online | Not Opened | 0 |
| Mr. Mark Moses<br>Program Director & Sports Talk Show Host | WLZR-AM | Opened | 2 |
| Ms. Crystal Moyer<br>Anchor and Reporter | WKMG-TV | Not Opened | 0 |
| Mr. Bob Mudge<br>Senior Writer | Venice Gondolier Sun | Not Opened | 0 |
| Mr. John Mullis<br>Owner, Manager & On Air Personality | WAUC-AM | Not Opened | 0 |

23

Rare Breed FRT Distribution – 6/20/2022 12:03:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Rupert Murdoch<br>CEO & Chairman | FOX News Channel | Not Opened | 0 |
| Mr. Bill Murphy<br>Reporter | Spectrum Bay News 9 | Not Opened | 0 |
| Ms. Erin Murray<br>Anchor & Reporter | Spectrum Bay News 9 | Not Opened | 0 |
| Mr. Derrick Nawrocki<br>President / Publisher | Whitetail Journal | Opened | 0 |
| Mr. Jose Negrón<br>Digital Producer | WRMD-TV | Not Opened | 0 |
| Mr. Eric Nestor<br>Senior Writer | Wide Open Spaces | Not Opened | 0 |
| Mr. Steve Newborn<br>Assistant News Director | WUSF-FM | Not Opened | 0 |
| Mr. Matt Newby<br>Publisher | North Lake Outpost | Opened | 0 |
| Ms. Mary O'Connell<br>Reporter | WFTS-TV | Opened | 0 |
| Mr. Bill Olson<br>Host | Texas Outdoor News | Not Opened | 0 |
| Mr. Jason Olson<br>Assistant News Director | WKMG-TV | Not Opened | 0 |
| Mr. David Onsted<br>On Air Personality | WWLL-FM | Not Opened | 0 |
| Mr. Kidd O'Shea<br>On Air Personality | WMTX-FM | Not Opened | 0 |
| Ms. Tess Owen<br>Senior Reporter | VICE | Not Opened | 0 |
| Mr. Ryan Paice<br>Senior Reporter & Photographer | The Islander | Not Opened | 0 |

24

Case 1:23-cv-00369-NRM-RML Document 107-4 Filed 07/25/23 Page 31 of 111 PageID #: 2429

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Greg Pallone<br>Anchor & Reporter | Spectrum News 13 | Opened | 0 |
| Mr. Michael Paluska<br>Reporter | WFTS-TV | Not<br>Opened | 0 |
| Mr. Pete Paquette<br>Operations Manager & Morning Host | WORL-AM | Not<br>Opened | 0 |
| M. Vincent Paquette<br>Rédacteur en Chef / Editor in Chief | FrancoisCharron.com | Not<br>Opened | 0 |
| Mr. John Parise<br>On Air Personality | WHPT-FM | Not<br>Opened | 0 |
| Mr. John Parker<br>Editor-in-Chief | Shooting Sports USA | Opened | 1 |
| Ms. Gail Paschall-Brown<br>Reporter | WESH-TV | Not<br>Opened | 0 |
| Mr. Kevin Paulson<br>Founder/CEO/Publisher & Blogger | HuntingLife | Opened | 2 |
| Mr. Charles Payne<br>Contributor | FOX News Channel | Not<br>Opened | 0 |
| Mr. Jim Payne<br>Anchor | WESH-TV | Not<br>Opened | 0 |
| Ms. Lisa Peakes<br>Host | All Things Considered - WUSF-FM | Not<br>Opened | 0 |
| Mr. Lane Pearce<br>Contributor | Shooting Times | Not<br>Opened | 0 |
| Ms. Jennifer Peñate<br>Anchor and Reporter | WFLA-TV | Not<br>Opened | 0 |
| Mr. Rafael Perez-Narvaez<br>News Director | WRMD-TV | Not<br>Opened | 0 |
| Mr. Trevor Pettiford<br>Senior Reporter | Spectrum Bay News 9 | Not<br>Opened | 0 |
| Mr. David Petzal<br>Rifles Editor | Field & Stream | Not<br>Opened | 0 |

Rare Breed FRT Distribution – 6/25/2021 12:16:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Frank Pingue<br>Sports Editor | Reuters - Canada, Toronto Bureau | Not Opened | 0 |
| Mr. Felix Pirela<br>Reporter | WTMO-TV | Not Opened | 0 |
| Mr. Todd Piro<br>Co-Host | FOX & Friends - FOX News Channel | Not Opened | 0 |
| Mr. Chad Pitt<br>On Air Personality | WMGF-FM | Opened | 0 |
| Mr. Eric Poole<br>Editor | Guns & Ammo | Opened | 2 |
| Mr. Dave Poore<br>Promotion/Station Manager & Host | WSBH-FM | Opened | 0 |
| Mr. Chris Porter<br>Editor | Englewood Sun | Not Opened | 0 |
| Mr. Optimus Prime<br>Editor | Popular Airsoft | Not Opened | 0 |
| Mr. David Puglisi<br>News Reporter | WOFL-TV | Not Opened | 0 |
| Ms. Cristina Puig<br>News Anchor & Reporter | WRMD-TV | Not Opened | 0 |
| Ms. Melissa Quinones<br>Host/Radio Announcer/On Air Personality | WWKA-FM | Not Opened | 0 |
| Ms. Jillian Ramos<br>Specialty Producer | WFTS-TV | Not Opened | 0 |
| Mr. Carlos Rausseo<br>News Anchor | WTMO-TV | Not Opened | 0 |
| Ms. Molly Reed<br>Volusia & Flagler Counties Reporter | WKMG-TV | Not Opened | 0 |
| Mr. Rick Reichmuth<br>Chief Meteorologist | FOX News Channel | Not Opened | 0 |
| Mr. Michael Reinemer<br>Editor | Outdoor America | Not Opened | 0 |

Florida gun company says they won't comply with ATF cease and desist order

| Mr. John Reitman<br>Director of News, Editorial and Education | TurfNet | Opened | 0 |
|---|---|---|---|
| Mr. Russell Rhodes<br>Good Day Tampa Bay Anchor | WTVT-TV | Not Opened | 0 |
| Mr. Larry Richards<br>Senior Producer/Supervisor | WFTS-TV | Opened | 0 |
| Mr. John Richardson<br>Editor & Blogger | No Lawyers - Only Guns and Money | Not Opened | 0 |
| Ms. Monica Richardson<br>Executive Editor | Bradenton Herald | Opened | 0 |
| Mr. Fredy Riehl<br>Editor in Chief | AmmoLand Shooting Sports News | Opened | 1 |
| Mr. Brian Ries<br>Engagement Editor | Sarasota Herald-Tribune Online | Not Opened | 0 |
| Ms. Deiah Riley<br>News Anchor | ABC Action News Morning - WFTS-TV | Not Opened | 0 |
| Mr. Ray Roa<br>Editor in Chief | Creative Loafing Tampa | Not Opened | 0 |
| Ms. Deanne Roberts King<br>Traffic Anchor/News Reporter | WFLA-TV | Not Opened | 0 |
| Ms. Stephanie Roberts<br>Co-Host/Producer | Suncoast View - WWSB-TV | Opened | 2 |
| Ms. Courtney Robinson<br>Enterprise/Investigative Reporter & Anchor | WTSP-TV | Not Opened | 0 |
| Mr. Travis Rodgers<br>News Producer | WRDQ-TV | Not Opened | 0 |
| Ms. Diedra Rodriguez<br>Digital Content Creator | WTVT-TV Online | Not Opened | 0 |
| Mr. Josh Rojas<br>Reporter | Spectrum Bay News 9 | Not Opened | 0 |
| Mr. Russ Rollins<br>Radio Host | WTKS-FM | Not Opened | 0 |

27

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Jorja Roman<br>Reporter & Anchor | Spectrum Bay News 9 | Opened | 0 |
| Ms. Sarah Rook<br>Executive Producer | WOFL-TV | Not Opened | 0 |
| Ms. Sarah Rosario<br>Morning Traffic Anchor | WTSP-TV | Not Opened | 0 |
| Ms. Allison Ross<br>State Government & Politics Editor | Tampa Bay Times | Not Opened | 0 |
| Mr. Jim Ross<br>Managing Editor | Ocala Star-Banner | Opened | 1 |
| Ms. Beth Rousseau<br>Reporter | WFLA-TV | Not Opened | 0 |
| Mr. J. Scott Rupp<br>Editor | Handguns | Not Opened | 0 |
| Mr. J. Scott Rupp<br>Editor | Rifle Shooter | Not Opened | 0 |
| Mr. John Rusnak<br>General Manager | Northwest Sportsman | Opened | 0 |
| Ms. Daisy Ruth<br>Digital Producer & Digital Reporter | WFLA-TV Online | Not Opened | 0 |
| Ms. Nancy Ryan<br>Special Projects Producer | WFLA-TV | Not Opened | 0 |
| Ms. Wendy Ryan<br>News Anchor | ABC Action News at 11PM - WFTS-TV | Not Opened | 0 |
| Mr. Jeremy S<br>Deputy Editor | The Truth About Guns | Not Opened | 0 |
| Mr. Tony Sadiku<br>Meteorologist/Reporter | WTVT-TV | Not Opened | 0 |
| Ms. Lisa Sagers<br>Managing Editor | Southwest Orlando Bulletin | Not Opened | 0 |
| Mr. Gene Saladna<br>Assignment Editor | WFTV-TV | Not Opened | 0 |

Rare Breed FRT Distribution

Florida gun company says they won't comply with ATF cease and desist order

| Ms. Angelina Salcedo<br>Reporter | WTSP-TV | Opened | 0 |
|---|---|---|---|
| Ms. Julie Salomone<br>Reporter | WFTS-TV | Not Opened | 0 |
| Ms. Jennifer Sangalang<br>Social Media Strategist/Senior Digital Producer | Florida Today | Not Opened | 0 |
| Mr. John Sarmiento<br>Reporter | WRMD-TV | Not Opened | 0 |
| Ms. Katie Sauro<br>Associate Editor/Research Director | American Shooting Journal | Not Opened | 0 |
| Ms. Katie Sauro<br>Associate Editor/Research Director | Northwest Sportsman | Not Opened | 0 |
| Mr. Adam Scepaniak<br>Staff Writer | The Firearm Blog | Opened | 0 |
| Ms. Stacie Schaible<br>Anchor | WFLA-TV | Not Opened | 0 |
| Mr. Jeff Schlesser<br>News Director | WWSB-TV | Not Opened | 0 |
| Mr. Mark Schreiner<br>Assistant News Director | WUSF-FM | Not Opened | 0 |
| Ms. Larissa Scott<br>Morning Reporter | WFTS-TV | Not Opened | 0 |
| Ms. Suzanne Scott<br>Chief Executive Officer | FOX News Channel | Not Opened | 0 |
| Ms. Colleen Seitz<br>Digital Director | WTTA-TV Online | Opened | 0 |
| Mr. Kevin Seraaj<br>Publisher | The Orlando Advocate | Not Opened | 0 |
| Ms. Stacy Shanks Greenhut<br>Social Media Producer | WKMG-TV Online | Not Opened | 0 |
| Mr. Eric Shawn<br>Anchor & Senior Correspondent | FOX News Channel | Not Opened | 0 |

Rare Breed PR Distribution · 6/28/2021 12:10:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| Mr. Brian Sheetz<br>Senior Executive Editor | American Rifleman | Opened | 1 |
| Mr. Jim Shepherd<br>Founder, Publisher & Editor | The Outdoor Wire | Not Opened | 0 |
| Ms. Cindy Sherwin<br>Videojournalist | CFCF-DT (CTV Montreal) | Not Opened | 0 |
| Dr. Marc Siegel<br>Medical Contributor | FOX News Channel | Not Opened | 0 |
| Mr. Roger Simmons<br>Managing Editor | Orlando Sentinel | Not Opened | 0 |
| Mr. Sam Singal<br>Group Vice President | Spectrum News 13 | Opened | 0 |
| Mr. Christopher Snyder<br>Director | FOX News Channel | Not Opened | 0 |
| Ms. LuAnne Sorrell<br>Anchor | WOFL-TV | Not Opened | 0 |
| Mr. Lloyd Sowers<br>News Anchor & Reporter | WTVT-TV | Not Opened | 0 |
| Mr. James Sparvero<br>Reporter | WKMG-TV | Opened | 0 |
| Mr. Dan Springer<br>Correspondent | FOX News Channel | Opened | 0 |
| Ms. Lauren St. Germain<br>Anchor | WFTS-TV | Not Opened | 0 |
| Ms. Jennifer Stanton<br>Senior Producer | WTSP-TV | Not Opened | 0 |
| Mr. James Steele<br>On Air Personality | WQMP-FM | Not Opened | 0 |
| Mr. Stifler Stifler<br>Co-host | The Nuthouse - WLLD-FM | Not Opened | 0 |
| Mr. Ralph Stuart<br>Editor in Chief | Shooting Sportsman | Not Opened | 0 |

Rare Breed FR Distribution · 8/26/2021 12:40:55 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Ms. Jana Sutter<br>On Air Personality / Radio Host | WXXL-FM | Not Opened | 0 |
| Mr. Michael Tammero<br>SVP, Brand Strategy Marketing, Events &<br>Entertainment Host | FOX News Channel | Not Opened | 0 |
| Ms. Jessica Tarlov<br>Contributor | FOX News Channel | Not Opened | 0 |
| Mr. Marvin Tarver<br>Executive Producer | WTSP-TV | Not Opened | 0 |
| Mr. Wade Tatangelo<br>Dining and Entertainment Editor/Editor | Sarasota Herald-Tribune | Opened | 0 |
| Ms. Marsha Taylor<br>Assistant News Director & Co-Anchor | WDBO-FM | Not Opened | 0 |
| Mr. Adam Thomas<br>Producer | Spectrum Bay News 9 | Not Opened | 0 |
| Ms. Kelsi Thorud<br>Reporter | WESH-TV | Not Opened | 0 |
| Ms. Katherine Timpf<br>Contributor | FOX News Channel | Not Opened | 0 |
| Mr. Matt Trezza<br>News Reporter | WOFL-TV | Not Opened | 0 |
| Mr. Richard Tribou<br>Space Reporter & Audience Editor/Senior<br>Content Editor, Digital | Orlando Sentinel Online | Not Opened | 0 |
| Mr. Daniel Trotta<br>Correspondent | Reuters - USA, NY, New York Bureau | Not Opened | 0 |
| Mr. Leon Tucker<br>Executive Editor | The Ledger | Not Opened | 0 |
| Mr. James Tully<br>Morning News Anchor | WFTS-TV | Not Opened | 0 |
| Ms. Rebecca Turco<br>News Reporter | Spectrum News 13 | Not Opened | 0 |

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. James Tutten<br>Assignment Editor & Web Producer | WFTV-TV | Not Opened | 0 |
| Mr. Jamison Uhler<br>Co-Anchor | ABC Action News at 5PM - WFTS-TV | Not Opened | 0 |
| Mr. Marc Valero<br>Staff Writer | Highlands News-Sun | Not Opened | 0 |
| Mr. Brad Vanley<br>Producer | Good Day Tampa Bay 7AM - WTVT-TV | Not Opened | 0 |
| Mr. Ray Villeda<br>Anchor/Reporter | WOFL-TV | Opened | 0 |
| Ms. Brianda Villegas<br>Features Reporter | WFLA-TV | Opened | 0 |
| Mr. Erik von Ancken<br>Anchor & Reporter | WKMG-TV | Not Opened | 0 |
| Mr. Joseph von Benedikt<br>Hunting Editor | Shooting Times | Not Opened | 0 |
| Mr. Andy Walgamott<br>Editor | Alaska Sporting Journal | Opened | 0 |
| Mr. Andy Walgamott<br>Editor | American Shooting Journal | Not Opened | 0 |
| Mr. Bob Walker<br>Vice President of Programming & Program Director | WPCV-FM | Opened | 0 |
| Mr. Greg Warmoth<br>Anchor | Eyewitness News at 11:00 PM - WFTV-TV | Not Opened | 0 |
| Mr. Justin Warmoth<br>Weekday Morning Anchor/ Noon Anchor | WKMG-TV | Not Opened | 0 |
| Mr. James Warner<br>Assistant News Director | WOFL-TV | Opened | 1 |
| Ms. Myriam Warren<br>Editor | Centro Tampa | Not Opened | 0 |
| Mr. Shawn Wasson<br>Host | The News Junkie - WTKS-FM | Not Opened | 0 |

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| **Ms. Saundra Weathers**<br>Senior Reporter | Spectrum Bay News 9 | Not Opened | 0 |
| **Mr. Michael Wheaton**<br>Host | WWKA-FM | Not Opened | 0 |
| **Mr. Gary White**<br>General Assignment Reporter | The Ledger | Not Opened | 0 |
| **Ms. Jenn White**<br>Host | 1A - WAMU-FM | Not Opened | 0 |
| **Mr. Terry Wieland**<br>Shooting Editor | Gray's Sporting Journal | Not Opened | 0 |
| **Ms. Roxanne Wilder**<br>Host | WRBQ-FM | Not Opened | 0 |
| **Mr. Asher Wildman**<br>News Reporter | Spectrum News 13 | Not Opened | 0 |
| **Mr. Frank Wiley**<br>Morning Anchor | WTSP-TV | Not Opened | 0 |
| **Mr. Pat Williams**<br>On Air Personality | WORL-AM | Not Opened | 0 |
| **Ms. Susan Wilson Gerteisen**<br>Senior News Assignment Editor | WTSP-TV | Opened | 2 |
| **Mr. Kirby Wilson**<br>State Government Reporter / Political Reporter | Tampa Bay Times | Opened | 0 |
| **Mr. Mark Wilson**<br>Anchor, Evening Show | WTVT-TV | Opened | 0 |
| **Ms. Sarah Wilson**<br>Digital Content Producer | WFTV-TV Online | Not Opened | 0 |
| **Mr. Nick Wize**<br>Assistant Program Director / Afternoon Drive Host | WFLZ-FM | Opened | 0 |
| **Ms. Karen Wolfson Dawkins**<br>Co-Owner & Managing Editor | Jewish Press of Tampa | Not Opened | 0 |

Rare Breed FRT Distribution — 6/29/2021 4:05:59 PM

Florida gun company says they won't comply with ATF cease and desist order

| | | | |
|---|---|---|---|
| Mr. Todd Woodard<br>Editor | Gun Tests | Not Opened | 0 |
| Ms. Rebecca Woolington<br>Investigative Editor | Tampa Bay Times | Not Opened | 0 |
| Mr. Dave Workman<br>Senior Editor | The GunMag.com | Not Opened | 0 |
| Mr. Tim Wronka<br>Reporter | Spectrum Bay News 9 | Not Opened | 0 |
| Ms. Eileen Zaffiro-Kean<br>Reporter | The Daytona Beach News-Journal | Not Opened | 0 |
| Mr. Dan Zimmerman<br>Managing Editor | The Truth About Guns | Not Opened | 0 |

## Opened

Mr. Aaron Jacobson
Mr. Adam Scepaniak
Mr. Andy Fink
Mr. Andy Walgamott
Mr. Barry Foster
Mr. Ben Battles
Mr. Bob Hazen
Mr. Bob Walker
Mr. Brian Didlakell
Mr. Brian Sheetz
Mr. Bryan Llenas
Mr. Chad Pitt
Mr. Chris Cato
Mr. Dan Springer
Mr. Daniel Brozovich
Mr. Dave Poore
Mr. David Draper
Mr. Derrick Nawrocki
Mr. Doug Hamlin
Mr. Edward Friedman
Mr. Eric Poole
Mr. Ethan Dometrius
Mr. Frederick Cilurso
Mr. Fredy Riehl
Mr. Greg Angel

Mr. Jeff Deal
Mr. Jeffrey Gaeser
Mr. Jesse Canales
Mr. Jim Ross
Mr. John Haley
Mr. John McCarthy
Mr. John Parker
Mr. John Reitman
Mr. John Rusnak
Mr. Johnny Magic
Mr. Joseph Kurtenbach
Mr. Keith Connors
Mr. Kevin Paulson
Mr. Kirby Wilson
Mr. Kurt Knutsson
Mr. Larry Richards
Mr. Louis Bolden
Mr. Maddie Cutler
Mr. Mark Keefe
Mr. Mark Moses
Mr. Mark Wilson
Mr. Martin Comas
Mr. Massad Ayoob
Mr. Matt Newby
Mr. Mike DeForest

Mr. Scott Lawson
Mr. Scott Lemieux
Mr. Wade Tatangelo
Mr. Xavier McKnight
Ms. Adaure Achumba
Ms. Allyson Henning
Ms. Angelina Salcedo
Ms. B.C. Manion
Ms. Brianda Villegas
Ms. Christine Ly
Ms. Colleen Seitz
Ms. Crystal Baroni
Ms. Heather Monahan
Ms. Holly Gregory
Ms. Jorja Roman
Ms. Julie Gargotta
Ms. Kathy Adkins
Ms. Katya Guillaume
Ms. Kim Edwards
Ms. Laura Ingle
Ms. Lisa Bell
Ms. Lynda McLaughlin
Ms. Mary O'Connell
Ms. Melissa Marino
Ms. Monica Richardson

34

Florida gun company says they won't comply with ATF cease and desist order

| | | |
|---|---|---|
| Mr. Greg Pallone | Mr. Mike Gallagher | Ms. Renee Gilmore |
| Mr. Jack Bradshaw | Mr. Mike Holfeld | Ms. Samantha Gholar |
| Mr. Jaime Monzon | Mr. Nick Wize | Ms. Stephanie Roberts |
| Mr. Jake Grissom | Mr. Nino Bosaz | Ms. Susan Wilson Gerteisen |
| Mr. James Madison | Mr. Qwesi McCray | Ms. Vanessa Araiza |
| Mr. James Sparvero | Mr. Ray Villeda | Ms. Yunaisy García |
| Mr. James Warner | Mr. Robert Boyd | |
| Mr. Jason Lanning | Mr. Sam Singal | |

## Link Clicks

### In the video, Lawrence DeMonico

| | | |
|---|---|---|
| Mr. Brian Didlakell | Mr. John Parker | Mr. Nino Bosaz |
| Mr. Brian Sheetz | Mr. Keith Connors | Mr. Xavier McKnight |
| Mr. Daniel Brozovich | Mr. Kevin Paulson | Ms. Heather Monahan |
| Mr. Doug Hamlin | Mr. Mark Keefe | Ms. Kathy Adkins |
| Mr. Edward Friedman | Mr. Mark Moses | Ms. Renee Gilmore |
| Mr. Eric Poole | Mr. Mike DeForest | Ms. Stephanie Roberts |
| Mr. Fredy Riehl | Mr. Mike Gallagher | Ms. Susan Wilson Gerteisen |

### Florida-based gun company

| | | |
|---|---|---|
| Mr. Brian Didlakell | Mr. Kevin Paulson | Ms. Kathy Adkins |
| Mr. Daniel Brozovich | Mr. Mark Moses | Ms. Renee Gilmore |
| Mr. Eric Poole | Mr. Mike DeForest | Ms. Stephanie Roberts |
| Mr. James Warner | Mr. Mike Gallagher | Ms. Susan Wilson Gerteisen |
| Mr. Jim Ross | Mr. Xavier McKnight | |
| Mr. Keith Connors | Ms. Heather Monahan | |

## Bounced

| Email Address | Reason |
|---|---|
| jmac94@aol.com | Spam Reporting Address |



# VIDEO: Rare Breed Triggers Versus the ATF Over the FRT-15 Trigger



by **Joshua Swanagon**                                        August 24, 2021

f Share on Facebook        🐦 Share on Twitter        📌        ↪



Rare Breed Trigger VS ATF Public Response (8-19-2021)



WATCH: Rare Breed Triggers Versus the ATF Over the FRT-15 Trigger

Florida-based gun company, Rare Breed Triggers, was recently served with a cease-and-desist order from the ATF, regarding its FRT-15 trigger. Following the order, Rare Breed Triggers' President, Lawrence DeMonico, issued a statement of noncompliance, in a recorded statement posted online.

# Rare Breed Triggers Takes on the ATF

The cease-and-desist order, issued on July 26, alleges that the FRT-15 semi-auto trigger is actually a machine gun. The order insists that Rare Breed Triggers immediately halt all production and sales of the trigger. They are also to create plans to address the triggers that have already been sold or distributed.

In the video DeMonico makes the case that the FRT-15 "cannot fire more than one round by a single function of the trigger." Since this is the most pertinent portion of the definition of machine gun, it lays the foundation for civilly disobeying the order.

During the creation of the FRT-15, they consulted four subject matter experts to verify that the trigger was within guidelines. All of the experts agreed that the FRT-15 is not in fact a machine gun as defined by federal law. Within the group was a practicing attorney and former resident ATF agent in charge, who retired with 25 years' service.



(Photo by CMMG)

In addition to the public statement posted by DeMonico, Rare Breed Triggers also immediately responded to the ATF directly. In the response it notified the ATF that it did not agree with the claim. Rare Breed followed this by filing a lawsuit in the United States Federal Court for the Middle District of Florida.

"To put it simply, our trigger is not a machine gun as the ATF alleges, and we have complied fully with the law throughout the manufacture and production of this product," DeMonico said. "What's dangerous is that the ATF is no longer just enforcing the law, but starting under the Trump administration and continuing through the Biden administration, the ATF and other agencies which are supposed to enforce the law, now believe that they can reinterpret and change the law, whenever it suits their desires."

## An Alarmed Public

In the video statement DeMonico addresses many concerned citizens who worry that they will become felons overnight. He makes it clear that owning an FRT-15 does not make you a felon—yet.

He points out that the only entity served with a cease-and-desist is Rare Breed Triggers. It has zero relevance to anyone who owns an FRT-15 trigger.

Now that Rare Breed Triggers has filed a suit, the litigation must play out before any determination can be made. The ATF cannot address any FRT-15's currently in circulation until the final ruling has been made. He also reminds us that, to date, there hasn't been one prosecution or conviction of a bump stock owner.

"We're going to see this through, because this is a fight to protect not only the second amendment, but really all of our freedoms," DeMonico said. "We're seeing more and more examples of our government's agencies acting without the authority to do so, and far too few seem to be standing up for our freedoms."

Continue following Personal Defense World for further significant developments as they unfold.

**Didn't find what you were looking for?**

Search here!    **SEARCH**

**KEEP READING**



BROWSE BY BRAND

















SPOTLIGHT



**SPONSORED CONTENT**

## WATCH: Long-Range & Short-Range Shooting with the Ballistic Best AR Trigger Winner

**BY RISE ARMAMENT** — The ICONIC Independent Two-Stage Trigger by RISE is a versatile trigger that improves performance for a wide range...



7/18/23, 6:36 AM
Case 1:23-cv-00369-NRM-RML
Rare Breed Triggers versus the ATF: Over the FRT-15 Trigger
Document 107-4
Filed 07/25/23
Page 46 of 111 PageID #: 2444



ADVANTAGE: YOU

**RELATED POSTS**

### The Kimber KDS9c 9mm 1911 Focuses on Concealed Carry

...

### Nighthawk Custom Knives: Two Blades to Compliment Your Pistols

...

SPONSORED CONTENT



### STR-9MC MICRO COMPACT SEMI-AUTO PISTOL

**BY STOEGER**

LOAD MORE



**TRENDING**

## Winter War Fighter: The Mosin-Nagant M/28-30

During the Winter War of 1939/1940, Finland heroically fought the forces of the Soviet Union in a David-versus-Goliath struggle that...

## The Springfield Echelon: Testing the New Fighting Standard

There is a formation in the military that has men or vehicles staggered in a diagonal fashion with one...

## 9 Springfield Echelon Holster Options Just in Time for its Release

Earlier today, Springfield Armory launched its latest 9mm—the Echelon. Often, when a new pistol launches, it can be a while...

## Police Sidearms: Handguns of America's 10 Largest Departments

Law enforcement in the United States is in constant evolution and that includes various police sidearms. These days, law enforcement...



**MOST POPULAR**

## 12 Best Micro-Compact Handguns for Concealed Carry [2022]

A thick veil of fog stood forever in front of me as I cruised down the highway at 6:30 in...

## FIRST LOOK: Glock Just Very Quietly Unveiled the New Glock 47 Pistol

Tuesday afternoon we broke news that the U.S. Customs and Border Protection selected three Glock 9mm pistols as its new standard...

## Police Sidearms: Handguns of America's 10 Largest Departments

Law enforcement in the United States is in constant evolution and that includes various police sidearms. These days, law enforcement...

## Vote & Win: 2022 Ballistic's Best Readers' Choice for Best Guns

Voting for the 2022 Ballistic's Best Readers' Choice awards is now closed. Thanks to all who voted. See all the...

**LONG RANGE PRECISION VIDEO SERIES**





**MORE VIDEOS**

**Lights, Camera, Uzis: The History of Hollywood's Uzi Love Affair**

**In His Own Words: How R. Lee Ermey Became Gunnery Sgt. Hartman**

**HANDGUNS**



**RIFLES – click to see all**

7/18/23, 6:38 AM
Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 50 of 111 PageID #: 2448
WATCH: Rare Breed Triggers Versus the ATF Over the FRT-15 Trigger

**Rock River BT3 Operator ETR Carbine Boasts 1.5 MOA Accuracy**

**Springfield Model 2020 Redline: Best New Bolt-Action Rifle?**

**Red Arrow 350 Legend Brings the Versatile Round to the AR-15**

**Christensen Arms MHR: Big-Game Hunting Line Adds Long Actions**

**AMMO – click to see all**



**Magazines Available Now! Subscribe today for Home Delivery!**







7/18/23, 8:36 AM    Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 51 of 111 PageID #:
2449
The Court Battle: Rare Breed Triggers versus the ATF over the FRT-15 Trigger

**FREE NEWSLETTERS! Subscribe!**







7/18/23, 8:25 AM

ATF vs. RBT: Rare Breed Triggers Defies Cease and Desist Letter

Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 52 of 111 PageID #: 2450

# Free Range American

(https://www.blackriflecoffee.com/)



(https://www.blackriflecoffee.com/products/liberty-roast?utm_source=website&utm_medium=owned-display&utm_campaign=2023q3banner-ads&utm_content=986048_2023q2banner-ads_p-mult_2mf_vis-all_dsp_campaign-rotational_owned_display_website_nap_488554_banner-header_dsp_nap_lto_lrg_nap_img_nap_hd_v1_nap)

![Rare Breed Triggers]

## ATF VS. RBT: RARE BREED TRIGGERS DEFIES CEASE AND DESIST LETTER

SHOOT (HTTPS://FREERANGEAMERICAN.US/SHOOT/)

**SEPTEMBER 08, 2021** *By Tim Cooper (https://freerangeamerican.us/tim-cooper/)*

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is looking to ban yet another firearm accessory. This time the agency has its sights set on Orlando-based Rare Breed Triggers (RBT), the manufacturer of a drop-in AR-15 trigger.

7/18/23, 8:25 AM    Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 52 of 111 PageID #:
2451
ATF vs. RBT Rare Breed Triggers Denies Cease and Desist Letter

To trigger.

The unique FRT-15 (forced reset trigger) increases the speed with which a shooter can fire a semi-automatic firearm. The ATF says this feature makes it a "machine gun" by legal definition and that the trigger should therefore be heavily restricted.

Agents from the ATF's Tampa Field Division paid a visit to RBT headquarters on July 26 to notify the company of alleged violations and deliver a cease and desist letter. The company told the ATF to pound sand.

In the two-page cease and desist request (https://s3.documentcloud.org/documents/21047814/01-9.pdf) presented to RBT, the agency claims the FRT-15 trigger is a machine gun as defined by the National Firearms Act (https://www.atf.gov/file/58141/download). The company was instructed to immediately halt all production of the trigger and send a plan to the ATF within five days for addressing triggers that have already been sold.

RBT's legal counsel disagreed and fired back immediately (https://theinfidel.co/blogs/rare-breed-news/rare-breed-triggers-response-letter-to-the-atf-cease-and-desist), disputing the ATF's claims. The attorneys then filed a federal lawsuit against the agency and the attorney general, *Rare Breed Triggers, LLC v. Garland (https://www.pacermonitor.com/public/case/41240969/Rare_Breed_Triggers,_LLC_et_al_v_Garland_et_al)*, in the 11th Circuit court.

"When Congress wrote the law defining a machine gun, they drew a box. They said, 'If you stay in this box, it's not a machine gun; but if you step out of the box, it *is* a machine gun,'" said RBT president Lawrence DeMonico. "Well, I found a way to attain my goal and stay within the box. Now the ATF wants to change the shape of that box. As an executive agency, they don't get to do that. The ATF is not allowed to create legislation. That's Congress' job."

executive agency), they don't get to do that. The ATF is not allowed to create legislation. That's Congress' job."

It should be noted that RBT did not seek ATF approval for the FRT-15 before bringing the product to market. While this step is not a legal requirement, many companies voluntarily choose to make it a part of the R&D process.



**Rare Breed Triggers FRT - Full Video**
RARE BREED TRIGGERS

10:52

Much like the stabilizing brace issue (https://freerangeamerican.us/atf-pistol-braces-and-sbrs/) that came to light late last year targetting Q, LLC's Honey Badger AR pistol (https://freerangeamerican.us/honey-badger-atf/), RBT's lawsuit has the potential to become another high-profile showdown with an anti-gun presidential administration on one side and Second Amendment advocates and gun owners on the other.

## What's Unique About the FRT-15

After pulling a conventional semi-automatic trigger, the shooter must manually release it and allow it to travel to its reset point under light spring pressure before the trigger can be pulled again.

As its name implies, the FRT-15's trigger is *forced* to reset very quickly after a shot is fired when the bolt carrier group returns forward, whether the trigger is released or not. This allows for extremely fast follow-up shots, but the trigger must still be pulled each time a round is fired.

In contrast, when a full-auto or machine gun trigger is pulled and remains depressed, the firearm will continue to fire repeatedly until it's out of ammunition or the trigger is released.

> **"DID I KNOW SOME PEOPLE WOULDN'T LIKE WHAT I WAS DOING? SURE. BUT THERE ARE HATERS EVERYWHERE. IT DOESN'T MATTER WHAT YOU DO – SOMEONE OUT THERE IS NOT GOING TO LIKE IT."**

Without prior knowledge of how the FRT-15 works, a live demonstration (https://vimeo.com/486478480) of a firearm with the trigger installed would surely convince most people – gun novices and experts alike – they'd just seen a machine gun in action. A standard 30-round magazine can be emptied in a few seconds, and the rapid reports would sound a lot like full-auto gunfire.

However, the legal definition of a machine gun has nothing to do with how fast a gun can be shot or the sound it makes but rather the number of rounds that are fired with a *single* function or "pull" of the trigger.

According to 26 USC 5845(b) (https://www.law.cornell.edu/uscode/text/26/5845):

*A machine gun is any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically **more than one shot**, without manual reloading, **by a single function of the trigger**. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machine gun, and any combination of parts from which a machine gun can be assembled if such parts are in the possession or under the control of a person.*



**Rare Breed Triggers vs ATF - Public Statement - 2021/08/19**

Rare Breed Firearms



7/18/23, 8:28 AM
ATF vs. RBT: Rare Breed Triggers Defies Cease and Desist Letter
Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 56 of 111 PageID #: 2454

13:43

The ATF's cease and desist letter claimed the agency had examined the FRT-15 trigger and determined it met the definition of a fully automatic machine gun, as described above. However, the letter offered no details about the examination or additional documentation.

"The directives laid out in the cease and desist [letter] were based on an *alleged* examination performed by the ATF," DeMonico said in the video above posted Aug. 21 on Vimeo (https://vimeo.com/589573539). "I say 'alleged examination' because no copy of the examination was provided with the cease and desist. And during the conversation that followed, not only did [the ATF agent] admit he had not actually seen a copy of the examination, but in addition, he stated he hadn't even seen an actual sample of the FRT trigger."

## Putting Up a Fight

So what makes RBT confident it can successfully challenge the bureaucratic might that is the ATF?



Simply put, the company feels it can prove that the FRT-15 does not meet the legal definition of a machine gun in a court of law. While the trigger certainly enables a firearm to be fired quickly, RBT says it does so within the design parameters of a perfectly legal, semi-automatic trigger.

"It's not how fast the gun shoots," DeMonico told ABC affiliate WFTV in Orlando (https://www.wftv.com/news/9investigates/orlando-based-company-suing-atf-debate-over-an-ar-15-attachment/432URMUUABDBHLB66WNVRSOQME/). "It's how the gun shoots fast."

DeMonico is quick to point out that this is not only his opinion but also the opinion of his attorneys.

"I didn't prepare for a fight just to have a fight," DeMonico told *Free Range American*. "However, I knew I had to dot my i's and cross my t's. Everything I do in life is based upon the notion that I don't move until I'm sure it's safe to move. I mean, I'm damn sure not looking to go to jail. Right? Rare Breed Triggers might be new to the scene, but it is not a new endeavor for me. I have been working on the FRT for about four years. When we got a prototype that seemed to work, it was like, 'Holy shit. We might be onto something here!'"



![The FRT-15 drop-in AR-15 trigger from Rare Breed Triggers is under attack from the ATF.]

The FRT-15 drop-in AR-15 trigger from Rare Breed Triggers is under attack from the ATF.

"We knew we needed some expert legal opinions if we were going to bring this thing to market. And I didn't just jump on YouTube and gather a bunch of half-baked opinions of some third-string 'gun-tubers,'" he added. "All four of my legal experts have testified on behalf of the [Department of Justice] and ATF in countless cases. I didn't set out to do something illegal. Did I know some people wouldn't like what I was doing? Sure. But there are haters everywhere. It doesn't matter what you do. Someone out there is not going to like it."

The collection of rebuttal statements (https://theinfidel.co/blogs/rare-breed-news) written by the company's legal team shows RBT was indeed fully prepared for this legal battle long before it happened.

The company is taking heat from some in the firearms community for failing to seek ATF approval for the trigger before releasing it, despite being under no legal obligation to do so. DeMonico said he firmly believes his team's due diligence was so exhaustive that prior approval by the ATF was unnecessary.

There has been no public response from the ATF. The agency typically does not comment on pending litigation, but this case is bound to produce some fireworks. We'll keep a close eye on it.

**Read Next:** *Russian Ammunition Ban Could Make National Shortage Much Worse (https://freerangeamerican.us/russian-ammunition-ban/)*



7/18/23, 8:26 AM
ATF vs. RBT: Rare Breed Triggers Defies Cease and Desist Letter
Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 59 of 111 PageID #: 2457



## TIM COOPER

*Contributor*

Tim Cooper is a contributing writer for *Coffee or Die* magazine and has been a freelance writer for more than 20 years. He is also a certified firearms instructor and soon-to-be-famous recording artist with Fat Chance Records. When Tim is not traveling the world on assignment, which is actually more often than not, you will probably find him at a nearby shooting range or sitting behind a drum kit, staring at his bandmates in bewilderment.

Follow Tim Cooper:   **f** (https://www.facebook.com/cave.canem.media)   (https://www.instagram.com/cave.canem.media)  **in** (https://www.linkedin.com/in/cave-canem-media)

## COMMENTS

### Comments

Thomas Rushing says

September 13, 2021 at 4:37 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-193)

This is a perfect example of a small business making a product that is new and exciting and untouchable by any other competition and gun control nuts we're gonna jump all over instead of supporting small small businesses made in America supporting Americans supporting American workers when is it OK for conservatives to actually get a A back bone and say enough is enough stop tearing up our constitution where are the Republicans at ?????????

Reply

> Independents against political cults (https://www.facebook.com/Independents-Against-Political-Cults-106783424704072) says
> October 12, 2021 at 11:58 am (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-243)
>
> Republicans are basically the same as Democrats with different talking points. A republican president who just got out of office used the 2nd amendment to wipe his ass with and infringed upon it multiple times.
> https://www.youtube.com/watch?v=v_CQeoG5mcI (https://www.youtube.com/watch?v=v_CQeoG5mcI)
>
> What we need is for people to stop voting for these loser- Republican and Democrat alike....Vote Libertarian – They actually want to abolish the atf- Rs and Ds want to cup the atfs balls and let them continue to illegally regulate something they have no constitutional power to do so
>
> Reply

>> Charles Ray says
>> December 24, 2021 at 11:09 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-397)
>>
>> VOTE LIBERTARIAN = VOTE FOR NO BORDER ENFORCEMENT.
>>
>> "Libertarians" are simply leftists pitching a single issue platform to simpletons who don't time to research the "Libertarian" agenda and long game.
>>
>> Reply

> Ricky (http://snnipercountry) says
> September 16, 2021 at 11:53 am (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-198)
>
> Fuck um it's gtg Sue the left government under evil Biden's now this trigger is not a full auto they month is and in court there will lose stocking un China takeover left now must go down
>
> Reply

Zach Morgan says
September 26, 2021 at 1:43 am (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-214)



Please notify me when more frt-15 triggers are available.
Reply

> John F. says
> February 11, 2022 at 11:11 am (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-489)
>
> They are currently available as of 2/11/22.
> Reply

Wanna says
November 03, 2021 at 1:59 am (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-293)

Please notify me when more are available, Need for Christmas!
Reply

rod neeley (http://yahoo) says
November 18, 2021 at 3:21 am (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-315)

Great job.You did a hell of a job on this product.If they are going to give you a heard time,
them go ahead (as a last resort) and require each trigger to get a tax stamp,
Hey its not right, but its better than not having the trigger at all.
Reply

> mark says
> March 01, 2022 at 6:41 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-523)
>
> Rod, Its the last resort mentality that weakens our ability to hold off tyranny. It spends away bit by bit our freedom my
> forefathers bestowed us. People died for the rights in the constitution. Please don't disregard there sacrifice without
> considering why they died and admit how stone cold stupid living under what they provided many are. Shall not be
> infringed was the established line needed to keep you from being sacrificed. Hold the line or die holding the line that
> gives educated people that do value freedom the ability to protect it. Our Freedom is not yours to give away.
> Reply

BravoSierra says
December 27, 2021 at 10:10 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-403)

Except if they are listed as f/a then it defaults back to the 1986 GCA, and you or I won't be able to own one.
Reply

Bryan Torok says

7/18/23, 8:26 AM    Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 62 of 111 PageID #:
ATF vs. RBT: Rare Breed Triggers Defies Cease and Desist Letter
2460

Bryan Torok says

February 03, 2022 at 12:12 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-474)

I wrote a really well thought out, but somewhat lengthy comment. Unfortunately, WordPress thinks I'm spam. So you won't get to see it.
Reply

steven l johnson says

February 17, 2022 at 8:02 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-500)

got mined spending more then should but still gonna need it when stupid comes to fruition
Reply

steven l johnson says

February 17, 2022 at 8:04 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-501)

just sayin' spelling intentional
Reply

steven l johnson says

February 17, 2022 at 8:19 pm (https://freerangeamerican.us/rare-breed-triggers-atf-letter/#comment-502)

got mined spending more then should but still gonna need it when stupid comes to fruition.no tax stamp as of now.Not now not never!
Reply

# READ NEXT



(https://freerangeamerican.us/glock-21/)

**GLOCK 21: DID THIS UP-SIZED WONDER NINE KEEP THE .45 ALIVE? (HTTPS://FREERANGEAMERICAN.US/GLOCK-21/)** JUNE 29, 2023



(https://freerangeamerican.us/winchester-shotgun-widowmaker/)

**THE SH*TBOX WINCHESTER SHOTGUN FOLKS CALLED 'THE WIDOWMAKER' (HTTPS://FREERANGEAMERICAN.US/WINCHESTER-SHOTGUN-WIDOWMAKER/)**



(https://freerangeamerican.us/bolt-action-rifle/)

**THE BOLT ACTION RIFLE: A MASSIVE AND ENDURING LEAP FOR GUN TECH (HTTPS://FREERANGEAMERICAN.US/BOLT-ACTION-RIFLE/)**

*By*
*Scott Murdock (https://freerangeamerican.us/scott-murdock/)*

*By*
*T. Logan Metesh (https://freerangeamerican.us/t-logan-metesh/)*

**JUNE 28, 2023**

*By*
*Todd Bumgardner (https://freerangeamerican.us/todd-bumgardner/)*

## SIGN UP FOR THE FREE RANGE AMERICAN NEWSLETTER

Join the list to receive special offers and updates!

First name                Last name

Email*

(https://freerangeamerican.us/)

(https://www.blackriflecoffee.com/)

(https://coffeeordie.com/)

www.facebook.com/FreeRangeAmerican/)

(https://www.facebook.com/blackriflecoffeeco/www.facebook.com/coffeeordi

www.youtube.com/c/FreeRange...American/)(https://twitter.com/blckriflecoffee(https://twitter.com/coffeeordie17



7/18/23, 8:28 AM
Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 64 of 111 PageID #: 2462
ATF vs RBT Rare Breed Triggers Defies Cease and Desist Letter

www.instagram.com/freerangeamerican) (https://www.youtube.com/channel/UCmk7GW083IuSNERSmoCtAag) (https://www.youtube.com/channel/UCf5uJ3JHLk

https://www.linkedin.com/company/fr (https://www.instagram.com/blackriflecoffee/)    Q/)

range-american)    (https://www.pinterest.com/brcc (https://www.instagram.com/coffeeord

**VETERAN OWNED (HTTPS://WWW.BLACKRIFLECOFFEE.COM/PAGES/ABOUT-US)**

CONTACT US   editor@blackriflecoffee.com (mailto:editor@blackriflecoffee.com)

Copyright © 2023 Free Range American. All Rights Reserved.

# AR Trigger Company Tells ATF to 'Stick It'

*A strong response from a trigger company attorney to a cease-and-desist letter sent by the ATF has the internet abuzz with its boldness and common sense.*



*Rare Breed FRT-15 Trigger (Photo courtesy of Rare Breed Triggers)*

August 13, 2021

**By Mark Chesnut**

Rare Breed Triggers, a company based in Orlando, Florida, makes the FRT-15 trigger—a trigger that operates somewhat differently than other triggers on the market. Apparently, because of the ability for shooters to fire guns with an FRT-15 trigger faster than those with some other triggers, the ATF recently sent Rare Breed a cease and desist order.

*Editor's Note:* Lawrence DeMonico, president of Rare Breed Triggers makes a public statement regarding the lawsuit filed by RBT against the ATF, DOJ, and AG. Watch the video below.



"As the Rare Breed Trigger FRT-15 is a machine gun under the NFA, it is subject to the registration, transfer, taxation and possession restrictions applicable to these regulated weapons, which include criminal penalties relating to the illegal transfer and possession

of said weapons," the ATF wrote in its letter.

Advertisement



×

The important thing to remember here is that the National Firearms Act defines a "machine gun" to include any combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. While the ATF's examination allegedly found

that the Rare Breed trigger allows a firearm to "shoot, automatically more than one shot, without manual reloading, with a single continuous pull of the trigger," in reality the FRT trigger does require a "single function" of the trigger to fire each shot.

That's what prompted the prompt and stern reply from Kevin Maxwell, general counsel for Rare Breed.

"RBT disagrees with any conclusion which suggests the FRT-15 can shoot more than one round by a single function of the trigger," Maxwell wrote in a letter addressed to Craig Saier, special agent in charge of the Tampa Field Division. The letter was subsequently widely circulated on the internet. "This is not just my opinion. Before the first FRT-15 was manufactured, the design was reviewed in detail by Retired Special Agent Kevin McCann, Esquire, and former ATF Special Agent, Program Manager and Chief Firearms Technology Instructor Daniel G. O'Kelly. The conclusion of that review determined the FRT-15 is not a machine gun."

Consequently, Maxwell and RBT are demanding that the ATF reveal what kind of examination was conducted to make the new determination.

"I must dispute the letter's claim in its entirety and demand strict proof of same, including an unredacted copy of what I expect is a Report of Technical Examination from the examiner within the Firearms Technology Branch," Maxwell wrote. "In the absence of that, I must demand an unredacted copy of whatever other 'examination' led to the issuance of the letter."

Advertisement

Maxwell pointed out that federal agencies can't just change the rule of law without going through proper channels, and that doesn't seem to be the case in this instance. Consequently, he says the agency's letter is way out of line.

"The letter improperly threatens criminal prosecution without proper notice," he stressed. "This makes the legality of your determination even more unreasonable. The Supreme Court has ruled that due process bars enforcement of criminal statutes where an agency improperly changes course with respect to conduct it deems unlawful. This is because an improper regulation change or reinterpretation makes it impossible for the average person to know what is illegal."

In the end, Maxwell said that Rare Breed Trigger doesn't intend to stop making the FRT-15 triggers anytime soon, regardless of what the cease and desist letter said.



## Recommended

**New Smith & Wesson M&P22 Magnum with TEMPO Barrel: First Look**

Read Article

**New Savage Stevens 334 Rifles Now Available: First Look**

Read Article

**New Burris Veracity PH Scope Now Available: First Look**

Read Article

**Smith & Wesson Launches Free Mag Promotion: Summer Freedom Days!**

Read Article

Advertisement

"I stand ready to receive the information demanded above," Maxwell concluded. "Until then, RBT must respectfully decline the letter's demands. Make no mistake, RBT will fully cooperate with any reasonable ATF investigation. However, it cannot simply acquiesce to the destruction of its business based upon ATF fiat that finds no support in its prior rulings applicable to law, rule or regulation."

We'll keep an eye on this controversy as it unfolds and report on it again when it has passed the-dueling-letters stage.

*Freelance writer and editor Mark Chesnut is the owner/editorial director at Red Setter Communications LLC. An avid hunter, shooter and political observer, he has been covering Second Amendment issues and politics on a near-daily basis for the past 20 years.*

**Read The Next Article: New Smith & Wesson M&P22 Magnum with TEM…**

## Buy Digital Single Issues



# Don't miss an issue.
# Buy single digital issue for your phone or tablet.

**Buy Single Digital Issue**

on the Firearms News App

7/18/23, 8:32 AM
Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 71 of 111 PageID #:
Rare Breed Triggers issued cease and desist | Firearms Talk
2469





And their lawyer's response:

Rare Breed Triggers Response Letter to the ATF Cease and Desist

Below is the PACER downloaded response filed by attorney (and owner of Rare Breed Triggers) Kevin Maxwell to the ATF and DOJ Cease and Desist Letter. The level of due diligence and preparation that went into this product are absolutely stunning. I don't see how the ATF wins this one, their...

✦ theinfidel.co

💬 Reply    🔖 Save    👍 Like    👍 1

---

**JTJ** · #3 · Aug 14, 2021                                ⋮

The ATF uses intimidation. They lose in court frequently. They rely on people not having the finances to fight them. The ATF needs to be held accountable for damages.

Patron Member NRA                                           ⌄
"I would not be an old man if I had not been an armed young man." JTJ

💬 Reply    🔖 Save    👍 Like    👍 4

---

**Sniper03** · #4 · Aug 14, 2021                           ⋮

The ATF under the present Administration will no doubt try to exert power over companies and gun owners.
The bottom line, unless a corrupt Judge makes a ruling in favor of the Anti-Second Amendment Group. It will no doubt result in it going to a higher court. Bottom line the Trigger is "NOT" a Machine Gun Part. A single pull of the Trigger to fire a Single Round negates it being a machine gun part "By Law!"😉

03

The Constitution is not an instrument for the Government to restrain the people. It is an instrument for the    ⌄
people to restrain the Government!

💬 Reply    🔖 Save    👍 Like    👍 3

---

**JTJ** · #5 · Aug 14, 2021                                ⋮



Patron Member NRA
"I would not be an old man if I had not been an armed young man." JTJ

💬 Reply   🔖 Save   👍 Like   👍 3

---

D  **donthav1**  ·  #6  ·  Aug 16, 2021                    ⋮

> Sniper03 said: ⬆
>
> Bottom line the Trigger is "NOT" a Machine Gun Part. A single pull of the Trigger to fire a Single Round negates it being a machine gun part "By Law!" 😉
>
> 03

I had never heard of this trigger, so i checked out a few youtube videos. The common thing most of the youtubers said was as long as you keep pressure on the trigger, the gun will continue to fire. Several videos showed one continuous trigger pull emptying a magazine.

I wish Rare Breed luck in their lawsuit, but i don't see things turning in their favor.

All I've had today is like 6 gummi bears & some scotch

💬 Reply   🔖 Save   👍 Like   👍 2

Yeah, I don't expect they'll win. But, according to the rules, it is technically, or should be, legal, it does require a complete cycle of the trigger for each round fired. It's how it completes that cycle that makes it controversial.

I shoulda grabbed one while they were available. Lol.

💬 Reply   🔖 Save   👍 Like   👍 1

**Clifffalling**  ·  #8  ·  Aug 16, 2021                                          ⋮

> HydroR said: ↑
>
> Yeah, I don't expect they'll win. But, according to the rules, it is technically, or should be, legal, it does require a complete cycle of the trigger for each round fired. It's how it completes that cycle that makes it controversial.
>
> I shoulda grabbed one while they were available. Lol.

Ha! Better that you didn't . I could never get it to work properly. My sense is that even the ones who do get it to work have to be very careful, as it is finicky.

Flagstaff: Poverty with a view.

💬 Reply   🔖 Save   👍 Like   👍 1

**HydroR**  Discussion starter  ·  #9  ·  Aug 16, 2021                          ⋮

Ah, so you finally got yours? What kind of issues are you having with it?

💬 Reply   🔖 Save   👍 Like

**Clifffalling**  ·  #10  ·  Aug 16, 2021                                         ⋮

> HydroR said: ↑
>
> Ah, so you finally got yours? What kind of issues are you having with it?

Gave some feed back in this thread. Super not happy.

> **Rare breed FRT**
> https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/
> Just looking for peoples thoughts and opinions on this trigger, hopefully hear from an owner. Not looking to discus if I should "pony up and buy a registered full auto" or not or current ammo...

Flagstaff: Poverty with a view.

💬 Reply      🔖 Save      👍 Like

---

**Gunz**  ·  **#11**  ·  Aug 16, 2021 (Edited)                                        ⋮

Doesn't surprise me at all ATF is going after this.

**Unless you want to surrender everything, don't surrender anything**

💬 Reply      🔖 Save      👍 Like

---

**Maineiak**  ·  **#12**  ·  Aug 16, 2021                                             ⋮

Anyone who installed one of these triggers better take it out, because sounds like you made a machine gun. Wouldn't be surprising if the ATF gets a list of everyone they sold to.

💬 Reply      🔖 Save      👍 Like

---

**HydroR**  **Discussion starter**  ·  **#13**  ·  Aug 16, 2021                       ⋮

> **Clifffalling said:** ⤤
>
> Gave some feed back in this thread. Super not happy.
>
> > **Rare breed FRT**
> > https://www.thetruthaboutguns.com/new-the-rare-breed-triggers-frt-15-forced-reset-ar-15-trigger/
> > Just looking for peoples thoughts and opinions on this trigger, hopefully hear from an owner. Not looking to discus if I should "pony up and buy a registered full auto" or not or current ammo...
> >
> > 📄 www.firearmstalk.com
>
> Click to expand...

Ah geez, that sucks.

💬 Reply      🔖 Save      👍 Like

---

**Freeportfreedom**  ·  **#14**  ·  Oct 10, 2022                                      ⋮

My buddy bought one from gun broker a year or so ago. It was fun to shoot but he had to buy an

7/18/23, 8:32 AM
Case 1:23-cv-00369-NRM-RML Document 107-4 Filed 07/25/23 Page 76 of 111 PageID #: 2474
Rare Breed triggers issued cease and desist | Firearms Talk

We ran a few hundred rounds through it. I like my Franklin binary better, with enough practice I can shoot almost as fast... Surprised the atf hasn't gone for them yet.

💬 Reply  🔖 Save  👍 Like

**HydroR**  Discussion starter  · #15 · Oct 10, 2022  ⋮

Shhhh, don't give them any ideas.....

💬 Reply  🔖 Save  👍 Like

**F** **Freeportfreedom** · #16 · Oct 10, 2022  ⋮

> HydroR said: ⬆
> Shhhh, don't give them any ideas.....

😛😂🙂

They won't be able test it with a zip tie.

💬 Reply  🔖 Save  👍 Like

1 – 16 of 16 Posts

> This is an older thread, you may not receive a response, and could be reviving an old thread. Please consider creating a new thread.

Write your reply...

◇  B  I  U  S̶  ◊  A▾  T↕▾  🔗  🖼  📷  ☺  ⋯▾  ≡▾  ≣▾  ▦  ↺  ↻  📄▾  ⚙

↩ Post Reply

Home  ›  Forums  ›  General Firearms Forums  ›  **Legal and Activism**  ›

## Grow Your Business  🔊

When you purchase through links on our site, we may earn an affiliate commission, which supports our community.

The Fora platform includes forum software by XenForo.

Outdoor Hub, LLC (d/b/a Carbon Media Group), 30800 Telegraph Rd, Suite 1921, Bingham Farms, MI 48025 USA

 

✓✗ Your Privacy Choices



# Legal battle over trigger that makes AR-15s fire faster has Arizona-based company concerned over outcome

By **Steve Nielsen** | Published January 4, 2022 | Updated 7:39PM | **Business** | **FOX 10 Phoenix** | ➔

**Chandler-based company concerned over outcome of legal battle over trigger that makes AR-15s fire faster**
A federal battle over a small gun part is hitting close to home for one Chandler-based company, which claims they are the largest dealer in the country for a trigger that has caught the attention of the ATF. FOX 10's Steve Nielsen reports.

**PHOENIX -** A federal battle over a small gun part is hitting close to home, as a Chandler-based business says they are the largest dealer in the country of a trigger that can make AR-15s fire faster.

However, officials with the ATF (Bureau of Alcohol, Tobacco, Firearms and Explosives) say it is so fast, that it should be classified as a machine gun. ATF officials have tried to stop its production, but the manufacturer says what they are doing is perfectly legal.

## Gun part among the most popular product sold by company

The part in question is called the Rare Breed FRT-15 trigger. It is made by Rare Breed Triggers.

"Super small and super fast. Still within the rules," said Randy Looke with Chandler-based Preppers Discount.

The new type of trigger only needs an eighth of an inch to reset.

"Even though it's an eighth of an inch, you're still pulling that trigger every single time," said Looke.

Officials with Preppers Discount say they can't keep the $450 to $600 part in stock.

"This is by far our most popular product we've ever sold," said Looke. "By far, hands down."



**FOX 10 Arizona Morning**
The latest Arizona headlines, national news events of the day + sports, weather, and traffic updates.

7/18/23, 8:05 AM    Legal battle over trigger that makes AR-15s fire faster has Arizona-based company concerned over outcome

Case 1:23-cv-00369-NRM-RML    Document 105-4    Filed 07/25/23    Page 79 of 111 PageID #: 2477

contacted, officials with the ATF say they do not discuss matters of litigation.

Company officials, however, say because the trigger has to be pulled for every bullet, it is still semi-automatic. In a phone call, the owner of Rare Breed said they have submitted evidence and opinions, and resubmitted it to the ATF for reconsideration.

"Our legal position remains that as the law is written, the FRT-15 is a perfectly legal semi-automatic trigger," the owner said.

## Legal Expert weighs in

Firearms legal analyst Marc Victor says with the National Firearms Act, semantics are important.

"There are many areas, as you can imagine, especially when you're dealing with firearms, that we just don't know what the answer is," said Victor.

For Preppers Discount, the outcome of the battle will be massive, since they claim they are the largest dealer of the trigger in the country.

"This is a national thing that can affect millions of Americans," said Looke.

## Other Top Arizona Stories

- **Man shot dead by police following domestic dispute, rampage that left 2 people hurt, officials with YCSO say**

- **Man accused of recording woman inside south Phoenix bathroom stall**

- **Casa Grande Police officer dies following battle with COVID-19, department says**

## Tune in to FOX 10 Phoenix for the latest news

**For the latest local news, download the FOX 10 News app.**



This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX Television Stations



WATCH LIVE

**FOX 10 Arizona Morning**
The latest Arizona headlines, national news events of the day + sports, weather, and traffic updates.

Case 1:23-cv-00369-NRM-RML Document 107 Filed 07/25/23 Page 80 of 111 PageID #: 2478



# Rare Breed Triggers vs. ATF - Public Statement August 19, 2021

The president of a Florida-based gun and trigger company released a recorded

statement on August 20, 2021, saying his company will not be complying with a

cease-and-desist order issued by the ATF in late July.

## Buy Digital Single Issues



# Don't miss an issue.
# Buy single digital issue for your phone or tablet.

### Buy Single Digital Issue

on the Guns & Ammo App



GUNS    RECOILTV    GEAR    NEWS    FEATURED    SUBSCRIBE    BUY MAGAZINES

SIGN UP / LOG IN

ABOUT US    SUBSCRIBER SERVICES    MEDIA KIT    PRIVACY POLICY    PURCHASE

TERMS OF USE



The Ultimate Firearms Destination for the Gun Lifestyle





Home » News » Industry News » Rare Breed Trigger's ATF Response: The Hero We Need

GUNS

# Rare Breed Trigger's ATF Response: The Hero We Need

Forrest Cooper

August 23, 2021

3 Comments, Join the Conversation



     

In the last few months, we have seen a dramatic uptick in the presence of the ATF in the eyes of the public. From the struggling nomination of David Chipman for the position of Director, to the attempt to redefine what is considered a receiver for the sake of regulation, to the current reclassification of Pistol Stabilizing Braces as criteria for considering a firearm an SBR, these events have drawn the attention of our firearms culture. As the bump stock ban from the previous administration faces more and more challenges, the ATF has sent a cease-and-desist letter to Rare Breed Triggers, regarding the manufacturing of the FRT-15. In cases like this, we often sink into a familiar pattern: the articles are written, attention gathered, with most of the work being done outside of the public's eye. The Rare Breed Triggers ATF Response, however, sings a different tune.

The FRT-15 is one example of why definitions matter, and why there must be a partition between the person who interprets a law, and the one who enforces it. The FRT-15 is a drop-in trigger replacement for AR-15 style rifles that utilizes a mechanism to force the reset of the trigger. This is where it gets its name, as the Forced Reset Trigger, and the result is the ability for a disciplined trigger finger to fire quickly, too quickly it seems, for the ATF to let it go. As a result, Rare Breed Triggers received a Cease and Desist letter from the ATF, who claimed that the FRT-15 was determined to be a Machine gun, and subject to regulations accordingly.

Much like language, the law fails to govern successfully when definitions are not followed or can be arbitrarily ignored by enforcing agencies out of expediency. So when the ATF is given a working definition for a machine gun, and then claims that something which does not fit within that definition is now considered to be one, not only does the integrity of the law suffer, but the safety and well being of the people.



## MECHANISMS AND DEFINITIONS

A machine gun is defined by the National Firearms Act 26 U.S.C. 5845(b) as **any combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading**, by a single function of the trigger.

This working definition is used in such a way to identify items that in and of themselves, could not possibly meet the definition of a machinegun, much less a firearm: a trigger or bump stock does not itself have a barrel and cannot expel a projectile through the expansion of gasses in a contained chamber. The FRT-15 does not fit the definition presented either, but appears to be considered a machine gun simply because the ATF cannot tell the difference when someone is

using it. If this were allowed to be the standard, then illiteracy would be the highest form of virtue.



The crux of the definition rests on the human input: one round fired per function of the trigger. There is a difference between being able to pull the trigger quickly, and simply hold it down. What the Rare Breed Triggers FRT-15 does is mechanically reset the trigger, while preventing the hammer to drop until the bolt is locked into the chamber. What it does not do is allow the hammer to drop without the trigger being pulled again by the wielder. One function of the trigger: one shot fired.

## THE HERO WE NEED

When Rare Breed Triggers received a cease-and-desist order from the ATF, it included an additional requirement for the manufacturer to contact the ATF and establish a plan of what to do with the FRT-15 triggers that had already been sold. The authority of the ATF has been challenged in the past, and so when Rare Breed Triggers gave their response, it wasn't without some recognition of what could happen next.





Found on Reddit, this is possibly the Response letter that Rare Breed Triggers sent to the ATF. What we do know is that they have stated

publicly their response.

Instead of capitulating to the ATF's claim that the FRT-15 was a machinegun, and worse, diverting their efforts as private citizens to do the bidding of a Government Agency, they responded publicly stating their non-compliance, and backing it up with legal opinnion. Christopher Gadsden would be proud.

Rare Breed Triggers simply said no, arguing that the FRT-15 clearly and deliberately does not fulfill the definition of a machine gun, and thus is not subject to regulation by the ATF. As a result, Rare Breed continues to manufacture the FRT-15, and is making no plans to attempt to recover triggers purchased by them. At the time of writing, there is no news regarding how the ATF will react to Rare Breed Trigger's response.

The challenge with this type of action by the ATF is that the result of redefinitions, reclassifications, and overt over-stepping of the limitations to their authority does not go without disturbing law-abiding American Citizens. Instead of focusing on the actions of those who wish to harm the American people, instead of directing efforts to enforce the laws that govern, these actions would make felons of other-wise innocent people. The possession of things like bump stocks, pistol braces, 80 percent receivers, and forced reset triggers, if prohibited, would produce only victimless crimes.

Which draws attention to the ATF as at least suspicious in the eyes of so much of the American people, as the agency continues to act in such a way that at least looks like they are more interested in infringing on the rights of free people, than protecting said rights.

For more, follow Rare Breed Triggers themselves at rarebreedtriggers.com

## MORE ON THE ATF, CENSORSHIP STORIES, AND NEWS

- Just Last Week the State Department banned the Russion Ammo Imports on spurious grounds.
- Solvent Traps and a true DIY Suppressor: JK Armament SBR Pro.
- SBR: The Arbitrary Infringement of the Short Barreled Rifle.
-

**Explore RECOILweb:**



Fitness Q&A



RECOILtv All Access: Gemtech Aurora II



Red Bloods 2 - DEFIANCE



RECOILtv Training Tune Ups - Red Dot or Iron Sights?

## Sponsored Content



**The First NEW Weatherby Bolt Action Centerfire Rifle In Over 50 Years**
By Weatherby
Designed and tested in Sheridan, WY, the Model 307 was inspired by the people of the "307" area code. Model 307's...

     

    **NEXT STEP: Download Your Free Target Pack from** *RECOIL*



For years, *RECOIL* magazine has treated its readers to a full-size (sometimes full color!) shooting target tucked into each big issue. Now we've compiled over 50 of our most popular targets into this one digital PDF download. From handgun drills to AR-15 practice, these **50+ targets** have you covered. Print off as many as you like (ammo not included).

**Get your pack of 50 Print-at-Home targets when you subscribe to the RECOIL email newsletter. We'll send you weekly updates on guns, gear, industry news, and special offers from leading manufacturers - your guide to the firearms lifestyle.**

**You want this. Trust Us.**

Enter your email address*

[                                        ]

[ **Subscribe, and Send Me Free Targets** ]

  

## Around the Web



**Anyone with Tinnitus Should Watch This Video**
Renew Hearing



**Gutter Guards for One-story House: How Much Would It Cost?**
LeafFilter Partner



**Boca Raton: Dentists Are Almost Giving Away Implants Now (See Offers)**
Dental Implant Ads



**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**
GundryMD



**This Purple Juice Melts Belly Fat Like Crazy. Watch Shocking Video!**
USA Trending News



**For People Who Don't Wait Helplessly for 911**
Tactical Traps







| Best 7.62x39 AR-15 Uppers [2023 Buyer's Guide] | Zenit Photosniper FS-3: Smile, Wait For The Flash | Oracle Arms 2311: The Perfect Hybrid? |
|---|---|---|
| recoilweb | recoilweb | recoilweb |

**3 responses to "Rare Breed Trigger's ATF Response: The Hero We Need"**

**Brian R Wickens says:**
August 23, 2021 at 7:52 pm

Do Not Go Gentle…

REPLY

**dennis beaver says:**
August 25, 2021 at 12:49 pm

good for you , RBT ! ! you are so right ! i & others stand by your decision !
dennis beaver ( army vet. 1978 – 84 )

REPLY

**Carl Mawby says:**
August 30, 2021 at 2:34 pm

The ATF&E do not make laws. Rulings have aiready been made as to the definition of what is the function of a machine gun. Looks to me to be a strong arm tactic to extort 200.00 for each trigger sold from the Luck Rare Breed. Viet Nam Vet 1966=69

REPLY

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *

Email *

☐ Save my name & email in this browser for the next time I comment.

POST COMMENT



About Us
Subscriber Services
Advertise
Privacy Policy
Purchase
Terms of Use



© 2023
CMG West, LLC

© 2023 Survivalists Lifestyle
All rights reserved.

7/18/23, 8:30 AM
Case 1:23-cv-00369-NRM-RML Document 107-4 Filed 07/25/23 Page 89 of 111 PageID #: 2487
ATF takes fire from Orlando gun trigger designer in lawsuit over cease and desist order | WFLA

☀ 85° **News Channel 8** on your side ✉ SIGN UP ☰

Maintenance, on us.
You're welcome.
The 2023 Hyundai TUCSON.
It's your journey.
locate yours
HYUNDAI

FLORIDA

# ATF takes fire from Orlando gun trigger designer in lawsuit over cease and desist order

by: Sam Sachs
Posted: Aug 23, 2021 / 04:14 PM EDT
Updated: Aug 24, 2021 / 07:51 AM EDT

TAMPA, Fla. (WFLA) — Orlando-based Rare Breed Triggers, a Florida Limited Liability Company, is taking on the federal government in a lawsuit over an order to halt production of their patented gun trigger, the FRT-15.

In July, the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives' Tampa Field Division issued a cease and desist order to the company to halt production of the FRT15 trigger, after the agency said they determined the trigger to be a machine gun, under the definition in the National Firearms Act.

> **Machine gun.** Any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machine gun, and any combination of parts from which a machine gun can be assembled if such parts are in the possession or under the control of a person.
>
> - NFA DEFINITION OF A MACHINE GUN, HOSTED BY ATF.GOV

Subsequently, the ATF sent its order to Rare Breed Triggers, part of Rare Breed Firearms.



Barry University
Opportunity to break through
VISIT SITE ›

Case 6:21-cv-01245-CEM-GJK   Document 1-9   Filed 08/02/21   Page 1 of 2 PageID 52

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Tampa Field Division*

Tampa, Florida  33602–3945
www.atf.gov

767000:AF
3310

JUL 2 6 2021

Mr. Kevin Maxwell
Rare Breed Trigger, LLC
733 W. Colonial Drive
Orlando, FL  32804

Dear Mr. Maxwell:

This is in reference to the Rare Breed Triggers, model FRT-15, manufactured and marketed by your company. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) examined this trigger and determined it to be a machinegun as defined in the National Firearms Act (NFA).

The NFA defines a firearm to include, in relevant part, "a machinegun." 26 United States Code (U.S.C.) § 5845(a)(6). A machinegun is defined under section 5845(b) as –

any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, *any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun,* and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

*Italics Added.*

As the Rare Breed Triggers FRT-15 is a machinegun under the NFA, it is subject to the registration, transfer, taxation, and possession restrictions applicable to these regulated weapons, which include criminal penalties relating to the illegal transfer and possession of said weapons. *See* 26 U.S.C., Chapter 53; *see also* 26 U.S.C. § 5871 (any person who violates or fails to comply with the provisions of the NFA shall be fined $10,000 per violation and is subject to imprisonment for a term of up to ten years).  Additionally, machineguns are also subject to the Gun Control Act of 1968, as amended (GCA), *see* 18 U.S.C. § 921(a)(23), and are subject to prohibitions regarding the possession, transfer, and transport of such items as set forth in 18 U.S.C. §§ 922(o) and 922(a)(4).

---

While the letter from the ATF, addressed to owner Kevin Maxwell and pulled from the online database Public Access to Court Electronic Records (PACER), details their ruling on the FRT-15 as manufactured and marketed, Maxwell's attorneys and industry experts disagree over the definition's application to the trigger.

Multiple industry experts brought on by Maxwell and Rare Breed to test the trigger legally and practically, including a division of the U.S. Department of Justice, disagree with the ATF's definition of the product as a machine gun, fully automatic, or for use that could make a gun fully automatic.

Specifically, an attorney from The Law Office of Kevin P. McCann in Merritt Island, Fla.; tested by Daniel O'Kelly, a former Senior Special Agent at the ATF and now a Director of GunLearn and a senior instructor at International Firearm Specialist Academy; reviewed by Rick Vasquez, a research and analysis consultant of Rick Vasquez Firearms, LLC; and Brian Luettke, a former special agent of the ATF and now a consultant for Firearms Training and Interstate Nexus Consulting, LLC all weighed in on the legality of the FRT-15 in its capacity as a machine gun.

ADVERTISEMENT





All of the above experts mentioned in the legal complaint filed by Maxwell to block the ATF's cease and desist noted that the FRT-15 did not meet the definition of a machine gun, at least under the definition in the National Firearms Act of Title 26 U.S.C. § 5845. Instead, all of the associated found that the product performed as a semiautomatic trigger, and therefore did not constitute a machine gun pursuant to the NFA.

Additionally, Earl Griffith, Chief at Firearms Technology Branch, ATF, a part of the U.S. DOJ found that the three-mode trigger design was determined to be "not a part or combination of parts that will convert a semiautomatic firearm into a machinegun."

Since the lawsuit's filing on Aug. 2, Lawrence DeMonico, president of Rare Breed Triggers, put out a video public statement breaking down the company's position in the lawsuit. The video, published on Aug. 19, runs just under 14 minutes long, and "addresses the ATF's attempted overreach in trying to redefine the term 'machine gun'" as it applies to the FRT-15.

The lawsuit names U.S. Attorney General Merrick Garland, the U.S. Department of Justice; the Bureau of Alcohol, Tobacco, Firearms and Explosives, Special Agent in Charge of the ATF's Tampa Field Division, Craig Saier; and Marvin Richardson, the Acting Director of the ATF as defendants.

*Follow Sam Sachs on Facebook*
*Follow Sam Sachs on Twitter*
*Send Sam news tips at ssachs@wfla.com*

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SPONSORED CONTENT                                                    Powered by Taboola
                                                                    Privacy Policy

**Here's What Gutter Guards Should Cost You In 2023**
LeafFilter Partner                                                  [Learn More]

**A Controversial New Game Called "SoS" Is Making Waves In The US!**
State of Survival                                                   [Play Now]

**Heart Surgeon Begs Americans: "Stop Doing This To Your Blueberries"**
Gundry MD                                                           [Learn More]

**The Actual Cost Of Cat 5 Hurricane Windows May Surprise You**
FHIA Remodeling                                                     [Learn More]

Get Sparkling Teeth With Our Teeth Whitening Toothpastes (Say Goodbye To Stains!)
Whitening Toothpaste | Tahoe Search                                 [Click Here]

### Remove Malware Hiding on Your Computer
Guardio

Learn More

### Amazon Hates When Prime Members Do This, But They Can't Stop You
Online Shopping Tools

### Here's What a New Gutter System Should Cost
leaffilterusa.com

Learn More

### How Much Does Medicare Pay Towards A Walk In Tub?
Senior Bath Solution

Learn More

### Seek Result For Teeth Whiten Toothpastes Buy Online
Teeth Whitening Toothpastes | Yahoo Search

Click Here

### Thousands of Men Wear These Shoes For Its First Class Comfort
Wolf & Shepherd

Shop Now

### Tinnitus? Do This Immediately (Watch)
Goodlife-24

**BEST R E V I E W S**



Best beauty deals of the Nordstrom Anniversary Sale

MAKEUP PALETTES & SETS / 15 Hours Ago

7/18/23, 6:30 AM
Case 1:23-cv-00369-NRM-RML   Document 107-4   Filed 07/25/23   Page 93 of 111 PageID #: 2491
ATF takes fire from Orlando gun trigger designer in lawsuit over cease and desist order | WFLA

If you love Nordstrom and beauty products, chances are that you'll find amazing deals during the retailer's big anniversary sale.



## 16 best outdoor games for kids to try on a lovely …

OUTDOOR TOYS  /  17 Hours Ago

If you're looking for fun activities to keep children occupied, invest in a few outdoor games. Here's a list of our best picks.



## How to prevent and recover from neck and back pain …

MEDICAL SUPPLIES & EQUIPMENT  /  17 Hours Ago

Working from home can save you time spent in traffic, but sitting all day long could put a strain on your neck and back.

View All BestReviews ›

## TOP STORIES ›



**Fla. 7-year-old killed by 3-year-old driving golf …**



**Israeli protesters block highways in 'day of disruption' …**



**An American national has crossed into North Korea …**



**No winner in Monday's Powerball drawing. Jackpot …**



**Tropical Storm Don forms in Atlantic Ocean**

Top Stories ›

PRETTY SIMPLE.

## MORE STORIES ›

 **DeSantis becomes first major party candidate to enter …**



 Second heat wave in as many weeks grips Mediterranean …

 **Climate envoy John Kerry meets with Chinese officials ...**

 **Dingoes attack a woman jogging on Australian island ...**

 **Kenya doomsday cult deaths top 400 as detectives ...**

 **Divisions over the Ukraine war cause a rift at EU-LatAm ...**

 **A UK woman jailed for obtaining tablets to end her ...**

 **Fla. 7-year-old killed by 3-year-old driving golf ...**

More Stories ▸










7/18/23, 8:00 AM
Case 1:23-cv-00369-NRM-RML Document 107-4 Filed 07/25/23 Page 97 of 111 PageID #: 2495
ATF takes fire from Orlando gun trigger designer in lawsuit over cease and desist order | WFLA

≡ ✉ **SUBSCRIBE NOW**

# Breaking News

Enter Your Email

SIGN UP NOW ›

**BESTREVIEWS.COM - TOP GIFTS TO MAKE EVERYONE HAPPY THIS SUMMER ›**

 **Home Depot's 12-foot skeleton is back, so Halloween …**
Holiday • 11 hours ago

 **The 75+ best deals post-Prime Day**
Holiday • 5 days ago

 **Prime Day is over but 100+ of our favorites are still …**
Holiday • 5 days ago

 **Amazon Essentials clothes are practically free on …**
Holiday • 6 days ago

 **90+ Prime Day toy deals you don't want to miss on …**
Holiday • 4 days ago

 **Best Prime Day deals for under $100 (Day 2)**
Holiday • 6 days ago

View All BestReviews Picks ›


Advertisement
Breakthrough @Barry University
Opportunity to break through
Barry University ›

**WHAT DO YOU THINK?**

Loading survey...



7/18/23, 8:03 AM
Case 1:23-cv-00369-NRM-RML   Document 107-4   Filed 07/25/23   Page 98 of 111 PageID #: 2496
ATF takes fire from Orlando gun trigger designer in lawsuit over cease and desist order | WFLA



30 km

Lightning data provided by ENTLN Lightning | Baron Weather

**TRENDING STORIES**

1  $1M Powerball ticket sold in Tampa; jackpot at $1 …

2  Fla. 7-year-old killed by 3-year-old driving golf …

3  2 Tampa Bay housing markets 'at risk for home price …

4  TPD kills man who stabbed woman in front of kids

5  Migrant workers, advocates sue FL over immigration …

6  After sale, $34,000 Michael Jordan rookie said to …

7  Tropical Storm Don forms in Atlantic Ocean

8  Sam's Club offers new discount membership for teachers







**DON'T MISS** ›



WATCH: Miranda Lambert calls out fans taking selfie

National · 14 hours ago

- **Busch Gardens announces limited-time 'sinister' sale …**
  Don't Miss · 18 hours ago
- **Sam's Club offers new discount membership for teachers**
  National · 18 hours ago
- **Park featuring life-sized Little Debbie snack cakes …**
  National · 5 days ago
- **South Tampa is getting its first indoor golf lounge**
  Hillsborough County · 5 days ago

**View All Don't Miss** ›







WFLA News Channel 8 On Your Side in Tampa Bay Florida





  FREE water quality consultation including water analysis  Proudly Serving Central Florida Since 1975   SCHEDULE TODAY

 79°  WATCH ●

NEWS    WEATHER    EYE ON THE TROPICS    VIDEO    9 INVESTIGATES    ACTION 9    TRAFFIC    SPORTS

9 FAMILY CONNECTION    THINGS TO DO    STEALS AND DEALS    HOME EXPERTS    CARE CONNECT

**BREAKING NEWS | Powerball: No winner in Monday's drawing; jackpot soars to $1 bill** 1/2    ✕


This ad will end in 13 seconds

## Orlando-based company suing the ATF in a debate over an...

An Orlando-based company that manufactures an attachment allowing an AR-15 to fire even faster is refusing to comply with an order from the ATF.

Resize:   

**Live Streams**

  

WFTV NOW    24/7 NEWS    WEAT

Drag to Resize Video

**9 INVESTIGATES**

# Orlando-based


NOW PLAYING ABOVE

  




**Orlando-based company suing the ATF in a debate over an AR-15 attachment** An Orlando-based company that manufactures an attachment allowing an AR-15 to fire even faster is refusing to comply with an order from the ATF. (WFTV)

# suing the ATF in a debate over an AR-15 attachment

  



By **Karla Ray, WFTV.com**

August 30, 2021 at 6:03 pm EDT

ORLANDO, Fla. — An Orlando-based company that manufactures an attachment allowing an AR-15 to fire even faster is refusing to comply with an order from the Bureau of Alcohol, Tobacco, Firearms and Explosives.

Instead, Rare Breed Triggers has filed a lawsuit against the ATF after being told to stop making the trigger or face fines and jail time.

The government agency believes the attachment can convert the semi-automatic weapon into a "machinegun."

ADVERTISEMENT


MODERN PLUMBING INDUSTRIES, INC.   **FREE** water quality consultation including water analysis   Proudly Serving Central Florida Since 1975     SCHEDULE TODAY



**Read: Al Capone's granddaughters selling mobster's belongings, including favorite gun**



**SPONSORED CONTENT**

## When You Eat Avocado Every Day, This Is What May Happen ⤴

By **GUNDRYMD**

Rare Breed Trigger President Lawrence DeMonico demonstrates the FRT-15 trigger in marketing videos on his company's website.

He said that although it does allow a user to fire more quickly, it does not make the gun fully automatic.

"The trigger is being depressed with each round that's being fired," DeMonico said. "It's not how fast the gun shoots, it's how the gun shoots fast."

**Read: Taliban celebrate victory as U.S. troops leave Afghanistan**

Read More ⌄

That's the crux of his lawsuit against the ATF, filed in response to a cease and desist order.



### Karla Ray, WFTV.com

Karla Ray anchors Eyewitness News This Morning on Saturday and Sundays, and is an investigative reporter for the 9 Investigates unit.

   

Case 1:23-cv-00369-NRM-RML    Document 107-4    Filed 07/25/23    Page 105 of 111 PageID #:
2503

 



 

**Read Next**        Video: Here's how ICE agents sea

  










ADVERTISEMENT

## Most Read





**MODERN** PLUMBING INDUSTRIES, INC.

**FREE** water quality consultation including water analysis

Proudly Serving Central Florida Since 1975

SCHEDULE TODAY



**Citizens Property Insurance to hit 1.7M policies after other…**



**Invasive rabbits released by homeowner has a Florida suburb…**



**Powerball: No winner in Monday's drawing…**



**Moe's employees say they haven't been paid**








**2 brothers accused of killing Winter Park man released on…**

## Trending - Most Read Stories

Taboola Feed

### Heart Surgeon Begs Americans: "Stop Doing This To Your Blueberries"

Gundry MD | Sponsored

Learn More

### Florida: Will Medicare Cover The Cost of Walk In Tub?

Seniors are getting Walk-In Tubs at a fraction of the cost. We found out how they're doing it

Senior Bath Solution | Sponsored

Learn More

### Here's What Gutter Guards Should Cost You In 2023

The Actual Cost of Gutter Guards in 2023 May Surprise You

LeafFilter Partner | Sponsored

Learn More

### This Year's Kia Lineup Is Turning Heads -- And Finally On Sale!

Best Kia Deals | Search Ads | Sponsored

Learn More

### Senior Secret: Are Walk In Tubs Covered If You Have Medicare?

Seniors are getting Walk-In Tubs at a fraction of the cost. We found out how they're doing it

Senior Bath Solution | Sponsored

Learn More

### American Shoppers Should Think Twice Before Buying from These 2 Stores

It's a bigger problem than you might think (the ugly truth)

 

**NEWS**

Local News

Video

Traffic

**WEATHER**

Weather

Live Doppler 9 HD

**STATION**

EEO Statement

WFTV Public File

WRDQ Public File

About WFTV

FCC applications

FOLLOW US

  


 water quality consultation including water analysis
Proudly Serving Central Florida Since 1975


**careers** at Cox Media Group. By using this website, you accept the terms of our **Visitor Agreement** and **Privacy Policy**, and understand your options regarding **Ad Choices**.