

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

July 25, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Rare Breed Triggers, LLC, et al.*
              **Civil Action No. 1:23-cv-00369-NRM-RML**

Dear Judge Morrison:

      This firm represents Defendants in the above-captioned matter. We respectfully file deposition transcript designations for Jennifer Pierson.

                                  Respectfully submitted,

                                  DHILLON LAW GROUP INC.

                                  By:       */s/*
                                        David A. Warrington (*pro hac vice*)
                                        Michael A. Columbo (*pro hac vice*)
                                        Josiah Contarino

cc: All Counsel of Record (via ECF)