UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>Defendants. | Case No. 1:23-cv-00369-NRM-RML |
|---|---|

### DEFENDANTS' DEPOSITION TRANSCRIPT DESIGNATION

Defendants Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence DeMonico, and Kevin Maxwell, hereby provide their deposition transcript designations for the August 1 and 2 preliminary injunction hearing.

| Name of Deponent | Defendants' Designation | Cross-Designation/Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| Jennifer Pierson | 17:24 – 18:17 | | | |
| Jennifer Pierson | 34:21 – 35:8 | | | |
| Jennifer Pierson | 42:9 – 43:23 | | | |
| Jennifer Pierson | 98:3-14 | | | |

Defendants reserve the right to amend or supplement this designation list.

July 25, 2023

> DHILLON LAW GROUP INC.
> A CALIFORNIA PROFESSIONAL CORPORATION
>
> */s/ Josiah Contarino*
> JOSIAH CONTARINO
> 50 Park Place, Suite 1105
> Newark, NJ 07102
> jcontarino@dhillonlaw.com
>
> DAVID A. WARRINGTON
> (*pro hac vice*)
> 2121 Eisenhower Avenue
> Suite 608
> Alexandria, VA 22314
> dwarrington@dhillonlaw.com
>
> MICHAEL A. COLUMBO
> (*pro hac vice*)
> 177 Post St., Suite 700
> San Francisco, CA 94108
> 415.433.1700
> mcolumbo@dhillonlaw.com
>
> *Attorneys for Defendants*