

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

June 26, 2023

**Via ECF**
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

      Re:    *United States v. Rare Breed Triggers, LLC, et al.*
                Civil Action No. 1:23-cv-00369-NRM-RML

Dear Judge Levy:

      This firm represents Defendants in this matter. We write in connection with the motions that were referred to Your Honor for decision. (ECF Nos. 99, 100.) Defendants have decided not to move forward with either the Earl Griffith subpoena (the subject of ECF No. 99) or the confidential informant deposition (the subject of ECF No. 100). We have conferred with the United States regarding this and the parties agree that Defendants submit this letter without prejudice to subpoenaing Earl Griffith or the confidential informant in the future. The United States similarly will retain its right to argue against those subpoenas, but not on the basis that Defendants have waived their right to issue them.

      The parties believe this letter moots the pending motions before Your Honor and therefore request that the telephone conference scheduled for July 27, 2023, at 10:00 a.m. be cancelled. The United States consents to the filing of this letter.

                                           Respectfully submitted,

                                           DHILLON LAW GROUP INC.

                                           By:  */s/ Josiah Contarino*
                                                       Josiah Contarino

cc:  All Counsel of Record (via ECF)