AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00369-NRM-RML |
| Rare Breed Triggers, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rare Breed Triggers, LLC et al .

Date:   07/31/2023

/s/ Jacob W. Roth
*Attorney's signature*

Jacob W. Roth, 1036551
*Printed name and bar number*

Dhillon Law Group
1601 Forum Place, Suite 403
West Palm Beach, FL 33401

*Address*

jroth@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*