

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 31, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Rare Breed Triggers, LLC, et al.*
             No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      The United States respectfully writes to supplement its Exhibit List, Witness List, and Deposition Transcript Designations. The Exhibit and Witness Lists supplement the United States' responses to Defendants' objections where they have been addressed by the Court's recent rulings regarding the parties' motions *in limine* and admissibility of certain exhibits. The Deposition Transcript Designations have been supplemented, and include Defendants' objections (and the United States' responses) for which the parties have been unable to resolve disputes.

      The United States thanks the Court for its consideration of this matter.

                                             Respectfully submitted,

                                             BREON PEACE
                                             United States Attorney

                 By:        */s/*
                         Michael S. Blume
                         David A. Cooper
                         Paulina Stamatelos
                         Assistant U.S. Attorneys
                         (718) 254-6479 / 6228 / 6198
                         michael.blume@usdoj.gov
                         david.cooper4@usdoj.gov
                         pauline.stamatelos@usdoj.gov

Encl.

**cc:**    **By ECF**
         All counsel of record