UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                              Plaintiff,                Civil Action
                                                          No. 23-cv-369
                - against -

                                                           (Morrison, J.)
RARE BREED TRIGGERS, LLC; RARE            (Levy, M.J.)
BREED FIREARMS, LLC; LAWRENCE
DEMONICO; KEVIN MAXWELL,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## THE UNITED STATES' DEPOSITION TRANSCRIPT DESIGNATIONS

    Pursuant to the Court's June 1, 2023 Order, the United States' deposition transcript designations are set forth below.

| Name of Deponent | The United States' Designation | Defendants' Objections (If Any) | Response to the Objections (If Any) |
|---|---|---|---|
| Lawrence DeMonico | 12:9-16 | | |
| Lawrence DeMonico | 13:6-16 | | |
| Lawrence DeMonico | 15:14-17 | | |
| Lawrence DeMonico | 16:17-23 | | |
| Lawrence DeMonico | 25:8-15 | | |
| Lawrence DeMonico | 26:6-9 | | |
| Lawrence DeMonico | 27:7-16 | | |
| Lawrence DeMonico | 29:11-25; 30:3-25 | | |
| Lawrence DeMonico | 42:18-43:9 | | |
| Lawrence DeMonico | 44:15-17; 44:24-45:1 | | |
| Lawrence DeMonico | 46:4-47:18 | | |
| Lawrence DeMonico | 48:2-9 | Rule 602 - speculating/guessing; not based on personal knowledge. | This is not speculative, as it is a fair estimate for someone with established familiarity with the boxes in question as well as their contents. |
| Lawrence DeMonico | 49:13-22 | | |

| | | | |
|---|---|---|---|
| Lawrence DeMonico | 50:10-22 | | |
| Lawrence DeMonico | 51:4-9 | | |
| Lawrence DeMonico | 51:16-19 | | |
| Lawrence DeMonico | 52:14-53:3 | | |
| Lawrence DeMonico | 53:18-54:4 | | |
| Lawrence DeMonico | 54:17-24 | | |
| Lawrence DeMonico | 56:3-57:21 | | |
| Lawrence DeMonico | 61:16-62:24 | | |
| Lawrence DeMonico | 69:16-70:7 | | |
| Lawrence DeMonico | 72:23-73:3 | | |
| Lawrence DeMonico | 75:5-77:5 | | |
| Lawrence DeMonico | 79:14-20 | | |
| Lawrence DeMonico | 80:12-81:2 | | |
| Lawrence DeMonico | 83:3-9 | | |
| Lawrence DeMonico | 91:9-94:2 | | |
| Lawrence DeMonico | 94:20-24 | | |
| Lawrence DeMonico | 97:7-12 | | |
| Lawrence DeMonico | 97:16-22 | | |
| Lawrence DeMonico | 102:2-23 | Rule 106 – Rule of completeness. | The United States will not object to a designation of Defendants' own. |
| Lawrence DeMonico | 103:21-104:20 | | |
| Lawrence DeMonico | 104:21-105:23 | | |
| Lawrence DeMonico | 106:21-107:5 | | |
| Lawrence DeMonico | 108:19-109:1 | Objected as to form during deposition. | The United States will not object to a designation of Defendants' own. |
| Lawrence DeMonico | 109:12-21 | | |
| Lawrence DeMonico | 110:6-18 | | |
| Lawrence DeMonico | 111:13-112:8 | | |
| Lawrence DeMonico | 112:13-113:3 | | |
| Lawrence DeMonico | 113:6-11 | | |
| Lawrence DeMonico | 114:10-115:3 | | |
| Lawrence DeMonico | 115:14-116:4 | | |
| Lawrence DeMonico | 116:19-117:4 | | |
| Lawrence DeMonico | 124:8-11 | | |
| Lawrence DeMonico | 125:4-17 | | |
| Lawrence DeMonico | 131:14-132:9 | | |
| Lawrence DeMonico | 134:3-135:7; 135:9-18; 136:1-5 | At 135:5-7, objected during deposition as to form. | Notwithstanding Defendants' objection to form, DeMonico's testimony is clear, |

| | | | |
|---|---|---|---|
| | | | and there was no apparent misunderstanding in his response as to the question posed. |
| Lawrence DeMonico | 136:13-22 | | |
| Lawrence DeMonico | 142:2-10 | | |
| Lawrence DeMonico | 143:12-20 | | |
| Lawrence DeMonico | 145:2-8 | | |
| Lawrence DeMonico | 145:20-146:1 | | |
| Lawrence DeMonico | 148:5-22 | Rule 602 - speculating/guessing; not based on personal knowledge. | This is not speculative, and DeMonico testified that he had personal knowledge of the interview that he participated in. Moreover, DeMonico did in fact make this statement in sum and substance during this interview. *See* Pl.'s Ex. 18. The United States will not object to a designation of Defendants' own. |
| Lawrence DeMonico | 158:6-9 | | |
| Lawrence DeMonico | 160:22-25 | | |
| Lawrence DeMonico | 173:12-19 | | |
| Lawrence DeMonico | 174:20-22 | | |
| Lawrence DeMonico | 175:21-176:4 | | |
| Lawrence DeMonico | 176:18-20 | | |
| Lawrence DeMonico | 177:1-7 | | |
| Lawrence DeMonico | 177:14-178:3 | | |
| Lawrence DeMonico | 179:15-180:12; 180:21-181:2 | | |
| Lawrence DeMonico | 182:7-10 | | |
| Lawrence DeMonico | 183:11-13 | | |
| Lawrence DeMonico | 184:16-18; 185:1-3 | | |
| Lawrence DeMonico | 186:14-187:5 | | |
| Lawrence DeMonico | 188:14-22 | | |
| Lawrence DeMonico | 191:1-3; 191:6-8 | | |
| Lawrence DeMonico | 191:24-192:5 | | |
| Lawrence DeMonico | 193:4-9 | | |
| Lawrence DeMonico | 204:16-24 | | |

| | | | |
|---|---|---|---|
| Lawrence DeMonico | 205:7-13 | | |
| Lawrence DeMonico | 205:19-206:10 | | |
| Lawrence DeMonico | 207:1-2; 207:6-9 | | |
| Lawrence DeMonico | 207:19-23 | | |
| Lawrence DeMonico | 208:7-12 | | |
| Cole Leleux | 8:18-22 | | |
| Cole Leleux | 23:5-24:4 | Rule 602 - speculating/guessing; not based on personal knowledge. | Leleux's testimony is not speculative, as he testified to having discussions with Jeffrey Cooper Rounds regarding this matter. |
| Cole Leleux | 28:11-30:24; 32:1-33:3 | As to 28:11 - Rule 602- speculating/guessing; not based on personal knowledge. | Leleux's testimony is not speculative, as he testified to having discussions with Rounds regarding this matter. |
| Cole Leleux | 43:6-22 | | |
| Cole Leleux | 46:24-48:3 | | |
| Cole Leleux | 56:6-17 | Rule 602 - speculating/guessing; not based on personal knowledge. | This is not speculative, because it is clear from the exhibit reviewed (Exhibit 2 introduced at Leleux's deposition) that the check was signed by Leleux, for "IP," and that it was endorsed by Rounds. |
| Cole Leleux | 57:18-58:9 | | |
| Cole Leleux | 61:15-19 | | |
| Cole Leleux | 62:2; 62:25-63:24; 65:4-8 | | |
| Cole Leleux | 67:14-68:2 | | |
| Cole Leleux | 68:15-69:17 | | |
| Cole Leleux | 70:7-11 | | |
| Cole Leleux | 72:3-7; 72:14-15; 72:22-73:6 | | |
| Cole Leleux | 74:11-16 | | |
| Cole Leleux | 84:19-90:15 | Rule 106 – Rule of completeness; speculating/guessing. | The testimony contained in that page range is not speculative in that it |

| | | | covers Leleux's discussions with Rounds regarding how the AR-1 worked and Rounds' reasons for not wanting to sell it. |
|---|---|---|---|
| Cole Leleux | 90:16-20; 91:20-92:11; 92:14-17 | | |
| Cole Leleux | 93:20-98:8 | | |
| Cole Leleux | 106:25-107:2; 107:25-108:20 | | |
| Cole Leleux | 164:8-165:16 | | |
| Cole Leleux | 175:8-177:8 | | |
| Cole Leleux | 177:9-178:11 | Rule 602 - speculating/guessing; not based on personal knowledge. | This is not speculative, as Leleux is testifying to his personal knowledge of Rare Breed Triggers' operation and management as he earlier declared in his declaration filed with the Court, dated February 15, 2023. *See* ECF No. 23-1. |
| Jennifer Pierson | 10:13-15; 10:17-22; 10:23-11:11 | | |
| Jennifer Pierson | 17:24-18:3 | | |
| Jennifer Pierson | 18:15-17 | | |
| Jennifer Pierson | 20:6-10; 20:14-16 | | |
| Jennifer Pierson | 29:15-21 | | |
| Jennifer Pierson | 30:3-18 | | |
| Jennifer Pierson | 38:16-24 | | |
| Jennifer Pierson | 39:11-25 | | |
| Jennifer Pierson | 42:9-22 | | |
| Jennifer Pierson | 43:24-44:3 | | |
| Jennifer Pierson | 44:10-12 | | |
| Jennifer Pierson | 44:20-45:4 | | |
| Jennifer Pierson | 47:17-20 | | |
| Jennifer Pierson | 51:20-52:3 | | |
| Jennifer Pierson | 58:14-25 | | |
| Jennifer Pierson | 71:22-72:5 | | |
| Jennifer Pierson | 75:7-76:2 | | |

| | | | |
|---|---|---|---|
| Jennifer Pierson | 76:6-14 | | |
| Jennifer Pierson | 77:3-9 | | |
| Jennifer Pierson | 78:3-80:3 | Rule 602 - speculating/guessing; not based on personal knowledge. | Pierson's testimony is not speculative as it is based on her experience working for Rare Breed Triggers. |
| Jennifer Pierson | 80:6-13 | | |
| Jennifer Pierson | 81:23-82:2; 82:6-10 | | |
| Jennifer Pierson | 82:24-83:11 | | |
| Jennifer Pierson | 85:14-18 | | |
| Jennifer Pierson | 86:3-7 | | |
| Jennifer Pierson | 95:5-17 | | |
| Jennifer Pierson | 102:13-103:3 | | |
| Jennifer Pierson | 103:13-19 | | |
| Jennifer Pierson | 108:5-18 | | |
| Jennifer Pierson | 110:18-112:8 | | |
| Jennifer Pierson | 113:22-114:9 | | |
| Jennifer Pierson | 118:21-119:2 | | |
| David Smith | 17:13-18:16 | | |
| David Smith | 24:14-25:25 | | |
| David Smith | 26:25-27:6 | | |
| David Smith | 34:11-21 | | |
| David Smith | 36:14-25 | | |
| David Smith | 38:2-39:12 | | |
| David Smith | 65:12-17 | | |
| David Smith | 71:10-22 | | |

[This space intentionally left blank.]

The United States will supplement these deposition transcript designations for good cause shown.

                                  BREON PEACE
                                  United States Attorney

By:       /s/
                    Michael S. Blume
                    David A. Cooper
                    Paulina Stamatelos
                    Assistant U.S. Attorneys
                    (718) 254-6479 / 6228 / 6198
                    michael.blume@usdoj.gov
                    david.cooper4@usdoj.gov
                    pauline.stamatelos@usdoj.gov