

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 8, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Rare Breed Triggers, LLC, et al.*
                No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      On July 25, 2023, the United States submitted declarations for several witnesses, including the Declaration of Jonathan A. Lee, ATF Special Agent ("Lee Declaration"). *See* ECF No. 105-4. This Office very recently determined that this declaration contains a page that requires additional redaction of certain information for privacy protection. *See* Fed. R. Civ. P. 5.2(a). Accordingly, this Office respectfully re-submits the Lee Declaration with information redacted as needed pursuant to Rule 5.2, and respectfully requests that the version of this declaration that appears at ECF No. 105-4 be stricken from the docket sheet.

      The United States thanks the Court for its consideration of this matter.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                      By:      */s/*
                                          Michael S. Blume
                                          David A. Cooper
                                          Paulina Stamatelos
                                          Assistant U.S. Attorneys
                                          (718) 254-6479 / 6228 / 6198
                                          michael.blume@usdoj.gov
                                          david.cooper4@usdoj.gov
                                          pauline.stamatelos@usdoj.gov

Encl.

cc:     **By ECF**
         All counsel of record