

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 9, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Rare Breed Triggers, LLC, et al.*
              No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

      The United States respectfully writes to supplement its Exhibit List. The Exhibit List supplements the United States' responses to Defendants' objections where they have been addressed by the Court's prior rulings regarding the parties' motions *in limine*. Additionally, the Exhibit List includes Exhibits 137 through 141, which were introduced as demonstrative exhibits during the preliminary injunction hearing. Likewise, the Exhibit List omits former Exhibits 40 through 45, which were demonstrative exhibits that were not introduced at the hearing under those numbers.

      The United States thanks the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                  By:         /s/
                                        Michael S. Blume
                                        David A. Cooper
                                        Paulina Stamatelos
                                        Assistant U.S. Attorneys
                                        (718) 254-6479 / 6228 / 6198
                                        michael.blume@usdoj.gov
                                        david.cooper4@usdoj.gov
                                        pauline.stamatelos@usdoj.gov

Encl.

cc:      **By ECF**
           All counsel of record