UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                               Plaintiff,              Civil Action
                                                                       No. 23-cv-369
               - against -

                                                                         (Morrison, J.)
RARE BREED TRIGGERS, LLC; RARE          (Levy, M.J.)
BREED FIREARMS, LLC; LAWRENCE
DEMONICO; KEVIN MAXWELL,

                               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION REGARDING ENTRY OF EXHIBITS
## INTO EVIDENCE WITHOUT OBJECTION FROM EITHER PARTY

      WHEREAS, counsel for Plaintiff UNITED STATES OF AMERICA ("Plaintiff") and counsel for Defendants RARE BREED TRIGGERS, LLC, RARE BREED FIREARMS, LLC, LAWRENCE DEMONICO, and KEVIN MAXWELL (collectively, "Defendants") have conferred in advance of the preliminary injunction hearing scheduled for August 1 and August 2, 2023, regarding their respective exhibit lists;

      WHEREAS, Plaintiff and Defendants seek to avoid wasting the Court's valuable resources during the preliminary injunction hearing;

      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned action, by and through their respective undersigned counsel, that the following exhibits from Plaintiff's exhibit list shall be entered into evidence for consideration without objection from Defendants:

| Exhibit | Description |
|---|---|
| 1 | Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Firearms Technology Criminal Branch Report of Technical Examination ("Classification Report") No. |

Case 1:23-cv-00369-NRM-RML   Document 119-1   Filed 08/09/23   Page 2 of 11 PageID #: 2796

*United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369 (Morrison, J.) (Levy, M.J.)
Page 2

|   |   |
|---|---|
|   | 317066, approved on July 15, 2021, bearing Bates Nos. USA_00001–00066 |
| 2 | Cease and Desist Letter from ATF to Kevin Maxwell of Rare Breed Triggers, LLC, dated July 26, 2021, bearing Bates Nos. USA_00248–00249 |
| 3 | ATF Classification Report No. 317388, approved on October 20, 2021, bearing Bates Nos. USA_00075–00295 |
| 4 | ATF Classification Report No. 317970, approved on October 20, 2021, bearing Bates Nos. USA_00296–00310 |
| 5 | Letter from ATF to Rare Breed Triggers, LLC, dated November 15, 2021, bearing Bates Nos. USA_13206–13207 |
| 6 | ATF Classification Report No. 317822, approved on March 19, 2022, bearing Bates Nos. USA_00326–00369 |
| 7 | ATF Classification Report No.319830, approved on April 1, 2022, bearing Bates Nos. USA_00370–00410 |
| 8 | ATF Classification Report No. 324346, dated January 13, 2023, bearing Bates Nos. USA_00411–00455 |
| 9 | ATF Report of Investigation No. 24 for Investigation No. 767070-21-0057, dated January 16, 2023, bearing Bates Nos. USA_13569–13726 |
| 10 | One (1) .mp4 file with filename "Noir Interview of DeMonico.mp4," bearing Bates No. USA_12559, clip at 8:55– 11:10 |
| 11 | Transcription of Exhibit titled "Noir Interview of DeMonico," bearing Bates Nos. USA_20354–20375 |
| 12 | One (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514 |
| 13 | Transcription of Exhibit titled "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1"–," bearing Bates Nos. USA_20391-20399 |
| 14 | Clip of one (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514, at 0:28- 4:35 |
| 15 | Clip of one (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514, at 6:53– 9:13 |
| 16 | Clip of one (1) .mp4 file with filename "Rare Breed Triggers vs ATF – Public Statement – 2021 08 19 1080P-1–," bearing Bates No. USA_00514, at 9:12– 10:27 |
| 17 | One (1) .mp4 file with filename "TFB TV.mp4," bearing Bates No. USA_12560 |
| 18 | Transcription of Exhibit titled "TFB TV.mp4 Transcription," bearing Bates Nos. USA_20376–20390 |
| 19 | Clip of one (1) .mp4 file with filename "TFB TV.mp4," bearing Bates No. USA_12560, at 2:41–3:12 |
| 20 | Clip of one (1) .mp4 file with filename "TFB TV.mp4," bearing Bates No. USA_12560, at 17:32–18:41 |
| 21 | One (1) .avi file with filename "FRT15ZIIPTIE85.avi," bearing Bates No. USA_00072 (Marked Confidential) |
| 22 | Untitled Chase Paymentech document, dated January 6, 2022, for a chargeback, bearing Bates Nos. USA_16749–16754 |
| 23 | One (1) .mp4 file with filename "Vasquez_Exhibit 6.mp4," included in Defendants' expert disclosures |
| 26 | Curriculum Vitae ("CV") of Firearms Enforcement Officer Anthony L. Ciravolo, |

| | |
|---|---|
| | bearing Bates Nos. USA_20237–20242 |
| 27 | Expert Disclosure of Firearms Enforcement Officer Anthony L. Ciravolo submitted pursuant to Federal Rule of Civil Procedure 26(a)(2), bearing Bates Nos. USA_20243–20299 |
| 28 | Supplemental Expert Disclosure of Firearms Enforcement Officer Anthony L. Ciravolo submitted pursuant to Federal Rule of Civil Procedure 26(a)(2), bearing Bates No. USA_20300 |
| 35 | Cease and Desist Letter from ATF to Kevin Maxwell, dated November 15, 2021, bearing Bates Nos. USA_13206–13207 |
| 36 | One (1) .mp4 file with filename "2021- 08-20-20-56-25_UTC.mp4," bearing Bates No. USA_20401 |
| 37 | Cease and Desist Letter from ATF to 3rd Gen Machine Inc., dated January 12, 2022, bearing Bates Nos. USA_20235– 20237 |
| 38 | ATF Open Letter to All Federal Firearms Licensees, dated March 22, 2022, bearing Bates Nos. RTF_0009082–0009083 |
| 39 | Screenshots of https://rarebreedtriggers.com captured by FireShot Pro on December 14, 2022, bearing Bates Nos. USA_20222–20234 |
| 47 | Electronic Articles of Organization for Florida Limited Liability Company Rare Breed Triggers, LLC, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-2 |
| 48 | Excerpts of Transcript of Deposition of Lawrence DeMonico, dated October 13, 2021, in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-3 |
| 49 | Registration of Articles of Amendment to Articles of Organization of Rare Breed Triggers, LLC, a Florida Limited Liability Company, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-4 |
| 50 | Business Limited Liability Company Articles of Organization for Rare Breed Triggers, LLC, a North Dakota Limited Liability Company, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-5 |
| 51 | Excerpts of Transcript of Deposition of Lawrence DeMonico, dated October 27, 2021, in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-6 |
| 52 | Photographs of order purchased by ATF Special Agents on November 29, 2022 through https://rarebreedtriggers.com, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23- cv-369, ECF No. 7-12 |
| 53 | Photographs of a "Waiver and Release" for an FRT-15, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-13 |
| 54 | Certification Pursuant to Federal Rule of Civil Procedure 65(b)(1)(B), found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 7-14 |
| 55 | Screenshot of text message exchange in group named "RBT FL Office" containing wire instructions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 18-1, at 2 |

| | |
|---|---|
| 56 | Rare Breed Triggers Bank Wire Instructions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 18-1, at 4–6 |
| 57 | Screenshot of text message exchange in group named "RBT FL Office" about sending a wire, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 18-1, at 8 |
| 58 | Declaration of Lawrence DeMonico in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv-00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv369, ECF No. 25-1 |
| 59 | Excerpts of Transcript of Deposition of Lawrence DeMonico, dated October 13, 2021, in an action styled *Rare Breed Triggers, LLC, et al. v. Big Daddy Enterprises, Inc., et al.*, No. 1:21-cv00149-RH-GRJ, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 25-3 |
| 60 | Screenshots of posts from Instagram account for "rarebreedfirearms," found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 25-4 |
| 61 | Email from [REDACTED] to "<XXXX@XXXX.com" containing Rare Breed Triggers Bank Wire Instructions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 26-1, at 4–6 |
| 62 | Documents reflecting wire transfers from multiple financial institutions, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 26-2 |
| 66 | Untitled Chase Paymentech document regarding Sequence No. 552781100, for a chargeback, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 56-1 |
| 67 | Untitled Chase Paymentech document regarding Sequence No. 548377721, for a chargeback, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 56-2 |
| 69 | 2021 UPS Tariff/Terms & Conditions of Service – United States, effective July 11, 2021, found at *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23-cv-369, ECF No. 66-6 |
| 70 | Status Report dated July 12, 2023, filed under seal *United States of America v. Rare Breed Triggers, LLC, et al.*, No. 23- cv-369, ECF No. 81-1 |
| 72 | Check No. 101 from ABC IP, LLC paid to the order of "Wizard Labs" in the amount of $34,675.00, dated February 19, 2021, bearing Bates No. USA_17276 |
| 73 | Six (6) checks introduced as Government Exhibit 7 at the deposition of Cole Leleux on June 30, 2023, bearing Bates No. USA_17352–17357 |
| 74 | Check No. 194 from ABC IP, LLC paid to the order of "CRDB Inc" in the amount of $74,475.00, dated November 8, 2021, bearing Bates No. USA_17426 |
| 75 | Withdrawal slip from Chase Bank from customer "ABC IP" to purchase a cashier's check to payee "Clerk, US Dist. Court, Northern Dist. Florida" in the amount of $2,000,000.00, dated January 12, 2022, bearing Bates No. USA_17465 |
| 76 | Check No. 251 from ABC IP, LLC, paid to the order of "Wolf Tactical LLC" in the amount of $10,000.00, dated October 21, 2021, bearing Bates No. USA_17479 |
| 77 | Intellectual Property Sale Agreement between Wolf Tactical, LLC, and Rare Breed Triggers, LLC, dated May 7, 2020, bearing Bates No. RTF_0006061 |

| | |
|---|---|
| 78 | Check from Black Spider LLC paid to the order of "3rd Gen Machine" in the amount of $128,880.00, dated September 22, 2020, Bates Nos. USA_19668–19669 |
| 79 | Patent Assignment from Brian A. Blakley to ABC, IP, LLC, dated May 22, 2022, bearing Bates Nos. USA_20527–20529 |
| 80 | Untitled Chase Paymentech document, dated April 28, 2022, for a chargeback, bearing Bates Nos. USA_17030–17043 |
| 81 | One (1) .pdf file containing printout of website advertisement at https://ammodepotma.com/product/rarebreed-trigger, printed on July 13, 2023 at 11:37 a.m., bearing Bates Stamp Nos. USA_20402–20411 |
| 82 | One (1) .pdf file containing screenshots of website advertisement at https://maxammodepot.com/product/rarebreed-frt-15-trigger/, bearing Bates Stamp Nos. USA_20412–20416 |
| 85 | Email from Lawrence DeMonico to Cole Leleux, dated November 3, 2022, bearing Bates Nos. RTF_0012761–12766 |
| 86 | Email to admin@rarebreedtriggers.com from Customer Service, dated October 24, 2022, bearing Bates Nos. RTF_0009779–0009780 |
| 87 | Email to admin@rarebreedtriggers.com from Customer Service, dated September 20, 2022, bearing Bates Nos. RTF_0009761–0009762 |
| 88 | Email to admin@rarebreedtriggers.com from Customer Service, dated September 12, 2022, bearing Bates Nos. RTF_0009751–0009752 |
| 89 | Email to admin@rarebreedtriggers.com from Customer Service, dated August 26, 2022, bearing Bates Nos. RTF_0009723– 0009724 |
| 90 | Email to admin@rarebreedtriggers.com from Customer Service, dated August 25, 2022, bearing Bates No. RTF_0009720 |
| 91 | Email to Lawrence DeMonico from admin, dated January 14, 2022, bearing Bates Nos. RTF_0022922–0022923 |
| 92 | Email to admin@rarebreedtriggers.com from Customer Service, dated December 7, 2022, bearing Bates Nos. RTF_0009863–0009866 |
| 93 | Email to customerservice@rarebreedtriggers.com from [REDACTED], dated August 19, 2021, bearing Bates Nos. RTF_0018676–0018680 |
| 95 | Email from Lawrence DeMonico to Kelly Leleux et al., dated May 11, 2022, bearing Bates Nos. RTF_0012609– 0012610 |
| 96 | Email to admin@rarebreedtriggers.com from [REDACTED], dated February 4, 2021, bearing Bates Nos. RTF_0006881– 0006883 |
| 97 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated January 3, 2021, bearing Bates No. RTF_0010760 |
| 98 | Email to [REDACTED] from admin, dated January 23, 2021, bearing Bates Nos. RTF_0011318–0011320 |
| 99 | Email to [REDACTED] from admin, dated January 22, 2021, bearing Bates Nos. RTF_0011223–0011235 |
| 100 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 12, 2021, bearing Bates Nos. RTF_0006526– 0006528 |
| 101 | Email to [REDACTED] from Rare Breed Triggers, dated January 9, 2021, bearing Bates No. RTF_0010851 |
| 102 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 8, 2021, |

| | |
|---|---|
| | bearing Bates Nos. RTF_0006465– 0006466 |
| 103 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 9, 2021, bearing Bates Nos. RTF_0006495– 0006496 |
| 104 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 7, 2021, bearing Bates No. RTF_0006446 |
| 105 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 1, 2021, bearing Bates Nos. RTF_0006286– 0006287 |
| 106 | Email to admin@rarebreedtriggers.com from [REDACTED], dated January 1, 2021, bearing Bates Nos. RTF_0006289 |
| 107 | Email to admin@rarebreedtriggers.com from Customer Service, dated January 9, 2023, bearing Bates Nos. RTF_0009984– 0009985 |
| 108 | Email to admin@rarebreedtriggers.com from [REDACTED], dated February 4, 2021, bearing Bates Nos. RTF_0006881– 0006883 |
| 109 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated December 31, 2020, bearing Bates Nos. RTF_0010668–0010669 |
| 110 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated December 19, 2020 bearing Bates No. RTF_0010535 |
| 111 | Email to admin@rarebreedtriggers.com from [REDACTED], dated December 14, 2020, bearing Bates No. RTF_0006081 |
| 112 | Email to admin@rarebreedtriggers.com from [REDACTED], dated December 18, 2020, bearing Bates Nos. RTF_0006099–0006100 |
| 124 | Rare Breed Triggers LLC Balance Sheet as of December 31, 2022, bearing Bates Nos. RTF_0012791 |
| 125 | Rare Breed Triggers LLC Profit & Loss for January through December 2022, bearing Bates No. RTF_0012792 |
| 126 | Email to [REDACTED] from Dealer Sales, dated August 19, 2021, bearing Bates Nos. RTF_0007089–0007091 |
| 127 | *Rare Breed Triggers, LLC v. Big Daddy Enterprises, Inc.*, No. 21-CV-00149-RH-GRJ (N.D. Fla.), ECF. No. 96-2, Ex. B., Agreement Governing the Protection and Exchange of Information, Documents, and Electronically Stored Information, Bates Nos. RTF_0002705–0002719 |
| 128 | Email from admin@rarebreedtriggers.com to [REDACTED], dated January 1, 2021, bearing Bates No. RTF_0010686 |
| 129 | Email from Laura Morgan to Lawrence DeMonico dated December 1, 2022, bearing Bates No. RTF_0013581 |
| 130 | Email from [REDACTED] to customerservice@rarebreedtriggers.com dated December 7, 2022, bearing Bates Nos. RTF_0025959–0025961 |
| 131 | Email to [REDACTED] from admin@rarebreedtriggers.com, dated December 31, 2020, bearing Bates No. RTF_0006235 |
| 132 | Email to [REDACTED] from customerservice@rarebreedtriggers.com, dated December 7, 2022, bearing Bates No. RTF_0025962 |
| 133 | Email from customerservice@rarebreedtriggers.com to , dated November 22, 2022, bearing Bates Nos. USA_13241–44 |
| 134 | ATF Classification Report No. 307385, dated August 28, 2018, bearing Bates Nos. USA_12726–12751 |

| | |
|---|---|
| 135 | Email to customerservice@rarebreedtriggers.com from [REDACTED], dated March 24, 2022, bearing Bates No. RTF_24033 |
| 136 | Summary, Chart and Calculation To Prove the Content of the Voluminous Financial Records Provided by Chase Bank and Fifth Third Bank, bearing Bates Nos. USA_20530-20538 |
| 137 | Upper portion of a disassembled AR-15 (*Demonstrative*) |
| 138 | Lower portion of a disassembled AR-15 (*Demonstrative*) |
| 139 | Fully Automatic Trigger (*Demonstrative*) |
| 140 | FRT-15 Trigger (*Demonstrative*) |
| 141 | Tac-Con 3MR Trigger (*Demonstrative*) |

NOW THEREFORE, IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between Plaintiff and Defendants in the above-captioned action, by and through their respective undersigned counsel, that the following exhibits from Defendants' exhibit list shall be entered into evidence for consideration without objection from Plaintiff:

| Exhibit | Description |
|---|---|
| A | Video: Kevin Maxwell legal explanation of FRT-15's legality (December 2, 2020) |
| B | Video: RBT full video containing legal overview and function explanation (December 2, 2020) |
| C | Video: RBT animated explanation of FRT-15 function (December 2, 2020) |
| D | Video: Lawrence DeMonico interviewing expert Dan O'Kelly about FRT-15 (January 23, 2021) |
| E | Video: RBT public statement re: ATF's cease and desist letter (August 19, 2021) |
| F | Video: RBT public statement re: status update on litigation against ATF (March 26, 2022) |
| G | Video: RBT technical comparison of FRT-15 vs Geissele trigger |
| H | Video: RBT technical comparison of FRT-15 vs full-auto machinegun |
| I | Video: RBT technical demonstration of FRT-15 functioning in slow motion |
| J | Video: RBT technical demonstration of WOT functioning in slow motion |
| K | Video: RBT technical demonstration of FRT-15 jamming from excessive finger pressure |
| L | Video: RBT technical demonstration of FRT-15 zip tie test |
| M | Video: Jerry Miculek firing faster than the FRT-15 |
| N | Video: 3rd party demonstration of Fostech Echo 2 trigger firing |
| O | ATF approval letter: Fostech trigger |
| P | ATF approval letter: 3MR trigger (October 31, 2013) |
| Q | ATF approval letter: Hellfire trigger (August 3, 1990) |
| R | ATF determination letters re: shoestring machineguns (September 30, 2002, and June 25, 2007) |
| S | ATF exam: FRT-15 (July 15, 2021) |
| T | ATF exam: FRT-15 (October 20, 2021) |

| | |
|---|---|
| U | ATF exam: FRT-15 (April 27, 2023) |
| V | ATF exam: WOT (October 21, 2021) |
| W | ATF exam: WOT (January 13, 2023) |
| X | ATF exam: AR1 (August 28, 2018) |
| Y | Brian Luettke expert report with exhibits, including previous reports (June 30, 2023) |
| Z | Kevin McCann expert opinion with exhibits, including previous opinions (June 30, 2023) |
| A1 | Daniel O'Kelly expert report with exhibits, including previous reports (June 30, 2023) |
| B1 | Rick Vasquez expert report with exhibits, including previous reports (June 30, 2023) |
| C1 | ATF letter to RBT (July 26, 2021) |
| D1 | ATF letter to RBT (November 15, 2021) |
| E1 | ATF letter to 3rd Gen Machine Inc. (January 12, 2022) |
| F1 | Kevin Maxwell rebuttal letter to ATF (August 2, 2021) |
| G1 | ATF open letter re: FRTs (March 22, 2022) |
| H1 | RBT emails with customers re: FRT-15 returns and litigation with the ATF |
| I1 | RBT emails with customers re: ATF approval letter for FRT-15 |
| J1 | RBT emails with customers re: ATF's open letter about FRT-15 |
| K1 | RBT emails with customers re: RBT's position on FRT-15's legality |
| L1 | Judge PR email to RBT re: report on RBT's press to media regarding ATF's determination that FRT-15 is a machinegun (June 30, 2023), containing Judge PR's report on the press release |
| M1 | Archive image of Rarebreedtriggers.com (December 31, 2020) |
| N1 | Archive image of Rarebreedtriggers.com (May 27, 2021) |
| O1 | Archive image of Rarebreedtriggers.com (May 20, 2022) |
| P1 | Archive image of Rarebreedtriggers.com (February 3, 2023) |
| Q1 | Video: 3rd party demonstrating fire-rate of ATF approved 3MR trigger: https://www.youtube.com/watch?v=GFnDCk6IZ7A |
| R1 | Video: 3rd party demonstrating fire-rate of ATF approved 3MR trigger: https://youtu.be/eQtCTUq4Y_I?t=36 |
| S1 | Akins Accelerator first approval letter (November 17, 2003) |
| T1 | Akins Accelerator clarification letter (January 29, 2004) |
| U1 | FEO Anthony Ciravolo deposition transcript |
| V1 | FEO David Smith deposition transcript |
| W1 | Email exchange between Kevin Maxwell and Michael Clendenen (August 11, 2021) |
| X1 | Kevin Maxwell letter to Craig Saier (November 2, 2021) |
| Y1 | Kevin Maxwell response letter to Craig Saier (December 21, 2021) |
| Z1 | Complaint, ECF No. 7: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEM-GJK (August 3, 2021) |
| A2 | Notice of Unavailability, ECF No. 69: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEMGJK (October 13, 2021) |
| B2 | Order Dismissing without Prejudice, ECF No. 75: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245- CEM-GJK (October 28, 2021) |
| C2 | Complaint, ECF No. 1: *Rare Breed Triggers, LLC v. Garland*, No. |

|     |     |
| --- | --- |
|     | 3:22-cv-00085-ARS (May 16, 2022) |
| D2  | Transcript from hearing: *Rare Breed Triggers, LLC v. Garland*, No. 6:21-cv-1245-CEM-GJK (October 6, 2021) |
| E2  | ATF National Firearms Act Handbook excerpts |
| F2  | Video: ATF attempting to seize an FRT-15 from a customer |
| G2  | Video: 3rd party demonstration of a Franklin binary trigger vs FRT-15 |
| H2  | Brief for Appellee: *U.S. v. Camp*, 2003 WL 22853376 (January 8, 2003) |
| L2  | Opinion of Court: *Cargill v. Garland*, 57 F.4th 447 (5th Cir. 2023) |
| M2  | Opinion of Court: *Hardin v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, 65 F.4th 895 (6th Cir. 2023) |
| N2  | Opinion of Court: *United States v. Cash*, 149 F.3d 706 (7th Cir. 1998) |
| O2  | Opinion of Court: *United States v. George Arthur Dodson III*, 519 Fed. Appx. 344 (6th 2013) |
| P2  | Opinion of Court: *Staples v. United States*, 511 U.S. 600 (1994) |
| Q2  | RBT's sales figures/reports 2020-2023 |
| R2  | United States Marine Corps Technical Manual for M16 excerpts |
| S2  | Screen capture of Wikipedia page on auto sears (July 14, 2023) |
| T2  | Eugene M. Stoner patent for AR-15 auto sear, Patent No. 3,045,555 (July 24, 1962) |
| U2  | ATF classification letter regarding pistol braces (November 26, 2012) |
| V2  | ATF final rule 2021R-08F (January 31, 2023) |
| W2  | AR-15 receiver with FRT-15 (demonstrative) |
| X2  | AR-15 receiver with fully automatic configuration (demonstrative) |
| Y2  | Email thread between David Smith and ATF agents regarding FRT-15 (April 1, 2021) |
| Z2  | Video: screen capture of Instagram comments responding to RBT's August 19, 2021, public statement |
| A3  | Video: 3rd party demonstrating single shots with FRT-15, https://www.youtube.com/watch?v=WHjKfY7t7M4 |
| B3  | Email from public commenting on Kevin Maxwell letter to ATF (August 13, 2021) |
| C3  | Video: screen capture of public's comments on Twitter to ATF open letter of forced reset triggers (March 24, 2022) |
| D3  | Video: screen capture of public's comments on ATF agents appearing at home of potential forced reset trigger purchaser on Mrgunsngear (May 9, 2023) |
| E3  | Video: 3rd party animation comparing AR-15 and M16 machinegun, https://www.youtube.com/watch?v=wMIBUIN30yU |
| G3  | News articles about RBT vs ATF |
| I3  | Video: Colion Noir Interview with Lawrence DeMonico |
| J3  | Video: Colion Noir Interview with Lawrence DeMonico, clip at 8:55-11:10 |
| K3  | Video: RBT public statement re: ATF's cease and desist letter (August 19, 2021), clip at 1:35-2:53 |
| L3  | Video: RBT public statement re: ATF's cease and desist letter (August 19, 2021), clip at 9:12-10:27 |
| M3  | Video: TFB TV interview with Lawrence DeMonico (September 29, 2021) |
| N3  | Video: TFB TV interview with Lawrence DeMonico (September 29, 2021), clip at 2:41-3:12 |

| O3 | Video: TFB TV interview with Lawrence DeMonico (September 29, 2021), clip at 17:32-18:41 |
|----|---|
| P3 | Reports of Investigation re: alleged rocket launcher threat to ATF |
| Q3 | Privacy Policy from rarebreedtriggers.com |
| R3 | Terms and Conditions from rarebreedtriggers.com |
| S3 | Waiver and Release from rarebreedtriggers.com |
| T3 | Video: 3rd party demonstration of Franklin Binary Trigger firing faster than fully automatic |
| U3 | Email from Earl Griffith re: examinations into FRT-15 (August 2, 2021) |
| V3 | Report of Investigation from Alexander Jacobo (August 6, 2021) |
| W3 | ATF letter to Blakley (June 15, 2005) |
| X3 | United States' reversal letter to Blakley (June 28, 2007) |
| Y3 | ATF warrant on 3rd Gen (March 24, 2022) |
| Z3 | Gambin proposed corporate structure |
| A4 | Mitch Vilos emails with Kevin Maxwell re: RBT and 3rd Gen (March 30, 2022) |

Dated: August 9, 2023
    Brooklyn, New York

BREON PEACE
United States Attorney
Eastern District of New York
*Attorney for Plaintiff*
271-A Cadman Plaza East
Brooklyn, New York 11201

By: /s/ *David A. Cooper*
Michael Blume
David Cooper
Paulina Stamatelos
Assistant U.S. Attorneys
(718) 254-7000
michael.blume@usdoj.gov
david.cooper4@usdoj.gov
pauline.stamatelos@usdoj.gov

Dated: August 9, 2023
    Newark, New Jersey

DHILLON LAW GROUP INC.
*Attorney for Defendants*
50 Park Place, Suite 1105
Newark, NJ 10170

By: /s/ *Josiah Contarino*
David A. Warrington (*pro hac vice*)
Michael A. Columbo (*pro hac vice*)
Josiah Contarino
(917) 423-7221
dwarrington@dhillonlaw.com
mcolumbo@dhillonlaw.com
jcontarino@dhillonlaw.com

SO ORDERED this
_____ day of _____, 2023

_____
THE HONORABLE NINA R. MORRISON
United States District Judge