August 10, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States of America v. Rare Breed Triggers, LLC, et al.*
        No. 23-cv-369 (Morrison, J.) (Levy, M.J.)

Dear Judge Morrison:

This Office represents the United States in the above-captioned action. On August 9, 2023, the Court held a status conference to discuss "the possibility of consolidating last week's preliminary injunction hearing with a final bench trial on the merits." *See* Aug. 8, 2023 Minute Entry. The Court directed the parties to "confer and inform the Court by the end of the week whether they consent to proceeding this way." *Id.* The parties have conferred, but have been unable to reach an agreement to proceed in this manner.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

BREON PEACE
United States Attorney

By:     _____/s/_____
        Michael S. Blume
        David A. Cooper
        Paulina Stamatelos
        Assistant U.S. Attorneys
        (718) 254-6479 / 6228 / 6198
        michael.blume@usdoj.gov
        david.cooper4@usdoj.gov
        pauline.stamatelos@usdoj.gov

cc:     **By ECF**
        All counsel of record