

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2023

**By ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States of America v. Rare Breed Triggers, LLC, et al.*
     <u>No. 23-cv-369 (Morrison, J.) (Levy, M.J.)</u>

Dear Judge Morrison:

  The United States respectfully writes to file its final deposition designations for deponents Defendant Lawrence DeMonico, Jennifer Pierson, Cole Leleux, and David Smith. These deposition designations[1] reflect the United States' revised designations following the parties' meet and confers to resolve outstanding objections.

  The United States thanks the Court for its consideration of this matter.

            Very truly yours,

            BREON PEACE
            United States Attorney

        By:   /s
           Michael S. Blume
           David A. Cooper
           Paulina Stamatelos
           Assistant U.S. Attorneys
           (718) 254-6479 / 6228 / 6198
           michael.blume@usdoj.gov
           david.cooper4@usdoj.gov
           pauline.stamatelos@usdoj.gov

cc: **By ECF**
  *All counsel of record*

---

[1] Pursuant to the Scheduling Order, the United States previously filed deposition designations on July 25, 2023. *See* ECF No. 104. By agreement, the parties conducted David Smith's deposition on July 25, met and conferred on each parties' respective deposition designations for the deponent, and supplemented their designations accordingly.