Jennifer Pierson 6/29/2023

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                 Plaintiff,

                                     Case No.
                              1:23-cv-00369-NRM-RML

       -against-

RARE BREED TRIGGERS, LLC; RARE

BREED FIREARMS, LLC; LAWRENCE

DEMONICO; KEVIN MAXWELL,

                 Defendants.

- - - - - - - - - - - - - - - - - - x

              June 29, 2023
              9:30 a.m.


   VIRTUAL DEPOSITION of JENNIFER PIERSON, the

Non-Party Witness, taken by the Plaintiff, in

the above-entitled action, held at the above

time and place, pursuant to Subpoena, taken

before AMY BOGUSZEWSKI, a Shorthand Stenotype

Reporter and Notary Public within and for the

State of New York.

Jennifer Pierson 6/29/2023

Page 2

```
 1

 2   A p p e a r a n c e s:

 3       UNITED STATES ATTORNEY'S OFFICE
         Attorneys for Plaintiff
 4           271 Cadman Plaza East
             Brooklyn, New York 11201
 5
         BY:  PAULINA STAMATELOS, ESQ.
 6       BY:  MICHAEL BLUME, ESQ.

 7

 8       DHILLON LAW GROUP
         Attorneys for Defendants
 9           256 Fifth Avenue, 4th Floor
             New York, New York 10001
10
         BY:  MICHAEL COLUMBO, ESQ.
11       BY:  DAVID WARRINGTON, ESQ.
         BY:  JOSIAH CONTARINO, ESQ.
12

13

14

15   ALSO PRESENT:

16       MARIELLE BURNETT, USAO INTERN

17       SOTIR ZHUPA, USAO INTERN

18
         KEVIN MAXWELL, DEFENDANT
19       (Joined at 9:45 a.m.)

20       LAWRENCE DEMONICO, DEFENDANT
         (Joined at 9:45 a.m.)
21

22

23

24

25
```

Jennifer Pierson 6/29/2023

1

2                S T I P U L A T I O N S

3            IT IS HEREBY STIPULATED AND AGREED by

4    and between the attorneys for the respective

5    parties herein, that filing, sealing and

6    certification be and the same are hereby

7    waived.

8            IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to the form of

10   the question shall be reserved to the time of

11   the trial.

12           IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed and

14   sworn to before any officer authorized to

15   administer an oath, with the same force and

16   effect as if signed and sworn to before the

17   Court and that a copy of this examination

18   shall be furnished without charge to the

19   attorney representing the witness testifying

20   herein.

21

22

23

24

25

Jennifer Pierson 6/29/2023

Page 4

```
 1

 2              THE REPORTER:  Will counsel

 3      please stipulate that in lieu of

 4      formally swearing in the witness, the

 5      court reporter will instead ask the

 6      witness to acknowledge that the

 7      testimony will be true under the

 8      penalties of perjury, that counsel

 9      will not object to the admissibility

10      of the transcript based on proceeding

11      in this way, and that the witness has

12      verified that she is, in fact,

13      Jennifer Pierson?

14              MS. STAMATELOS:  We consent.

15              MR. COLUMBO:  Yes, we consent.

16

17

18

19

20

21

22

23

24

25
```

Jennifer Pierson 6/29/2023

Page 5

1                    J. PIERSON

2    J E N N I F E R   P I E R S O N, the Non-Party

3    Witness herein, having been first duly sworn

4    by a Notary Public of the State of New York,

5    was examined and testified as follows:

6              THE REPORTER:  State your name

7         for the record, please.

8              THE WITNESS:  Jennifer Pierson.



Jennifer Pierson 6/29/2023



Page 6

Jennifer Pierson 6/29/2023



Page 7

Jennifer Pierson 6/29/2023



Page 8



Jennifer Pierson 6/29/2023

13    today's deposition.  Did you review any

14    documents before this deposition to prepare

15    for it?

17        Q.  Is that a yes?

18        A.  Yes.

19        Q.  Which documents?

20        A.  We looked at some screenshots of

21    text messages and I also just barely started

22    looking at some charge-back documents.

23        Q.  Let's take those in turn.  What do

24    you mean by screenshots of text messages?

25        A.  There was some string of text

Jennifer Pierson 6/29/2023

Page 11

1                    J. PIERSON

2    messages between, like, it was an RBT admin

3    group.

4         Q.  Okay.  Let me ask some further

5    questions.  What is the RBT admin group?

6         A.  A group text exchange.

7         Q.  Who is on the group text?

8         A.  I believe it was Lawrence, Cole,

9    Kelly, myself.  And then I just learned

10   yesterday there was another person on there,

11   who I'm not sure who it was.

Jennifer Pierson 6/29/2023

Page 12



Jennifer Pierson 6/29/2023



Jennifer Pierson 6/29/2023

Page 14



Jennifer Pierson 6/29/2023

Page 15



Jennifer Pierson 6/29/2023

Page 16



Jennifer Pierson 6/29/2023



24        Q.  Who employed you in connection with

25    the Defendants here today?

Jennifer Pierson 6/29/2023

Page 18

1                    J. PIERSON

2        A.  I'm a contractor with Rare Breed

3     Triggers.

15        Q.  When did you first start working

16     with Rare Breed Triggers?

17        A.  I think it was January of 2021.

Jennifer Pierson 6/29/2023



Page 19

Jennifer Pierson 6/29/2023

Page 20



6    Q.   When did you review these documents?

7    A.   Yesterday.

8    Q.   What time yesterday?

9    A.   The text messages would have been

10   between 2:00 and 4:00 p.m. Central and then

14   Q.   Did you review these documents with

15   Counsel?

16   A.   The text messages, yes.

Jennifer Pierson 6/29/2023



Page 21

Jennifer Pierson 6/29/2023

Page 22



Jennifer Pierson 6/29/2023



Page 23

Jennifer Pierson 6/29/2023

Page 24



Jennifer Pierson 6/29/2023

Page 25



Jennifer Pierson 6/29/2023

Page 26



Jennifer Pierson 6/29/2023

Page 27



Jennifer Pierson 6/29/2023

Page 28





Jennifer Pierson 6/29/2023

Page 29

15     Q.   What about for those individuals who
16 were requesting charge-backs and refunds?
17     A.   Well, someone could request a
18 charge-back with their bank without
19 contacting me, but had they contacted me
20 about it, it would be at
21 customerservice@rarebreedtriggers.com.

Jennifer Pierson 6/29/2023

Page 30

■                              ■ ■■■■■

■  ■■■■ ■ ■■■ ■■ ■■■■■

3       Q.  So then we will get to that in a

4    second.  So what kind of e-mails did you

5    receive at

6    customerservice@rarebreedtriggers.com?

7       A.  I'm sorry.  What kind of e-mails did

8    I receive?

9       Q.  Yes.

10       A.  Any kind of e-mail you can imagine

11    from a customer.  I got questions about

12    orders, where is my order, what is the order

13    status.  I was contacted if UPS lost a

14    package and a customer didn't receive it.  I

15    was contacted frequently to help tune the

16    customer's firearm, to run the FRT.  I was

17    contacted if a customer wanted to return

18    their FRT, things along those lines.

■■ ■■ ■ ■ ■ ■ ■ ■ ■ ■■

■■ ■■■■ ■■ ■ ■■■■ ■■ ■

■■ ■■■ ■ ■ ■ ■ ■ ■■

■■ ■ ■■ ■ ■ ■ ■

■■ ■■ ■ ■ ■ ■ ■ ■

■■ ■■ ■ ■ ■ ■

■■ ■ ■ ■ ■ ■ ■



Jennifer Pierson 6/29/2023



Page 32

Jennifer Pierson 6/29/2023

Page 33



Jennifer Pierson 6/29/2023

Page 34





Jennifer Pierson 6/29/2023

Page 36



Jennifer Pierson 6/29/2023



Page 37

Jennifer Pierson 6/29/2023

Page 38



16        Q.  So let's talk about your employment

17    history.  Now, are you currently employed as

18    a subcontractor with Rare Breed Triggers?

19        A.  Yes.

20        Q.  I'm sorry.  Did you say

21    subcontractor or contractor?

22        A.  I'm sorry.  Contractor.  I'm sorry.

23    I don't even know.  Not subcontractor, just

24    contractor.

Jennifer Pierson 6/29/2023

Page 39

███

███

███

███

███

███

███

███

███

███

11      Q.   How did you get the job?

12      A.   A mutual friend of Lawrence and mine

13  suggested that I would be a good fit.

14      Q.   What is the name of that friend?

15      A.   Sam Eastman.  I'm sorry?

16      Q.   Nothing.  One second.  Who is Sam

17  Eastman?

18      A.   A friend.

19      Q.   Do you know if he is a lawyer?

20      A.   I believe so.

21      Q.   Do you know if he has a relationship

22  with Mr. DeMonico?

23      A.   They are friends, as well.

24      Q.   How long have you known Mr. Eastman?

25      A.   Several years.

Jennifer Pierson 6/29/2023

Page 40



Jennifer Pierson 6/29/2023

Page 41



Jennifer Pierson 6/29/2023

Page 42



 9      Q.  So when you started working for RBT,

10   who told you what your duties would be?

11      A.  Lawrence.

12      Q.  And what did he tell you?

13      A.  That I was going to be doing

14   customer service.

15      Q.  Now, you mentioned an e-mail

16   account,

17   customerservice@rarebreedtriggers.com, is

18   that right?

19      A.  Yes.

20      Q.  And you received and responded to

21   e-mails addressed to this account?

22      A.  Yes.

Jennifer Pierson 6/29/2023

Page 43



```
24        Q.  Who had access to the
25   admin@rarebreedtriggers.com account in
```

Jennifer Pierson 6/29/2023

Page 44

1                        J. PIERSON

2     addition to you?

3         A.  Lawrence.



10        Q.  So who was checking the

11    admin@rarebreedtriggers.com account?

12        A.  As far as I'm aware, only Lawrence.

20        Q.  Now, what is the difference between

21    a customerservice@rarebreedtriggers.com and

22    the admin@rarebreedtriggers.com account?

23        A.  Well, once we established the

24    customer service account, it was any customer

25    communication was to come through customer

Jennifer Pierson 6/29/2023

Page 45

1                    J. PIERSON

2     service.

3         Q.  And that included dealers?

4         A.  And that included dealers, yes.



Jennifer Pierson 6/29/2023



Page 46

Jennifer Pierson 6/29/2023



Page 47

17    Q.  Did you also respond to individual

18  customers asking for refunds via the customer

19  service address?

20    A.  Yes.

Jennifer Pierson 6/29/2023

Page 48



Jennifer Pierson 6/29/2023



Page 49

Jennifer Pierson 6/29/2023

Page 50



Jennifer Pierson 6/29/2023

Page 51



20        Q.   When was the last time you received

21   a paycheck for Rare Breed Triggers?

22        A.   This month.

23        Q.   I'm so sorry.  I didn't hear.

24        A.   This month.

25        Q.   So you are still being paid monthly

Jennifer Pierson 6/29/2023

Page 52

1                    J. PIERSON

2    subsequent to this litigation being filed?

3        A.  Correct.



Jennifer Pierson 6/29/2023

Page 53



Jennifer Pierson 6/29/2023

Page 54



Jennifer Pierson 6/29/2023

Page 55



Jennifer Pierson 6/29/2023



Page 56

Jennifer Pierson 6/29/2023



Page 57

Jennifer Pierson 6/29/2023

Page 58

14          Did Rare Breed Triggers maintain a
15     newsletter, an online a newsletter through
16     their website?
17          A.  Yes.  People could subscribe, yes.
18     I don't know that I would call it -- I don't
19     know that I would say that we maintained a
20     newsletter, but that was an option.
21          Q.  And can you describe, what is that
22     option?  What is a subscription?
23          A.  So someone can go in and put their
24     e-mail address on our website and, basically,
25     agree to receive communications from us.

Jennifer Pierson 6/29/2023

Page 59



Jennifer Pierson 6/29/2023



Page 60

Jennifer Pierson 6/29/2023

Page 61



Jennifer Pierson 6/29/2023

Page 62



Jennifer Pierson 6/29/2023

Page 63



Jennifer Pierson 6/29/2023

Page 64



Jennifer Pierson 6/29/2023

Page 65



Jennifer Pierson 6/29/2023

Page 66



Jennifer Pierson 6/29/2023



Page 67

Jennifer Pierson 6/29/2023

Page 68



Jennifer Pierson 6/29/2023

Page 69



Jennifer Pierson 6/29/2023

Page 70



Jennifer Pierson 6/29/2023

Page 71



22      Q.  I'm going to ask you about another

23      e-mail account for Rare Breed Triggers, and

24      that is dealersales@rarebreedtriggers.com,

25      what is that account?

Jennifer Pierson 6/29/2023

Page 72

1                    J. PIERSON

2        A.   It was an account we established so

3    that dealers had a specific e-mail that they

4    could reach out to regarding placing dealer

5    orders.



Jennifer Pierson 6/29/2023

Page 73





Page 74

Jennifer Pierson 6/29/2023

 7      Q.   The only question I have is, can you

 8  tell me what that ticket comment means,

 9  ticket #29599?  Do you know?

10      A.   So that's when an e-mail is

11  converted into a ticket for me to be able to

12  track and then be able to close it out when

13  I've responded and done dealing with that

14  specific e-mail chain.

15      Q.   Okay.  Understood.  And these

16  tickets, where are they maintained or are

17  they maintained?

18      A.   Through Freshdesk.

19      Q.   Freshdesk?  What is Freshdesk?

20      A.   It's a system specifically to help

21  track and close out, like, e-mails.  An

22  organizational system for e-mails so that you

23  can -- once you are finished dealing with

24  that issue, I can close it out.  It's just a

25  way for me to keep track of e-mails I am

Jennifer Pierson 6/29/2023

Page 76

1                    J. PIERSON

2    working on.



6              What kind of a situation or an

7    inquiry from a customer or anyone necessitate

8    a ticket being opened?

9         A.   Every single incoming e-mail is a

10   ticket.  I'm not sure why they refer to them

11   as tickets.

12        Q.   So Freshdesk, that is a third-party

13   vendor?

14        A.   Yeah, like a software.

Jennifer Pierson 6/29/2023

Page 77



3        Q.  And why would you log-in to

4    Freshdesk?

5        A.  That's how I responded to customer

6    e-mails, so that was daily.

7        Q.  And to the best of your knowledge,

8    are those e-mails, the correspondence --

9    excuse me -- is that maintained in Freshdesk?

Jennifer Pierson 6/29/2023

Page 78

▪                          ▪ ▪▪▪▪▪

▪         ▪ ▪ ▪

3          MS. STAMATELOS:  So this is

4      Government Exhibit C, it bears

5      Bates-stamped numbers RTF_0009751 and

6      it goes to 9752.  Amy, could you

7      please scroll down?  (So doing.)

8      Q.  So this is another e-mail from

9   customer service to

10   admin@rarebreedtriggers.com sent September

11   12, 2022.  I just want to scroll down to the

12   e-mail where it says:  "On Monday, September

13   12, 2022, 11:29 AM Customer Service."  It's

14   in the middle of the first page.  Do you see

15   that?

16      A.  (No response.)

17      Q.  Do you see the language:  "I'm sorry

18   for the delayed response.  We have not turned

19   over a customer list to the ATF -- we don't

20   even have one to turn over, as we have a

21   digital shredding policy."  And then Jen, is

22   that you?

23      A.  Yes.

24      Q.  Now, I want to scroll down to the

25   August 23, 2022, 11:21 AM Customer Service

Jennifer Pierson 6/29/2023

Page 79

1                    J. PIERSON

2    e-mail, and that is a paragraph that begins

3    with:  "Our position is that the FRT-15 is a

4    fully legal semi-automatic," et cetera.  And

5    then it ends with:  So we filed a new lawsuit

6    against the ATF, which is currently in

7    litigation."  Now, I have one question in

8    regard to this paragraph.  Who came up with

9    this paragraph?

10        A.  I think I would have gotten the

11   information from Lawrence.

12        Q.  So Lawrence drafted this paragraph?

13   To the best of your understanding,

14   Mr. DeMonico drafted this paragraph and gave

15   it to you?

16        A.  I think so.

17        Q.  And what instructions did he give?

18   Did he give you any instructions on how to

19   use this paragraph?

20        A.  I think just as a response to

21   customers asking about the FRT-15 and the

22   situation with the ATF.

23        Q.  Can you just explain to me what your

24   understanding is with the situation with the

25   ATF?

Jennifer Pierson 6/29/2023



Page 80

1                  J. PIERSON

2        A.   That we had received a Cease and

3   Desist letter from the ATF.

6        Q.   What do you mean by a digital

7   shredding policy?

8        A.   I don't know exactly.  That's just

9   what I was told.

10       Q.   And who told you that?  Who told you

11  to use that phrase?  I'm so sorry I

12  interrupted you.

13       A.   Lawrence.

Jennifer Pierson 6/29/2023



Page 81

23    Q.   Okay.   Did there come a time where

24    you did know that ATF served a Cease and

25    Desist letter upon Rare Breed Triggers?



Page 82

1                    J. PIERSON

2        A.   Yes.

6        Q.   And how did you find out?

7        A.   I actually think first I started

8    getting bombarded with e-mails, customers

9    asking, and then I had a conversation with

10   Lawrence about it.

24       Q.   Was anyone displeased with your

25   company afterwards, after receiving the Cease

Jennifer Pierson 6/29/2023

Page 83

1                    J. PIERSON

2    and Desist letter?

3         A.   I think there were some, yes.

4         Q.   Was there an uptick in requests for

5    refunds after the first Cease and Desist

6    letter?

7         A.   Yes, I think so.

8         Q.   And is it fair to say that or is it

9    accurate to say that Rare Breed Triggers had

10   a no refund policy?

11        A.   Yes.

Jennifer Pierson 6/29/2023

Page 84



Jennifer Pierson 6/29/2023

Page 85



14        Q.   I understand.   I'm sorry.   But you

15   were telling customers that their information

16   was being shredded?

17        A.   Right, that we had a digital

18   shredding policy.

Jennifer Pierson 6/29/2023

Page 86



3      Q.  So were you just copying and pasting

4   language that was provided to you from Mr.

5   DeMonico?

6      A.  More or less, yeah, you can say

7   that.

Jennifer Pierson 6/29/2023

Page 87



Jennifer Pierson 6/29/2023

Page 88



Jennifer Pierson 6/29/2023

Page 89



Jennifer Pierson 6/29/2023

Page 90



Jennifer Pierson 6/29/2023

Page 91



Jennifer Pierson 6/29/2023

Page 92



Jennifer Pierson 6/29/2023

Page 93



Jennifer Pierson 6/29/2023

Page 94



Jennifer Pierson 6/29/2023

Page 95



5       Q.  Now, do you recall what that group

6   text --

7          What are some of the subjects that

8   came up in that group text?

9       A.  One of the biggest things in that

10  group text would be Lawrence sending over

11  pictures of replacement packages that I

12  needed to have information for to provide to

13  customers.  Also, in that text is where I

14  would send updates of the refunds and

15  cancelations that I would do.  I think those

16  were -- that I can recall, those were the two

17  main things.

Jennifer Pierson 6/29/2023

Page 96



Jennifer Pierson 6/29/2023

Page 97



Jennifer Pierson 6/29/2023



Page 98

Jennifer Pierson 6/29/2023

Page 99





Jennifer Pierson 6/29/2023

Page 101



Jennifer Pierson 6/29/2023

Page 102

13          Q.  This, from on Tuesday, December 6th,

14     to where it says "I hope this helps, Jen,"

15     did you draft this?

16          A.  I typed in some of this e-mail.  So

17     the middle part that you didn't address:

18     "Our position is that the FRT-15 is a fully

19     legal semi-automatic trigger," that was

20     information that was given to me.  The saying

21     that the WOT, that I'm not able to say too

22     much about how we came about having

23     them/selling them, that information was given

24     to me.

25          Q.  That information was given to you

Jennifer Pierson 6/29/2023

Page 103

1                    J. PIERSON

2     from whom?

3         A.   Lawrence.



13        Q.   So for example, this paragraph:

14    "Our position is that the FRT-15 is a fully

15    legal semi-automatic trigger," et cetera, et

16    cetera, were you directed by Mr. DeMonico to

17    use this boilerplate language to respond to

18    customers?

19        A.   Yes.

Jennifer Pierson 6/29/2023

Page 104



Jennifer Pierson 6/29/2023



Jennifer Pierson 6/29/2023

Page 106



Jennifer Pierson 6/29/2023



Page 107

Jennifer Pierson 6/29/2023

Page 108

██                              ██  ██████

██           ████████  ████████  ████  ████  ██

██           ██████  ████████  ████  ████

██           ██████  ████████  ██  ██  ██████

5       Q.  And I'm just going to scroll slowly

6   so that you can see the document, it's from

7   April 22, 2022.  The activity date mentions

8   payments have been assigned to it.  I'm going

9   to scroll down.  Do you see where it says

10   "please cancel order"?

11       A.  Yes.

12       Q.  Do you see where Mr. Maxwell

13   replied?

14       A.  So, no, that's not Mr. Maxwell

15   replying.  That's just how it shows up from

16   -- I don't know if because the account is in

17   his name.  I'm not sure why that shows up,

18   but that's me replying.

██    ██  ██████  ██████  ██████  ██

██  ████  ████  ████████  ██████  ████  ██  ██

██  ██████  ████  ████  ██████

██    ██  ██████  ████  ████

██    ██  ████████  ██████  ████  ██

██  ████████  ████████  ████████  ████████  ██

██  ████████  ████████  ██████  ████████

Free State Reporting, Inc. 410-974-0947

Jennifer Pierson 6/29/2023



Jennifer Pierson 6/29/2023

Page 110

1              CONFIDENTIAL



18        Q.  Now, if someone had already had an
19   FRT-15 and then after taking possession,
20   raised some concerns about the legality of
21   the FRT-15, would you issue a refund?
22        A.  If they have taken possession of it,
23   we would -- my response would be, our
24   position is that it's a fully legal
25   semi-automatic trigger and as you

Jennifer Pierson 6/29/2023

Page 111

1                    CONFIDENTIAL

2      acknowledged and agreed to when you checked

3      out on our website, we have a very clear no

4      return, no refund policy.

5          Q.   I'm going to scroll down to this

6      part of the charge-back where it says --

7      USA_17034, that's the Bates number -- it says

8      here with regard to this individual, Gustavo,

9      who raised concerns about the legality of the

10     FRT-15 in 2022:

11               "During checkout, all customers

12          are required to acknowledge that we

13          (Rare Breed Triggers) have a no

14          return policy.  In fact, the box you

15          checked during checkout states,

16          "RETURN POLICY:  ALL SALES ARE FINAL.

17          NO EXCHANGES, NO RETURNS, NO

18          EXCEPTIONS."  This was not done to

19          avoid honoring a product warranty."

20          I'm going to scroll down so I don't

21     read the entire thing.  It says:

22               "Now that we are in the fight

23          of our lives, accepting returns would

24          put an extreme financial strain on

25          the company and prevent us from being

Jennifer Pierson 6/29/2023

Page 112

1                        J. PIERSON

2            able to afford what's sure to be a

3            very costly legal battle."

4              Did you draft this paragraph "during

5       checkout" or was this another boilerplate that

6       you received from Mr. DeMonico or anyone else?

7              A.  That, was information that I

8        received from Mr. DeMonico.



Jennifer Pierson 6/29/2023

Page 113



22        Q.  I'm just going to scroll up.

23    Customer service to admin, November 29, 2022.

24    Scrolling down.  So here I'm seeing on

25    Tuesday, the 27th of November:  "Is this for

Jennifer Pierson 6/29/2023

Page 114

1                    J. PIERSON

2    real, or a setup?"  And then you scroll up

3    and it is a response from you at customer

4    service:  "It's for real!  We (RBT) are

5    selling WOTs in a fire sale to fund our legal

6    fight against the ATF.  Thank you for your

7    support!"  Did you draft this language or did

8    someone else draft this language?

9         A.  I was given that information.



Jennifer Pierson 6/29/2023



Page 115

Jennifer Pierson 6/29/2023



Jennifer Pierson 6/29/2023

Page 117



Jennifer Pierson 6/29/2023

Page 118



21          Q.   Did RBT tell customers in the states

22     that RBT would not ship in to to go to

23     GunBroker, Big Daddy or just a third party to

24     purchase FRT-15s?

25          A.   Yeah.   I let them know that that was

J. PIERSON

an option.

[redacted]

Jennifer Pierson 6/29/2023



Page 120

Jennifer Pierson 6/29/2023

Page 121



Jennifer Pierson 6/29/2023



Page 122

Jennifer Pierson 6/29/2023

Page 123



RTF_9779

124

1

2                    C E R T I F I C A T E

3     STATE OF NEW YORK  )

4                        ) Ss.

5     COUNTY OF NEW YORK )

6              I, Amy Boguszewski, a Shorthand

7     (Stenotype) Reporter and Notary

8     Public, do hereby certify that the

9     foregoing Examination of the witness,

10    JENNIFER PIERSON, taken via ZOOM at the

11    time and place aforesaid, is a true

12    and correct transcription of my

13    shorthand notes.

14             I further certify that I am

15    neither counsel for nor related to any

16    party to said action, nor in any wise

17    interested in the result or outcome

18    thereof.

19             IN WITNESS WHEREOF, I have

20    hereunto set my hand this 2nd day of

21    July, 2023.

22

23

24                    AMY BOGUSZEWSKI

25

Jennifer Pierson 6/29/2023

Page 125

