Cole Leleux 6/30/2023

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

                             Case No.
                             1:23-cv-00369-NRM-RML

        -against-

RARE BREED TRIGGERS, LLC; RARE

BREED FIREARMS, LLC; LAWRENCE

DEMONICO; KEVIN MAXWELL,

                Defendants.

- - - - - - - - - - - - - - - - - x

                June 30, 2023
                10:00 a.m.


   VIRTUAL DEPOSITION of COLE LELEUX, the

Non-Party Witness, taken by the Plaintiff, in

the above-entitled action, held at the above

time and place, pursuant to Subpoena, taken

before AMY BOGUSZEWSKI, a Shorthand Stenotype

Reporter and Notary Public within and for the

State of New York.

Cole Leleux 6/30/2023

Page 2

```
 1

 2    A p p e a r a n c e s:

 3       UNITED STATES ATTORNEY'S OFFICE
         Attorneys for Plaintiff
 4           271 Cadman Plaza East
             Brooklyn, New York 11201
 5
         BY:  MICHAEL BLUME, ESQ.
 6       BY:  PAULINA STAMATELOS, ESQ.

 7

 8       DHILLON LAW GROUP
         Attorneys for Defendants & Witness
 9           256 Fifth Avenue, 4th Floor
             New York, New York 10001
10
         BY:  MICHAEL COLUMBO, ESQ.
11       BY:  JOSIAH CONTARINO, ESQ.

12       BY:  DAVID WARRINGTON, ESQ.
         (Present from 10:00 a.m. to 1:00 p.m.)
13

14

15    ALSO PRESENT:
16
         BEN WEINBERG, USAO INTERN
17
         DOMENICO AULISI
18
19       KEVIN MAXWELL, DEFENDANT
         (Joined at 9:45 a.m.)
20
         LAWRENCE DEMONICO, DEFENDANT
21       (Joined at 9:45 a.m.)

22

23

24

25
```

Cole Leleux 6/30/2023

1

2                    S T I P U L A T I O N S

3             IT IS HEREBY STIPULATED AND AGREED by

4     and between the attorneys for the respective

5     parties herein, that filing, sealing and

6     certification be and the same are hereby

7     waived.

8             IT IS FURTHER STIPULATED AND AGREED

9     that all objections, except as to the form of

10    the question shall be reserved to the time of

11    the trial.

12            IT IS FURTHER STIPULATED AND AGREED

13    that the within deposition may be signed and

14    sworn to before any officer authorized to

15    administer an oath, with the same force and

16    effect as if signed and sworn to before the

17    Court and that a copy of this examination

18    shall be furnished without charge to the

19    attorney representing the witness testifying

20    herein.

21

22

23

24

25

Cole Leleux 6/30/2023

Page 4

```
 1
 2              THE REPORTER:  Will counsel
 3         please stipulate that in lieu of
 4         formally swearing in the witness, the
 5         court reporter will instead ask the
 6         witness to acknowledge that the
 7         testimony will be true under the
 8         penalties of perjury, that counsel
 9         will not object to the admissibility
10         of the transcript based on proceeding
11         in this way, and that the witness has
12         verified that he is, in fact, Cole
13         Leleux?
14              MR. BLUME:  Yes.  So stipulated
15         for the government.
16              MR. COLUMBO:  So stipulated for
17         the Defendants and Mr. Leleux.
18
19
20
21
22
23
24
25
```

Cole Leleux 6/30/2023

Page 5

```
1                         C. LELEUX
2     C O L E   L E L E U X, the Non-Party Witness
3     herein, having been first duly sworn by a
4     Notary Public of the State of New York, was
5     examined and testified as follows:
6                THE REPORTER:  State your name
7           for the record, please.
8                THE WITNESS:  Cole Leleux.
```



Cole Leleux 6/30/2023



Page 7

Cole Leleux 6/30/2023



Page 8

18        Q.   And what you described, as I hear

19   it, was the operation of the FRT-15, right?

20        A.   I would say it's the operation of

21   the FRT-15, the WOT, the Alamo 15, the Para

22   15.  There has been a few patent infringers

Cole Leleux 6/30/2023



Page 9



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 12



Cole Leleux 6/30/2023



Page 13

Cole Leleux 6/30/2023





Cole Leleux 6/30/2023

Page 16



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 18



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023



Page 20

Cole Leleux 6/30/2023

Page 21



Cole Leleux 6/30/2023



Page 22

Cole Leleux 6/30/2023

Page 23

■        ■ ■

■    ■ ■ ■ ■ ■ ■

■    ■ ■ ■ ■ ■ ■ ■ ■

■   ■ ■ ■ ■

5        Q.   And by the way, I understand that

6    you may not, at that time, have known that it

7    was called the AR-1.  Did he talk to you at

8    all about the development of the product that

9    you now know to be called the AR-1?

10       A.   I don't know if it was in that call

11   or in different previous calls, but I know

12   that we had a conversation with him that he

13   had told us about a trigger that he had

14   worked on.  And he had told us, you know,

15   that it required a special bolt carrier group

16   and it required a bunch of modifications.

17   And I think the input that he got back from

18   either myself or Lawrence DeMonico was that

19   that wasn't really ideal, to try to sell

20   someone a trigger and a bolt and all these

21   different components.  And that was part of

22   why, I think, he shifted towards a drop-in

23   trigger instead of a more complex thing that

24   had more pieces involved.  And I later found

25   out that one of the problems he had with the

Cole Leleux 6/30/2023

Page 24

1                         C. LELEUX

2    AR-1 was the potential for hammer follow, and

3    that he had solved that in the design for the

4    223 patent.  And hammer follow, I mean --



Cole Leleux 6/30/2023







Cole Leleux 6/30/2023

Page 28

11    Q.  Okay.  Can you tell us about any

12    conversations you had with Cooper Rounds

13    about forced reset triggers prior to May of

14    2020?

15    A.  I think the general -- and I am

16    going to have to generalize because we are

17    talking three years ago, but I think the

18    general conversations started with, hey, I

19    have an idea for a trigger, I'm working on

20    something, and we said okay.  And I didn't

21    understand this at the time, but now I

22    realize that I think him and Thomas Graves

23    had worked on the Flex-Fire, which the

24    Flex-Fire Technology is not based on the

25    AR-15 at all, it's kind of its own gun.  So

Cole Leleux 6/30/2023

Page 29

1                         C. LELEUX

2     his idea that he was telling us about was to

3     take that Flex-Fire and try to make it work

4     in an AR-15.  So he was telling us about this

5     idea to make something work in an AR-15.

6     And, really, I think he told Lawrence about

7     it first and then I got looped in and we

8     talked about it.  So we talked about the idea

9     of, you know, using this.  He didn't call it

10    Flex-Fire and he didn't call it AR-1.  He

11    just said doing the -- and I don't even think

12    he even called it a forced reset because I

13    believe that we coined that term, you know,

14    FRT-15, Forced Reset Trigger.  But they were

15    talking about the idea of a trigger that

16    would force the reset allowing for faster

17    follow-up shots.  Again, like I said, my

18    opinion at that time was, well, there is

19    other similar things that I have heard of

20    that are okay, it sounds really ingenious,

21    and, yeah, go for it.  And then we didn't

22    hear from him for quite some time.  I

23    couldn't tell you exact timeframe between his

24    calls, but he might have told us that, you

25    know, and then a year goes by and it's like,

Cole Leleux 6/30/2023

Page 30

1                      C. LELEUX

2    okay, I worked out some kinks.  I think I got

3    something.  And then we were going, it would

4    be better if it was like this.  And then

5    another year went by and it was, okay, this

6    was approved now.  So there wasn't a lot of

7    conversation in between.  It was just I have

8    this idea, here is how you can make it

9    better, and then, like, here I got the patent

10   approved.

11          At the time the patent was approved,

12   he had briefly told us that he had been --

13   he had applied the AR-1 with the ATF and that

14   one of the problems they had was a potential

15   for hammer follow, but that he had fixed

16   that, and that he just wasn't really

17   interested in pursuing it because he felt

18   like the ATF would give him a hard time and

19   he didn't want to invest anymore.  He is not

20   like a gun guy.  He is developing all kinds

21   of other things and we think it just wasn't

22   something -- he had lost passion for it.  He

23   wanted to just dump the project and recover

24   his patent fees.

Cole Leleux 6/30/2023

Page 31



Cole Leleux 6/30/2023

Page 32

1                    C. LELEUX

2       Q.   Tell me everything you remember

3   about what Mr. Rounds told you about his

4   submission of that product to the ATF.

5       A.   I think I already did, but I will do

6   it again.  Essentially, it was that they had

7   disapproved it, he didn't agree with them,

8   but that they had made the assertion that it

9   could operate as a full-auto because of

10  hammer follow.  And I told him that that made

11  sense to me.  It would be very unlikely

12  because it would require the hammer follow to

13  be perfectly timed in order for it to

14  actually work, but that made sense, and that

15  he had addressed that by adding a locking

16  bar.  And at the time, like, we didn't even

17  think to ask him to see what else the ATF had

18  said about it because it wasn't the product

19  we were trying to buy.  So if we would have

20  been thinking to buy that design or that

21  patent, obviously, we would have dug in to

22  what we now know to about the AR-1 a lot

23  more, but we were buying a new patent and a

24  new design that functioned differently.  And

25  what we had been told was that the main issue

Cole Leleux 6/30/2023

Page 33

1                    C. LELEUX

2       that was legitimate was about the hammer

3       follow.



Cole Leleux 6/30/2023

Page 34



Cole Leleux 6/30/2023

Page 35



Cole Leleux 6/30/2023

Page 36



Cole Leleux 6/30/2023



Page 37

So

25    at that point, I was like, okay.  It will



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 40



Cole Leleux 6/30/2023



Page 41

Cole Leleux 6/30/2023

Page 42



Cole Leleux 6/30/2023

Page 43

6     Q.   How do you know Mr. Maxwell?

7     A.   Mr. Maxwell lives local to me in the

8  Orlando area.  I had seen him at gun shows

9  over the years.  He had represented me in a

10 student loan dispute that I had years before.

11 I think maybe in 2007, it was a student loan

12 dispute.  And he is also known to do gun

13 trusts and gun issues.  I had known at the

14 time that he dealt with the ATF on several

15 issues representing FFLs in the area.  So he

16 was my attorney in the capacity that he

17 helped me with a few legal issues.  And then

18 he also dealt with guns a lot and FFLs a lot.

19 And I knew that he had fired a lot of

20 different types of weapons.  He owned machine

21 guns.  So he was the most gun-friendly,

22 gun-knowledgeable attorney that I knew.

Cole Leleux 6/30/2023

Page 44



Cole Leleux 6/30/2023

Page 45



Cole Leleux 6/30/2023



Page 46

24      Q.   What was the deal?

25      A.   The deal was -- the deal that he had

Cole Leleux 6/30/2023

Page 47

                              C. LELEUX

1

2    struck with Cooper Rounds was $10,000, which

3    I think was, essentially, just to cover his

4    IP costs that he had invested so far in

5    patents.  And then he had loosely said

6    something to the effect of, you know, if you

7    guys ever actually go to market with it, I

8    would appreciate if you take care of me in

9    some capacity.  And so Lawrence had kind of

10   told me that and said we don't really have

11   to.  So we talked about it back and forth.

12   And I said, well, I don't really like the

13   idea of, like, loosely taking care of him

14   because what if later he is disgruntled by

15   the dollar amount or something is weird.  So

16   I think Lawrence and I kind of tossed around

17   numbers a little bit and came up with the

18   concept of a royalty of like $25.  And Cooper

19   said, okay, well, you know, if you pay me

20   that, that's cool.  And we were like, well,

21   do you want to add that into a contract?  And

22   he was like, no, I don't really care.  So I

23   don't know.  Maybe he just didn't believe we

24   were ever going to be able to take it to

25   market or what was the deal.  But on paper,

Cole Leleux 6/30/2023

Page 48

1                    C. LELEUX

2     it was a $10,000 purchase.  Verbally, we had

3     agreed to pay him $25 per unit royalty.





Cole Leleux 6/30/2023

Page 50



Cole Leleux 6/30/2023



Page 51

Cole Leleux 6/30/2023

Page 52



Cole Leleux 6/30/2023

Page 53



Cole Leleux 6/30/2023

Page 54



Cole Leleux 6/30/2023

Page 55



Cole Leleux 6/30/2023



Page 56

6      Q.   This Exhibit 2 is a check written on

7      the account of ABC IP Wizard Labs, right?

8      A.   Yes, sir.

9      Q.   And that's your signature on the

10     check itself?

11     A.   Yes, sir.

12     Q.   What is Wizard Labs?

13     A.   So it might be that we purchased the

14     IP from Wolf Tactical and then he used that

15     other company, that WarPaint LLC at first,

16     and then he changed it.  So I know he had

17     changed it.  So Wizard Labs is Cooper Rounds.

Cole Leleux 6/30/2023



Page 57

18      Q.   Exhibit 8 is also a check from ABC

19   IP, this time to CRDB, Inc., right?

20      A.   Yes, sir.

21      Q.   And the check itself, that's your

22   signature?

23      A.   Yes, it is.

24      Q.   What is this check for?

25      A.   I believe I think it says CRBB and I

Cole Leleux 6/30/2023

Page 58

1                    C. LELEUX

2    believe that's for Cooper Rounds.  I believe

3    all these checks are Cooper Rounds.  And

4    again, I don't understand the reasoning

5    behind the name changes of different

6    companies he had setup.  I have no idea what

7    his business strategy was.  He just told us

8    where to send the check and that's where we

9    sent it.

Cole Leleux 6/30/2023

Page 59



Cole Leleux 6/30/2023

Page 60



Cole Leleux 6/30/2023

Page 61



15      Q.  Well, who is the owner of Rare Breed

16  Triggers today?

17      A.  Kevin Maxwell is the sole owner.

18      Q.  Hundred percent?

19      A.  Yes, sir.

Cole Leleux 6/30/2023



Page 62

2        Q.  Why did it change?

25    And Claudio briefly told me that he thought

Cole Leleux 6/30/2023

Page 63

                            C. LELEUX

1
2    that he should talk to us because any time

3    you do something big -- like, let's say, you

4    win the lottery, it's always best if you go

5    in to that with a plan and structure, et

6    cetera.  So I said, okay, we can talk.  I

7    have to setup a call with the other guys and

8    see what everyone thinks.

9            So we ended up talking to him and he

10   advised us that we should not have everything

11   in one basket.  And he said that the first

12   and primary reason he said was imagine if

13   someone is at the range with this rate

14   increasing device, but they put it into a

15   really cheap -- and I will try not to use bad

16   language, but I will say a crappy gun.  So in

17   the process of shooting at a high rate of

18   fire and the gun blows up and a piece of

19   metal launches into the guy's eyeball, he

20   said, do you want Rare Breed Triggers to be

21   sued and have all of your assets sitting in

22   one place or do you want to have different

23   layers and structure in a smart way.  And we

24   said, okay, well, that makes sense.  ██ ██

██  ██████ ██████ ██████ ██ █████ ██ ██████████ ██

Cole Leleux 6/30/2023

Page 64





Page 65

4     ███████████     So after talking to a financial

5     advisor, he spoke with this accountant.  And

6     the main two points were for asset protection

7     from someone getting injured, that kind of

8     liability.

Cole Leleux 6/30/2023

Page 66



Cole Leleux 6/30/2023

14      Q.   There is a company called DEF, Inc.?

15      A.   I believe it's called DEF

16   Consulting.

17      Q.   DEF Consulting, okay.  Who owns DEF

18   Consulting?

19      A.   Leleux LLC; Spider Hole LLC, which

20   is Mike Register; LED LLC, which is Lawrence

21   DeMonico; and 1861 LLC, which is Kevin

22   Maxwell because that's the year he was born.

23      Q.   Clearly, that's a joke.

24      A.   Well, that's what he said.  I'm

25   telling you what he said, but it was a joke

Cole Leleux 6/30/2023

Page 68

1                        C. LELEUX

2      when he said it, yes.

15         Q.   What percentage does each of those

16     companies hold in DEF Consulting?

17         A.   DEF and ABC are the same, so we

18     don't have to do this twice.  They both have

19     the same ownership.  And Kevin Maxwell kept

20     17 and a half percent and the other three get

21     27 and a half percent.

22         Q.   Let's go to ABC IP.  Just to

23     confirm, ABC IP owns the intellectual

24     property for RBT's product, right?

25         A.   They own that intellectual property

Cole Leleux 6/30/2023

Page 69

1                    C. LELEUX

2    and a few other, as well, yes.

3         Q.   What is XYZ Distribution?

4         A.   XYZ was setup.  Again, this was one

5    of those things that didn't make a lot of

6    sense, but it was really for future planning.

7    XYZ was supposed to be setup like a

8    distribution that was in the future, like, to

9    be able to buy land, build a machine shop,

10   and then that company would be the one

11   manufacturing.  It ended up that we used a

12   third-party manufacturer.  So that company

13   kind of was just flow-through.  It didn't

14   really do anything.  But that company was

15   setup to, in the future, buy a piece of land,

16   setup a building, and buy machines to have a

17   machine shop.

Cole Leleux 6/30/2023



Page 70

7       Q.  Then I am asking about RB Trig.  So

8    RB Trig and XYZ are, essentially, the same

9    thing?

10       A.  I mean, it's a DBA.  They are the

11    same thing.



Cole Leleux 6/30/2023



Page 72

3    Can you describe

4    to me -- given the structure you just

5    outlined, can you describe for me how money

6    flows into RBT and then ends up, say, at your

7    company, the Leleux?

14    They buy, as a placeholder, the trigger from

15    XYZ.

22    it was a straight pass-through.  But because

23    XYZ is the one that sold the trigger to RBT,

24    XYZ would then pay the royalty to ABC and

25    they would pay consulting to DEF.  And then



Page 73

1                    C. LELEUX

2    once those two companies had the money that

3    they were owed for their consulting services

4    and for the intellectual property agreement,

5    then distributions could be made to the

6    individual owners.

Cole Leleux 6/30/2023



Page 74

11      Q.   Okay.   Then XYZ now has money from

12   the sale of the product.   XYZ then does what

13   with that money?

14      A.   XYZ pays their bills and

15   obligations, which would be to ABC IP and to

16   DEF for the services provided.

Cole Leleux 6/30/2023



Page 75



Cole Leleux 6/30/2023

Page 77





Cole Leleux 6/30/2023

Page 79



Cole Leleux 6/30/2023

Page 80



Cole Leleux 6/30/2023

Page 81



Cole Leleux 6/30/2023

Page 82



Cole Leleux 6/30/2023

Page 83



Cole Leleux 6/30/2023



Page 84

19        Q.   I'm going to ask about a time period

20   from December of 2020 to the beginning of

21   July '21, okay?

22        A.   Yes, sir.

23        Q.   I'm going to ask about the marketing

24   of the FRT-15, okay?

25        A.   Okay.

Cole Leleux 6/30/2023

Page 85

                          C. LELEUX

1

2        Q.   And the FRT-15 is the Forced Reset

3    Trigger that RBT was selling, right?

4        A.   That Rare Breed Triggers was

5    selling, yes, sir.

6        Q.   In the public marketing of the

7    FRT-15, was there any mention of the FRT

8    being submitted to the ATF for

9    classification?

10       A.   No, sir.

11       Q.   Was there any mention during that

12   time period in marketing for the FRT-15 of

13   the AR-1?

14       A.   In the beginning, I don't know that

15   anyone at RBT really knew what the AR-1

16   really fully was, so it absolutely was not

17   mentioned.  And again, it was -- and I just

18   want to make sure you are okay with this, but

19   I don't want to answer a yes or a no where I

20   feel like it's leaving out of context.

21       Q.   Please do.  Go ahead.

22       A.   The answer is no, we didn't mention

23   the AR-1.  But, A, in the beginning, I don't

24   think any of us really knew what the AR-1

25   was.  And, B, once we found out what it was,

Cole Leleux 6/30/2023

Page 86

C. LELEUX

1

2    it was different and worked differently and

3    functioned differently and wasn't relevant to

4    what we were doing.

5        Q.   Let me ask you about that.  How do

6    you think the AR-1 is different?

7        A.   It's different for patent purposes

8    because the trigger makes direct rigid

9    mechanical contact with the bolt carrier.

10   And instead of on the FRT-15, the bolt

11   carrier makes contact with the hammer, which

12   then makes contact with the trigger.  And

13   that's, again, kind of a nuance difference,

14   but then think about the 3MR where it's bolt

15   carrier to hammer to the little arm that

16   flies up to trigger.  So the 3MR is,

17   essentially -- that portion of it, the same

18   things are happening, but it's different.  So

19   that's one difference.  And then the other

20   primary difference is that the FRT-15 had a

21   locking bar, which prevented the possibility

22   of hammer follow.  And let me clarify.  It

23   doesn't preclude hammer follow, what it

24   precludes is hammer follow that could result

25   in automatic fire.  Because you can get

Cole Leleux 6/30/2023

Page 87

1                    C. LELEUX

2    hammer follow with an FRT-15, but it's only

3    because there is not enough gas to cycle the

4    gun, so it didn't force the reset.  And the

5    hammer follows, but it can only result in a

6    failure, it can't result in automatic fire.

7    And that's what I meant earlier when I said

8    hammer follow, if properly timed, could

9    result in automatic fire as to where once you

10   have that locking bar, there is no way for it

11   to be properly timed and accidentally result

12   in the automatic fire, it's not possible.

13        Q.  Any other differences between the

14   AR-1 and the FRT-15 in your view?

15        A.  I mean, I think I told you before.

16   To accomplish the idea of the bolt making

17   direct rigid mechanical contact with the

18   trigger itself, it required a modified bolt

19   and a few different parts.  But again, I've

20   never actually looked at the AR-1 in-person.

21   I've only seen now the pictures and stuff

22   that were submitted in the administrative

23   record in the case in Florida.  So I have

24   seen the pictures of it.  It looks like a

25   welded together mess, but my understanding of

Cole Leleux 6/30/2023

Page 88

1                        C. LELEUX

2     the mechanics mostly come from the

3     intellectual property lawsuit stuff.

4          Q.  The next set of questions I'm not

5     limiting it to timeframe, so you may answer

6     the question in a way that suggests that

7     things changed over time.  What was Rare

8     Breed Triggers' policy for refunds with

9     respect to the FRT-15?

10         A.  Okay.  So all of the questions about

11    Rare Breed Triggers -- and if you want me to

12    keep repeating this every time, I will, but I

13    am going to tell you my understanding of it

14    as a consultant.  And I, obviously, was

15    involved quite a bit in conversations, but I

16    didn't necessarily hit go on the final thing.

17    So I don't have the final verbiage a hundred

18    percent, but I will give you my

19    understanding.

20         Q.  Yes, and I will accept that.  We

21    will accept all of that.  And if you need to

22    make any further limitations or caveats in

23    any particular questions, please do, okay?

24         A.  Okay.  So my understanding of the

25    refund policy from day one was there are no

Cole Leleux 6/30/2023

Page 89

```
 1                          C. LELEUX

 2      refunds.  And this is the publicly stated

 3      policy:  No refunds, no returns, no

 4      exceptions.  However, there were refunds

 5      given quite often, actually.  I remember

 6      actually the first refund we kind of laughed

 7      about it because the call came in.  And I

 8      only heard about it because we were talking

 9      about something else and then it just got

10      brought up as kind of a funny thing.  They

11      said, yeah, we just gave out the first

12      refund.  And I said, oh, what happened?

13      Well, the guy, I guess, ordered two triggers

14      because he got all excited about it and he

15      got a hold of somebody.  I don't know if it

16      was e-mail or if he looked up a phone number

17      or how he got a hold of somebody, but he got

18      a hold of somebody and said, hey, man, I

19      bought two and my wife is going to kill me if

20      she finds out I bought two of these.  Is

21      there any way you can take one back?  So they

22      took one back and refunded it.

23              The no refund policy, I think, was

24      in place because, you know, I think it was

25      clear from the first video launching the
```

Cole Leleux 6/30/2023

Page 90

```
 1                      C. LELEUX
 2     product where you have an attorney sitting in
 3     front of a bookshelf talking about why his
 4     position was that it was legal, I think it
 5     was clear that it was controversial.  And, I
 6     think, there was nobody in the gun industry
 7     that was surprised by the fact that it's
 8     controversial.  And it would be dishonest to
 9     say that if, at any point, in the future, the
10     ATF doesn't like this, everyone is going to
11     get their money back.  That, would have been
12     a lie.  So I think that is part of why there
13     was a no refund policy.  It was like we can't
14     possibly refund everyone their money if, at
15     some point, there is an issue here.
16         Q.  You will agree with me that the
17     company did not submit the FRT to the ATF for
18     classification, right?
19         A.  Absolutely.
20         Q.  How come?
```

Cole Leleux 6/30/2023



Page 91

20      ███████      And we were told no because the

21      length had to be stated on the form, et

22      cetera, et cetera, et cetera.  And so the

23      company I worked for said, okay, no problem.

24      We dropped the idea.  We didn't patent it.

25      We didn't do anything.  Sometime later, there

Page 92

1                       C. LELEUX

2    is a company selling modular suppressors that

3    have adjustable sizes that you can change the

4    baffles and make it shorter or longer, you

5    know, make it wider, whatever you want.  And

6    we are going, awesome, we missed out on a

7    huge opportunity to make a lot of money

8    because we just listened to this person's

9    opinion instead of doing our own research and

10   getting an answer that we could have stood

11   behind.

████   ██████ ██ ████████ █ ████ ████ ███

████   █████ ████ ████ ███ █████ ████ ███

14   ███ ██ █████   So for me, I was saying, you

15   know, I don't see the point on submitting it.

16   It's just their opinion.  They can change

17   their mind, anyway.  I don't see the point.

██   ██ ███ ████ ████ ███ ███ █

██   ████ ████ ███ █ ████ ███ █

██   █████ ████ ██ ████ ████ █

██   ██ ██ █ ████ ███

██   ██ █ ████ ████ ██ ███ ███

██   ████ ███ ████ ████ ███ ███ ███

██   ████ ██ ███ ████ ████

██   ██ ██ ███ ███

Cole Leleux 6/30/2023

Page 93



20        Q.  Is that the only time that Spikes

21   Tactical communicated with the Firearms

22   Technology Branch about the legality of a

23   product?

24        A.  It's not.  Spikes Tactical has

25   communicated on several different items.  I'm

Cole Leleux 6/30/2023

Page 94

1                    C. LELEUX

2    not part of all of those conversations

3    because that's usually handled through the

4    person that handles the Class 3 items.  But

5    I'm aware of a time where we were going to

6    come to market with a muzzle device that has

7    a large diameter body and then it's got in it

8    a cone that kind of changes the direction of

9    the muzzle blast.  And we were concerned that

10   that cone might be interpreted to be a baffle

11   inside of a suppressor body.  So I believe we

12   submitted one of those to the ATF asking if

13   it was going to be considered a suppressor,

14   because the ATF could call something a

15   suppressor even if it doesn't change the

16   sound of a firearm.  And we were told, no,

17   that was fine, so we did that one.  But

18   again, Spikes Tactical is an FFL and FFLs are

19   regulated by the ATF.  They can come in and

20   do inspections and check on things.  So for a

21   large company that's been in business for 20

22   years, it's simply not worth risking them

23   coming in and arbitrarily shutting down your

24   business if you don't play the game and ask

25   them a question.

Cole Leleux 6/30/2023

Page 95

```
 1                    C. LELEUX
 2      Q.  Were there other instances that you
 3   are aware of that Spikes Tactical
 4   communicated with the Firearms Technology
 5   Branch and was told that the products Spikes
 6   Tactical wanted to sell was lawful?
 7      A.  Those are the main two that stick in
 8   my head that I'm, like, keenly aware of, you
 9   know.  There is communication with the ATF
10   almost daily, whether it be, you know, we are
11   complying with traces that were requested by
12   different government officials, you know.  We
13   are in constant communication.  And that came
14   down to even this new pistol brace rule that
15   they changed their mind with pistols, you
16   know.  We are trying to comply with that how
17   best fit, and there is a lot of looming
18   questions.  If people say they are a member
19   of FDC, what can and can't we do.  So there
20   is a person in our office that handles any
21   kind of compliance issues like that, that's
22   not in my day-to-day purview.  But the two I
23   am mainly aware of is when we tried doing the
24   suppressor thing that was a lost opportunity
25   and when we did the muzzle device, which they
```

Cole Leleux 6/30/2023

Page 96

                           C. LELEUX

1

2    said was fine.  And actually, I'm kind of

3    surprised they said that one is fine because

4    I could see them changing their mind on that

5    in the future.

6         Q.  With respect to the first instance

7    that you just talked about, the modified

8    suppressor, do you know if ATF had classified

9    the other products that were on the market?

10   That's a terrible question.  Let me start

11   again.

12           In the first instance where you were

13   changing the size of the suppressor, right?

14        A.  (Witness nodding.)

15        Q.  Yes?

16        A.  Yes, sir, correct.

17        Q.  You later or you learned that there

18   were other companies selling similar

19   products, right?

20        A.  Right now, you can see other

21   companies selling adjustable suppressors that

22   you can put different baffles on them.

23        Q.  Do you know if the ATF classified

24   any of those other products?

25        A.  So I don't know, but I will tell you

Cole Leleux 6/30/2023

Page 97

1                          C. LELEUX

2      that, you know, whether a suppressor is 4

3      inches or 18 inches, a suppressor is

4      undeniably controlled by the NFA, and the ATF

5      directly has, like, authority over them.  So

6      I would imagine that since they are the ones

7      that have to issue like approved serial

8      numbers and approved forms for transferring

9      these things and they are on the market, that

10     the ATF doesn't have a problem.  I don't know

11     if they were classified or not, but they are

12     being sold and the ATF approves every form,

13     so I assume that they are okay with the ATF

14     at this point.

15          But the point of all of that is to

16     tell you that my experience is that the ATF

17     changes their opinion quite a bit.  And I

18     think since the trigger came to market, you

19     know -- I think before the trigger came to

20     market, they were trying to change their

21     opinion on bump stocks, change their opinion

22     on the pistol braces.  There is a lot of

23     political wind that pushes what happens

24     inside the ATF.  And I think my opinion --

25     and I presume that's what everyone agreed

Cole Leleux 6/30/2023

Page 98

1                    C. LELEUX

2    with because that's what happened -- is that

3    we were better served to just find fact

4    people that are experts in the field that

5    could verify for us that per the statute of

6    the law, that we were correct more than

7    worrying about what the current legal opinion

8    of the political winds of the government.

Cole Leleux 6/30/2023

Page 99



Cole Leleux 6/30/2023

Page 100



Cole Leleux 6/30/2023

Page 101



Cole Leleux 6/30/2023



Page 102

Cole Leleux 6/30/2023

Page 103



Cole Leleux 6/30/2023

Page 104



Cole Leleux 6/30/2023

Page 105



Cole Leleux 6/30/2023



Page 106

25        Q.   In Florida, yes.   Okay.   What was

Cole Leleux 6/30/2023

Page 107

1                    C. LELEUX

2     the customer response to the letter?



25                To be fair, there were also a

Cole Leleux 6/30/2023

Page 108

1                              C. LELEUX

2    handful of people who said, hey, this thing,

3    the government said it's illegal.  And I

4    think all we could really do is tell them

5    that that's the government's position and our

6    position is this.  Because our understanding

7    of things and our view of things was that it

8    was the government's position that it was

9    illegal and that no legal determination had

10   been made by any court.  There was no final

11   ruling anywhere.  There was nothing that was

12   legally binding.

13            So, you know, there was definitely

14   some people who e-mailed concerned, but the

15   overwhelming response was sales went through

16   the roof.  And we got I don't know how many

17   e-mails talking about, you know, I'm going to

18   buy one, but I'm locking my dog up, you know.

19   All of the jokes about the ATF and killing

20   people at Waco and Ruby Ridge were strong.

█   █    █  █    █   █  █ █   █
█   █  █  █   █  █  █  █  █  █  █
█   █  █  █ █   █  █  █   █  █
█   █    █  █   █   █
█   █    █  █  █   █  █   █

Free State Reporting, Inc. 410-974-0947

Cole Leleux 6/30/2023

Page 109





Cole Leleux 6/30/2023

Page 111



Cole Leleux 6/30/2023

Page 112



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 114



Cole Leleux 6/30/2023

Page 115



Cole Leleux 6/30/2023

Page 116







Cole Leleux 6/30/2023

Page 119





Cole Leleux 6/30/2023

Page 121



Cole Leleux 6/30/2023

Page 122



Cole Leleux 6/30/2023



Page 123

Cole Leleux 6/30/2023

Page 124



Cole Leleux 6/30/2023



Page 125

Cole Leleux 6/30/2023

Page 126



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 128



Cole Leleux 6/30/2023



Page 129

Cole Leleux 6/30/2023



Page 130

Cole Leleux 6/30/2023

Page 131





Cole Leleux 6/30/2023



Page 133

Cole Leleux 6/30/2023

Page 134









Cole Leleux 6/30/2023

Page 138



Cole Leleux 6/30/2023

Page 139



Cole Leleux 6/30/2023

Page 140



Cole Leleux 6/30/2023

Page 141



Cole Leleux 6/30/2023

Page 142



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 144



Cole Leleux 6/30/2023

Page 145



Cole Leleux 6/30/2023

Page 146



Cole Leleux 6/30/2023

Page 147







Cole Leleux 6/30/2023

Page 150



Cole Leleux 6/30/2023

Page 151





Cole Leleux 6/30/2023

Page 153



Cole Leleux 6/30/2023

Page 154





Cole Leleux 6/30/2023

Page 156





Cole Leleux 6/30/2023

Page 158



Cole Leleux 6/30/2023

Page 159



Cole Leleux 6/30/2023

Page 160



Cole Leleux 6/30/2023

Page 161





Cole Leleux 6/30/2023

Page 163



Cole Leleux 6/30/2023

Page 164

8    Q.   What is a 3-position trigger?

9    A.   3-position is referring to the

10   different positions the safety selector can

11   rotate to.  So the first position would be

12   the safe position where if you pull the

13   trigger, the safety -- the safety has a shape

14   to it that blocks the back side of the

15   trigger from moving up and down.  So in the

16   safe position, there is a hump that prevented

17   the trigger from getting pulled because it's

18   blocked.  Then you switch up to the standard

19   semi-automatic mode.  And what it is is that

20   the trigger member itself is cut in half, and

21   one half of it has a disconnect on it, which

22   the disconnect is how other semi-automatic

23   triggers work.  So in that second position,

24   it shifts that disconnect up so that way the

25   disconnect now catches the hammer and it

Cole Leleux 6/30/2023

Page 165

1                        C. LELEUX

2     works as a standard, you know, a standard

3     semi-automatic trigger where you squeeze the

4     trigger and it fires and you can release some

5     of the pressure.  And when you release some

6     of the pressure, there is a trigger return

7     spring that forces the trigger forward and

8     then you can apply more of that pressure back

9     and you can just squeeze back.  And then if

10    you flip to the third position, the third

11    position is forced reset semi-automatic.  And

12    when it's in that position, the disconnect

13    moves out of the way and then it just

14    operates the way that the normal 2-position

15    version works that was on the market and

16    being sold.

Cole Leleux 6/30/2023



Page 166

Cole Leleux 6/30/2023



Page 167

Cole Leleux 6/30/2023



Page 168



Cole Leleux 6/30/2023

Page 170



Cole Leleux 6/30/2023



Cole Leleux 6/30/2023



Page 172

Cole Leleux 6/30/2023

Page 173



Cole Leleux 6/30/2023

Page 174



Cole Leleux 6/30/2023

Page 175

8    Q.  Is there a Charles involved with RBT

9    or any of the other companies?

10    A.  There is no Charles.  That, was me.

11    Q.  Can you explain?

12    A.  So as I've stated, I run a gun

13    company, you know, people know.  Not a lot of

14    people because I try to be discrete and I am

15    not like a public figure and I don't -- I

16    could walk around at SHOT Show, which is an

17    industry event, and unless someone sees my

18    name, they have no idea who I am.  So I'm low

19    key, anyway.  But I didn't want my name to

20    be, like, something where a customer is going

21    to search me and then be trying to call me at

22    Spikes Tactical asking me for advice on their

23    trigger.  I wanted to keep the businesses

24    separated.  The intent was that I was never

25    really going to have to help there with that,

Cole Leleux 6/30/2023

Page 176

1                          C. LELEUX

2     but I think, again, the trigger was so wildly

3     popular that, while there was all this

4     planning ahead of time to setup businesses

5     and do all these things for future growth, I

6     don't think anyone realized how fast that

7     would happen.  So Lawrence got to a point

8     where he was getting, you know -- I am

9     guessing here -- but maybe 500, 600 e-mails

10    in a day and he couldn't keep up.  So at one

11    point, he had asked me, hey, is there

12    anything you can do to help?  And I said,

13    look, I will help.  Because a lot of it was

14    tech support, anyway, that they needed my

15    input.  So I said I will help, tell me how to

16    log-in.  So he just let me log-in to his

17    admin account and I would just reply with an

18    answer and just put Charles at the bottom.

19    So that way, instead of putting Lawrence

20    DeMonico, I wanted to use a different name,

21    that way if he saw the reply, he would know

22    that that wasn't him and not be confused by,

23    like, the idea that he didn't remember the

24    conversation or something.  So I helped him.

25    I don't know how long, but I would guess a

Cole Leleux 6/30/2023

Page 177

                          C. LELEUX

1

2    few weeks.  He found a helper, which turned

3    out to be Jennifer Pierson, and then I logged

4    off and never logged back in again.

5        Q.  You are talking about the e-mail

6    account -- let's get this right --

7    admin@rarebreedtriggers.com?

8        A.  Yes.

9        Q.  Did Rare Breed Triggers accept ACH

10   transfers for payment product?

11       A.  I don't believe so.

12       Q.  Do you know why?

13       A.  I don't.  I don't.  To the best of

14   my memory -- are you talking about dealers?

15   Is that what you are asking?

16       Q.  Well, largely dealers, but I suppose

17   anybody.

18       A.  Well, retail, I believe, it just

19   never was an option that was even

20   contemplated, it was just credit card.  I

21   think at some point when credit card

22   companies started being weird about

23   transactions, it was contemplated to go to

24   like eCheck, which, I guess, eCheck might be

25   similar to ACH.  I'm not sure on the banking

Cole Leleux 6/30/2023

Page 178

1                    C. LELEUX

2    terminology.  With dealers, I believe the

3    concern was with ACH versus wires was just

4    fraudulent charge-backs.  ACH, even though,

5    it's, basically, essentially, like a wire,

6    the money comes direct, but then ACH gives

7    them room to, you know, oh, I didn't get it

8    or, oh, I don't like it.  And a wire, it's a

9    payment and there is no refund, there is no

10   returns, there is no exceptions, like the

11   policy says.

Cole Leleux 6/30/2023



Cole Leleux 6/30/2023



Page 180

Cole Leleux 6/30/2023

Page 181



Cole Leleux 6/30/2023



Page 182

Cole Leleux 6/30/2023



Page 183

Cole Leleux 6/30/2023

Page 184



Cole Leleux 6/30/2023



Page 185

Cole Leleux 6/30/2023



Cole Leleux 6/30/2023

Page 187



Cole Leleux 6/30/2023



Page 188

Cole Leleux 6/30/2023



Page 189

Cole Leleux 6/30/2023

Page 190



Cole Leleux 6/30/2023

Page 191



Cole Leleux 6/30/2023

Page 192



Cole Leleux 6/30/2023



Page 193

Cole Leleux 6/30/2023



Page 194

Cole Leleux 6/30/2023



Page 195

Cole Leleux 6/30/2023



Page 196

25

197

C E R T I F I C A T E

STATE OF NEW YORK  )

                   ) Ss.

COUNTY OF NEW YORK )

        I, Amy Boguszewski, a Shorthand
(Stenotype) Reporter and Notary
Public, do hereby certify that the
foregoing Examination of the witness,
COLE LELEUX, taken via ZOOM at the
time and place aforesaid, is a true
and correct transcription of my
shorthand notes.

        I further certify that I am
neither counsel for nor related to any
party to said action, nor in any wise
interested in the result or outcome
thereof.

        IN WITNESS WHEREOF, I have
hereunto set my hand this 4th day of
July, 2023.


                AMY BOGUSZEWSKI

Cole Leleux 6/30/2023

