

50 Park Place, Suite 1105<br>
Newark, NJ 07102<br><br>
Josiah Contarino<br>
Phone: 917-423-7221<br>
jcontarino@dhillonlaw.com

August 13, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Rare Breed Triggers, LLC, et al.*
               Civil Action No. 1:23-cv-00369-NRM-RML

Dear Judge Morrison:

    This firm represents Defendants in the above-captioned matter. We respectfully file deposition pages for the designations of Jennifer Pierson's deposition that we previously filed on July 25, 2023. We also file deposition pages in response to certain designations made by the Government where the Government said it would not object to the cross-designations.

                                    Respectfully submitted,

                                    DHILLON LAW GROUP INC.

                                    By: _____*/s/*_____
                                            David A. Warrington (*pro hac vice*)
                                            Michael A. Columbo (*pro hac vice*)
                                            Josiah Contarino

cc: All Counsel of Record (via ECF)