Page 102

1  they refused to do so.  We filed a lawsuit.
2      Q    I'll ask you the question again.
3           At any point in time, did RBT or
4  yourself submit an FRT-15 to the ATF for
5  classification?
6           It's a yes or a no question.  You either
7  submitted it, or you did not.
8      A    No, it's not a yes-or-no question.
9           Because even after the lawsuit was -- at
10 a point in the lawsuit, in Florida, before it was
11 dismissed, the judge asked us if we'd be willing to
12 remand this issue back to the ATF.  The ATF at that
13 point even refused to take the remand.  They weren't
14 willing to.
15          So after that case was dismissed, we
16 then submitted all of our documentation to the ATF
17 and asked for reconsideration.
18          So all of our documents, our videos, all
19 of our evidence, our expert reports -- we submitted
20 that to the ATF again after the case was dismissed
21 and asked for them to reconsider.
22          Now, did that include a physical sample?
23 I don't believe it did.  But it included --
24     Q    That is the question.  Thank you for
25 answering it.

Page 107

```
 1      A     That is correct.
 2      Q     Did you file a suit in Austin?
 3      A     No.
 4      Q     Does Mr. Maxwell live in North Dakota?
 5      A     No, he does not.
 6      Q     Okay.  Did you tell your -- did you tell
 7   your customers -- pardon me.
 8            When you first started selling the
 9   FRT-15s, did you tell your customers that RBT did
10   not submit the FRT-15 for classification?
11      A     I believe we have countless emails to
12   customers telling them that we did not submit the
13   FRT-15 for classification.
14      Q     This is prior to the July 2021
15   cease-and-desist?
16      A     Well, I don't know why we would --
17   filing -- I mean, submitting something to the ATF
18   for classification is completely voluntary.  It's
19   not required.
20            It's a perfectly legal semi-automatic
21   trigger, in my opinion.  It doesn't fire more than
22   one round with a single function of the trigger.  I
23   don't know why we would do that.
24            I mean, I've already explained earlier
25   in my testimony that the ATF has a history of
```

Page 108

1  flip-flopping on opinions.
2              I mean, in very, very recent cases, they
3  have been flip-flopping -- whether it's pistol
4  braces, bump stocks, frame and receivers.  I mean,
5  the list goes on and on and on.
6              I don't know why anyone would submit
7  something to the ATF for classification if it's not
8  mandatory.
9              And beyond that, the ATF even goes so
10 far in their own handbook to say it's just their
11 opinion.  It doesn't have the force and effect of
12 law.
13             So, why would you?
14             Why would somebody volunteer themselves
15 to this process when -- I mean, it's not uncommon
16 for the ATF to take a very long, significant period
17 of time -- maybe a year or more -- to classify
18 something, if it's not required.
19      **Q    Okay.  I'll ask it a little bit
20 differently.**
21             **Did you tell your customers that RBT did
22 not submit the FRT-15 for classification in your
23 marketing materials?**
24      A    No.  But --
25      **Q    Okay.**

Page 109

```
 1      A     -- I don't know why I would have.
 2      Q     Understood.
 3            Is it customary, in your view, for a
 4  company such as yourself trying to bring to market a
 5  firearm to submit that firearm to the ATF
 6  classification process?
 7            MR. CONTARINO:  Objection; form.
 8      Q     Is it customary, in your view?
 9      A     The FRT-15 is not a firearm.  So I feel
10  like your question doesn't apply.
11            But can you rephrase?
12      Q     Yes.  Is it customary for....
13      A     It is not customary at all for a trigger
14  company to submit their triggers to the ATF for
15  classification.
16      Q     What do you mean by "trigger companies"?
17      A     A company that manufactures triggers for
18  a firearm, it is not customary that they submit them
19  to the ATF for classification.
20      Q     Is an FRT-15 a trigger?
21      A     Yes.
22      Q     Is it a conversion device?
23      A     No.
24      Q     Okay.  So it's a trigger?
25      A     It's a trigger.
```

Page 148

1  a subpoena?  Like I don't -- he has not told me he
2  has received a subpoena.
3       Q    Okay.  That's the only question I have
4  for this document.
5            Do you recall giving an interview on
6  TFBTV YouTube channel called "The FRT-15 Story:  An
7  interview with Rare Breed's President, Lawrence
8  DeMonico" in or around September 29, 2021?
9       A    I do remember giving that interview.
10      Q    Okay.  And in this video -- in this
11 video interview, do you recall saying that RBT was
12 the only company that had the, quote/unquote, balls
13 to sell the FRT-15?
14      A    I don't remember saying that.
15           If you had the video to show, I'd be
16 happy to watch it.  But it doesn't sound like
17 something -- I mean, it does sound like something I
18 would say, yes.
19      Q    Okay.  So why do you think RBT was the
20 only company that had the, quote/unquote, balls to
21 sell the FRT-15?
22      A    Well, I mean...it's....
23                (Witness reading.)
24                    (Pause.)
25      A    That interview, along with the interview

Page 149

1   to Colin Noir, along with the video I put out and
2   the press release, were all after the
3   cease-and-desist -- that I've already stated we
4   didn't agree with the language that was used in it
5   and the fact that they wouldn't give us a copy of
6   the classification report.
7           So I do feel like we honored our word
8   that we were going to continue selling and fight it
9   out in litigation.
10      Q    **If you had submitted the FRT-15 to the**
11  **ATF for classification prior to selling the FRT-15,**
12  **would you have received a classification report?**
13      A    That's quite the hypothetical.
14           I mean, I don't know how to answer a
15  hypothetical -- I could answer it hypothetically.
16      Q    **Okay.**
17      A    Like they might not have sent one at
18  all.  I mean....
19           But the fact that submitting to --
20      Q    **You would have received the**
21  **determination by -- from the ATF prior to selling**
22  **the FRT-15 as to whether or not it was considered a**
23  **machinegun.  Right?**
24      A    I need you to rephrase, because I don't
25  understand that question at all.