Cole Leleux 6/30/2023

Page 84

```
 1                  C. LELEUX
 2        7, the order that I'm presenting them
 3        to you is the order in which these
 4        documents were provided to the
 5        government by Chase.  I didn't put
 6        the order together, and you should be
 7        able to see that with the number on
 8        the bottom of each page of this
 9        exhibit starting with SB.  No, sorry.
10        The number on the bottom right.  See
11        where it says 132 on the last page?
12        That's the page numbers that were
13        provided to us by Chase.  That's just
14        an FYI.  Amy, you can take that down.
15        (So doing.)
16     Q.  Mr. Leleux, I'm just going to change
17  up topics, okay?
18     A.  Yes, sir.
19     Q.  I'm going to ask about a time period
20  from December of 2020 to the beginning of
21  July '21, okay?
22     A.  Yes, sir.
23     Q.  I'm going to ask about the marketing
24  of the FRT-15, okay?
25     A.  Okay.
```

Free State Reporting, Inc. 410-974-0947

Page 85

1  C. LELEUX
2  Q. And the FRT-15 is the Forced Reset
3  Trigger that RBT was selling, right?
4  A. That Rare Breed Triggers was
5  selling, yes, sir.
6  Q. In the public marketing of the
7  FRT-15, was there any mention of the FRT
8  being submitted to the ATF for
9  classification?
10  A. No, sir.
11  Q. Was there any mention during that
12  time period in marketing for the FRT-15 of
13  the AR-1?
14  A. In the beginning, I don't know that
15  anyone at RBT really knew what the AR-1
16  really fully was, so it absolutely was not
17  mentioned. And again, it was -- and I just
18  want to make sure you are okay with this, but
19  I don't want to answer a yes or a no where I
20  feel like it's leaving out of context.
21  Q. Please do. Go ahead.
22  A. The answer is no, we didn't mention
23  the AR-1. But, A, in the beginning, I don't
24  think any of us really knew what the AR-1
25  was. And, B, once we found out what it was,

1        C. LELEUX
2   it was different and worked differently and
3   functioned differently and wasn't relevant to
4   what we were doing.
5       Q.  Let me ask you about that.  How do
6   you think the AR-1 is different?
7       A.  It's different for patent purposes
8   because the trigger makes direct rigid
9   mechanical contact with the bolt carrier.
10  And instead of on the FRT-15, the bolt
11  carrier makes contact with the hammer, which
12  then makes contact with the trigger.  And
13  that's, again, kind of a nuance difference,
14  but then think about the 3MR where it's bolt
15  carrier to hammer to the little arm that
16  flies up to trigger.  So the 3MR is,
17  essentially -- that portion of it, the same
18  things are happening, but it's different.  So
19  that's one difference.  And then the other
20  primary difference is that the FRT-15 had a
21  locking bar, which prevented the possibility
22  of hammer follow.  And let me clarify.  It
23  doesn't preclude hammer follow, what it
24  precludes is hammer follow that could result
25  in automatic fire.  Because you can get

Cole Leleux 6/30/2023

Page 87

1  C. LELEUX
2  hammer follow with an FRT-15, but it's only
3  because there is not enough gas to cycle the
4  gun, so it didn't force the reset. And the
5  hammer follows, but it can only result in a
6  failure, it can't result in automatic fire.
7  And that's what I meant earlier when I said
8  hammer follow, if properly timed, could
9  result in automatic fire as to where once you
10 have that locking bar, there is no way for it
11 to be properly timed and accidentally result
12 in the automatic fire, it's not possible.
13     Q. Any other differences between the
14 AR-1 and the FRT-15 in your view?
15     A. I mean, I think I told you before.
16 To accomplish the idea of the bolt making
17 direct rigid mechanical contact with the
18 trigger itself, it required a modified bolt
19 and a few different parts. But again, I've
20 never actually looked at the AR-1 in-person.
21 I've only seen now the pictures and stuff
22 that were submitted in the administrative
23 record in the case in Florida. So I have
24 seen the pictures of it. It looks like a
25 welded together mess, but my understanding of

Free State Reporting, Inc. 410-974-0947

Page 88

1      C. LELEUX
2   the mechanics mostly come from the
3   intellectual property lawsuit stuff.
4      Q.  The next set of questions I'm not
5   limiting it to timeframe, so you may answer
6   the question in a way that suggests that
7   things changed over time.  What was Rare
8   Breed Triggers' policy for refunds with
9   respect to the FRT-15?
10     A.  Okay.  So all of the questions about
11  Rare Breed Triggers -- and if you want me to
12  keep repeating this every time, I will, but I
13  am going to tell you my understanding of it
14  as a consultant.  And I, obviously, was
15  involved quite a bit in conversations, but I
16  didn't necessarily hit go on the final thing.
17  So I don't have the final verbiage a hundred
18  percent, but I will give you my
19  understanding.
20     Q.  Yes, and I will accept that.  We
21  will accept all of that.  And if you need to
22  make any further limitations or caveats in
23  any particular questions, please do, okay?
24     A.  Okay.  So my understanding of the
25  refund policy from day one was there are no