

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

August 23, 2023

**VIA ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States v. Rare Breed Triggers, LLC, et al.*
              Civil Action No. 1:23-cv-00369-NRM-RML

### DEFENDANTS' SUPPLEMENTAL DEPOSITION DESIGNATIONS

Dear Judge Morrison:

Pursuant to the August 15, 2023, minute entry and order, Defendants submit supplemental deposition designations for the following witnesses:

1. Lawrence DeMonico, held on July 7, 2023;

2. Anthony Ciravolo, held on July 14, 2023.

| Name of Deponent | Defendants' Designation | Cross-Designation/Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| Lawrence DeMonico | 91:09-94:02 | | | |
| Lawrence DeMonico | 124:08-125:03 | | | |
| Anthony Ciravolo | 121:24-122:06 | | | |
| Anthony Ciravolo | 126:3-129:11 | | | |

A CALIFORNIA PROFESSIONAL CORPORATION WITH OFFICES IN
SAN FRANCISCO | NEWPORT BEACH | WASHINGTON, D.C.–ALEXANDRIA | NEWARK–NEW YORK | WEST PALM BEACH

                          Respectfully submitted,

                          DHILLON LAW GROUP INC.

                          By: _____/s/_____
                                David A. Warrington (*pro hac vice*)
                                Michael A. Columbo (*pro hac vice*)
                                Josiah Contarino
                                Jacob W. Roth (*pro hac vice*)

cc: All Counsel of Record (via ECF)