UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Civil Action No. 1:23-CV-369

(Morrison, J.) (Levy, M.J.)

\- - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC;

LAWRENCE DEMONICO; and KEVIN MAXWELL,

Defendants.

\- - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF

LAWRENCE ALEXANDER DEMONICO

Friday, July 7, 2023

Reported by:

SUSAN ASHE, CSR, RMR, CRR

Deposition of LAWRENCE ALEXANDER DEMONICO, taken on behalf of the Plaintiff, beginning at 10:07 a.m., on Friday, July 7, 2023, before Susan Ashe, CSR, RMR, CRR, and a Notary Public for the Commonwealth of Virginia.

APPEARANCE OF COUNSEL:

On behalf of the Plaintiff:

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
BY: PAULINA STAMATELOS, ESQ.
BY: MICHAEL BLUME, ESQ.
ASSISTANT UNITED STATES ATTORNEYS
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254-7000
pauline.stamatelos@usdoj.gov
michael.blume@usdoj.gov

On behalf of the Defendants and the Witness:

THE DHILLON LAW GROUP
BY: JOSIAH CONTARINO, ESQ.
BY: DAVID WARRINGTON, ESQ.
50 Park Place, Suite 1105
Newark, New Jersey 07102
(973) 298-1723
jcontarino@dhillonlaw.com
dwarrington@dhillonlaw.com

ALSO PRESENT:

Matthew Myerson, Esq.
Bureau of Alcohol, Tobacco, Firearms and Explosives

Michael Columbo, Esq.
The Dhillon Law Group
(Via Teleconference)

Kevin Maxwell, Esq.
(Via Teleconference)

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Q What is "Red Beard Treasures"?**

A It's a name that I used on shipping labels.

**Q And did you use that name on shipping labels to ship WOTs?**

A That is correct.

**Q And why did you use the name "Red Beard Treasures" as opposed to "Rare Breed Triggers"?**

A It's really easy.

So we had previously exclusively used UPS as a shipper. They have a good reputation, things get to where they're going, they have a good insurance policy -- like I didn't need to worry about the item getting there. And if it didn't get there or it was damaged in the process, UPS would take care of that problem.

USPS, they don't typically deliver to

someone's door. They're putting it in a mailbox. It could be at the end of a driveway, the end of a street -- it's much less secure.

I was concerned about product loss.

And obviously with the price of these triggers, you know, being expensive and actually saying what it is on the product -- on the shipping label, it's much more of -- I don't know.

I think the chance is higher that somebody would be inclined to steal it if it said what it was. And it's -- and USPS does not have a good track record delivering. And they do not have a good track record, you know, covering like insurance claims.

So, you know -- in addition, it's -- was, you know, really looking out for the customer's privacy.

**Q Okay. When was Red Beard Treasures incorporated?**

A It doesn't exist. It's just a name on a shipping label.

**Q Okay. So it's not an actual company?**

A No.

**Q Okay.**

A I mean, even the return address on all

those shipping labels was still our address in Fargo.

**Q Okay. Just so I understand, you wanted to protect -- you used "Red Beard Treasures" on the shipping labels to protect your client -- your customer's privacy and to make sure that no one stole these WOTs?**

A I feel like that's kind of an oversimplification. It was definitely a little bit more complicated than that.

I can repeat my explanation, if you'd like.

**Q No, that's not necessary.**

**What is "Red Barn Tools"?**

A Same thing, another name.

**Q Were you trying to avoid ATF figuring out that it was Rare Breed Triggers selling the WOTs by using these names?**

A Well, Rare Breed Triggers marketed -- it sent out countless emails to people advertising that they were selling WOTs. I don't know why I would make it so public and then attempt to hide it.

**Q So just to be clear, the "Rare Breed Triggers" name was not on the mailing label for the WOT sales.**

**Is that right?**

A That is correct.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

even a topic of discussion. I don't think he told me about it. I don't think I even knew about that -- until much, much, much recently.

That's the best I could do.

Like it's hard for me to tell you about something that I don't know, like I could tell you the reasons why I don't know it.

**Q Okay. Did you ever see the classification report from the ATF classifying the AR1 trigger system as a "machinegun"?**

A I have now. Like --

**Q Who gave that document to you?**

A Well, I think it's....

I'm going to pause for a second.

**Q Take your time.**

**(Pause.)**

A I know you're sitting on the other side of the table, but I hope you can appreciate how many things there are here -- multiple litigations, numerous patents, all these things. And I'm doing my absolute best to kind of put it together for you.

I know that -- obviously, since we have entered into this litigation arguing over the FRT-15, I have come to know about the AR1.

I did not know about the AR1 prior to

that, and that's the best I can do for you. And that is the honest-to-God most genuine answer I could give you.

**Q Okay. Do you know if there are any similarities between the AR1 trigger and the FRT-15?**

A They're both forced reset.

**Q Is that it?**

A It's easier to tell you what the differences are.

The similarities is that they're both reset.

I have now come to know that the....

The best way to put this together....

...that one of the reasons -- well, really, the only reason that I'm even aware of that the ATF had denied the AR1 was because it had a potential for hammer -- hammer follow.

(Court reporter request for clarity.)

THE WITNESS: "Follow."

A Hammer follow in itself isn't illegal.

A hammer follow typically results in a malfunction.

But if timed perfectly -- and that takes a lot of effort to time it perfectly -- it could lead to automatic fire.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]