UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:23-cv-00369-NRM-RML
-----------------------------------x
UNITED STATES OF AMERICA,
Plaintiff,

- against -

RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO, KEVIN MAXWELL,
Defendants.
-----------------------------------x
July 14, 2023
9:39 a.m.

Remote video-teleconference deposition via Zoom of ANTHONY CIRAVOLO, pursuant to notice, before Jineen Pavesi, a Registered Professional Reporter, Registered Merit Reporter, Certified Realtime Reporter and Notary Public of the State of New York.

A P P E A R A N C E S :

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201
Attorneys for Plaintiff
BY: MICHAEL BLUME, ESQ.
michael.blume@usdoj.gov
PAULINA STAMATELOS, ESQ.
pauline.stamatelos@usdoj.gov
DAVID COOPER, ESQ.
david.cooper@usdoj.gov

DHILLON LAW GROUP INC.
50 Park Place, Suite 1105
Nweark, New Jeresy 07102
Attorneys for Defendants
BY: JOSIAH CONTARINO, ESQ.
jcontarino@dhillonlw.com

DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Attorneys for Defendants
BY: MICHAEL A. COLUMBO, ESQ.
mcolumbo@dhillonlaw.com

ALSO PRESENT:
ERICA BRANGWYNNE, ATF
KEVIN McCAULEY, ATF
HOLLY LUDVIGSEN, ATF
BEN HILLER, ATF
KEVIN MAXWELL
LAWRENCE DeMONICO

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and between the Attorneys for the respective parties hereto that filing and sealing be and the same are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within examination may be signed and sworn to before any notary public with the same force and effect as though signed and sworn to before this Court.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Q. In the instance that that
happens, yes, a hundred pounds of force,

CIRAVOLO

the FRT-15 would no longer operate, correct?

A. That is correct, if that amount of force was applied, it would malfunction.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

Q. We already discussed and you agreed that you can pull on the trigger rearward and not release the hammer, right?

A. That's correct.

MR. BLUME: Objection, asked and answered.

MR. CONTARINO: Just objection to form, please.

A. Could we ask the question again, that way I can answer clearly.

MR. CONTARINO: Would you read it back.

(Record read.)

A. Correct, because the trigger is being locked by the locking bar and that's not a separate initiation of the firing sequence.

Q. But when the trigger is locked by the locking bar, it's pushed to its forward position, right?

A. That is correct, that happens automatically as a by-product of the

CIRAVOLO

mechanics of the trigger.

The trigger is forced forward against the user's will.

Q. Similar to how it's forced forward with the 3MR, yes?

A. That's correct.

Q. I am going to ask a few questions about a two-stage semiautomatic trigger for the AR platform.

Are you familiar with that?

A. Yes, I am.

Q. If the firearm is on safe when you put pressure on the trigger, what happens?

A. The trigger moves to the rear and initiates the firing sequence.

Q. Even when the firearm is on safe?

A. My apologies, I thought you said the firearm off of safe.

Q. No problem.

If the firearm is on safe and you put pressure on the trigger, what happens?

CIRAVOLO

A. The trigger may move rearwards, but it will not initiate the firing sequence.

Q. So the trigger can't function in that instance, right?

A. Correct, it is mechanically blocked from releasing the hammer.

Q. Can you maintain a continuous pull in this instance?

A. You can.

Q. Can you maintain constant pressure in this instance?

A. You can.

Q. Now turning the safety into the firing position; if you have a trigger that is 3/2, first stage requires 3 pounds and the second stage requires an additional 2 pounds, and you pull only 3 pounds of pressure, what happens to the trigger?

A. The trigger moves rearward but does not initiate the firing sequence.

Q. So the trigger doesn't function in that instance, correct?

CIRAVOLO

A. Correct.

Q. And if all that happens but then you do apply the additional 2 pounds of pressure, what happens?

A. The firing sequence is initiated and the hammer falls striking the firing pin.

Q. Trigger performs its function in that instance?

A. Yes, it does.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]