

50 Park Place, Suite 1105
Newark, NJ 07102

Josiah Contarino
Phone: 917-423-7221
jcontarino@dhillonlaw.com

September 2, 2023

**Via ECF**
Honorable Nina R. Morrison
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   *United States v. Rare Breed Triggers, LLC, et al.*
             **Civil Action No. 1:23-cv-00369-NRM-RML**

Dear Judge Morrison:

    Defendants submit this response to the Court's August 29, 2023, question about the rate of speed of Defendants' Ex. I. After conferring with the videographer, we understand Ex. I was recorded at 1461 frames per second, and was replayed at 23.98 frames per second.

                                   Respectfully submitted,

                                   DHILLON LAW GROUP INC.

                                 By: _____/s/_____
                                     David A. Warrington (*pro hac vice*)
                                   Michael A. Columbo (*pro hac vice*)
                                   Josiah Contarino
                                   Jacob W. Roth (*pro hac vice*)

cc: All Counsel of Record (via ECF)