UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>               Defendants. | Case No. 1:23-cv-00369-NRM-RML<br><br><br>NOTICE OF APPEAL |

Notice is hereby given that Defendants hereby appeal to the United States Court of Appeals for the Second Circuit, pursuant to 28 U.S.C. § 1292(a)(1), from the decision and order entered September 5, 2023, granting Plaintiff's motion for preliminary injunctive relief pursuant to Rule 65 of the Federal Rules of Civil Procedure (the "September 5 Order"). This appeal is taken from each and every part of the September 5 Order.

Dated: Newark, New Jersey
       October 4, 2023

                                                     /s/ Josiah Contarino
                                                     Josiah Contarino
                                                     David A. Warrington (*pro hac vice*)
                                                     Michael A. Columbo (*pro hac vice*)
                                                     Jacob William Roth (*pro hac vice*)
                                                     DHILLON LAW GROUP INC.
                                                     A CALIFORNIA PROFESSIONAL CORPORATION
                                                     50 Park Place, Suite 1105
                                                     Newark, NJ 07102
                                                     917-423-7221

                                                     *Attorneys for Defendants*