UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                     Plaintiff,

-against-

RARE BREED TRIGGERS, LLC; RARE

BREED FIREARMS, LLC; LAWRENCE

DEMONICO; and KEVIN MAXWEL

                     Defendants.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 2 6 2024 ★

**BROOKLYN OFFICE**

JUDICIAL NOTICE

23-cv-369 (NRM) (RML)

NINA R. MORRISON, United States District Judge:

## THIS COURT SHALL TAKE JUDICIAL NOTICE OF VIOLATION OF E.D.N.Y. COURT ORDERS ISSUED 9/5/23 AGAINST RARE BREED TRIGGERS LLC ET AL

*AML PW*

**FILED**

APR 18 2024

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**RARE BREED TRIGGERS, et al.**
Plaintiffs          CASE NO. 4:22-CV-00107-MTS

v.          Reassertion Jurisdiction Remains Challenged

**Thomas Allen Graves,**        Hon. Mark T. Steele
Defendant

---

## VICTIM'S REASSERTION JURISDICTION IS CHALLENGED AND STANDS UNPROVEN TO DATE, BY THE BENCH OR THE PLAINTIFFS'

---

### THOSE WHO CLAIM JURISDICTION BEAR THE BURDEN OF PROOF

Comes now I am. Thomas Allen Graves, a natural masculine and rebuts all

rebuttable presumptions made by this court, states Document 85, is hereby

reasserted in its entirety the same as if it were fully incorporated herein.

### JUDICIAL NOTICE SHALL BE TAKEN BY THE COURT AS FACT

The court shall not proceed in any manner whatsoever, until jurisdiction shall have

been proven, counsels' nonsensical [Doc 87] for lack of jurisdiction in this case is

– moot. Shall be stricken. EO 13848 applies.

April 17, 2024

Respectfully submitted,

*Thomas Allen Graves*

Thomas Allen Graves, Victim (alleged defendant)

Doc 1- 041624 – Original

295 Eagle Point Tr.
Sand Springs, OK.
74063      1      (512) 363-8440

