IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>-against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>*Defendants*. | Case No. 1:23-cv-00369-NRM-RML |

**NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 1.4, David A. Warrington, respectfully moves to withdraw as counsel in the above-captioned case for Defendants. Josiah Contarino and Michael A. Columbo will continue to represent the Defendants in this action. In support of this application, the Movant submits the annexed Declaration of David A. Warrington. Pursuant to LCR 1.4, a copy of this Motion has been served on the client and, through the ECF system, on counsel for Defendants.

Dated: January 17, 2025

DAVID A. WARRINGTON
DHILLON LAW GROUP
2121 Eisenhower Avenue
Suite 608
Alexandria, VA 22314
dwarrington@dhillonlaw.com

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>-against-<br><br>RARE BREED TRIGGERS, LLC; RARE BREED FIREARMS, LLC; LAWRENCE DEMONICO; KEVIN MAXWELL,<br><br>*Defendants*. | Case No. 1:23-cv-00369-NRM-RML<br><br>**DECLARATION OF DAVID A. WARRINGTON PURSUANT TO LOCAL CIVIL RULE 1.4** |

**DAVID A. WARRINGTON** respectfully declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an Attorney with Dhillon Law Group.

2. I have served as the attorney for the Defendants in this matter and I am moving to withdraw as counsel for the Defendants in this case because I am leaving Dhillon Law Group. My last day at the Office will be January 19, 2025.

3. My departure from Dhillon Law Group provides a satisfactory reason for, and indeed necessitates, my withdrawal as an attorney in this case. My colleagues, Josiah Contarino and Michael Columbo will continue to represent Defendants in this action.

4. There is no retaining or charging lien involved.

Dated: January 17, 2025

                                                 */s/ David A. Warrington*
                                                 DAVID A. WARRINGTON
                                                 DHILLON LAW GROUP
                                                 2121 Eisenhower Avenue
                                                 Suite 608
                                                 Alexandria, VA 22314
                                                 dwarrington@dhillonlaw.com
                                                 *Attorneys for Defendants*