UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| United States, | STIPULATION OF DISMISSAL |
| Plaintiff, | **WITH PREJUDICE** |
| v. | Civil Action No. |
| Rare Breed Triggers, LLC; Rare Breed Firearms, LLC; Lawrence DeMonico; and Kevin Maxwell, | 23-cv-00369 |
| | (Morrison, J.) |
| Defendants. | (Levy, M.J.) |

-----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: May 16, 2025
     Brooklyn, New York

JOSEPH NOCELLA, JR.
United States Attorney
*Counsel for Plaintiff*

By: __MICHAEL BLUME__ (Digitally signed by MICHAEL BLUME, Date: 2025.05.16 11:58:14 -04'00')
Michael S. Blume
Assistant U.S. Attorney
(718) 254-6479
Michael.Blume@usdoj.gov

Dated: May 16, 2025
     San Francisco, CA

DHILLON LAW GROUP
*Counsel for Defendants*

By: __/s/ Michael A. Columbo__
Michael A. Columbo, Esq.
(415) 433-1700
mcolumbo@dhillonlaw.com