Holland & Hart

**Paul D. Swanson**
**Partner**
**Phone** 303.295.8578
PDSwanson@hollandhart.com

September 11, 2026

Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: Letter to Judge Morrison re: Extension of Time for Reply Regarding Request to Unseal Court Records in *United States of America v. Rare Breed Triggers, LLC et al.*, Case No. 1:23-cv-00369-NRM-RML**

Dear Judge Morrison:

As you know, Holland & Hart LLP represents nonparty Peak Tactical, LLC ("Peak Tactical"), which is a defendant in litigation filed by Rare Breed Triggers, LLC ("Rare Breed"), a defendant in this E.D.N.Y. case. On August 28, 2026, Peak Tactical requested a pre-motion conference about unsealing certain judicial records (Dkt. 151).

On September 3, 2026, the Government responded to Peak Tactical's request (Dkt. 152). By minute order dated September 4, the Court ordered Peak Tactical and the Government to confer in an effort to resolve their disputes over unsealing and to submit any unresolved issues by reply letter no later than September 14. On September 8, Rare Breed filed a separate response to Peak Tactical's request (Dkt. 154).

Counsel for Peak Tactical, the Government, and Rare Breed met telephonically for one hour today, September 11, 2026, and resolved several issues. The parties expect to conclude their conferral on September 15.

Accordingly, pursuant to Local Rule 7.1(e) and the Court's Individual Practice Rule 1.7.1, Peak Tactical respectfully requests a four-day extension, from September 14 to September 18, 2026, to file a reply letter raising remaining disputes, if any, regarding unsealing. Peak Tactical requests this extension of time to complete good faith conferral with all affected parties. No party previously has requested an extension of time related to this matter, and both the Government and Rare Breed consent to this request.

Respectfully,

Paul D. Swanson
Partner, Holland & Hart LLP